UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WR PROPERTY, L.L.C., et al., | : Civil Action No. 17-3226 (MAS) |
| Plaintiffs, | : |
| v. | : ORDER OF REFERENCE TO |
| | : MEDIATION |
| TOWNSHIP OF JACKSON, NEW JERSEY, | : |
| Defendant. | : |

The Parties have agreed to engage the Honorable Joel B. Rosen, U.S.M.J. (ret.) as a private mediator in this action; and good cause appearing;

IT IS on this 15th day of August 2017,

ORDERED THAT:

1. The above captioned civil action is hereby referred to Honorable Joel B. Rosen, U.S.M.J. (ret.), as mediator consistent with the agreement of the Parties.

2. Counsel and the parties will participate in mediation and will cooperate with the mediator.

3. Counsel and the parties (including individuals with settlement authority) will attend mediation sessions as requested by the mediator.

4. The mediator may meet with counsel and parties jointly or <u>ex parte</u>. All information presented to the mediator will be deemed confidential and will be disclosed by the mediator only on consent of counsel, except as necessary to advise the Court of an apparent

failure to participate.  The mediator will not be subject to subpoena by any party.  No statements made or documents prepared for mediation sessions will be disclosed in any subsequent proceeding or construed as an admission against interest.

       5.  Counsel for Plaintiff shall promptly notify the Court of the results of the mediation.

       6.  Discovery will proceed in accordance with the Initial Scheduling Order with any disputes to be immediately brought to the attention of the United States Magistrate Judge.

       *s/ Douglas E. Arpert*
       DOUGLAS E. ARPERT
       United States Magistrate Judge