**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4146
Email:  pftutelo@mdwcg.com

PENNSYLVANIA    OHIO
Allentown    Cincinnati
Doylestown    Cleveland
Erie
Harrisburg    FLORIDA
King of Prussia    Ft. Lauderdale
Philadelphia    Jacksonville
Pittsburgh    Orlando
Scranton    Tampa

NEW JERSEY    NEW YORK
Mount Laurel    Long Island
Roseland    New York City
    Westchester

DELAWARE
Wilmington

June 7, 2018

**ELECTRONICALLY FILED**

Magistrate Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

    RE:    Agudath Israel of America v. Township of Jackson, New Jersey
            Docket No.:    3:17-cv-03226-MAS-DEA
            Our File No.:  41034.00107

Dear Judge Arpert:

    The undersigned represents defendant, Township of Jackson, New Jersey with reference to the above matter.   Pursuant to the court's directive, please accept this letter as a status of the Ordinance negotiations with the Plaintiff.

    The Township has had three meetings and reviewed several iterations of the Zoning ordinance prepared by the Plaintiff's counsel and professionals, as well as providing suggested language in some areas.  The Council president, Township Attorney and Zoning Board Attorney have participated in all sessions.  The Township has had two planners review the proposed ordinance and provided both planning review reports to plaintiffs.  The first review was by the Township Attorney and the second by special projects planner.  The second report was provided to plaintiff's counsel recently.  It is anticipated that after the Plaintiff's have had an opportunity to review the Township's comments and proposals, that another settlement conference will be held with planner in attendance.

    Very truly yours,

*/s/ Pauline F. Tutelo*

PAULINE F. TUTELO

PFT:pt

cc: All Counsel of Record – Via Electronic Filing

LEGAL/116805468.v1