# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

**ATTORNEYS-AT-LAW**  **WWW.MARSHALLDENNEHEY.COM**

A PROFESSIONAL CORPORATION
425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial: (973) 618-4118
Email: hbmankoff@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

August 16, 2018

**ELECTRONICALLY FILED**

Magistrate Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    RE:    Agudath Israel of America v. Township of Jackson, New Jersey
             Docket No.: 3:17-cv-03226-MAS-DEA
             Our File No.: 41034.00107

Dear Judge Arpert:

    I write, on behalf of all parties, to provide Your Honor with a status report, as per Your Honor's recent Order. The parties have exchanged revisions to the Zoning Ordinance. The plaintiffs are reviewing the defendants' most recent revisions. A meeting, including counsel and planners, is scheduled for August 21, 2018.

    We will continue to keep Your Honor advised.

                              Respectfully,

                              */s/ Howard B. Mankoff*

                              Howard B. Mankoff

HBM:lt

cc: All Counsel of Record – Via Electronic Filing

LEGAL/117935803.v1