| | |
|---|---|
| **WR PROPERTY, LLC, et al.,** | : |
| | : **UNITED STATES DISTRICT COURT** |
| Plaintiffs, | : **DISTRICT OF NEW JERSEY** |
| | : |
| v. | : Civil Action No. 17-3226 (MAS) |
| | : |
| **TOWNSHIP OF JACKSON, NEW JERSEY** | : **ORDER** |
| | : |
| Defendants. | : |

**THIS MATTER** having come before the Court for a telephone status conference on March 12, 2019; and the Court having conferred with counsel; and good cause appearing for the entry of this Order:

**IT IS on this 12th day of March 2019**

**ORDERED THAT:**

1. Plaintiffs' informal application for leave to file an Amended Complaint is **GRANTED** and Plaintiffs must do so **by April 15, 2019**.

2. This action is hereby stayed pending the filing of Plaintiffs' Amended Complaint and the Clerk shall administratively terminate it from the Court's active docket subject to reinstatement upon the written request of any party.

                                                          s/ Douglas E. Arpert
                                                          **DOUGLAS E. ARPERT**
                                                          **United States Magistrate Judge**