WILENTZ, GOLDMAN & SPITZER P.A.
Donna M. Jennings, Esq. (DJ7790)
Risa M. Chalfin, Esq. (RC3832)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Attorneys for Plaintiff WR Property, LLC

-and-

STORZER AND ASSOCIATES, P.C.
Roman Storzer, Esq., admitted pro hac vice
Sieglinde Rath, Esq.
1025 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20036
(202) 857-9766
Attorneys for Plaintiffs Agudath Israel of America and WR Property, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------X
AGUDATH ISRAEL OF                        :
AMERICA and WR PROPERTY                  :    Civil Action No. 3:17—cv-03226-
LLC,                                     :              MAS-DEA
                                         :
       Plaintiffs,                       :
                                         :    **ORDER**
v.                                       :
                                         :
TOWNSHIP OF JACKSON, NEW                 :
JERSEY,                                  :
                                         :
       Defendant.                        :
                                         :
---------------------------------------------X

#10540173.1

**THIS MATTER** having come before the Court upon the application of Wilentz, Goldman & Spitzer, P.A., attorneys for Plaintiff WR Property, LLC and Storzer and Associates, P.C., attorneys for Plaintiffs Agudath Israel of America and WR Property, LLC (collectively, "Plaintiffs") for an Order granting Plaintiffs' motion to enjoin Defendant the Township of Jackson ("Defendant") from Continuing to Spoliate Evidence and for sanctions; and upon written notice to counsel for Defendant; and the Court having considered the papers in support of and in opposition to this application, if any, and the arguments of counsel; and for good cause shown;

**IT IS** on this ___ day of _____, 2019, ORDERED:

1. Plaintiffs' motion enjoin Defendant from Continuing to Spoliate Evidence and for sanctions is hereby granted;

2. Defendant is hereby barred from further destroying documents relevant to this lawsuit during its pendency.

3. Defendant shall pay Plaintiffs $_____ as a result of Defendant's spoliation of evidence.

4. An adverse inference is hereby granted against Defendant.

HON. DOUGLAS ARPERT, U.S.M.J.

#10540173.1