41034.00107-HBM
LEGAL/122376513.v1
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq.
Pauline F. Tutelo, Esq.
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎ 973-618-4100   🖨 973-618-0685
✉ hbmankoff@mdwcg.com
✉ pftutelo@mdwcg.com
ATTORNEYS FOR DEFENDANT – Township of Jackson, New Jersey

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

### ** ELECTRONICALLY FILED **

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company, | CASE NO.: 3:17-cv-03226-MAS-DEA |
| Plaintiffs | Civil Action |
| v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY<br><br>Defendant | **DECLARATION OF PAULINE F. TUTELO, ESQ** |

PAULINE F. TUTELO, ESQ., of full age, under penalty of perjury, declares as follows:

1. I am special counsel at Marshall Dennehey Warner Coleman & Goggin in this litigation. As such, I am fully familiar with the facts herein.

2. I submit this declaration in support of defendant, Township of Jackson, New Jersey's Opposition to Plaintiffs' Motion to Enjoin the Township of Jackson from Continuing to Spoliate Evidence and for Sanctions.

3. On March 26, 2019, the declarant received a telephone call from Donna Jennings, Esq., regarding an e-mail from the Township, received by riseupocean@gmail.com, in response to a OPRA request.

4. On March 26, 2019, the declarant received a copy of the e-mail which stated that the documents requested had been destroyed and could therefore not be provided. See Exhibit A.

5. On March 26, 2019, the declarant immediately contacted the Township to determine the status of the documents related to this action.

6. On March 28, 2018, the declarant was advised by Township counsel that the documents had not been destroyed but were removed from the server and kept in .PDF format. See Exhibit B.

7. Soon thereafter, the declarant contacted Donna Jennings, Esq., and advised that the documents were not destroyed and were available in .PDF format.

8. On April 12, 2019, plaintiffs' filed the within motion. See Docket 32-1.

9. Attached hereto as Exhibit C is the Certification of Janice Kisty, Jackson Township's Town Clerk, in support of the Township's opposition to plaintiffs' motion.

## DECLARATION

I hereby declare under penalty of perjury that the foregoing statements are true and correct pursuant to 28 U.S.C. §1746.

/s/ *Pauline F. Tutelo*
By: _____
PAULINE F. TUTELO, ESQ.

Dated: May 6, 2019

# EXHIBIT A

**Tutelo, Pauline F.**

| | |
|---|---|
| **From:** | Jennings, Donna <djennings@wilentz.com> |
| **Sent:** | Tuesday, March 26, 2019 11:24 AM |
| **To:** | Tutelo, Pauline F.; 'Sieglinde Rath' |
| **Subject:** | Jackson |
| **Attachments:** | ATT00001.htm; ATT00002.htm; ATT00003.htm; Administration Records Retention 2009-2016.pdf; Council Records Retention 2012-2015.pdf; Oros Bais Yaakov, girls schools, and schools 1-1-14 through 1-1-15.pdf |
| **Categories:** | Oros |

Pauline
Here is the response below plus attachments.
Best regards,
Donna


-------- Original message --------
From: Danielle Sinowitz <dsinowitz@jacksontwpnj.net>
Date: 3/26/19 10:20 AM (GMT-05:00)
To: rise up <riseupocean@gmail.com>
Subject: OPRA Response

Dear Rise Up:

Please accept this as my official response to your OPRA (copy attached). Your records requested have been destroyed under general correspondence as per approval from the NJDARM. Attached please the Authorization from Records Disposal approved on 3/6/19(2009-2016) for Administration. Also Please find Authorization from Records Disposal approved on 1/31/18(2014), 5/15/19(2015) for Council.

Thank you!


# Danielle Sinowitz
Clerk I
Jackson Township
95 West Veterans Highway
Jackson, NJ 08527
Tel: 732-928-1200 ext. 1203
Email: Dsinowitz@jacksontwpnj.net

1

This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient of this message you are prohibited from copying, distributing or otherwise using this information. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank you.

The content of any e-mail sent to or received by Wilentz, Goldman & Spitzer, P.A. or any of its attorneys will not create an attorney-client relationship and shall not be binding on this law firm or its client(s) unless an undertaking of attorney client representation has been signed and delivered by a duly authorized representative of the firm. No e-mail transmission by the sender of this e-mail will constitute an "electronic signature" unless the person sending the email expressly states that this e-mail constitutes an electronic signature or the document on which a handwritten signature appears specifically states that it may be delivered via electronic or e-mail transmittal.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# EXHIBIT B

# Tutelo, Pauline F.

| | |
|---|---|
| **From:** | Robin LaBue <rlb@gm-law.net> |
| **Sent:** | Thursday, March 28, 2019 12:12 PM |
| **To:** | Tutelo, Pauline F.; Mankoff, Howard B. |
| **Cc:** | Jean Cipriani |
| **Subject:** | FW: Oros/Agudath |

The documents that were destroyed were the original emails. The documents have been preserved in PDF format. It was confusion on the behalf of the Township Clerk. They are inundated with requests. However, although the original "documents" were destroyed, we still have them.

