A PROFESSIONAL CORPORATION

ROMAN P. STORZER

SIEGLINDE K. RATH\*
BLAIR LAZARUS STORZER\*\*
ROBIN N. PICK\*\*\*
  \*    Admitted in Maryland & N.J.
 \*\*    Admitted in D.C., Maryland & Illinois
\*\*\*    Admitted in California & Maryland

OF COUNSEL
ROBERT L. GREENE†
JOHN G. STEPANOVICH††
CHRIS K. COSTA†††
 † Admitted in N.Y.
 †† Admitted in Virginia, N.Y. & Ohio (inactive)

††† Admitted in N.J., N.Y. and Penn.

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036

(202) 857-9766
FACSIMILE: (202) 315-3996

WWW.STORZERLAW.COM

BALTIMORE OFFICE:
9433 COMMON BROOK ROAD
SUITE 208
OWINGS MILLS, MD 21117

(410) 559-6325
FACSIMILE: (202) 315-3996

May 8, 2019

**VIA ECF**
Honorable Douglas E. Arpert
United States Magistrate Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608

    Re:    *Agudath Israel of America, et al. v. Township of Jackson, New Jersey*
            Case No. 3-17-CV-03226

Your Honor:

    The undersigned represents the Plaintiff, Agudath Israel of America, and is co-counsel for Plaintiff, WR Property LLC, in the above referenced matter.

    On behalf of Plaintiffs, we write to request a one-week extension of time to file Plaintiffs' reply papers in further support of Plaintiffs' Motion for Spoliation [Dkt. # 32]. Plaintiffs are requesting an extension of time to file reply papers until May 20, 2019. Defendants' counsel consents to this request for an extension. This will necessitate adjournment of the Motion to the next Motion date.

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          Sieglinde K. Rath

cc:    Counsel of record via ECF