# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

AGUDATH ISRAEL OF AMERICA, a New
York non-profit corporation, and WR PROPERTY LLC,
a New Jersey limited liability company,

        Plaintiffs,

v.

TOWNSHIP OF JACKSON, NEW JERSEY,
MICHAEL REINA, ROBERT NIXON, HELENE
SCHLEGEL, JEFFREY PURPURO, WILLIAM
CAMPBELL, and KENNETH PIESLAK,

        Defendants.

Civil No. 3:17-cv-03226

## AMENDED REQUEST FOR ENTRY OF DEFAULT

To: Clerk of the Court

Plaintiffs, Agudath Israel of America and WR Property LLC, hereby request the entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendants as follows for failure to answer, plead or otherwise respond to Plaintiffs' Second Amended Complaint within the time allowed by law:

1. Township of Jackson.

2. William Campbell in his individual capacity.

3. William Campbell in his official capacity.

4. Robert Nixon in his individual capacity.

5. Robert Nixon in his official capacity.

6. Kenneth Pieslak in his official capacity.

7. Jeffrey Purpuro in his individual capacity.

8. Jeffrey Purpuro in his official capacity.

9. Michael Reina in his individual capacity.

10. Michael Reina in his official capacity.

11. Helene Schlegel in her individual capacity.

12. Helene Schlegel in her official capacity.

A Declaration in support of this Request is attached hereto.

So entered:

By: _____
Clerk of Court