| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br>vs.<br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK | Plaintiff<br><br><br><br>Defendant |

United States District Court of New Jersey
_____ Division
County
Docket Number: 3:17-CV-03226

# AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Person to be served** (Name & Address):
Helene Schlegel, in her Official Capacity as the Former Township Administrator of the Township of Jackson, New Jersey
9688 SW Nuova Way
Port Saint Lucie, FL 34986

**Attorney:**
SIEGLINDE RATH, ESQ.
STORZER & ASSOCIATES, P.C.
1025 CONNECTICUTT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, DC 20036

**Papers Served:** SUMMONS ON AMENDED COMPLAINT, PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, AND DAMAGES

**Service Data:**

Served Successfully __X__  Not Served_____  Date: _5/8/2019_  Time: _6:51 pm_  Attempts:_____

__X__  Delivered a copy to him / her personally      Name of Person Served and relationship / title:

_____  Left a copy with a competent household member over 14 years of age residing therein

_____  Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**

Sex: _F_   Age: _65_   Height: _5'4"_   Weight: _140_   Skin Color: _White_   Hair Color: _Blonde_

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time

( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the 9th day of May, 2019 by the affiant who is personally known to me.

_Enil_ _____
NOTARY PUBLIC

Notary Public State of Florida
Enil Cerrano Jr
My Commission GG 251690
Expires 08/22/2022

I, Marissa Nail, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Marissa Nail_   5/9/2019
Signature of Process Server   Date

Treasure Coast Process Servers
381 S.W. Eastport Cir.
Port St. Lucie, FL 34953
(754) 234-7608
Our Job Serial Number: FLC-2019002683
Ref: 3:17-CV-03226