**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
9433 Common Brook Road, Suite 208
Owings Mills, MD 21117
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>　　　　　　　Defendants. | Civ. No. 3:17-CV-03226 |

### MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65

1

**COME NOW** Plaintiffs and move this Court for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure seeking preliminary orders as follows:

1. Enjoining Defendants, TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, from enforcement and application of Ordinances 03-17, 04-17 and 20-17.

2. Enjoining Defendants, TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, from monitoring, surveilling, targeting, harassing and interfering with the constitutionally protected right of the Orthodox Jewish residents of the Township of Jackson to the free exercise of religious beliefs within the privacy of their own homes for the gathering of people for religious services.

3. An Order granting such other, further and different relief that this Court deems appropriate.

Plaintiffs do hereby incorporate their Memorandum and Declarations submitted in support of this Motion as well as Plaintiffs' Second Amended Complaint (Dkt. #40).

Plaintiffs request oral argument with respect to this Motion pursuant to Local Rule 78.1.

Dated: September 6, 2019

**STORZER & ASSOCIATES, P.C.**
/s/ Sieglinde K. Rath
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
9433 Common Brook Road, Suite 208
Owings Mills, MD 21117
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
/s/ Donna M. Jennings
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of September, 2019, the foregoing document, supporting Declarations, Exhibits, Memorandum and proposed form of Order were electronically filed via the Court's ECF system with notices to the following:

>Howard B. Mankoff, Esquire
>Marshall Dennehey Warner Coleman & Goggin
>425 Eagle Rock Avenue, Suite 302
>Roseland, New Jersey 07068
>(973) 618-4118
>hmankoff@mdwcg.com

>Pauline F. Tutelo, Esquire
>Marshall Dennehey Warner Coleman & Goggin
>425 Eagle Rock Avenue, Suite 302
>Roseland, New Jersey 07068
>(973)618-4100
>pftutelo@mdwcg.com

>**STORZER & ASSOCIATES, P.C.**

>/s/ Sieglinde K. Rath
>Sieglinde K. Rath
>9433 Common Brook Road, Suite 208
>Owings Mills, MD 21117
>Tel: 202.857.9766
>Fax: 202.315.3996
>*Counsel for Plaintiffs*