

For Health Care Professionals | Contact    A A [+] [-]    Keyword, service or location    Search

Services    Get Started    Find a Location    About    Calendar    News & Blog    Join Us

Home › Locations › CareOne at Jackson

# CareOne at Jackson

### Contact Information

11 History Lane
Jackson, NJ 08527

Get directions ›

Phone: 732-367-6600
Fax: 732-905-9641

Email us ›

Contact Us Now ›

View other locations ›

02:07

Take A Virtual Tour Of CareOne At Jackson from CareOne on Vimeo.

| Admission Information | News & Blog | Testimonials | Events |

## Admission Information

ShareThis

CareOne at Jackson's **sub-acute rehabilitation** programs aim at helping patients achieve optimal health, wellness and quality of life. And with an experienced staff and **specialized clinical services** that cater to diverse medical needs, our center assures patients of personalized, supportive and first-rate care. CareOne at Jackson also features a dedicated Harmony Village unit, where residents who have Alzheimer's disease, dementia or other memory conditions receive specialized memory care while living their lives to the fullest.

Our beautifully appointed center includes hotel-style features, relaxing lounge and activity areas, spacious accommodations and fine dining options, among other charming amenities.

Located just off County Line Road, CareOne at Jackson is minutes away from Route 9.

Our Harmony Village offers next generation assisted living for the memory impaired, offers innovative memory-care programs designed to help residents maintain the highest possible quality of life, as well as optimal cognitive and physical functioning. Harmony Village offers 24 hour certified nursing care, on staff dementia specialists, and innovative technology and practices for all residents. We offer a friendly, warm and inviting neighborhood that provides quality care.

- Affordable, all-inclusive pricing
- A Nurse 24 hours a day, seven days a week
- 2 Person assist with ADL's
- Furnished Apartment- bed, dresser, night stand, wardrobe closet
- Complimentary Television
- Cable, Laundry, Phone included
- Fine Dining
- Close to hospitals and medical professionals
- Respite Services
- Therapy and Respiratory on-site
- Continuum of Care Campus- rehabilitation, skilled nursing and assisted living
- Dementia Care Certified Staff

Important announcement for our CareOne at Jackson Community. Although Care One at Jackson is closing a wing of our community for renovations; we are committed to continuing our Five Star service to our sub-acute rehabilitation unit. **Please click to read more.**

For more information about availability, insurance or rates, contact our Admissions Office at 732-367-6600.

### Our Services

- Alzheimer's/Memory Care
- Assisted Living
- Long-Term Care
- Medical Specializations
- Respite Care
- Sub-Acute Rehabilitation

### Accepted Insurance

Aetna
Cigna
Horizon Blue Cross Blue Shield
Medicare
Oxford Health Plans
QualCare
United Healthcare

---

**Call us at 1-877-99-CARE1 (22731) to learn more about your care options**

### Our Services

- Post-Acute Rehabilitation
- Assisted Living
- Long-Term Care
- Alzheimer's/Memory Care
- Medical Specializations
- Respite Care
- Long-Term Acute-Care Hospital

Sign up for our latest news and events.

Enter your email address     Subscribe