```
SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - OCEAN
DOCKET NO. L-2891-14-PW


OROS BAIS YAAKOV HIGH SCHOOL,
A nonprofit corporation of
the State of New Jersey,
                                    Deposition of:
        Plaintiffs,                  MICHAEL REINA


        -vs-


TOWNSHIP OF JACKSON, N.J.
and JACKSON TOWNSHIP ZONING
BOARD OF ADJUSTMENT,
        Defendant.
---------------------------


    B E F O R E:  LISA R. GENTEMPO, a Certified
Court Reporter of the State of New Jersey, at the
offices of THE TOWNSHIP OF JACKSON, 95 WEST
VETERANS HIGHWAY, JACKSON, New Jersey, on JULY 22,
2019 commencing at 11:00 a.m., pursuant to Notice.



-------------------------------------------------



            HUDSON COURT REPORTING & Video
              90 WOODBRIDGE CENTER DRIVE
           WOODBRIDGE, New Jersey 07095
                  (732) 906-2078
                  (800) 310-1769
```

```
 1      Q.   Was that in 2008 or '09 when you became
 2   Mayor?
 3      A.   2008.
 4      Q.   And you have been Mayor since then?
 5      A.   Yes, sir.
 6      Q.   Any other positions within Jackson
 7   Township on any other board or committees?
 8      A.   Planning board, emergency management,
 9   special police officer. That was a paid position.
10      Q.   When were you on the planning board?
11      A.   2001 to 2006.
12      Q.   Did you work on any Master plan updates
13   during that period?
14      A.   No, sir.
15      Q.   Who appointed you to the planning board?
16      A.   At the time it was a full Democratic
17   controlled board Mike Kafton, Michael Broderick,
18   Sean Giblin, Marvin Crakower, and Joseph
19   Grisanti.
20      Q.   And, what period of time was that for?
21      A.   2004 to 2006.
22      Q.   For Jackson Township?
23      A.   Yes.
24      Q.   Anything else?
25      A.   That was it.
```

1    A.   Yes, sir.

2    Q.   At the bottom of the page you wrote: In
3  ending, I appreciate that you took the time to
4  write me but the latter part of this email is to
5  set the record straight and to tell you point
6  blank, entire cesspool statement is incorrect and
7  could not be any further from the truth. I trust
8  that with my response you have a better
9  understanding of Jackson as a whole and not the
10  anti-Jewish community that you stated we are.
11  Thank you and have a nice day, correct?

12    A.   Yes, sir.

13    Q.   I assume you're not saying that there is
14  not anti-Jewish sentiment in Jackson Township?

15    A.   I never denied that.

16    Q.   What do you mean when you talk about
17  Jackson as a whole, and not the anti-Jewish
18  community?

19    A.   I think everyone here, including
20  yourself sir, is educated enough that you're
21  going to have bias and racism with -- in your
22  life, and I tell people, not everyone can be
23  accountable for a rash statement, a statement
24  made out of anger for the moment. Okay, there
25  are ignorant people to say things to be hurtful.

1  There comes a time in peoples lives and they
2  turnaround and give in and they say things that
3  maybe they shouldn't. I think we are all guilty
4  of this at one time or another.   Jackson
5  Township is a good community, and it's a lengthy
6  response, and I know that is not what you're
7  looking for, it's from the heart. Jackson
8  Township does a lot of good things as does the
9  Orthodox community which I commend them for that.
10 I cannot let a bunch of people who are ignorant
11 for, my best choice of words, controlling what is
12 going on in the Township, it does not define
13 Jackson Township, it's a diverse community, there
14 are a lot of good people here.  When we address
15 certain issues, public safety and quality of
16 life, this is not for one group, and I try to
17 spell that out.
18     Q.   Do you recall the ordinances that were
19 passed in 2007 concerning churches, and schools,
20 and dormitories?
21     A.   Yes.
22     Q.   And you don't vote on those ordinances?
23     A.   I don't vote on any sir.
24     Q.   Did you attend those meetings?
25     A.   I was at a few of the counsel meetings,

1  yes.
2       Q.  Did you hear the public sentiment
3  concerning those ordinances?
4       A.  I don't remember public sentiment at the
5  meetings, but because a lot of times the first
6  meeting there's no conversations, if I was at the
7  second meeting when they read the ordinances into
8  it, if I was not there I would not hear it.
9       Q.  You don't recall the testimony
10  before the council or the statements made by
11  residents?
12       A.  I will not deny I heard testimony, would
13  I be able to tell you verbatim, no.
14       Q.  Would you agree with me Mike, that
15  the testimony that was actually made at the
16  council meeting was from those, that segment of
17  the population that is ignorant and that is
18  anti-Semitic?
19       A.  It would be a fair statement.
20       Q.  Okay. I believe the point that you're
21  making is that they don't represent the entire
22  Township?
23       A.  That is correct sir.
24       Q.  But they are the ones that are, for lack
25  of a better term, the loudest?

