**From:** Helene Schlegel <administrator@jacksontwpnj.net>
**Sent:** Friday, October 31, 2014 7:30 AM
**To:** Michael Reina
**Subject:** Re: Complaint

You are exactly right!

> On Oct 31, 2014, at 7:29 AM, Michael Reina <mikereina@jacksontwpnj.net> wrote:
>
> Civil complaint and based on bias of anti-semitism which is what I warned everyone of. I also know that our current zoning laws stopped this application cold, it was some dumb comments from board members and the internet posts (including the rants of pictures) that gave them the extra umphh. See you later I will have an official statement to the press a little later on this morning.
>
>
> Sincerely,
>
> Michael Reina
>
> Mayor
> Jackson Township
> 95 West Veterans Highway
> Jackson NJ 08527
> Office 732-928-1200 ext.1211
> Fax   732-928-2613
> mikereina@jacksontwpnj.net
>
>
> CONFIDENTIALITY NOTICE: This electronic message contains information
> from the Jackson Township Mayors office. This e-mail and any files
> attached may contain confidential information that is legally
> privileged. If you are not the intended recipient, or a person
> responsible for delivering it, you are hereby notified that any
> DISCLOSURE, COPYING, DISTRIBUTION or use of any of the information
> contained in or attached to this transmission is STRICTLY PROHIBITED.
> If you have received this transmission in error, please forward same
> to sender and destroy the original transmission and its attachments without reading or saving in any manner.
>
> ----- Original Message -----
> From: "Helene Schlegel" <administrator@jacksontwpnj.net>
> To: "Michael Reina" <mikereina@jacksontwpnj.net>
> Sent: Friday, October 31, 2014 7:26:08 AM
> Subject: Re: Complaint
>
> Just what we need now.
>
>> On Oct 31, 2014, at 7:19 AM, Michael Reina <mikereina@jacksontwpnj.net> wrote: