**Zimbra**                                          clerk@jacksontwpnj.net

### Re: Mayor's view of town issues

**From:** Michael Reina <mikereina@jacksontwpnj.net>   Mon, Aug 29, 2016 11:57 AM
**Subject:** Re: Mayor's view of town issues
**To:** cherbie6577@yahoo.com
**Cc:** Robert Nixon
<councilmannixon@jacksontwpnj.net>, Helene
Schlegel <administrator@jacksontwpnj.net>,
Michael Reina <mikereina@jacksontwpnj.net>

Dear Ms. Baker,

   Thank you for taking the time to write me. As you requested here is a quick summary;
As your aware we have strengthened our no knock ordinance which has been said to be a model for our state. Most recently we have increased surveillance all over town by utilizing all township employees while they are about the town during their working schedules, they were asked that if they see something out of the ordinary such as increased residential block traffic, construction going on or demolition containers without permits visible in residential windows to say something. We have made the following requests to the Chief of Police, enforce the unauthorized use of outside neighborhood patrols, hiring more special police officers that can be used as park and recreation security during high traffic times as well as assisting code enforcement during high volume requests, and with the heroin epidemic that has taken a grip on Jackson for a number of all drug overdose deaths and Narcan recoveries. I will be joining Ocean County Prosecutor Joseph Coronato in his war on opiate use and the loss of life that accompanies it. There is now a residential trailer ban ordinance going for a second reading that once voted on and passed will no longer allow the use of trailers (co-joined or single use and not longer than 20 feet in length) being used as "temporary permanent outdoor use structures" (and other backdoor zoning approved uses), we are once again requesting that the office of Zoning revisit and not to allow non permanent structures to be placed in front yards, and we are looking at the issue regarding the use of ERUV wires and their placement within the public ROW. These newly proposed bans and restrictions coming up will not only strengthen Jackson township zoning and codes as well but will make it even harder for those who may want to challenge them somewhere down the road. We have been trying to acquire more code enforcement officers to keep up with the increased volume that the department has been experiencing. These are just a few things that we are currently on top of. Naturally we have legal

TWP003429

counsel looking into everything of what we can and cannot do.

   First I have to ask you, have you notified the Zoning or Code Compliance Officer about the illegal zoning? If not can you identify to me the illegal zoning that is happening so that I may bring these examples to the Zoning and Code Compliance officers attention if you chose not to. Also if you could explain panic peddling to me I would appreciate that because I am not aware of what that is. Third and last is blockbusting.  While some rumor mongers may say that we are not looking into the alleged blockbusting tactics being used in Jackson I have to say that is just not true. Myself, the administration and the entire Council continue to look into this through the eyes of code enforcement, the zoning office and legal channels. We have also sent numerous complaints up to higher authorities so that they can review the allegations and posted information that we receive as well. The township does not just stand by and allow any illegal activity to knowingly occur in Jackson Township and everyone knows that I stand firm on that. If someone you know or may have personal knowledge of this being done then it's time for those individuals to go and make a formal complaint to the DOJ citing blockbusting and or any alleged corruption within the township and then let the law do their jobs.

   Maintaining a healthy and safe quality is job one for us, while some may say that is not enough I encourage all to help by participating and producing ideas that will help us become even better prepared as we grow. My public record and all that I have supported and signed into law is available to all via our website, there you will find meeting minutes, code amendments, zoning laws, and plethora of past and present ordinances and resolutions. Just recently Council President Nixon responded to you addressing certain issues saying what I would have said had he not. As a point of information, the Council President and myself constantly discuss issues that can or could possibly change the quality of life for Jackson residents and as a team we continue to advance ways for the betterment of Jackson. The Council President also noted what I have been saying from the very beginning and that is that we look before we jump into anything. When others compare us to other towns or even another state we have remained steadfast with our responses and that is, we will not do a knee jerk reaction every time someone mentions "well another town/state did this" before we look at that particular issue a full 360 degrees and what if any legal ramifications wait for us down the road should we implement it. Realizing of course that our residents may view things differently we understand that not everything may be crystal clear to everyone or addressed in what they would consider a timely fashion. And we do realize they may misunderstand the delay necessary to consider all implications as inaction. We also are in charge and keep in mind of the township's finances so a large class action lawsuit is not something that we will just allow to happen because people feel we are not acting fast enough.

Respectfully,

TWP003430

Michael Reina

Mayor
Jackson Township
95 West Veterans Highway
Jackson NJ 08527
Office 732-928-1200 ext.1211
Fax    732-928-2613
mikereina@jacksontwpnj.net

CONFIDENTIALITY NOTICE: This electronic message contains information from
the Jackson Township Mayors office. This e-mail and any files attached may
contain confidential information that is legally privileged. If you are
not the intended recipient, or a person responsible for delivering it, you
are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of
any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error,
please forward same to sender and destroy the original transmission and
its attachments without reading or saving in any manner.

---

**From:** "cherie baker" <cherbie6577@yahoo.com>
**To:** "Michael Reina" <mikereina@jacksontwpnj.net>
**Sent:** Sunday, August 28, 2016 11:13:39 AM
**Subject:** Mayor's view of town issues

Good morning, as I look at my neighborhood along with various other neighborhood in the area panic selling I was wondering what the mayors though were on everything that is happening in our town. We have blockbusting taking place, illegal zoning happening, panic peddling. What is your take on what's happening in this town and have you done anything to help the situation? I would like to know where you see our town in five years, if you could maybe paint a picture in my mind, especially the east side of town I would greatly appreciate it.  Thank you for your time,
Cherie Baker
And an email response would be perfect. I do not need to call or meet with you. Thank you

Sent from Yahoo Mail on Android

TWP003431