**Zimbra**  kpieslak@jacksontwpnj.net

### Fwd: 146 New Prospect

**From:** Helene Schlegel <hschlegel@jacksontwpnj.net>  Tue, Aug 01, 2017 07:19 AM
**Subject:** Fwd: 146 New Prospect
**To:** Kenneth Pieslak <kpieslak@jacksontwpnj.net>
**Cc:** wcampbell@jacksontwpnj.net

Just an FYI below. Just keep an eye out.

Respectfully,

Helene Schlegel, MS, MPP, CPM
Business Administrator
Jackson Township
95 West Veterans Hwy.
Jackson, NJ 08527
732-928-1200 ext. 1210

Begin forwarded message:

> **From:** Michael Reina <mikereina@jacksontwpnj.net>
> **Date:** August 1, 2017 at 7:16:03 AM EDT
> **To:** Jean Cipriani <jlc@gm-law.net>
> **Cc:** Jeff Purpuro <jpurpuro@jacksontwpnj.net>, Helene Schlegel <hschlegel@jacksontwpnj.net>
> **Subject: 146 New Prospect**
>
> Reports of this address now being used as a Day Care along as a house of prayer. Numerous people are making same complaint. Kindly surveil property during weekday hours as well as Friday into Saturday. Cease and desist order? Kindly advise once findings or other are made, thank you.
>
> Michael Reina
>
> Mayor
> Jackson Township
> 95 West Veterans Highway
> Jackson NJ 08527
> Office 732-928-1200 ext.1211
> Fax   732-928-2613
> mikereina@jacksontwpnj.net
>
> CONFIDENTIALITY NOTICE: This electronic message contains information from the Jackson Township Mayors office. This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use