# EXCLUSIVE: Anti-Semitic Hate Group Appears To Have Blackmailed Mayor To Allow Resolution Condemning Them

February 14, 2019

We'd like to show you notifications for the latest news and updates.

NO THANKS    ALLOW



GreaterLakewood.com has obtained evidence which appears to show that Rise Up Ocean County – the online hate group which we previously refrained from naming – threatened Jackson Mayor Michael Reina with campaign finance violations if he proceeds with the resolution condemning them. **They posted the threat & removed it within hours – But we obtained screenshots.**

## There are two issues here.

1. This Anti-Semitic group apparently blackmailed the Jackson Mayor – a potential illegal act which needs to be investigated – We can confirm the Attorney General's Office was contacted.

Blackmail – According to N.J. law, is when you threaten to expose confidential information about a person if they don't meet a demand – and is a crime that is prosecuted under the charge **Theft by Extortion.**

Extortion – is a coercive attempt to get money, goods, services, or other favors from a person, business, or elected official, so blackmail readily falls under that umbrella.

We can confirm the Attorney General's Office was notified.

2. Why did Jackson Mayor Reina not allow the resolution to proceed?

**At last nights Jackson Township council meeting**, the mayor condemned extensively the actions of hate groups. The council President said since they have to uphold the Constitution they can't make action against 'free speech'.

OBY12553

The resolution to      many community members, **State**

The answer **may**

OBY12554



Note: We chose to not name the hate group until today. Our reason was 'we did not want to give the group more exposure' – the group grew about 20% the past week since Jewish Media started reporting about them. It was therefore our official policy not to name the group. Today however, we can't claim blackmail without evidence, hence requiring us to display who they are.

OBY12555