Zimbra  https://mail.jacksonnj.net/h/printmessage?id=71257,71207,71175,7...

**732.928.1200 ext. 1240**
**732.928.1397 (fax)**

**Issues**

**From :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>   Tue, Jun 27, 2017 04:05 PM
**Subject :** Issues
**To :** Helene Schlegel <hschlegel@jacksontwpnj.net>

Helene -

The following is an update on recent issue properties :

1. 2 and 4 Danielle Court - ERUV wires. They are placed well within the property line.
2. 146 N. New Prospect - Rental CCO obtained and registered as a Rental Property with 'TBD' for renters. In the meantime from all we can tell this is actively being used as a school or Shul.
3. 53 N. New Prospect - Grass was cut, though not fully. Safeguard did not know it is 1.43 acres. They have a work order that has been started to complete this. Some debris was removed on Monday but unfortunately overnight someone dumped mattresses there. Jose did speak with a neighbor who had wrote down the license plate of the truck. We are following that up. As of a phone call this afternoon to Safeguard the work order is still open and a work in progress. There is a great deal of debris.
4. 9 Goldweber - Open violation. They have kept the grass cut regularly this year but fence still and issue and some brush in yard. Today we received a new complaint from a neighbor that the trees and bushes from here are 'pushing' her fence. We continue to send penalties and Notices.
5. 64 Villanova - Renter left for Israel for about 6 weeks. He is letting a friend (couple) stay there from time to time while he is gone. They are not paying rent as reported but instead doing them a favor watching the place. Both the owner and property manager are aware.
6. 5 Chelsea - Rental with property upkeep issues with tenant. Tenant has been removed. Dumpster there today removing the items (Alot !) left in the yard and a general interior/exterior cleanup started. Property Manager is very responsive here.
7. 24 Winchester - newly repoprted for Friday night activity, cars, etc. Home is

OBY13015

Zimbra                                        https://mail.jacksonnj.net/h/printmessage?id=71257,71207,71175,7...

lived in. We will monitor.

Problem properties for DPW to cut : (All vacant)

1 Emory Court
19 Vermont
4 S Dakota
21 E. Veterans
400 Cedar Swamp
344 Freehold
66 Claridge
4 Honeysuckle (Safeguard did go back and cut most but not out to street so it looks bad)

Total registered vacant properties - 361

Ken


Kenneth J. Pieslak
Code Compliance Supervisor
Jackson Township
95 W. Veterans Hwy., Jackson, NJ 08527
732.928.1200 ext. 1231
732.833.0603 (fax)

