safety factor. There are a lot of Freaks out there. I am a working parent who has children in the home to worry about. Why have strangers roaming my neighborhood while my kids are at home or playing in the yard? There were several murders in the past years from sales solicitors locally. At the very least I feel it is imperative to have each sales solicitor pay for a background check. Is that done? But here is a suggestion and it is a win win really. Is there such a thing in any town that there is a town wide no solicitation? With an opt in to be solicited? Of course by law religion and political and non profit do not apply. That would be the safest and
```
 m
> o
>> s
>>> t
>>>>
>>>>> c
>>>>>> o
>>>>>>> nv
>>>>>>>> enient for the Jackson residents!!
>
```

## Safety issue

**From :** ck41272@optonline.net  
**Subject :** Safety issue  
**To :** Robert A Nixon  
&lt;councilmannixon@jacksontwpnj.net&gt;

Sun, Apr 17, 2016 08:47 PM  
📎 3 attachments

Sent from my iPhone

I sent this to Ken in code enforcement. This LLC sham is HUGE problem!
I walked around my neighborhood to pass the no knock out of sixty or so houses I believe two are l l c from Lakewood and I just saw some people looking at another house. Lucky me. HELP!!!!!

TWP001103


**image1.png**
426 KB


**image2.png**
432 KB


**image3.png**
370 KB

## Re: Safety issue

**From :** ck41272@optonline.net       Sun, Apr 17, 2016 10:18 PM
**Subject :** Re: Safety issue
**To :** Robert A Nixon
        <councilmannixon@jacksontwpnj.net>

```
I sent it to Ken.

Sent from my iPhone

> On Apr 17, 2016, at 10:07 PM, Robert A Nixon
<councilmannixon@jacksontwpnj.net> wrote:
>
> Who did you send these messages to if I may ask?
>
> I am currently working on a robust LLC registration and
landlord reporting law for the town. In the meantime, continue to
call the police if you see a property where the doors are open or
if it looks like trespassing is occurring or code if the property
is unkept. And please copy me on it.
>
> We have lots to do but with your help we will be ok.
>
> Rob Nixon
> ----- Original Message -----
> From: ck41272@optonline.net
```

TWP001104

```
> To: Robert A Nixon <councilmannixon@jacksontwpnj.net>
> Sent: Sun, 17 Apr 2016 20:47:08 -0400 (EDT)
> Subject: Safety issue
>
>
```

### Re: Jackson Township: SAFETY ISSUE

**From :** ck41272@optonline.net          Mon, Apr 18, 2016 03:56 PM

**Subject :** Re: Jackson Township: SAFETY ISSUE

**To :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>

Thanks!!

Sent from my iPhone

On Apr 18, 2016, at 3:47 PM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:

> Ms. Kisseberth -
>
> I am in receipt of you e-mail with your concerns for ▮▮▮▮▮ I have assigned this to a Code Officer to check and we will also check with the Police Department.
>
> As was the case here you did the correct thing by notifying the Police Department. We will do our follow up and either a Code Enforcement Officer or myself will update you on any action within the next day.
>
> If you have any questions or concerns, please let us know.
>
> Kenneth J. Pieslak
> Code Compliance Supervisor
> Jackson Township
> 95 W. Veterans Hwy., Jackson, NJ 08527
> 732.928.1200 ext. 1231
> 732.833.0603 (fax)