Jean L. Cipriani, Esq.
Gilmore & Monahan, P.A.
10 Allen Street, 4th Floor
P.O. Box 1540
Toms River, NJ 08754-1540

732-240-6000 (telephone)
732-244-1840 (facsimile)
jlc@gm-law.net

CONFIDENTIALITY NOTICE: This Email and any attachments thereto are intended for the exclusive use of the addressee. The information contained herein may be privileged, confidential or otherwise exempt from disclosure by applicable laws, rules or regulations. If you have received this Email in error and are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is strictly prohibited. If you have received this in error please notify the sender immediately at 732-240-6000 and delete this Email and any attachments immediately. Thank you for your anticipated cooperation.

---

**rluipa_guide.pdf**
74 KB

---

### Re: Code issues

**From :** Helene Schlegel &lt;hschlegel@jacksontwpnj.net&gt;       Mon, Sep 19, 2016 10:31 AM
**Subject :** Re: Code issues
   **To :** Robert A Nixon &lt;councilmannixon@jacksontwpnj.net&gt;
   **Cc :** Michael Reina &lt;mikereina@jacksontwpnj.net&gt;

Council President,

Code Enforcement went out Saturday night to the Brookwood Pkwy house on the report of evangelical services being held at this property. Complaints of a large group and parking issues on the street,. When the officer first arrived in the area there were 3 cars in the driveway. No cars parked in front of this house. One person was sitting on the front porch. There was no other activity at this house except one of the cars left. During his checks there were never any cars parked in front of this residence and no sign of any parking issues on the street. As far as activity at the house nothing observed. He would say there did not appear to be an company/gathering at the house.

With regards to possible shuls, the findings are as such:
1. 9 Harvest Ct - Initially 2 cars, then 2 more arrived and 3 walkers observed. No other activity. Quiet.
2. 713 Green Valley Road (vacant) - No lights, no activity all evening. No furnishings.
3. 6 Meadow Run Ct. - Initially no cars, no activity. Later 2 cars, no activity.
41 Pitney - 17 cars, 2 walkers observed. No additional cars later. Quiet.

We are wasting valuable time and money checking every complaint that comes in. We can't keep chasing ghosts. It's the same people and addresses every week. We have other more serious issues, heroin drug houses, etc. These are the issues that we need to be concentrating on. I know that the possible shuls are a serious issue but the other issues are life threatening and safety issues and are affecting many of Jackson's youth and families.

We understand that this is a sensitive issue, however, we have to address all the issues in the Township, not just this issue. We are currently down one full-time code enforcement officer and must prioritize the complaints.

Respectfully,

Helene Schlegel, MS, MPP, CPM
Business Administrator
Jackson Township
95 West Veterans Hwy.
Jackson, NJ 08527
732-928-1200 ext. 1210

CONFIDENTIALITY NOTICE: This electronic message contains information from the Jackson Township Mayor's office. This email

and any files attached may contain confidential information that
is legally privileged. If you are not the intended recipient, or
a person responsible for delivering it, you are hereby notified
that any DISCLOSURE, COPYING, DISTRIBUTION or use of any
information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in
error, please forward same to sender and destroy the original
transmission and its attachments without reading or saving in
any manner.

----- Original Message -----
From: "Robert A Nixon" <councilmannixon@jacksontwpnj.net>
To: "Helene Schlegel" <hschlegel@jacksontwpnj.net>
Cc: "Michael Reina" <mikereina@jacksontwpnj.net>
Sent: Friday, September 16, 2016 11:36:11 AM
Subject: Re: Code issues

Not sure if Green Valley is active or a rumor but the Brookwood
Parkway house is an active and long running issue for the
neighborhood. Code went to look at it months ago I believe but
it hasn't resolved.

Keep me posted and thanks.

Rob Nixon
Council President

----- Original Message -----
From: Helene Schlegel <hschlegel@jacksontwpnj.net>
To: Robert A Nixon <councilmannixon@jacksontwpnj.net>
Cc: Michael Reina <mikereina@jacksontwpnj.net>
Sent: Fri, 16 Sep 2016 11:22:42 -0400 (EDT)
Subject: Re: Code issues

Council President,

We will monitor these sights and provide a report on Monday.

Respectfully,

Helene Schlegel, MS, MPP, CPM
Business Administrator
Jackson Township
95 West Veterans Hwy.
Jackson, NJ 08527

TWP000360