**Zimbra**                                                                 kpieslak@jacksontwpnj.net

---

**Fwd: Jackson Township: 41 Pitney Lane**

---

    **From :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>                    Mon, Mar 06, 2017 08:38 AM
  **Subject :** Fwd: Jackson Township: 41 Pitney Lane
        **To :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>
        **Cc :** Helene Schlegel <hschlegel@jacksontwpnj.net>, Jean L Cipriani
            <jlc@gm-law.net>

Ken,

Is 41 Pitney on you 'watch' list?

Thank you.

Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)

----- Forwarded Message -----
From: "Jackson Township Website" <webmaster@jacksontwpnj.net>
To: jpurpuro@jacksontwpnj.net
Sent: Sunday, March 5, 2017 12:33:44 AM
Subject: Jackson Township: 41 Pitney Lane

This is an enquiry email via http://jacksontwpnj.net/ from:
Joe <coexistinharmony@outlook.com>

Jeff Purpuro,  41 Pitney Ln. was sold in February of 2016. It's a 5 bed room 2.5
bath. There are 2 vehicles parked in the driveway all week. Friday nights before
sun down the driveway fills with 16 to 20 cars. The cars are there till the
following days sunset. Now I don't think we need to be members of Mensa to see what
is going on here. There has been an influx of foot traffic by members of the Jewish
community to the residence also during this time. I know this because Pitney Lane
is were I hang my hat at the end of the day, the place I call home. I'm bringing
this to your attention because being zoned as a residency not a religious dwelling
I'm sure the occupancy limit is being exceeded every weekend. I'm not writing this
out of prejudice as I'm not a prejudice person. I'm writing it out of concern.
Concern for those in that over crowded house. Concern for the person walking in the
road instead of the side walk dressed in all black in the dark. Concern that our
quite street and community is being played and used for religious reasons. If there
is someone other than yourself I should notify or contact please let me know.  Joe

TWP000065