Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)

---

**From:** "Connie Sidor" <csidor@jacksontwpnj.net>
**To:** "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
**Sent:** Friday, July 28, 2017 3:15:06 PM
**Subject:** Re: 146 south new prospect rd

yes.


Constance Sidor
Code Enforcer
Housing Inspector
Township of Jackson
95 W Veterans Hwy
Jackson NJ 08527
732-928-1200ext1230
732-833-0603 Fax

---

**From:** "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
**To:** "Wcampbell" <wcampbell@jacksontwpnj.net>, "Connie Sidor" <csidor@jacksontwpnj.net>
**Cc:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
**Sent:** Friday, July 28, 2017 3:13:12 PM
**Subject:** Re: 146 south new prospect rd

Bill and Connie

As done last week, would you please take a drive by this weekend and offer any information as to the use of this property? Once I get whatever you observe, I'll be able to complete my investigation and, more than likely, write the summons to appear.

Thanks.


Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)

---

**From:** "Wcampbell" <wcampbell@jacksontwpnj.net>

OBY13104

**To:** "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
**Sent:** Saturday, July 22, 2017 12:48:32 PM
**Subject:** Fwd: 146 south new prospect rd

I guess the meeting was a waste of your time. I counted 11 cars total. Couldn't get the ones in the backyard in the picture to good. That's more than there ever was. God only knows how many on foot?

Sent from Bill Campbell


Begin forwarded message:

> **From:** Bill Campbell <jtpd225@optonline.net>
> **Date:** July 22, 2017 at 12:45:07 PM EDT
> **To:** Wcampbell <wcampbell@jacksontwpnj.net>
> **Subject: 146 south new prospect rd**



