Kenneth J. Pieslak
Code Compliance Supervisor
Jackson Township
95 W. Veterans Hwy., Jackson, NJ 08527
732.928.1200 ext. 1231
732.833.0603 (fax)

---

**From:** chrishope@optonline.net
**To:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
**Cc:** "Diane Flynn" <difly0901@yahoo.com>, "Robert A. Nixon" <councilmannixon@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, mikereina@jacksontwpnj.net
**Sent:** Wednesday, February 1, 2017 12:51:01 PM
**Subject:** Re: 9 and 7 Harvest

Good Afternoon,
Just wondering what was found on Harvest Ct. Any Violations?

Also, Another house listed today on Meadowrun Ct because of the Shul being used by the Rabbi. Another great Jackson Family FORCED out! It's a sad day in Jackson.

Sent from my iPhone

On Jan 23, 2017, at 8:34 AM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:

> Ms. Flynn -
>
> We are monitoring the area. Unfortunately this weekend there was no one available. We will have someone assigned to this the upcoming weekend and we will await the findings reported to see if there is a violation and determine any actions to be taken if necessary. I will report back after the weekend and let you know. Thank you for the information.
>
> Kenneth J. Pieslak
> Code Compliance Supervisor
> Jackson Township
> 95 W. Veterans Hwy., Jackson, NJ 08527
> 732.928.1200 ext. 1231
> 732.833.0603 (fax)

---

**From:** "Diane Flynn" <difly0901@yahoo.com>
**To:** kpieslak@jacksontwpnj.net, "Robert A. Nixon" <councilmannixon@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, mikereina@jacksontwpnj.net

TWP000336