

**From:** "Diane Flynn" <difly0901@yahoo.com>
**To:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, "Rob Nixon" <councilmannixon@jacksontwpnj.net>, "Helene Schlegel" <hschlegel@jacksontwpnj.net>
**Sent:** Thursday, June 1, 2017 8:56:11 AM
**Subject:** 21 hickory hill rd

21 Hickory Hill rd in Harmony Farms is foreclosed and has been for awhile

Well This week or last the fence has been taken down for a cut through from New Prospect road. Which was observed being used daily

People walk from brookwood 4 to 146 south New Prospect Road, then thru that backyard into 21 hickory hill for a cut through for the House of worship on Harvest court

Between the Shuls, ERVU wires and now this, This wonderful neighborhood is going down the gutter so fast. I have emailed so many times with no response. WHAT IS GOING TO BE DONE with this????

People do NOT want to live By this and so many people are leaving and only the Orthodox are moving in because WE Accomodate them

Thank You
Diane Flynn

**Re: 21 hickory hill rd**