Fax: 732-928-2613
mikereina@jacksontwpnj.net

CONFIDENTIALITY NOTICE: This electronic message contains information from the Jackson Township Mayors office. This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

---

**From:** CHRISTINA QUATRANO <quatranoc1@optonline.net>
**Sent:** Thursday, October 18, 2018 5:58 PM
**To:** Michael Reina
**Subject:** Re: Returning your email

I have read that you have opened up the avenue for the orthodox Jews to start building in Jackson.

They have had it in place for years now that they would take over Jackson as they have done so in Lakewood.
The reason for this, is they are shipping their people in-quite likened to the fact that illegals are coming here at a fast rate. The orthodox Jews have been arrested on fraud charges. It is easy to see this when you live in brand new homes; many of them are mansions, and they are collecting every kind of welfare there is.

How exactly are you planning on paying for all the hand outs that will no doubt increase?

I have been a victim of a hit and run in their most heavy congested street in Lakewood. That is a felony charge. These people believe they do not have to abide by our laws.

I was recently fired at a nursing facility that has been bought by an orthodox Jew. He sent in one of his people to harass me on a daily basis. Before I was terminated he had the audacity to call in an outside company to go into a state legal document computer system, deleted out my work and put in their own to make it appear that I do not know what I am doing. I have been nationally certified as a registered nurse in MDS since 2000. I have never in my life had someone intentionally sabotage my work, especially involving legal documents. I contacted the State of NJ on this. Their response was they have never had a case such as this in NJ history. The people you want to come to Jackson have stooped that low in their actions.

I believe there is no discrimination in the above text. I have extremely good reasons to NOT have these people come to Jackson. I and every law abiding citizen will be pushed out of Jackson by these people and you are foolish to not see what is really going on. All you have to do is look at what they have done to Lakewood.

In my case, they destroyed my car, took away a job through sabotage means which affects my reputation-and now they want my home to be taken away so I will leave this town for them to take over.

It is all very nice to see how they invited you to their dinners, but their true agenda is **they want our land.** Unfortunately I chose to live in Jackson. I regret buying in this town now with what is about to happen.

OBY15149

Christina I. Quatrano MSHA, R.N., RAC-CT, LNC.

On Thu, Oct 18, 2018 at 03:11 PM, Michael Reina wrote:

> Ms. Quatrano,
>
> I left out that you can leave a number for me to call you back on here and I will be happy to reach out that way too. Our office closes at 4:30 but I do check my email every several hours.
>
> Respectfully,
>
> Michael Reina
>
> Mayor
> Jackson Township
> 95 West Veterans Highway
> Jackson, NJ 08527
> Office: 732-928-1200 ext. 1211
> Fax: 732-928-2613
> mikereina@jacksontwpnj.net
>
> CONFIDENTIALITY NOTICE: This electronic message contains information from the Jackson Township Mayors office. This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

---

**From:** Michael Reina
**Sent:** Thursday, October 18, 2018 2:38 PM
**To:** quatranoc1@optimum.net
**Subject:** Returning your email

Dear Ms. Quatrano,

I am in receipt of your email and would like to address your concern personally, please feel free to call me at 732-928-1256 and I will be happy to answer any question you may have and be willing to back my responses up with facts. Thank you in advance for allowing me the opportunity to respond.

OBY15150

Respectfully,

Michael Reina

Mayor
Jackson Township
95 West Veterans Highway
Jackson, NJ 08527
Office: 732-928-1200 ext. 1211
Fax: 732-928-2613
mikereina@jacksontwpnj.net

CONFIDENTIALITY NOTICE: This electronic message contains information from the Jackson Township Mayors office. This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.