```
Kenneth J. Pieslak
Code Compliance Supervisor
Jackson Township
95 W. Veterans Hwy., Jackson, NJ 08527
732.928.1200 ext. 1231
732.833.0603 (fax)


----- Original Message -----
From: chrishope@optonline.net
To: "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>, "Mayor Mike Reina" <mikereina@jacksontwpnj.net>
Cc: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, hschlegel@jacksontwpnj.net, "Rob Nixon"
<councilmannixon@jacksontwpnj.net>, difly0901@yahoo.com, "Jenn (TBJ)" aol.com>, "Chris Roder Kissberth"
optonline.net>
Sent: Tuesday, February 14, 2017 2:51:00 PM
Subject: 9 Harvest ct

So just to get this straight!  Any house in our town will be allowed to use their home as a "house of
worship"'as long as they are quiet?  So, here we are again!  it's all up to one's persons
interpretation, one might not find 25 people to be a nuisance. When I find 25 people on a weekly basis
to be an incredible nuisance and a negative effect on the quality of life.  So who's interpretation do
we go by.  Having men sleeping over every Friday night is yes A form of Dormitory! They are being Housed
for religious purposes! This isn't having "company" or a family visit.

Let's not forget how we were told the "character of Jackson will be upheld" well this isn't what is
happening here. This street on a Friday & Saturday looks like Lakewood. Multiple homes being used for
religious purposes.

So basically our town will be doing nothing to stop these homes from becoming Shuls through out our
entire town or is it just this side of Jackson, that is collateral damage.  We are the older side of
Jackson so I guess our neighborhoods don't matter.

 Per your email- " I also believe that 'single family owner occupied homes' do not fall into the Code
for maximum occupancy. Those restrictions apply to residential rentals and commercial properties.

Isn't this home listed below owned by a corporation?  Isn't it a rental?




[image/jpeg:IMG_1565.JPG]



Sent from my iPhone
```

**Re: 9 and 7 Harvest**

**From :** chrishope@optonline.net                                                                Wed, Feb 01, 2017 04:19 PM
**Subject :** Re: 9 and 7 Harvest
**To :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>
**Cc :** Diane Flynn <difly0901@yahoo.com>, Robert A. Nixon <councilmannixon@jacksontwpnj.net>, Jeff Purpuro <jpurpuro@jacksontwpnj.net>, mikereina@jacksontwpnj.net, Helene Schlegel <hschlegel@jacksontwpnj.net>, Jenn (TBJ) <termite027@aol.com>

So let me understand, these residents can play this little cat and mouse game with the town & this is acceptable? We know what is going on here! Why was Bridgewater ct shut down?? Shouldn't the same LAWS apply to ALL houses being used as places of worship? What does Noise have to do with it? My backyard parties are louder. Drug dealers can be quiet they are still breaking the law. Just examples Where is the proof the 7 Harvest has been used or hasn't been used? There have been Van loads of men being dropped off at 9 Harvest. But of course, it only matters if your department sees it. One weekend driving by a situation like this, deserves more time looking into it. Also, why aren't they being considered as one? when they are WORSHIPPING as one? Operating as one?

Sent from my iPhone

On Feb 1, 2017, at 3:37 PM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:

Yes, one of the key points is that the residence is not being used solely as a Shul. It is being lived in as a residence and then utilized for prayer service (therefor dual purpose) for instance on Friday evening. This is allowed. Some of this is 'assumed' as we look at religious routines and sundown gatherings. Some have said they have a group over for dinner and pray after. This can be a multi prong test looking at numbers coming to the home on a 'regular basis', excessive noise, not living in the home and these types of things.

The numbers do seem to fluctuate. And I'm not certain that 27 people automatically makes this a violation. You can not assume 2 people per car as we have found in most instances it is one male arriving in a car, though not always. As far as Harvest Ct. goes we do not look at these homes 'together'. They are separate properties and perhaps one Friday there is a gathering at #7 and the next 2 weeks at #9. This can affect the case of a 'regular basis'. We as Code Enforcement Officers have to be very careful about any 'assumptions' as there are Religious Rights involved and we must report what we find as fact, as we have done.

