```
                SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION - OCEAN COUNTY
                DOCKET NO. L-2891-14 PW


   ---------------------------------x
   OROS BAIS YAAKOV HIGH SCHOOL
   A nonprofit corporation of the
   State of New Jersey,
             Plaintiff,
             vs.
   TOWNSHIP OF JACKSON, N.J. and JACKSON
   TOWNSHIP ZONING BOARD OF ADJUSTMENT,


             Defendants.
   ---------------------------------x


                DEPOSITION OF:  SCOTT MARTIN
                DATE:  THURSDAY, JUNE 13, 2019
```

1  resolution, it just mentions eruvs.  It doesn't even
2  mention schools with dorms, but if you look into the
3  body of the resolution there, it's mentioned, and I
4  said I can't do that.
5  BY MS. RATH:
6      Q.    Why were you opposed to schools with
7  dormitories?
8      A.    Because my feeling is that once you
9  allowed one in that you would have a lot of them,
10 and it would change the inherent beauty of the town.
11     Q.    And you know the Orthodox Jewish
12 community sends their children to schools with
13 dorms, correct?
14          MS. TUTELO:  Objection to form.
15          You can answer.
16          THE WITNESS:  Yes.
17 BY MS. RATH:
18     Q.    Okay, and you understand they have a
19 need for such schools?
20     A.    I'm not aware if they have a need.  I
21 am aware of their having a desire.
22     Q.    So tell me, how would these dorms
23 harm Jackson?
24          MS. TUTELO:  Objection to form.
25          You can answer.

1            THE WITNESS:  You are talking about
2    building a substantial amount of schools with dorms.
3    That would change how the town -- it would implode.
4    The effect it would have on the infrastructure of
5    town you can't even calculate.
6            You would -- how the town is set up
7    right now, all the open space would be harmed.  It
8    would -- you would have traffic upon traffic in
9    Jackson.  It would change everything about Jackson,
10   the reason people are living in Jackson.
11           And I might add most of the Orthodox
12   families I spoke to said they moved to Jackson just
13   for those reasons, that they love how Jackson was,
14   how beautiful Jackson was, and they didn't want to
15   do anything to change that.
16   BY MS. RATH:
17       Q.    Okay.  Well, Jackson Township is the
18   largest municipality in the State of New Jersey, is
19   it not?
20       A.    No.
21       Q.    It's not the largest municipality?
22       A.    It's like the second or third.  It's
23   not the largest.
24       Q.    Okay, second or third largest, and
25   there is a significant amount of commercial and

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

1   institutional development in Jackson Township, is
2   there not?
3           A.      Sure.
4           Q.      Okay, and in fact, the council is
5   encouraging that type of development?
6           A.      Commercial development, absolutely,
7   yes.
8           Q.      Doesn't that bring a ton of traffic
9   and everything else you are talking about --
10          A.      Not necessarily.
11          Q.      -- to change the infrastructure?
12          A.      Not necessarily, and commercial
13  development also helps stabilize the tax base, as
14  well.
15                  So you have to balance these things,
16  and again, if it was just a matter of putting one
17  school in there, maybe you can deal with that, but
18  it's not going to be one school.
19                  My understanding is Lakewood has over
20  160 schools with dorms.  So it's not just one.  You
21  have to look at -- you have to look down the road.
22  You can't be looking at everything as okay, I'm
23  going to look at one little thing and make a
24  decision.  You have to look at everything.
25          Q.      So you are afraid of what happened in

1  Lakewood, that is going to happen in Jackson, right?
2      A.    Sure, I'm concerned.  Sure.
3      Q.    And with respect to the schools in
4  Lakewood, those were all built by the Orthodox
5  Jewish community, correct?
6      A.    I don't know.  You tell me.
7      Q.    No, you tell me.  What do you know in
8  terms of the schools with dormitories in
9  Lakewood Township?
10     A.    I don't know for a fact.  I have
11 heard most of them are, but I don't know for a fact.
12     Q.    Okay, but it's your assumption that
13 most of them are?
14     A.    It's my understanding.
15     Q.    All right.  So you're -- again, an
16 APP article has stated that Martin said he didn't
17 oppose eruvs, saying they did nothing to affect
18 others quality of life, but said he was concerned
19 about a portion of the settlement resolution that
20 allowed for discussion about the possibility of
21 building schools with dormitories in town.
22           Quote, I can't envision myself being
23 in favor of schools with dorms, end quote, Martin
24 said.
25           Did you make those statements?

1  different things.
2          Q.      Okay.
3          A.      And as you recall, if you look at our
4  town, nobody -- there's no school with any kind of
5  dorm inside Jackson Township of any group, of any
6  religious affiliation, of anything.
7          Q.      Six Flags has dorms, doesn't it?
8          A.      For their employes, and I believe
9  those are temporary structures.
10         Q.      But you are talking about
11 infrastructure; so what is the difference?
12         A.      It's within the confines of
13 Six Flags.  It has no impact on our infrastructure.
14         Q.      So why would another dorm have an
15 impact on infrastructure?
16         A.      We have no dorms.
17         Q.      But if you had a school with a dorm,
18 why is there an impact on the infrastructure when
19 there isn't with the dorms with Six Flags?
20         A.      One would not.  It's what follows.
21         Q.      Okay, because it opens the flood
22 gates?
23         A.      Right.
24         Q.      Okay.
25         A.      For anyone, for anyone.

```
 1                      CERTIFICATE

 2

 3           I, GERALDINE ADINOLFI, a Certified Court

 4   Reporter of the State of New Jersey, do hereby

 5   certify that the witness was duly sworn by me.

 6           I FURTHER CERTIFY that the foregoing is a

 7   true and accurate transcript of the testimony as

 8   taken stenographically by and before me at the time,

 9   place and on the date hereinbefore set forth.

10           I FURTHER CERTIFY that I am neither a

11   relative nor employee nor attorney nor counsel of

12   any of the parties in this action and that I am

13   neither a relative nor employee of such attorney or

14   counsel, and that I am not financially interested in

15   the action.

16

17   _____

18   Certified Court Reporter

19   License No. 30XI00228000

20

21

22   Dated:  June 13, 2019

23

24

25
```