```
>> Council President
>>
>> ----- Original Message -----
>> From: Optimum <kamkanis@optonline.net>
>> To: Michael Reina <mikereina@jacksontwpnj.net>, Barry Calogero
<councilmancalogero@jacksontwpnj.net>, Robert A Nixon
<councilmannixon@jacksontwpnj.net>,
councilmanmartin@jacksontwpnj.net,
councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net,
administrator@jacksontwpnj.net
>> Sent: Tue, 19 Jul 2016 07:59:06 -0400 (EDT)
>> Subject: Fwd: Concern
>>
>> Good morning!
>>
>> Not even a year after I sent the email below and the landscape
of Jackson has changed dramatically. "Another block"? Now it's
neighborhoods that are "turning" (to quote the Rabbi in the video
who instructs his following to become pioneers in Jackson) so
quickly.
>>
>> On December 30, 2015 a group of residents held a meeting with
Mayor Reina to discuss our concerns because we were worried about
what was happening to our town. Our concerns were dismissed as
the normal buying/selling of houses in neighborhoods.
>>
>> In emails and at meetings, we were told to promote the No
Knock! That's the best defense! Residents need to sign up! Report
offenders! A cease and desist won't work as we'll have lawsuits!
So we believed you.
>>
>> False promises of no knock mailings were given, so a few
residents went door to door to get people to sign up. An online
registration did occur, but it was not promoted via an email
blast or robo call.
>>
>> The Mayor Mobile took a tour of the area, but we have yet to
been briefed about that. What was discussed? What were the
solutions that you all came up with?
>>
>> What's next for our town before LLCs snatch up all the
properties? What's next before our whole town "turns"? What's
next for those of us who do not have higher political aspirations
and still care about Jackson? What's next for residents who don't
have to rely on campaign donations and bloc voting? What's next
for residents who have called Jackson home for years- many for
their whole lives?
```

TWP000892

```
>>
>> Thanks for your time. I know most of you truly care for
Jackson and share many of the same feelings. It is sad and
frustrating to see this happening. Something has to be done.
>>
>> Thank you for you time and energy with all of this.
>>
>> Sincerely,
>> Kelly Kanis
>>
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> From: Optimum <kamkanis@optonline.net>
>>> Date: December 12, 2015 at 4:37:52 PM EST
>>> To: Michael Reina <mikereina@jacksontwpnj.net>
>>> Subject: Concern
>>>
>>> Dear Mayor Reina and Town Council Members,
>>>
>>> Another block in Jackson is under attack! Yes- attack!
>>>
>>> ███████████████████████, to name a few, and now ████████
███████ is the next victim of block busting. The aggressive
realtors are not leaving the residents alone, whether it's
knocking on doors, approaching people in the street, creeping
slowly past their houses in vehicles, or mailing postcards. This
panic peddling needs to stop!
>>>
>>> This IS panic peddling. This IS blockbusting. This IS against
the law. Don't turn the other cheek when theses streets have been
specifically targeted for their location- close to the Lakewood
border and close to the new "open to everyone, all inclusive"
SAMs road development (ha!).
>>> I am definitely seeing an ugly trend here.
>>>
>>> So while the residents DO have a choice to NOT sell, I can't
say I blame them when the panic peddling starts and the illegal
aggressive sales tactics tell them that their neighborhood WILL
change drastically and to get out while they can.
>>>
>>> Residents have been concerned and reached out to the town
council in the recent past for help with this, but unfortunately
they weren't taken seriously ████████████████ and now look:
```

TWP000893

```
almost all of the houses have changed owners.
>>>
>>> What will it take, Mayor Reina, for Jackson leaders to
acknowledge that this is, indeed, panic peddling and
blockbusting?
>>> What will it take, Mayor Reina, for the leaders to help put a
stop to this? What will it take, Mayor Reina, for the elected
officials to stand up for its residents and keep Jackson from
drastically changing?
>>>
>>> This is not a normal ebb and flow of neighborhoods.  This is
drastic turnover at an alarming rate, and done by illegal means.
>>>
>>> Can't we all just get along? Of course, when neighborhoods
change naturally and when residents don't feel forced out of
their homes! New neighbors are always welcomed! The latest
figures of house sales in certain targeted areas certainly don't
support a blending of people, it indicates an attack to takeover
from one group.
>>>
>>> Thanks for your time. I know you and Town Council truly have
the best interest at heart for Jackson and will closely look into
the legality of this.
>>>
>>> Sincerely,
>>> Kelly Kanis
>>>
>>>
>>>
>>> Sent from my iPhone
>
>
```

TWP000894

**Zimbra**                                                                                      **clerk@jacksontwpnj.net**

---

### Re: Concern

**From :** Ann Marie Eden <clerk@jacksontwpnj.net>                        Thu, Jul 21, 2016 08:51 AM
**Subject :** Re: Concern
**To :** Ann Updegrave <annieup@jacksontwpnj.net>

Okay - thanks. I believe Administration addressed the reason why the robo call would not be done (during one of the Council meetings).

