Can't we all just get along? Of course, when neighborhoods change naturally and when residents don't feel forced out of their homes! New neighbors are always welcomed! The latest figures of house sales in certain targeted areas certainly don't support a blending of people, it indicates an attack to takeover from one group.

Thanks for your time. I know you and Town Council truly have the best interest at heart for Jackson and will closely look into the legality of this.

Sincerely,
Kelly Kanis


Sent from my iPhone

---

### The majority of Jackson, NJ, taxpayers DO NOT WANT to see it become another Lakewood!

**From :** Rosario <rosariorn29@yahoo.com>   Wed, Feb 24, 2016 07:44 PM

**Subject :** The majority of Jackson, NJ, taxpayers DO NOT WANT to see it become another Lakewood!

**To :** Annie Updegrave <annieup@jacksontwpnj.net>, Kenneth Bressi <councilmanbressi@jacksontwpnj.net>, Barry Calogero <councilmancalogero@jacksontwpnj.net>, Scott Martin <councilmanmartin@jacksontwpnj.net>, Mike Reina <mikereina@jacksontwpnj.net>, Robert Nixon <councilmannixon@jacksontwpnj.net>, administrator@jacksontwpnj.net

**Reply To :** Rosario <rosariorn29@yahoo.com>


Dear Madam and Sirs,

TWP001609

Toms River has just passed the cease and desist order. They have done this to protect the quality of life of the residents of Toms River. They do have a provision in there for those who don't want to participate, as opposed to Mr. Nixon's comments that it could be a "thorny legal situation" to pass it ( <u>Knock-Knock: where can solicitors go in Jackson</u> ).

Jackson residents are going through the exact same harassment and blockbusting. We need to follow Toms River's lead and let the people of our town know that they are important and that the council **does care** about our town and the quality of life of our residents. Please take a stand and show that you support the residents of our town.

The no-knock ordinance while great is not enough for this sort of aggressive takeover. We also need to place a stop or at least a limit per real estate development of the flourishing conversion of newly purchased Jackson homes to 'houses of worship". These are disruptive to a residential zone, and another way to expand the circle. Just yesterday another citizen was featured in a video played frequently on Channel 12 News (<u>Shore residents notice influx of unsolicited real estate inquiries</u>), and there was **another** front page APP article on the Jackson area problems. She detailed how an Orthodox real estate agent persisted seeking a listing, and telling her how they "owned Lakewood". There have been many other incidents reported of agents saying or doing similar or variations of this type harassment to other property owners, i.e., have waited the return of residents from work at the end of their driveways, etc. I also too endured very bad experiences in the past as when they own and then rent to pay the mortgage -- another tactic. These landlords rent to questionable characters that don't care any about the rental (maybe the Gov. is paying for it?) and are disrespectful to us property owners. In my case, even the police and the legal system had to get involved, having to take them to court, being thrown out of the high school, and ultimately being evicted. The interior of the property was destroyed in vengeance. As you know, renting is a delay tactic until they have enough houses grouped together. All the Brookwoods are especially in the precarious path of the Orthodox expansion -- especially 1 & 2 are being inundated and people are panic selling.

In the last several months the selling activity seems to have reached a **fever pitch**. I see many other houses being rented that look just as equally bad now. Just a few months ago, two houses across from me are now rented, and another further down by Imperial realty. One has apparently several laborers living there

and has about four work vehicles now, but other times more. Though they haven't been a problem as of yet, when initially there they were parking an older SUV on the lawn -- I had to have the zoning officer contact them. He probably had to explain this is not something residents are allowed to do in a residential property, and still they have other smaller equipment in the front and back of the house. I don't have to tell you that these issues can have an effect in reducing property values. I am afraid to keep upgrading my property.

My question is do you really want to see Jackson gobbled up by a Lakewood-like situation/deficits and or see it trashed?

Please I ask you to take immediate action that will make a substantial difference for this town that I love, that I have raised a family in that I have been here for 45.2 years, and **do not wish to be forced out of.** I would like to continue my retirement here. There are other long-term retired residents also living on this same street. Thank you for your help in this very important matter.

Sincerely,

Rosario Herrero



### Fwd: Re: Updated Ordinance

**From :** Barry Calogero &lt;councilmancalogero@jacksontwpnj.net&gt;

Mon, Aug 03, 2015 02:30 PM

📎 1 attachment