### Re: Illegal House of Worship - 146 S. New Prospect

**From:** Helene Schlegel &lt;hschlegel@jacksontwpnj.net&gt;                     Mon, Oct 02, 2017 05:50 PM

**Subject:** Re: Illegal House of Worship - 146 S. New Prospect

**To:** Cathy Giancola &lt;NJCathie@optonline.net&gt;

**Cc:** Scott Martin - Jackson Council &lt;councilmanmartin@jacksontwpnj.net&gt;, Robert Nixon &lt;councilmannixon@jacksontwpnj.net&gt;, Mike Reina &lt;mikereina@jacksontwpnj.net&gt;, Ken Bressi - Jackson Council &lt;councilmanbressi@jacksontwpnj.net&gt;, Barry Calogero &lt;councilmancalogero@jacksontwpnj.net&gt;, Ann Updegrave &lt;annieup@jacksontwpnj.net&gt;

Ms. Giancola,

The owner was issued a summons and was scheduled to be in court September 28th however, they applied and received an adjournment until the end of October. We have issued a cease and desist which is being filed in superior court. We are aware of the situation and are using all legal methods to ensure compliance with our codes.

Respectfully,

Helene Schlegel, MS, MPP, CPM
Business Administrator
Jackson Township
95 West Veterans Hwy.
Jackson, NJ 08527
732-928-1200 ext. 1210

On Oct 2, 2017, at 4:58 PM, Cathy Giancola &lt;NJCathie@optonline.net&gt; wrote:

> Dear Ms. Schlegel,

146 S. New Prospect has been operating what appears to be an illegal house of worship for quite awhile now. The home is owned by WSNP LLC, who comes back to a Mr. Meir Katz from 2 Harvest Court. As a concerned resident of Jackson, I was wondering how this is not only possible, but continues in the middle of a residential community.

There is now a video circulating of just how dangerous the activity at this residence has become with all the van and vehicles coming and going. I hope no serious incident occurs at this location and the town held responsible for not doing anything to stop it, because surely we can not afford anymore lawsuits in our town.

This is starting to become an all to common issue in Jackson and I hope this is being looked at through serious eyes.

Thank you in advance.

Regards,

Cathy Giancola
Jackson Resident

TWP003684