## ORDINANCE NO. 03-17

**AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS"**

**NOW, THEREFORE, BE IT ORDAINED,** by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

**SECTION 1.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-6 so as to add and arrange alphabetically the following definition:

**DORMITORY**
Any building, or portion thereof, designed or converted to contain living quarters which are provided as residences or for overnight sleeping for individuals or groups, operated as an accessory use to a school, college, university, boarding school, convent, monastery, non-profit educational institution, religious order, or other.

**SECTION 2.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-46 entitled "R-2, R-3 and R-5 Residential Zones" so as to amend subsection A. so as to replace subsection (6) in its entirety as follows:

**(6)** Federal, state, county and other public buildings and grounds including parks, playgrounds or other public recreational uses or areas, excluding public schools.

**SECTION 3.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

1

OBY07708



11/12/2018 Ord_03_17_-_Amend_Chapter_244_-_Dormitories_/_Schools_-_Various_Zones.pdf

Regulations," so as to amend §244-46 entitled "R-2, R-3 and R-5 Residential Zones" so as to amend subsection A. so as to remove subsection (7) in its entirety.

**SECTION 4.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-48 entitled "R-20, R-15 and R-9 Residential Zones" so as to amend subsection A. so as to replace subsection (5) in its entirety as follows:

> **(5)** Federal state, county and other public buildings and grounds including parks, playgrounds or other public recreational uses; excluding, however, public schools, workshops, warehouses, garages and storage yards.

**SECTION 5.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-48 entitled "R-20, R-15 and R-9 Residential Zones" so as to amend subsection A. so as to remove subsection (6) in its entirety.

**SECTION 6.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-50 entitled "MF Multifamily Zone" so as to amend subsection A. so as to replace in its entirety subsection (6) which shall read as follows:

> **(6)** Federal state, county and other public buildings and grounds including parks, playgrounds or other public recreational uses; excluding, however, public schools, workshops, warehouses, garages and storage yards.

**SECTION 7.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

2

OBY07709

https://storzer-associates.nextpoint.com/case/30350002/printable_documents/535    2/4

Regulations," so as to amend §244-50 entitled "MF Multifamily Zone" so as to amend subsection A. so as to remove subsection (7) in its entirety.

**SECTION 8.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend Article X entitled "General Provision" so as to create a new section, §244-176.2 which shall be entitled "Prohibited Uses" which shall read as follows:

- **A.** All uses not expressly permitted in any given district are expressly prohibited in such district. No structure or addition thereto shall be built, moved or remodeled and no land shall be used, occupied, reoccupied, designed or improved for use or occupancy except for a use that is expressly permitted within the zone.

- **B.** The following shall be prohibited as principal or accessory uses or structures in all zoning districts within the Township of Jackson:

    (1) Dormitories

**SECTION 9.** All ordinances or parts of ordinances inconsistent herewith are hereby repealed.

**SECTION 10.** If any section, subsection, sentence, clause, phrase or portion of this ordinance is for any reason held to be invalid or unconstitutional by a court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

3

OBY07710

**SECTION 11.** This ordinance shall take effect after second reading and publication as required by law.

Date: _____

MAYOR MICHAEL REINA

## NOTICE

**NOTICE IS HEREBY GIVEN** that the foregoing ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the 14th day of February, 2017, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the 28th day of February, 2017 at 7:30 p.m., or as soon thereafter as this matter can be reached, at the Jackson Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard.

Ann Marie Eden
Township of Jackson

I, Ann Marie Eden, Municipal Clerk of the Township of Jackson in the County of Ocean, State of New Jersey hereby certify that the above is a true copy of Ordinance No. _____ adopted by the Township Council on the _____ day of _____, 2017.

Date: _____

Ann Marie Eden, RMC
Township Clerk

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

4

OBY07711