competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

Date: _____          _____
                                          MAYOR MICHAEL REINA

### NOTICE

**NOTICE IS HEREBY GIVEN** that the foregoing ordinance was introduced and passed on first reading at a regular meeting of the Township Council of the Township of Jackson, in the County of Ocean, State of New Jersey, held on the **12th day of October, 2010**, and will be considered for second reading and final passage at the regular meeting of said Governing Body to be held on the **26th day of October, 2010**, at 7:30 p.m., or as soon thereafter as this matter can be reached, at the meeting room of the Municipal Building located at 95 W. Veterans Highway, Jackson, New Jersey, at which time all persons interested shall be given an opportunity to be heard concerning this ordinance.

_____
ANN MARIE EDEN, RMC
Township Clerk, Township of Jackson

### ORDINANCES - SECOND READING

**ORDINANCE NO. 30-10**

TITLE: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING AND SUPPLEMENTING THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, SO AS TO AMEND CHAPTER 109, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS," ARTICLE VI, ENTITLED "NON-PINELANDS AREA ZONING DISTRICT REGULATIONS" SO AS TO CREATE A NEW SECTION 109-44.1, ENTITLED "R-1 RESIDENTIAL ZONE"

**PUBLIC HEARING OPENED:**
(*No one came forward.*)

MOTION TO CLOSE PUBLIC HEARING BY: KAFTON
MOTION SECONDED BY: RIVERE
YES: KAFTON, RIVERE, UPDEGRAVE, BRESSI & MARTIN

MOTION TO APPROVE ORDINANCE 30-10 ON SECOND READING, ADVERTISE THE APPROVAL AND NOTICE OF PASSAGE AND APPROVAL IN A APPROVED NEWSPAPER AS REQUIRED BY LAW BY: BRESSI
MOTION SECONDED BY: RIVERE
YES: KAFTON, RIVERE, UPDEGRAVE, BRESSI & MARTIN

### ORDINANCE 30-10

**BE IT ORDAINED** by the Mayor and Township Council of the Township of Jackson, County of Ocean, and State of New Jersey, as follows:

**SECTION 1.** Pursuant to 40:55D-62 and subsequent to the adoption of the Township of Jackson Master Plan in August of 2009, the Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter

109, entitled "Land Use and Development Regulations," Article VI, entitled "Non-Pinelands Area Zoning District Regulations,", so as to create a new section 109-44.1, entitled "R-1 Residential Zone", consistent with Land Use Plan element provisions and recommendations, as follows:

§109-44.1. R-1 Residential Zone

A. Permitted principal uses of buildings and structures are as follows:

(1) Community residences for the developmentally disabled.
(2) Community shelters for victims of domestic violence.
(3) Detached single-family dwelling units.

B. Permitted accessory uses of buildings and structures are as follows:

(1) Dog pens, provided that they are located behind the rear building line and not in the required side or rear yard setback.
(2) Fences and walls, subject to the provisions of §109-70.
(3) Off-street parking and private garages.
(4) Private residential swimming pools, subject to the provisions of §109-189.
(5) Satellite dish antennas, subject to the provisions of §109-152.
(6) Sheds (garden, storage or tool).
(7) Signs, subject to the provisions of §109-182.
(8) Other customary accessory uses, buildings and structures, which are clearly incidental to the principal use and building.
(9) Family day-care home.

C. Conditional uses, subject to the provisions of Article VIII of this chapter, are as follows:

(1) Child-care centers, nursery schools and day care centers (§109-103).
(2) Churches and place of worship (§109-104).
(3) Home occupations (§109-112).
(4) Home professional offices (§109-113).
(5) Public utilities (§109-119).

D. Density, area, yard and building minimum requirements are as follows for existing lots*. New lots created by subdivision after the date of this ordinance shall comply with the R-3 Zoning Standards unless connected to public sewer:

