## ORDINANCE NO. 20-17

**AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING AND SUPPLEMENTING CHAPTER 372 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, ENTITLED "STREETS AND SIDEWALKS"**

**WHEREAS**, the change in form in the Township Government of the Township of Jackson occurred in 2006 without a complete recodification of the Township Code, leaving several references to the former form of government; and

**WHEREAS**, while Code provisions remain enforceable with the references to the former form of government, such references may create confusion; and

**WHEREAS**, in light of the recent spate of enforcement of §372-8 which prohibits obstruction of the right of way throughout the Township, the Township Council believes it is necessary to avoid confusion and any possibility of uneven treatment of articles in the Township right-of-way.

**NOW, THEREFORE, BE IT ORDAINED,** by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

**SECTION 1.**   The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 372, entitled "Streets and Sidewalks," so as to replace §372-8 entitled "Obstruction of streets restricted" in its entirety so that it reads as follows:

No person shall encumber or obstruct any street or public place with any article or thing whatsoever.

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

1

**SECTION 2.**   All ordinances or parts of ordinances inconsistent herewith are hereby repealed.

**SECTION 3.**   If any section, subsection, sentence, clause, phrase or portion of this ordinance is for any reason held to be invalid or unconstitutional by a court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

**SECTION 4.**   This ordinance shall take effect after second reading and publication as required by law.

Date: _____

_____
MAYOR MICHAEL REINA

## <u>NOTICE</u>

**NOTICE IS HEREBY GIVEN** that the foregoing ordinance was introduced and passed on first reading at a regular meeting of the Township Council of the Township of Jackson, in the County of Ocean, State of New Jersey, held on **August 22, 2017** and will be considered for second reading and final passage at the regular meeting of said Governing Body to be held on the **12th day of September, 2017** at 7:30 p.m., or as soon thereafter as this matter can be reached, at the meeting room of the Municipal Building located at 95 W. Veterans Highway, Jackson, New Jersey, at which time all persons interested shall be given an opportunity to be heard concerning this ordinance.

_____
**ANN MARIE EDEN, RMC**
Township Clerk, Township of Jackson

GILMORE & MONAHAN
A Professional Corporation
COUNSELLORS AT LAW
Allen Street Professional Center
Ten Allen Street
P.O. Box 1540
Toms River, New Jersey 08754

OBY09933