**Zimbra**                                                **clerk@jacksontwpnj.net**

**Re:**

**From :** Helene Schlegel <hschlegel@jacksontwpnj.net>        Thu, Jul 27, 2017 02:15 PM
**Subject :** Re:
**To :** yisroel shere <yy28shere@gmail.com>
**Cc :** councilmannixon@jacksontwpnj.net,
councilmancalogero@jacksontwpnj.net,
councilmanbressi@jacksontwpnj.net

Township ordinance § 372-8, provides "No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson."

Requests to the Council for such permission must be in writing, addressed to the Council and provided to the Township Clerk. Requests much specify the location, type of object and reason for requesting permission.

Respectfully,

Helene Schlegel, MS, MPP, CPM
Business Administrator
Jackson Township
95 West Veterans Hwy.
Jackson, NJ 08527
732-928-1200 ext. 1210

CONFIDENTIALITY NOTICE: This electronic message contains information from the Jackson Township Mayor's office. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

---

**From:** "yisroel shere" <yy28shere@gmail.com>
**To:** hschlegel@jacksontwpnj.net, councilmannixon@jacksontwpnj.net, councilmancalogero@jacksontwpnj.net, councilmanbressi@jacksontwpnj.net

**Sent:** Thursday, July 27, 2017 7:29:06 AM

It has been brought to my attention that there was a official request made of you and the administration to help us get municipal consent to build a eruv on the utility poles. This is a long and hard process that really can only move forward with your help. Eruvs on utility poles are done with the utility company's permission and are obviously up to their safety standards. These Eruvs are not a eyesore and a eruv is a "reasonable religious accommodation". Please help us move this forward in the right way. Please help in order that we dont go down down the path of other towns of division and strife.

TWP002242