homeowner. In most, if not all, cases, the property line ends before the sidewalk, and the sidewalk and curb are outside the property line, but needs to be maintained by the homeowner.
\>\>\>
\>\>\> And while everyone places a mailbox within the r.o.w., there are specific conditions that allow for such installations, but again, won't be found in chapter 244 (land use regs.)
\>\>\>
\>\>\> I will keep you informed. Thank you.
\>\>\>
\>\>\>
\>\>\> Jeffrey Purpuro
\>\>\> Jackson Township Zoning Officer
\>\>\> 95 W.Veterans Hwy. Jackson, NJ 08527
\>\>\> 732.928.1200 ext. 1240
\>\>\> 732.928.1397 (fax)
\>\>\>
\>\>\> From: "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
\>\>\> To: "Optimum" <kamkanis@optonline.net>
\>\>\> Cc: councilmannixon@jacksontwpnj.net, "Michael Reina" <mikereina@jacksontwpnj.net>, councilmancalogero@jacksontwpnj.net, councilmanmartin@jacksontwpnj.net, councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net, "Helene Schlegel" <hschlegel@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
\>\>\> Sent: Thursday, April 6, 2017 8:58:56 AM
\>\>\> Subject: Re: Public property?
\>\>\>
\>\>\> Ms. Kanis :
\>\>\>
\>\>\> My apologies as I received several emails on this subject at the same time and thought I responded to everyone. The Right-of-way area between the sidewalk and the street is owned by the homeowner and not 'public property'. It is designated as such for the purpose of allowing government entities, power, cable, telephone, utility companies access to repair/install utilities as needed. This concern has been looked into by Zoning, Engineering and Code Enforcement. We are aware of the group of homes that have installed the poles connected by the wire in Brookwood land found there to be no violation of any Ordinance/Law.
\>\>\>
\>\>\> You are correct with signage as there is a specific Code that prohibits most signage from being placed in the Right-of-way.
\>\>\>
\>\>\> Hopefully this answers your questions. Should you have any

```
further questions, please feel free to contact me.
>>>
>>>
>>> Kenneth J. Pieslak
>>> Code Compliance Supervisor
>>> Jackson Township

>>> 95 W. Veterans Hwy., Jackson, NJ 08527
>>> 732.928.1200 ext. 1231
>>> 732.833.0603 (fax)
>>>
>>>
>>>
>>> From: "Optimum" <kamkanis@optonline.net>
>>> To: councilmannixon@jacksontwpnj.net, "Michael Reina"
<mikereina@jacksontwpnj.net>,
councilmancalogero@jacksontwpnj.net,
councilmanmartin@jacksontwpnj.net,
councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net
>>> Cc: "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
>>> Sent: Wednesday, April 5, 2017 4:45:27 PM
>>> Subject: Re: Public property?
>>>
>>> Please advise as I've had no response.
>>>
>>> Sent from my iPhone
>>>
>>> On Apr 1, 2017, at 5:11 PM, Optimum <kamkanis@optonline.net>
wrote:
>>>
>>> I sent this email to code. I'm not sure why this is being
allowed in areas of JACKSON. Please advise.
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>> From: Optimum <kamkanis@optonline.net>
>>> Date: April 1, 2017 at 5:08:07 PM EDT
>>> To: kpieslak@jacksontwpnj.net
>>> Subject: Public property?
>>>
>>>
>>> Dear Ken,
>>>
>>> I'm not sure what is going on in BW1, but these poles and
wires extend across property lines and are permanently affixed to
```