you are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

On Apr 24, 2017, at 4:57 PM, Optimum <kamkanis@optonline.net> wrote:

Thank you for your response. I'm just not clear as I've gotten conflicting messages from the township. One (from code) that is is enforceable and one (from planning and zoning) that it is not. Please clarify.

Thank you.

Sent from my iPhone

On Apr 24, 2017, at 4:24 PM, Jeff Purpuro <jpurpuro@jacksontwpnj.net> wrote:

Hello,

As I've had a few days to, again, research our codes and regulations, I literally went through page by page of our Administrative codes (essentially enforced by Code Enforcement) and the Land Use and Development Regulations (Chapter 244 that is my responsibility), chapter 244 specifically speaks to buffers, easements, yard areas, open spaces, sight triangles and the like, but only deals with all improvements on one's property. So if I were to ask for these wires to be removed, I'd have no black and white codes to cite.

Our sign ordinance (244-207) notes that signs cannot be installed within the right-of-way, our fence ordinance (244-190) says no fencing or walls may be installed w/in the right-of-ways, but except for 244-219 "Utility installations", nothing seems to exist that would permit nor prohibit anything from being installed within these areas, including mailboxes.

Bottom line, from a Planning and Zoning perspective, relative to Chapter 244, as nothing seems to exist on this matter, I have nothing to enforce.

Thank you.

**Jeffrey Purpuro**
**Jackson Township Zoning Officer**
**95 W.Veterans Hwy, Jackson, NJ 08527**
**732.928.1200 ext. 1240**
**732.928.1397 (fax)**

**From:** "Optimum" <kamkanis@optonline.net>
**To:** "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
**Cc:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>, councilmannixon@jacksontwpnj.net, "Michael Reina" <mikereina@jacksontwpnj.net>, councilmancalogero@jacksontwpnj.net, councilmanmartin@jacksontwpnj.net, councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net, "Helene Schlegel" <hschlegel@jacksontwpnj.net>
**Sent:** Sunday, April 23, 2017 10:38:12 AM
**Subject:** Re: Public property?

Hello, again!

Just wondering if these wires will be enforced like other structures on the ROW since the homeowners do not own that land. If mailboxes have to follow suit, then I'm sure other items would as well. If not, I can see this opening up a huge can of worms for other structures to be placed there.

Thank you!

Sent from my iPhone

On Apr 6, 2017, at 4:41 PM, Optimum <kamkanis@optonline.net> wrote:

> Thank you for your replies and explanations. I'm not sure where this will end up as far as preventing these divisive boundary lines from being installed. Hopefully the tall poles won't end up being safety hazard and damage cars and property or hurt anyone if they fail during storms, etc.
> I just can't believe these permanent structures do not fall under a category of things that are already regulated in the ROW.
>
> With regards to the signage, I know there are realtors signs in the BW3 in the ROW area.
>
> Thanks for your time and energy as you investigate this matter.
> -Kelly Kanis
>
> Sent from my iPhone
>
> On Apr 6, 2017, at 10:03 AM, Jeff Purpuro <jpurpuro@jacksontwpnj.net> wrote:
>
>> Ken,
>>
>> While I'm looking into what can and/or cannot be installed within a public r.o.w., but may not be able to find it in the land use regulations, I need to take exception to your thought that area between the sidewalk and street are owned by the homeowner. In most, if not all, cases, the property line ends before the sidewalk, and the sidewalk and curb are outside the property line, but needs to be maintained by the homeowner.
>>
>> And while everyone places a mailbox within the r.o.w., there are specific conditions that allow for such installations, but again, won't be found in chapter 244 (land use regs.)
>>
>> I will keep you informed. Thank you.
>>
>>
>> **Jeffrey Purpuro**
>> **Jackson Township Zoning Officer**
>> **95 W.Veterans Hwy. Jackson, NJ 08527**
>> **732.928.1200 ext. 1240**
>> **732.928.1397 (fax)**
>>
>> ---
>>
>> **From:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
>> **To:** "Optimum" <kamkanis@optonline.net>
>> **Cc:** councilmannixon@jacksontwpnj.net, "Michael Reina" <mikereina@jacksontwpnj.net>, councilmancalogero@jacksontwpnj.net, councilmanmartin@jacksontwpnj.net, councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net, "Helene Schlegel" <hschlegel@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
>> **Sent:** Thursday, April 6, 2017 8:58:56 AM

TWP002358