its attachments without reading or saving in any manner.

---

**From:** chrishope@optonline.net
**To:** "Mayor Mike Reina" <mikereina@jacksontwpnj.net>
**Cc:** "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>, "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, hschlegel@jacksontwpnj.net, "Rob Nixon" <councilmannixon@jacksontwpnj.net>, difly0901@yahoo.com, "Chris Roder Kissberth" <ck41272@optonline.net>, "Jennifer Cusanelli" <termite027@aol.com>
**Sent:** Tuesday, February 14, 2017 5:57:26 PM
**Subject:** Re: 9 Harvest ct

Mr. Mayor

I'm truly disgusted.
So since all houses are allowed to gather to worship every week, ALL YEAR ROUND!
And according to the Deal case, Zoning laws have no bearing it sounds like a lost cause! How many Shuls are going to be allowed on one street? How many are allowed in one neighborhood?  Will there be a limit to how many houses in our town will be full acting Shuls?  I think this should be public knowledge.  If nothing will be done to stop it then please tell me how many will be allowed?
Why would anyone remain in this town when we are all sitting ducks to a religious take over?  Give me one reason we should all not move right now, unless you think we should all live next door to a shul? Would you live next door to a shul?

Here is a recent article!  Shuls are going to destroy our neighborhoods if something isn't done! Look how many neighborhoods already have them! Next ERUV wires until we are no longer Jackson but a sub-division of Lakewood!

http://www.imamother.com/forum/viewtopic.php?t=312434

Sent from my iPhone

On Feb 14, 2017, at 5:27 PM, Jennifer Cusanelli <termite027@aol.com> wrote:

> I guess it's just a matter of time. At one time we were told "houses of worship cannot operate in a residential area".   Not so. We were also told that "no one other than a family member can live in a single family home and pay rent" and now not is the case either.  Multiple families can infact cohabit in a single family residence. This is all very disheartening because the writing is on the wall.  We have no control over our residential neighborhoods. It's a free for all. And as far as I am

concerned anything that we can do to slow down this process of our Town being turned into a huge religious enclave is automatically shot down by our so-called legal department. It seems to me that someone is going to need to get clever and figure out a way to preserve the quality of life in Jackson. Maybe the answer is to start with a new law firm specializes in land use matters not a law firm that is in the pocket of a radical religious community. Create your own case law! Why are our rights and freedoms are being compromised in favor of a religion? As an atheist I will not stand for religious wires to be put up in my community. And I don't appreciate public schools being rented out to house religious articles such as a Torah. Is there no such thing as a separation of church and state anymore. I have been fortunate enough to somehow get inside The Orthodox community and I could tell you that there is certainly a plan and that plan is to buy up as much as they possibly can and take Jackson. So if we don't get on the ball and figure out a way to slow it down legally then we are dead. I'm begging you all to please pull out the big guns and find our town a proactive law firm or perhaps hire a land/use attorney on retainer to do what needs to be done to protect us. That being said I do appreciate the efforts that are being made by council such as the landlord registration the no knock and most recently the ordinance on dormitories. But we are dealing with a very shrewd group and a very organized operation when it comes to the Orthodox community. baby steps just aren't going to be enough.
Respectfully, Jennifer Cusanelli

Sent from my iPhone

> On Feb 14, 2017, at 4:06 PM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:
>
>
> The law is the law. To be specific as far as case law 'the standard of 25 was derived from the Farhi v. Commissioners of the Borough of Deal case, in that case the homeowner had a regular congregation of 15-25 congregants in his home on the Sabbath and other Holy Days. The court held that "the guarantee of freedom of worship as set forth by our State Constitution forecloses any use by a municipal authority of its zoning power to prohibit the free exercise of religious activity in the privacy of one's home." The Court stated that any concerns about noise, traffic and crowding could be addressed adequately by the police power dealing with parking, noise or health and not through zoning.'

TWP000213

As far as a corporation owned rental. This is still a residential rental and as such there is a maximum amount of people that can live full time based upon square footage. That does not prohibit you from having a large gathering or having more people spend the night 'occasionally'.

I would suggest a meeting for any further questions so this can be adequately answered and understood. There seems to be misunderstandings based upon language and many assumptions being made.

Kenneth J. Pieslak

Code Compliance Supervisor

Jackson Township

95 W. Veterans Hwy., Jackson, NJ 08527

732.928.1200 ext. 1231

732.833.0603 (fax)

----- Original Message -----

From: chrishope@optonline.net

To: "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>, "Mayor Mike Reina" <mikereina@jacksontwpnj.net>

Cc: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, hschlegel@jacksontwpnj.net, "Rob Nixon" <councilmannixon@jacksontwpnj.net>, difly0901@yahoo.com, "Jenn (TBJ)" aol.com>, "Chris Roder Kissberth" optonline.net>

Sent: Tuesday, February 14, 2017 2:51:00 PM

Subject: 9 Harvest ct

So just to get this straight! Any house in our town will be allowed to use their home as a "house of worship"'as long as they are quiet? So, here we are again! it's all up to one's persons interpretation, one might not find 25 people to be a nuisance. When I find 25 people on a weekly basis to be an incredible nuisance and a negative effect on the quality of life. So who's interpretation do we go by. Having men sleeping over every Friday night is yes A form of Dormitory! They are being Housed for religious purposes! This isn't having "company" or a family visit.

Let's not forget how we were told the "character of Jackson will be upheld" well this isn't what is happening here. This street on a Friday & Saturday looks like Lakewood. Multiple homes being used for religious purposes.

So basically our town will be doing nothing to stop these homes from becoming Shuls through out our entire town or is it just this side of Jackson, that is collateral damage. We are the older side of Jackson so I guess our neighborhoods don't matter.

Per your email- " I also believe that 'single family owner occupied homes' do not fall into the Code for maximum occupancy. Those restrictions apply to residential rentals and commercial properties.

Isn't this home listed below owned by a corporation? Isn't it a rental?

[image/jpeg:IMG_1565.JPG]

Sent from my iPhone

---

### Re: 9 Harvest ct

**From :** chrishope@optonline.net                                Tue, Feb 14, 2017 05:57 PM
**Subject :** Re: 9 Harvest ct
   **To :** Mayor Mike Reina
          <mikereina@jacksontwpnj.net>
   **Cc :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>,
          Jeff Purpuro <jpurpuro@jacksontwpnj.net>,
          hschlegel@jacksontwpnj.net, Rob Nixon
          <councilmannixon@jacksontwpnj.net>,
          difly0901@yahoo.com, Chris Roder Kissberth
          <ck41272@optonline.net>, Jennifer Cusanelli
          <termite027@aol.com>

Mr. Mayor

I'm truly disgusted.
So since all houses are allowed to gather to worship every week, ALL YEAR ROUND!
And according to the Deal case, Zoning laws have no bearing it sounds like a lost

TWP000216