Zimbra                                                                           https://mail.jacksonnj.net/h/printmessage?id=3517&tz=America/Ne...

**Zimbra**                                                                       kpieslak@jacksontwpnj.net

### Re: Eruv wires

**From:** Michael Reina <mikereina@jacksontwpnj.net>                              Thu, Jul 07, 2016 03:25 PM
**Subject:** Re: Eruv wires
**To:** Robert A Nixon <councilmannixon@jacksontwpnj.net>
**Cc:** Jean L Cipriani <jlc@gm-law.net>, Helene Schlegel <hschlegel@jacksontwpnj.net>, Kenneth Pieslak <kpieslak@jacksontwpnj.net>

```
Council President,

To this date I have not been made aware of any Eruv wires on public right away.
Code has been made aware to look out for any obstructions be they signs, above head
wires, ropes, etc... Mr. Pieslak will be returning on Monday, July 11th. We can
verify this with him on that day.


Respectfully,

Michael Reina

Mayor
Jackson Township
95 West Veterans Highway
Jackson NJ 08527
Office 732-928-1200 ext.1211
Fax    732-928-2613
mikereina@jacksontwpnj.net


CONFIDENTIALITY NOTICE: This electronic message contains information from
the Jackson Township Mayors office. This e-mail and any files attached may
contain confidential information that is legally privileged. If you are
not the intended recipient, or a person responsible for delivering it, you
are hereby notified that any DISCLOSURE, COPYING, DISTRIBUTION or use of
any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error,
please forward same to sender and destroy the original transmission and
its attachments without reading or saving in any manner.

----- Original Message -----
From: "Robert A Nixon" <councilmannixon@jacksontwpnj.net>
To: "Jean L Cipriani" <jlc@gm-law.net>
Cc: "Helene Schlegel" <hschlegel@jacksontwpnj.net>, "Michael Reina"
<mikereina@jacksontwpnj.net>
Sent: Thursday, July 7, 2016 3:00:32 PM
Subject: Eruv wires
```

*[handwritten annotation: Attorney - Client]*



[redacted]

OBY01879