| Ref.No. | App Date | Block / Lot / Qual | Inspection Type | Owner Name | Site Address | Owner Address |
|---|---|---|---|---|---|---|
| Violation .No. | Violation Date | | Corrected Date | Comments | | |
| Violation Description | | | | | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039459 | 8/4/2017 | 12914 / 11 / | CODE ENFORCEME | CANTUNA | 42 CASTLE AVE | 42 CASTLE AVE JACKSON NJ |
| 372-8 | 8/4/2017 | | 8/28/2017 | BASKETBALL HOOP IN RIGHT OF WAY OR STREET. MUST BE REMOVED. | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039466 | 8/4/2017 | 7214 / 5 / | CODE ENFORCEME | YAAKOV & MALKA FELDMAN | 11 MONTANA DRIVE | 11 MONTANA DR JACKSON NJ 08527 |
| 372-8 | 8/4/2017 | | 10/10/2017 | ERUV WIRE/STRING ATTACHED TO TELEPHONE POLE IN FRONT OF RESIDENCE MUST BE REMOVED. IN VIOLATION | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039467 | 8/4/2017 | 7214 / 6 / | CODE ENFORCEME | SHLOMO & SARAH KRAKOWSKI | 9 MONTANA DRIVE | 9 MONTANA DR JACKSON NJ 08527 |
| 372-8 | 8/4/2017 | | | ERUV WIRE/STRING MUST BE REMOVED FROM TELEPHONE POLE. IN VIOLATION OF TOWNSHIP ORDINANCE. | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039469 | 8/5/2017 | 20701 / 19 / | CODE ENFORCEME | NAHOM | 238 S HOPE CHAPEL ROAD | 238 S HOPE CHAPEL ROAD JACKSON NJ 08527 |
| 405-3 | 8/5/2017 | | 8/29/2017 | TREES CUT IN EXCESS OF PERMITTED WORK | | |

It shall be unlawful for any person to remove or cause to remove trees with a DBH of six inches or more without first having obtained a tree removal permit as provided herein.

| 10039470 | 8/5/2017 | 5812 / 60 / | CODE ENFORCEME | TAVASKA, STEPHEN & KIMBERL | 20 ANDOVER ROAD | 20 ANDOVER RD JACKSON NJ 08527 |
| 372-8 | 8/5/2017 | | 8/21/2017 | | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 372-10 | 8/5/2017 | | 8/21/2017 | | | |

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 10039471 | 8/5/2017 | 5810 / 41 / | CODE ENFORCEME | ACCISANO, RALPH & LINDA | 9 NEW YORK COURT | 9 NEW YORK CT JACKSON NJ 08527 |
| 372-10 | 8/5/2017 | | 8/17/2017 | | | |

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 372-8 | 8/5/2017 | | 8/17/2017 | | | |

| Ref.No. | App Date | Block / Lot / Qual | Inspection Type | Owner Name | Site Address | Owner Address |
|---|---|---|---|---|---|---|
| Violation .No. | Violation Date | | Corrected Date | Comments | | |
| Violation Description | | | | | | |

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 372-8 | 8/5/2017 | | | BASKETBALL HOOP | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039535 | 8/5/2017 | 3801 / 7 / | CODE ENFORCEME | BENTON, ERIK & JEFFREY & MARIA | 421 DIAMOND ROAD | 421 DIAMOND ROAD JACKSON NJ 08527 |
| 372-8 | 8/5/2017 | | 8/21/2017 | BASKETBALL HOOP | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 372-10 | 8/5/2017 | | 8/21/2017 | | | |

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 10039536 | 8/5/2017 | 3801 / 48 / | CODE ENFORCEME | BAMANN, DOUGLAS H JR | 390 COBAIN ROAD | 390 COBAIN ROAD JACKSON NJ 08527 |
| 372-8 | 8/5/2017 | | 8/21/2017 | BASKETBALL HOOP | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 372-10 | 8/5/2017 | | 8/21/2017 | | | |

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 10039537 | 8/5/2017 | 7214 / 7 / | CODE ENFORCEME | PAVELS & ALANA OBUHOVS | 7 MONTANA DRIVE | 7 MONTANA DR JACKSON NJ 08527 |
| 372-8 | 8/5/2017 | | | ERUV WIRE ATTACHED TO TELEPHONE POLE MUST BE REMOVED | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039538 | 8/5/2017 | 7212 / 7 / | CODE ENFORCEME | NADLER, YEHUDA | 23 CALIFORNIA DRIVE | 23 CALIFORNIA DR JACKSON NJ 08527 |
| 372-8 | 8/5/2017 | | | ERUV POLE IN RIGHT OF WAY MUST BE REMOVED | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039540 | 8/5/2017 | 7212 / 6 / | CODE ENFORCEME | PRUPAS, DAVID | 25 CALIFORNIA DRIVE | 25 CALIFORNIA DRIVE JACKSON NJ 08527 |
| 372-8 | 8/5/2017 | | | ERUV POLE IN RIGHT OF WAY MUST BE REMOVED | | |

| Ref.No. | App Date | Block / Lot / Qual | Inspection Type | Owner Name | Site Address | Owner Address |
|---|---|---|---|---|---|---|
| Violation .No. | Violation Date | | Corrected Date | Comments | | |
| Violation Description | | | | | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039541 | 8/5/2017 | 7212 / 5 / | CODE ENFORCEME | AVIGDOR, BUCHANA | 27 CALIFORNIA DRIVE | 27 CALIFORNIA DR JACKSON NJ 08527 |
|---|---|---|---|---|---|---|
| 372-8 | 8/5/2017 | | | ERUV POLE IN RIGHT OF WAY MUST BE REMOVED | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039542 | 8/5/2017 | 7212 / 4 / | CODE ENFORCEME | [illegible] | 25 CALIFORNIA DRIVE | 25 CALIFORNIA DR JACKSON NJ 08527 |
|---|---|---|---|---|---|---|
| 372-8 | 8/5/2017 | | | ERUV POLE IN RIGHT OF WAY MUST BE REMOVED | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039544 | 8/5/2017 | 6304 / 35 / | CODE ENFORCEME | EMMONS, MARK & MICHELE | 26 CLOVER HILL DRIVE | 26 CLOVER HILL DR JACKSON NJ 08527 |
|---|---|---|---|---|---|---|
| 372-10 | 8/5/2017 | | | | | |

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 372-8 | 8/5/2017 | | | BASKETBALL HOOP | | |
|---|---|---|---|---|---|---|

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 10039546 | 8/5/2017 | 6304 / 30 / | CODE ENFORCEME | BENECKE, DOUGLAS G ETAL | 31 CLOVER HILL DRIVE | 31 CLOVER HILL DR JACKSON NJ 08527 |
|---|---|---|---|---|---|---|
| 372-8 | 8/5/2017 | 8/16/2017 | | BASKETBALL HOOP | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 372-10 | 8/5/2017 | 8/16/2017 | | | | |
|---|---|---|---|---|---|---|

372-10 Violations and penalties.
[Amended 12-5-1972 by Ord. No. 34-72; 4-24-1979 by Ord. No. 12-79; 2-14-2012 by Ord. No. 02-12]
Any person who shall violate any of the terms or provisions of this article shall be subject to a penalty of not less than $100 and not to exceed $2,000 or imprisonment for a term not to exceed 90 days, or both, in the discretion of the Judge before whom such conviction may be had.

| 10039547 | 8/5/2017 | 6304 / 6 / | CODE ENFORCEME | PICKUS, ROBERT & KIMBERLY A | 11 CLOVER HILL DRIVE | 11 CLOVER HILL DR JACKSON NJ 08527 |
|---|---|---|---|---|---|---|
| 372-8 | 8/5/2017 | 8/16/2017 | | BASAKETBALL HOOP | | |

No person shall encumber or obstruct any street or public place with any article or thing whatsoever unless permission has been first obtained in writing from the Township Committee of the Township of Jackson.

| 372-10 | 8/5/2017 | 8/16/2017 | | | | |
|---|---|---|---|---|---|---|

OBY16872