Zimbra                                                                           https://mail.jacksonnj.net/h/printmessage?id=842&tz=America/New_York

**Zimbra**                                                                                                        kpieslak@jacksontwpnj.net

### Re: Real estate signs

     **From :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>                     Thu, Jan 21, 2016 08:44 AM
   **Subject :** Re: Real estate signs
        **To :** chrishope@optonline.net
       **Cc :** Helene Schlegel <hschlegel@jacksontwpnj.net>, Kenneth Pieslak
             <kpieslak@jacksontwpnj.net>

```
Thank you. I just sent an email to the listing agent.

Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)

----- Original Message -----
From: chrishope@optonline.net
To: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
Sent: Thursday, January 21, 2016 1:10:51 AM
Subject: Real estate signs

Hello Jeff,
There is a house, 27 Bridgewater Ct, that has had a SOLD sign up since
Thanksgiving. According to our code it's been up past the 15 days allowed! Can you
please take this email as an official complaint. The strange thing about it all,
it seems that Imperial, which is the real estate agency who is displaying the sign,
had nothing to do with it's sale or listing.  So why is their sign up to begin
with?

This house was sold on 11-24-2015 & reported on 12-11-15 which is well past our
code of the 15 days! I believe this sign is being kept up to intimidate residents
to sell their homes, better known as blockbusting! Please help by having it
removed.

As per the Jackson code book.....

Real estate sign.
(a)
One nonilluminated real estate sign per street frontage shall be permitted.
(b)
A real estate sign shall not exceed 12 square feet in area or four feet in height
in all residential zoning districts.
(c)
A real estate sign shall not exceed 32 square feet in area or eight feet in height
in all other zoning districts.
(d)
No real estate sign shall be permitted less than 10 feet from any property line or
within any sight triangle or easement.
(e)
All real estate signs shall be removed at the expense of the advertiser within 15
days  after the termination or completion of the matter of business being
advertised.
```

TWP001580



Thanks
HD

Sent from my iPhone

TWP001581

Zimbra

https://mail.jacksonnj.net/h/printmessage?id=961&tz=America/New_York

**Zimbra**  kpieslak@jacksontwpnj.net

### Fwd: 20 Meadow Run Ct

**From :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>  Mon, Feb 01, 2016 02:23 PM
**Subject :** Fwd: 20 Meadow Run Ct  📎1 attachment
  **To :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>
  **Cc :** chrishope@optonline.net, Helene Schlegel (hschlegel@jacksontwpnj.net) <hschlegel@jacksontwpnj.net>, Michael Reina <mikereina@jacksontwpnj.net>

Ken,

Per 244-207.B.(15)(e), please verify that this sign exists, and if so, write a violation to the current homeowner.

Thank you.

Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)

----- Forwarded Message -----
From: chrishope@optonline.net
To: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
Sent: Monday, February 1, 2016 1:51:17 PM
Subject: 20 Meadow Run Ct

Hi Jeff!
20 Meadow Run Ct, has had their sold sign up for months!! Obviously against code, can you please have it removed! Once again Esther from ReMax had nothing to do with listing or sale! Another blockbusting tactic! The faster it's down the better for those neighbors who do not want to be forced to sell their homes!
Thanks Again,
HD


[image/jpeg:IMG_8095.JPG]



[image/jpeg:IMG_8096.JPG]


Sent from my iPhone

Zimbra                                          https://mail.jacksonnj.net/h/printmessage?id=961&tz=America/New_York


**IMG_8096.JPG**
134 KB

Zimbra																														https://mail.jacksonnj.net/h/printmessage?id=1377&tz=America/Ne...

**Zimbra**																														**kpieslak@jacksontwpnj.net**

### 293 Metedeconk trail

**From :** chrishope@optonline.net												Sat, Mar 05, 2016 10:50 AM
**Subject :** 293 Metedeconk trail												📎1 attachment
**To :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>
**Cc :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>

Once again, ESTHER KLEIN, purposely leaving her sold signs up way past code! Such a tactic of blockbusting!! She is constantly doing this!!!
293 Metedeconk Trail closed NOVEMBER, 18, 2015. I think she a little past due!
Please remove this sign so she can stop advertising against code!
Thanks
Hope


Sent from my iPhone

 IMG_8444.JPG
3 MB

1 of 1																														11/2/2017, 10:09 AM
																														TWP001584

Zimbra  https://mail.jacksonnj.net/h/printmessage?id=3827&tz=America/Ne...

**Zimbra**          kpieslak@jacksontwpnj.net

### Real Estate Sign/- Blockbusting tactics

**From :** chrishope@optonline.net        Thu, Jul 21, 2016 05:11 PM
**Subject :** Real Estate Sign/- Blockbusting tactics        2 attachments
    **To :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>, Kenneth Pieslak <kpieslak@jacksontwpnj.net>
    **Cc :** Helene Schlegel <hschlegel@jacksontwpnj.net>, Jenn (TBJ) <termite027@aol.com>, Chris Roder Kissberth <ck41272@optonline.net>

To Whom it may concern,
My friend listed her home, 58 claridge drive, to Keller Williams the selling agent was Imperial. The Keller Williams For Sale sign was removed by the listing agent after the closing on MAY 25th. TWO WEEKS ago Imperial Real Estate put up their SOLD sign on the property, unbelievable their blockbusting tactics!! So here we are, almost two months after closing.  He, the continued code violator of real estate signs In our town, is still continuing to use his signs as ways to advertise homes being bought by the orthodox to intimidate others in the neighborhood to sell. His name is on the signs in the pictures below! Please have it removed & hopefully some violation ensue since Imperial is well aware of our codes and has no respect for them.
Thank you
Hope


Sent from my iPhone


**IMG_0550.JPG**
2 MB


**IMG_0549.JPG**
2 MB

1 of 1        11/2/2017, 10:09 AM
**TWP001585**

**Zimbra**    kpieslak@jacksontwpnj.net

**Re: Hello**

**From :** chrishope@optonline.net    Tue, Jul 26, 2016 09:47 AM
**Subject :** Re: Hello
**To :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>

That's great!! now we need that "Chaim" guy from imperial to do the same. Get fined so he Stops doing it! It's crazy that he put his sold sign up months after closing but he wasn't the listing agent! ( 58 Clairidge)
It's such a blockbusting tactic!! Chaim is the same guy who used his sign on Stacy ct that I reported to you & the real estate commission because he had nothing to do with Sale or the listing of that home but he still put his signs up on the property! He has done it on many other properties you have called him on- 30 Arizona- 27 Bridgwater & 10 Bridgwater ct

Also,

Just a heads up! The 2 Harvest ct which was the nightmare with Esther, now the new residents moved in, they are gathering on Friday night, shabbat ! Ughhhh I've had multiple neighbors reaching out to me! So just for now if you can make a note! When I get more concrete proof I'll letcha know.

Also 12 mulberry ct! Not sure they have permits!! Dumpster in driveway & of course they haven't mowed & looks like a dump!! And a broken outside basement window too! It's a danger to have that window broken it will welcome undesirables!!

2 Harvest ct  & 12 mulberry ct are both in Harmony Farms literally down the street from each other!! Funny that one house is being left like an eyesore while the other is having gatherings on Friday! Trying to "turn over" the neighborhood Id guess!
Wow lots of info! Lol It's so stressing
Thanks

Sent from my iPhone

> On Jul 26, 2016, at 9:20 AM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:
>
> She did appear in court with her attorney and a plea deal was worked out with the understanding that this will not happen again or she will be fined the maximum amount on any future violations.
>
>
> Kenneth J. Pieslak
> Code Compliance Supervisor
> Jackson Township
> 95 W. Veterans Hwy., Jackson, NJ 08527
> 732.928.1200 ext. 1231
> 732.833.0603 (fax)
>
>
>
> ----- Original Message -----
> From: chrishope@optonline.net
> To: "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
> Sent: Tuesday, July 26, 2016 9:02:05 AM

```
> Subject: Re: Hello
>
> Great Thank you!!
> Also just wondering what ever happened with Esther Klein, in regards to her
violation you gave her for 2 Harvest ct w/ her real estate sign?
>
> Sent from my iPhone
>
>> On Jul 26, 2016, at 8:42 AM, Kenneth Pieslak <kpieslak@jacksontwpnj.net> wrote:
>>
>> Yes I did. Will address it today.
>>
>>
>> Kenneth J. Pieslak
>> Code Compliance Supervisor
>> Jackson Township
>> 95 W. Veterans Hwy., Jackson, NJ 08527
>> 732.928.1200 ext. 1231
>> 732.833.0603 (fax)
>>
>>
>>
>> ----- Original Message -----
>> From: chrishope@optonline.net
>> To: "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>
>> Sent: Monday, July 25, 2016 5:26:35 PM
>> Subject: Hello
>>
>> Just wondering if you have received my email about 58 Clairidge rd?
>>
>> Sent from my iPhone
```

Zimbra                                                                 https://mail.jacksonnj.net/h/printmessage?id=3950&tz=America/Ne...

**Zimbra**                                                                               **kpieslak@jacksontwpnj.net**

### Re: Real Estate Sign/- Blockbusting tactics

**From:** Kenneth Pieslak <kpieslak@jacksontwpnj.net>                     Wed, Jul 27, 2016 12:34 PM
**Subject:** Re: Real Estate Sign/- Blockbusting tactics
**To:** Jeff Purpuro <jpurpuro@jacksontwpnj.net>

Jeff -

I contacted the agent yesterday and advised him. He was going to contact their
contractor who puts up and takes down signs immediately. I gave him until Friday
and he said it will be taken care of.

Kenneth J. Pieslak
Code Compliance Supervisor
Jackson Township
95 W. Veterans Hwy., Jackson, NJ 08527
732.928.1200 ext. 1231
732.833.0603 (fax)


----- Original Message -----
From: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
To: "cteitelbaum" <cteitelbaum@imperialnj.com>
Cc: "Helene Schlegel" <hschlegel@jacksontwpnj.net>, "Michael Reina"
<mikereina@jacksontwpnj.net>, "Kenneth Pieslak" <kpieslak@jacksontwpnj.net>,
"Jennifer Cusanelli" <termite027@aol.com>, "Chris Roder Kissberth"
<ck41272@optonline.net>, chrishope@optonline.net
Sent: Wednesday, July 27, 2016 12:11:00 PM
Subject: Fwd: Real Estate Sign/- Blockbusting tactics

Mr. Teitelbaum,
We're still receiving complaints that "sold' signs the remain 15 days beyond the
closing date.
Please address accordingly.

Ms "chrishope",
Would the selling agent not be the listing agent? And while the photos do not
indicate a house number, and appear to be two different properties, if 58 Claridge
is in violation of 244-207, a notice of violation will be sent to that address.

Thank you.

Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)


----- Forwarded Message -----
From: chrishope@optonline.net
To: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>, "Kenneth Pieslak"
<kpieslak@jacksontwpnj.net>

**Zimbra**                                                                        kpieslak@jacksontwpnj.net

### Fwd: 20 Meadow Run Ct

**From :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>                    Mon, Feb 01, 2016 02:23 PM
**Subject :** Fwd: 20 Meadow Run Ct                                                 📎 1 attachment
**To :** Kenneth Pieslak <kpieslak@jacksontwpnj.net>
**Cc :** chrishope@optonline.net, Helene Schlegel (hschlegel@jacksontwpnj.net) <hschlegel@jacksontwpnj.net>, Michael Reina <mikereina@jacksontwpnj.net>

```
Ken,

Per 244-207.B.(15)(e), please verify that this sign exists, and if so, write a
violation to the current homeowner.

Thank you.


Jeffrey Purpuro
Jackson Township Zoning Officer
95 W.Veterans Hwy. Jackson, NJ 08527
732.928.1200 ext. 1240
732.928.1397 (fax)

----- Forwarded Message -----
From: chrishope@optonline.net
To: "Jeff Purpuro" <jpurpuro@jacksontwpnj.net>
Sent: Monday, February 1, 2016 1:51:17 PM
Subject: 20 Meadow Run Ct

Hi Jeff!
20 Meadow Run Ct, has had their sold sign up for months!! Obviously against code,
can you please have it removed! Once again Esther from ReMax had nothing to do with
listing or sale! Another blockbusting tactic! The faster it's down the better for
those neighbors who do not want to be forced to sell their homes!
Thanks Again,
HD




[image/jpeg:IMG_8095.JPG]




[image/jpeg:IMG_8096.JPG]




Sent from my iPhone
```


**IMG_8096.JPG**
134 KB

**Zimbra**  kpieslak@jacksontwpnj.net

### 293 Metedeconk trail

**From:** chrishope@optonline.net  Sat, Mar 05, 2016 10:50 AM
**Subject:** 293 Metedeconk trail  1 attachment
   **To:** Jeff Purpuro <jpurpuro@jacksontwpnj.net>
   **Cc:** Kenneth Pieslak <kpieslak@jacksontwpnj.net>

Once again, ESTHER KLEIN, purposely leaving her sold signs up way past code! Such a tactic of blockbusting!! She is constantly doing this!!!
293 Metedeconk Trail closed NOVEMBER, 18, 2015. I think she a little past due!
Please remove this sign so she can stop advertising against code!
Thanks
Hope


Sent from my iPhone

 IMG_8444.JPG
3 MB