UA-131824423-1

# About Our District



**Our Mission:**

The Jackson School District is a partnership of dedicated staff, learners and community members committed to developing the unique abilities of each student through compelling learning experiences in a safe and nurturing environment.

Our comprehensive, engaging and technology-enriched programs inspire, educate and motivate students to become independent, creative and critical thinkers who will thrive in a diverse, evolving global society.

We are resolved that through commitment to scholarship, character and initiative, our students will succeed beyond the expectations of New Jersey and Common Core Standards as they excel in their life-long pursuit of knowledge.

**About our District**

We educate almost 9,000 students in ten schools – six elementary, two middle and two high schools. Our academic program prepares students to be successful in college and careers and enables them to compete with high school graduates nationwide for enrollment in the most prestigious colleges and universities.

Our comprehensive curriculum is fully aligned with Common Core standards and mirrors the value the Jackson community places on an educational experience that highlights the humanities, STEM (Science, Technology, Engineering and Math), literacy and the fine and performing arts. We offer diverse instructional opportunities in core subjects and in the fine and performing arts, which are essential to providing an effective and well-rounded education. We also believe athletics and extra-curricular activities are valuable to a student's collective educational experience and to creating a culture of leadership, sportsmanship and initiative.

Jackson students benefit from investments the district and Board of Education have made in our technology, our curriculum and our facilities – all of which will have a real and lasting impact on how our students learn. Throughout all areas of our curriculum, we provide tools

to help teachers efficiently assess comprehension and we stress a continuity of instruction to ensure a rigorous and comprehensive learning experience throughout a student's career.

Through these investments and with the commitment and dedication of our teachers, staff and parents, we are committed to advancing student achievement and to being an active leader in the evolution of education.