Robin La Bue, Esq.
Gilmore & Monahan, P.A.
10 Allen Street, 4th Floor
P.O. Box 1540
Toms River, NJ 08754-1540

732-240-6000 (telephone)
732-244-1840 (facsimile)
rlb@gm-law.net

CONFIDENTIALITY NOTICE: This Email and any attachments thereto are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure by applicable laws, rules or regulations. If you have received this Email in error and are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is strictly prohibited. If you have received this in error please notify the sender immediately at 732-240-6000 and delete this Email and any attachments immediately. Thank you for your anticipated cooperation.

---

**From:** Jean Cipriani <jlc@gm-law.net>
**Date:** Thursday, March 28, 2019 at 12:09 PM
**To:** Robin LaBue <rlb@gm-law.net>
**Subject:** FW: Oros/Agudath

> Jean L. Cipriani, Esq.
> Gilmore & Monahan, P.A.
> 10 Allen Street, 4th Floor
> P.O. Box 1540
> Toms River, NJ 08754-1540
>
> 732-240-6000 (telephone)
> 732-244-1840 (facsimile)
> jlc@gm-law.net

---

**From:** Pauline Tutelo <PFTutelo@MDWCG.com>
**Date:** Thursday, March 28, 2019 at 11:49 AM
**To:** "Jean L. Cipriani" <jlc@gm-law.net>

1

**Cc:** "HBMankoff@mdwcg.com" <HBMankoff@MDWCG.com>
**Subject:** Oros/Agudath

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jean:



Thanks so much for your help!

Best,

Pauline



**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW
PA   NJ   DE   OH   FL   NY

**Pauline F. Tutelo**
*Attorney at Law*
bio | e-mail | website

425 Eagle Rock Ave.
Suite 302
Roseland, NJ 07068
Direct:  (973) 618-4146
Main:   (973) 618-4100
Fax:    (973) 618-0685

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to PFTutelo@mdwcg.com , or by telephone at (973) 618-4146 and then delete the message and its attachments from your computer.

# EXHIBIT C

41341.00105-HBM
LEGAL/122008591.v1
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
By: Howard B. Mankoff, Esq.
**Attorney I.D. No. 021971981**
By: Pauline F. Tutelo, Esq.
**Attorney I.D. No. 025961996**
By: Michelle N. Michael, Esq.
**Attorney I.D. No. 240262018**
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☏973-618-4100    🖨973-618-0685
✉ hbmankoff@mdwcg.com
✉ pftutelo@mdwcg.com
✉ mnmichael@mdwcg.com
ATTORNEYS FOR DEFENDANT – Township of Jackson, NJ and Jackson Township Zoning Board of Adjustment

| | |
|---|---|
| OROS BAIS YAAKOV HIGH SCHOOL,<br><br>Plaintiff<br><br>v.<br><br>TOWNSHIP OF JACKSON, N.J. and JACKSON TOWNSHIP ZONING BOARD OF ADJUSTMENT,<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:    OCEAN COUNTY<br>DOCKET NO.:    OCN-L-2981-14<br><br>Civil Action<br><br>**CERTIFICATION OF**<br>Janice Kisty |

I, Janice Kisty, hereby certify as follows:

1. I am the Township Clerk for Defendant The Township of Jackson, NJ (Township). I make this Certification based upon my personal knowledge.

2. I have been employed with the Township for 19 years. I have acted as the Twp. Clerk for 4 months. ~~years~~

3. I submit this certification in opposition to the Plaintiffs' allegation that the Township destroyed evidence.

4. In response to one of approximately 700 OPRA requests from anonymous parties, who are clearly working with the Plaintiffs, the Township Clerk inadvertently advised the requestor that records responsive to the OPRA request were destroyed. Complete copies of the records were maintained in PDF format, and the requestor was so advised. The Township is well aware of its obligation to preserve relevant documents and evidence.

5. The Defendants note that despite the Plaintiffs' claim that they do not know the identity of the individuals flooding the Township with OPRA requests, which are interfering with the Clerk's ability to provide needed services to Township residents, the Plaintiffs' attorney has filed a motion in connection with the anonymous OPRA requests.

6. No documents have been deleted in connection with this litigation.

7. The Township will ensure that no documents are ~~are~~ destroyed until the conclusion of this litigation.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

BY: *Janice Kisty*

Dated: 5/6/19