1    Q.   All right.  Do you believe that Miss
2  Cannus is hostile to the Orthodox community?
3    A.   She's not being very nice in this one.
4    Q.   Was that a yes?
5    A.   I believe I answered you.
6    Q.   Page 2 of this document talks about
7  another block in Jackson under attack.
8    A.   Yes.
9    Q.   Do you see that?
10   A.   I'm reading that.
11   Q.   Do you believe that this email is
12 hostile toward the Orthodox Jewish community?
13   A.   May I read that part of it?
14   Q.   Yes.
15   A.   Thank you.
16            (Pending question read back by
17 Reporter.).
18
19   A.   No.
20   Q.   Can you turn to the page that says
21 OBY03508, the bottom right.
22   A.   OBY03508?
23   Q.   Yes. Do you see the paragraph that
24 begins, what's next for our town before it?
25   A.   Yes, I read it.

116

1  simply housing, seasonal housing.
2       Q.   Has the Township ever received any
3  complaints about those housing facilities?
4       A.   To my knowledge sir, no.
5
6            (Document received and marked MR-20 for
7  Identification by Reporter.)
8
9       Q.   Handing you MR-20.
10      A.   Okay.
11      Q.   Are you familiar with this document?
12      A.   Yes, this is, this is for Trophy Park.
13      Q.   Were you ever approached by the
14 developer concerning this development?
15      A.   The developer is -- I believe his
16 name is Allen, now, I met him twice here in this
17 building, twice at Six Flags, at no point ever
18 did we see on paper, we, administration, or at
19 Six Flags, anything to do with dormitories,
20 soccer fields, basketball, dormitories.  Turning
21 it into a historical museum for the property, was
22 what we discussed.
23      Q.   Is the Township in favor of this
24 development?
25      A.   We are in favor of all kinds of

1  development, businesses, jobs, rateables.
2       Q.   Not schools with dormitories?
3       A.   I never said that, you did.
4       Q.   If you can turn to the second page.
5       A.   Yes.
6       Q.   Do you recall any discussion about that
7  type of facility not being permitted?
8       A.   Nope, there was not any discussion on
9  this sir.
10      Q.   Does the Township have any problem with
11 that type of facility?
12
13           HOWARD MANKOFF: Objection to form, you
14 can answer it.
15
16      A.   You keep on getting me with that. Does
17 the Township with what sir?
18      Q.   With the building including a dorm
19 facility for the players on the team?
20      A.   I don't have any problem with it.
21
22           (Document received and marked MR-20 for
23 Identification by Reporter.)
24
25      Q.   If you can review these email's, all of

1  which appear to have been addressed to you except
2  for one, let me know if you recognize them.
3       A.   Okay.
4       Q.   Did you receive these email's?
5       A.   Yes, I did.
6       Q.   If you can turn to the page that ends
7  with 2898.
8       A.   Very last page.
9       Q.   Yes, email from Ralph and Darlene Rue?
10      A.   Yes.
11      Q.   Do you know Ralph and Darlene Rue?
12      A.   No.
13      Q.   They wrote:  I would like to keep
14 these Hasidic's out of our town if possible.
15      A.   Yes.m I read it.
16      Q.   In relation to the dormitories and
17 school ordinances that we reviewed, correct?
18      A.   They are siting ordinances, Township
19 code, use and development regulations, yes I read
20 it.
21      Q.   Do you believe that their statement I
22 would just like to keep these Hasidic's out of
23 our town, is anti-Semitic?
24      A.   Absolutely.
25      Q.   Do you believe that some of the support

Case 3:17-cv-03226-MAS-DEA Document 55-4 Filed 09/06/19 Page 10 of 16 PageID: 1060

119

1  for the dormitory and school ordinance is based
2  on anti-Semitism amongst Jackson Township
3  residents?
4       A.   Yes, I do.
5
6            (Document received and marked
7  MR-22 for Identification by Reporter.)
8
9       Q.   Here is MR-22, review this document.
10      A.   Yes.
11      Q.   Did you write the email that is on the
12 first page of this document?
13      A.   Yes, I did.
14      Q.   Did you write the email that is on the
15 second and the third page?
16      A.   Yes.
17      Q.   And again, the email on the fourth page,
18 fifth page?
19      A.   Yes.
20      Q.   Turn to the six page email from Joel
21 Shulman?
22      A.   Yes, sir.
23      Q.   It appears that Mr. Shulman was
24 suggesting that the dorm ordinance was a bad
25 idea, is that fair?

New York                  Hudson Court Reporting & Video              New Jersey
212-273-9911                   1-800-310-1769                       732-906-2078

1   A.   Yes.
2   Q.   Last two-pair photographs from her --
3   and now this wonderful neighborhood is going down
4   the gutter, I have emailed so many times with no
5   response, what's going to be done with this,
6   people do not want to live by this and so many
7   people are leaving, and only Orthodox are moving
8   in because we accommodate them.
9   A.   Yes.
10  Q.   Do you think Diane Flynn is hostile to
11  the Orthodox Jewish community?
12  A.   Yes.
13  Q.   You're not CC'd on this particular
14  email?
15  A.   That is correct.
16  Q.   This was sent to Bob Nixon, Jean
17  Cipriani, and Kenneth Beslak?
18  A.   He was at the time head of code
19  enforcement, he is no longer with us.
20  Q.   Helen Shlagel responded to Miss Flynn
21  stating that the Township has issued a notice of
22  violation.
23  A.   Yes, that is standard operating
24  procedure.
25  Q.   She forwarded those email's to you,

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

1  just one small corridor of Jackson, do you see
2  that?
3       A.   I'm reading it, yes.
4       Q.   Are these statements hostile towards the
5  Orthodox Jewish community?
6       A.   Based on what I am reading, yes.
7       Q.   Hostile towards the Orthodox Jewish
8  community?
9       A.   Yes.
10      Q.   Turn to the the page that is numbered
11  OBY13253.
12      A.   Okay.
13      Q.   Do you see it looks like Helen Shlagel
14  coordinating with Robert Nixon and Ken Beslak, do
15  you see that email?
16      A.   Yes, August 25, 2016.
17      Q.   Is that something Helen Shlagel would
18  coordinate with Ken Beslak?
19      A.   The administrator does meet with the
20  council president, does not matter who is council
21  president, they do it on a regular basis because
22  the clerk is not privy to certain administrative
23  functions and they would never come to me, they
24  would go to the administrator.  They run the day
25  to day operation.  They will explain what is

1    Q.   Okay. And, do you know who Jennifer
2  Cuccinelli is?
3    A.   She has been to quite a few meetings.
4    Q.   Do you know her to be hostile to the
5  Orthodox Jewish community?
6    A.   Hostile, anger, and she has a lot of
7  anger.
8    Q.   Towards the Orthodox Jewish community?
9    A.   It's basically all of us.
10   Q.   I will direct you to the paragraph
11 written by her in the middle of the second page.
12   A.   Okay.
13   Q.   Do you believe that these statements are
14 anti-Semitic?
15   A.   Anti-religion, she's an atheist.
16   Q.   Are they hostile to the Orthodox Jewish
17 community?
18   A.   Orthodox is mentioned, yes.
19
20        (Document received and marked MR-40 for
21 Identification by Reporter.)
22
23   Q.   Michael, I'm handing you MR-40. I'm
24 going to ask you if you have seen this document
25 before?

1  Q. Okay.
2  A. You're obstructing the right of way,
3  that is what it is saying, it's not counting out
4  any specific item. It was all encompassing, it
5  was basketball nets, anything that would be
6  construed as an obstruction.
7  Q. And eruv would not be allowed in the
8  right of way, correct?
9  A. Any obstruction would not be allowed.
10 Q. Including an eruv?
11 A. If you want to say that.
12 Q. Is it not true Mr. Reina, that this
13 ordinance was proposed because of the eruv issue
14 in the Township?
15 A. I can't say that for certain.
16 Q. Do you think it was because of
17 basketball hoops?
18 A. I think it was because of what people
19 were doing in the right of way at that time.
20 Q. Placing eruv's?
21 A. Placing four by four polls, metal
22 objects in the right of way which was prohibited.
23 We never had that, you know, in residential
24 neighborhoods. Someone is going to get a
25 basketball hoop and drive it into cement, and

1  now, that is in it right of way.  That was never
2  allowed, people turned around and said okay,
3  little Johnny is going to bring the basketball
4  inside.
5      Q.   But when they started to put polls in
6  for eruv's that is when people complained about
7  it?
8      A.   Yes.
9      Q.   And that ultimately resulted in this
10 ordinance, correct?
11     A.   I would have to say yes.
12     Q.   Okay. Would you support a Township
13 ordinance that would permit putting eruv wire on
14 existing street lamps, that sort of thing,
15 utility polls?
16     A.   I have already.
17     Q.   Is there a solution where you have sides
18 of the road which may not have telephone polls or
19 street lamps?
20          HOWARD MANKOFF: Objection to form, you
21 can answer it.
22     A.   I did speak with various Rabbi's not
23 only here in Lakewood. They told me something
24 about certain rabbi's will only bless certain
25 eruv's, and I don't know that part of the

1                C E R T I F I C A T E

2                 I, Lisa R. Gentempo, Certified

3    Court Reporter of the State of New Jersey, do

4    hereby certify that the foregoing is a true and

5    accurate transcript of the testimony as taken

6    stenographically by and before me at the time,

7    place and on the date hereinbefore set forth.

8            I DO FURTHER CERTIFY that I am neither a

9    relative nor employee nor attorney nor counsel of

10   any of the parties to this action, and that I am

11   neither a relative nor employee of such attorney

12   or counsel, and that I am not financially

13   interested in the action.

14

15

16   ------------------------------------------

17

18     Certified Court Reporter, License 1630

19

20

21

22

23

24

25