We will continue to monitor this. Should you have any other concerns, please let me know.


Kenneth J. Pieslak
Code Compliance Supervisor
Jackson Township
95 W. Veterans Hwy., Jackson, NJ 08527
732.928.1200 ext. 1231
732.833.0603 (fax)

---

**From:** chrishope@optonline.net
**To:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
**Cc:** "Diane Flynn" <difly0901@yahoo.com>, "Robert A. Nixon" <councilmannixon@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, mikereina@jacksontwpnj.net, "Helene Schlegel" <hschlegel@jacksontwpnj.net>, "Jenn (TBJ)" <termite027@aol.com>
**Sent:** Wednesday, February 1, 2017 2:19:52 PM
**Subject:** Re: 9 and 7 Harvest

I thought there is a 25 Max per shul being allowed. Where that number comes from, I still have no idea? The fact that an Acting Shul is even allowed period, I still don't get! So with the two houses added up, that's 11 cars. That's just assuming one person per car. Say there are 2 people per car. That's already 22 people! Let's not forget about the 10 plus walkers!! I'm pretty sure that's goes over 25. I have pictures of 9 Harvest having 9 cars in front & 7 having 6 on other weekends.
I can't understand how two houses that are working side by side together do not deserve some kind of warning or violation? They have already asked surrounding neighbors to put up ERUV wires to attach house to house. How many more houses will be allowed to be used as active Houses of worship in a single family zoned homes? Unless you can explain to me the difference between Dual use home to a single family homes? Can single family homes have Dual uses? Im trying to understand.

Sent from my iPhone

On Feb 1, 2017, at 1:17 PM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:

> Good afternoon:
>
> I apologize for not getting back to you sooner but I was out sick and I am just getting caught up. For Friday evening on Harvest Ct. there were 6 vehicles in the driveway of 7 Harvest Ct. and 5 vehicles in the driveway at 9 Harvest Ct. One car was on the street and no noise in the area.
>
> Also, 6 Meadow Run Ct. was monitored and there were 5 cars in the driveways there with no noise in the area.
>
> There were also other areas monitored in the Township where there have been calls of concern. The numbers you see are the maximum numbers throughout the monitoring period. With this we are finding no violations at this time at any location. We will continue to monitor over time.

TWP000335

Kenneth J. Pieslak
Code Compliance Supervisor
Jackson Township
95 W. Veterans Hwy., Jackson, NJ 08527
732.928.1200 ext. 1231
732.833.0603 (fax)

---

**From:** chrishope@optonline.net
**To:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
**Cc:** "Diane Flynn" <difly0901@yahoo.com>, "Robert A. Nixon" <councilmannixon@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, mikereina@jacksontwpnj.net
**Sent:** Wednesday, February 1, 2017 12:51:01 PM
**Subject:** Re: 9 and 7 Harvest

Good Afternoon,
Just wondering what was found on Harvest Ct. Any Violations?

Also, Another house listed today on Meadowrun Ct because of the Shul being used by the Rabbi. Another great Jackson Family FORCED out! It's a sad day in Jackson.

Sent from my iPhone

On Jan 23, 2017, at 8:34 AM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:

> Ms. Flynn -
>
> We are monitoring the area. Unfortunately this weekend there was no one available. We will have someone assigned to this the upcoming weekend and we will await the findings reported to see if there is a violation and determine any actions to be taken if necessary. I will report back after the weekend and let you know. Thank you for the information.
>
> Kenneth J. Pieslak
> Code Compliance Supervisor
> Jackson Township
> 95 W. Veterans Hwy., Jackson, NJ 08527
> 732.928.1200 ext. 1231
> 732.833.0603 (fax)

---

**From:** "Diane Flynn" <difly0901@yahoo.com>
**To:** kpieslak@jacksontwpnj.net, "Robert A. Nixon" <councilmannixon@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, mikereina@jacksontwpnj.net

TWP000336