Thanks!

AM

---

**From:** "Ann Updegrave" <annieup@jacksontwpnj.net>
**To:** "Ann Marie Eden" <clerk@jacksontwpnj.net>
**Sent:** Wednesday, July 20, 2016 1:00:24 PM
**Subject:** Fwd: Concern

FYI

Sorry for the misinformation - she is inquiring as to why a blast email or robo call was not done re the No Knock - not that it was not mailed.

Please read the below two emails regarding panic peddling and block busting.

Thanks.

Annie

---

**From:** "Optimum" <kamkanis@optonline.net>
**To:** "Michael Reina" <mikereina@jacksontwpnj.net>, "Barry Calogero" <councilmancalogero@jacksontwpnj.net>, "Robert A Nixon" <councilmannixon@jacksontwpnj.net>, councilmanmartin@jacksontwpnj.net, councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net, administrator@jacksontwpnj.net
**Sent:** Tuesday, July 19, 2016 7:59:06 AM
**Subject:** Fwd: Concern

Good morning!

Not even a year after I sent the email below and the landscape of Jackson has changed dramatically. "Another block"? Now it's neighborhoods that are "turning" (to quote the Rabbi in the video who instructs his following to become pioneers in Jackson) so quickly.

On December 30, 2015 a group of residents held a meeting with Mayor Reina to discuss our concerns because we were worried about what was happening to our town. Our concerns were dismissed as the normal buying/selling of houses in neighborhoods.

In emails and at meetings, we were told to promote the No Knock! That's the best defense! Residents need to sign up! Report offenders! A cease and desist won't work as we'll have lawsuits! So we believed you.

False promises of no knock mailings were given, so a few residents went door to door to get people to sign up. An online registration did occur, but it was not promoted via an email blast or robo call.

The Mayor Mobile took a tour of the area, but we have yet to been briefed about that. What was discussed? What were the solutions that you all came up with?

What's next for our town before LLCs snatch up all the properties? What's next before our whole town "turns"? What's next for those of us who do not have higher political aspirations and still care about Jackson? What's next for residents who don't have to rely on campaign donations and bloc voting? What's next for residents who have called Jackson home for years- many for their whole lives?

Thanks for your time. I know most of you truly care for Jackson and share many of the same feelings. It is sad and frustrating to see this happening. Something has to be done.

Thank you for you time and energy with all of this.

Sincerely,
Kelly Kanis


Sent from my iPhone

Begin forwarded message:

TWP000896

**From:** Optimum <kamkanis@optonline.net>
**Date:** December 12, 2015 at 4:37:52 PM EST
**To:** Michael Reina <mikereina@jacksontwpnj.net>
**Subject: Concern**

Dear Mayor Reina and Town Council Members,

Another block in Jackson is under attack! Yes- attack!

■■■■■■■■■■■■■, to name a few, and now ■■■■■■■■■■ is the next victim of block busting. The aggressive realtors are not leaving the residents alone, whether it's knocking on doors, approaching people in the street, creeping slowly past their houses in vehicles, or mailing postcards. This panic peddling needs to stop!

This IS panic peddling. This IS blockbusting. This IS against the law. Don't turn the other cheek when theses streets have been specifically targeted for their location- close to the Lakewood border and close to the new "open to everyone, all inclusive" SAMs road development (ha!).
I am definitely seeing an ugly trend here.

So while the residents DO have a choice to NOT sell, I can't say I blame them when the panic peddling starts and the illegal aggressive sales tactics tell them that their neighborhood WILL change drastically and to get out while they can.

Residents have been concerned and reached out to the town council in the recent past for help with this, but unfortunately they weren't taken seriously (■■■■■■■■) and now look: almost all of the houses have changed owners.

What will it take, Mayor Reina, for Jackson leaders to acknowledge that this is, indeed, panic peddling and blockbusting?
What will it take, Mayor Reina, for the leaders to help put a stop to this?
What will it take, Mayor Reina, for the elected officials to stand up for its residents and keep Jackson from drastically changing?

This is not a normal ebb and flow of neighborhoods. This is drastic turnover at an alarming rate, and done by illegal means.

Can't we all just get along? Of course, when neighborhoods change

TWP000897

naturally and when residents don't feel forced out of their homes! New neighbors are always welcomed! The latest figures of house sales in certain targeted areas certainly don't support a blending of people, it indicates an attack to takeover from one group.

Thanks for your time. I know you and Town Council truly have the best interest at heart for Jackson and will closely look into the legality of this.

Sincerely,
Kelly Kanis

Sent from my iPhone

TWP000898