| Requirements | R-1 District | |
| --- | --- | --- |
| | Interior | Corner |
| Maximum density | 1 unit/1 acre * | 1 unit/1 acre* |
| Standard lots | 1 acre | 1 acre |
| Lot Minimums | | |
| Area | 43,560 SF | 43,560 SF |
| Width | 150 FT | 150 FT |
| Frontage | 75 FT | 125 FT each street |
| Depth | 200 FT | 200 FT |

```
        Principal Building Requirements
        Minimum Setbacks
            Front Yard            40 FT              40 FT
            Major Street          60 FT              60 FT
            Rear Yard             50 FT              ----
            Side Yard (each)      20 FT              20 FT
        Maximum Height            35 FT              35 FT

        Accessory Building Requirements:
        Private garage (detached)
            Front yard setback        Not Permitted
            Rear yard setback     50 FT              50 FT
            Side yard setback     20 FT              20 FT
            Maximum Height        25 FT              25 FT

        Private residential swimming pool
            Front yard setback        Not Permitted
            Rear yard setback     15 FT              ----
            Side yard setback     20 FT              20 FT

        Shed (garden, storage, tool)
            Front yard setback        Not Permitted
            Rear yard setback     15 FT              ___
            Side yard setback     15 FT              15 FT
            Maximum height        15 FT              15 FT
        Maximum building Coverage  15%               15%
        Maximum lot Coverage       50%               50%
```

Notes:* All lots that were existing as conforming lots, either as part of an approved subdivision or isolated with an existing residential structure, in the R-1 Zoning Districts prior to [date of this ordinance] shall be considered conforming in size, but must conform to the R-1, standards for any future addition or accessory structure.

**SECTION 2.** After introduction of this ordinance, the Township Clerk shall send a copy of this ordinance to the Municipal Planning Board for its review and comment. The Township Clerk shall also send copies of this ordinance to all adjoining municipalities pursuant to N.J.S.A. 40:55D-15, and to the Ocean County Planning Board pursuant to N.J.S.A. 40:55D-16 by certified mail at least ten (10) days prior to the proposed second reading and adoption of this ordinance.

**SECTION 3.** This ordinance shall take effect after second reading and publication as required by law, filing of the ordinance with the Ocean County Planning Board, approval by the Mayor pursuant to N.J.S.A. 40:69A-41 and the passage of twenty (20) days from adoption by the governing body pursuant to N.J.S.A. 40:69A-18.1.

**SECTION 4.** After adoption of this ordinance on second reading, the Township Clerk shall file a certified copy of this ordinance with the Ocean County Planning Board.

SECTION 5. All ordinances or parts of ordinances inconsistent herewith are hereby repealed.

SECTION 6. If any section, subsection, sentence, clause, phrase or portion of this ordinance is for any reason held to be invalid or unconstitutional by a court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

Date: _____

_____
MAYOR MICHAEL REINA

### NOTICE

NOTICE IS HEREBY GIVEN that the foregoing ordinance was introduced and passed on first reading at a regular meeting of the Township Council of the Township of Jackson, in the County of Ocean, State of New Jersey, held on the **12th day of October, 2010**, and will be considered for second reading and final passage at the regular meeting of said Governing Body to be held on the **26th day of October, 2010**, at 7:30 p.m., or as soon thereafter as this matter can be reached, at the meeting room of the Municipal Building located at 95 W. Veterans Highway, Jackson, New Jersey, at which time all persons interested shall be given an opportunity to be heard concerning this ordinance.

**ANN MARIE EDEN, RMC**
Township Clerk, Township of Jackson

### ORDINANCES - SECOND READING

**ORDINANCE NO. 31-10**
TITLE: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING AND SUPPLEMENTING THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, SO AS TO AMEND CHAPTER 109, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS," ARTICLE VI, ENTITLED "NON-PINELANDS AREA ZONING DISTRICT REGULATIONS" SO AS TO MODIFY 109-45, ENTITLED "R-20, R-15 AND R-9 RESIDENTIAL ZONES"

**PUBLIC HEARING OPENED:**
*(No one came forward.)*

MOTION TO CLOSE PUBLIC HEARING BY: RIVERE
MOTION SECONDED BY: BRESSI
YES: KAFTON, RIVERE, UPDEGRAVE, BRESSI & MARTIN

MOTION TO APPROVE ORDINANCE 31-10 ON SECOND READING, ADVERTISE THE APPROVAL AND NOTICE OF PASSAGE AND APPROVAL IN A APPROVED NEWSPAPER AS REQUIRED BY LAW BY: BRESSI
MOTION SECONDED BY: UPDEGRAVE
YES: KAFTON, RIVERE, UPDEGRAVE, BRESSI & MARTIN

### ORDINANCE 31-10

BE IT ORDAINED by the Mayor and Township Council of the Township of Jackson, County of Ocean, and State of New Jersey, as follows: