FYI

AM

---

**From:** "hager yisroel" <hagerbeth22@gmail.com>
**To:** clerk@jacksontwpnj.net
**Sent:** Thursday, May 18, 2017 4:32:33 PM

As a resident of this town I don't know if you are aware of the fact that we as a community don't feel at times represented by our town officials. We are a religious population who at times may be different then what you may be used to. The rhetoric and noise on social media about us and against us never stops and is very disturbing and troubling. It leads to many residents fleeing when they see a moving truck pulling onto their block and it leads to ill feelings among neighbors. The panic selling is not stopping as every day more residents are putting their home up for sale. If we truly want it to stop and for this town to come together then its time to come together and talk. Talking and realizing what a community is all about is the first step in resolving any issue. I know that our community is more then willing to talk and listen. Will our elected officials lead the charge and come sit down with us. Will they step up to the plate at this critical point in Jackson's history and bring all community's together. I hope so and I know are community leaders are waiting for the call.

---

**Fwd:**

---

**From :** Ann Marie Eden <clerk@jacksontwpnj.net>   Tue, May 30, 2017 09:22 AM
**Subject :** Fwd:
**To :** Ann Updegrave <annieup@jacksontwpnj.net>,
Kenneth Bressi <councilmanbressi@jacksontwpnj.net>, Barry Calogero <councilmancalogero@jacksontwpnj.net>,
Scott Martin <councilmanmartin@jacksontwpnj.net>,
Robert Nixon <councilmannixon@jacksontwpnj.net>, Helene Schlegel <hschlegel@jacksontwpnj.net>,
Michael Reina <mikereina@jacksontwpnj.net>

External images are not displayed.   Display images below

FYI

AM

---

**From:** "mordy Burnstein" <mordyburnstein@gmail.com>
**To:** mikereina@jacksontwpnj.net, hschlegel@jacksontwpnj.net, "Ann Marie Eden" <clerk@jacksontwpnj.net>
**Sent:** Sunday, May 21, 2017 4:08:29 PM

Here is a example from a Jackson Facebook page that makes my point I believe that the founder meant well but it got carried away. When what happened two weeks ago by the council meeting and no one puts a stop to it it is exactly what leads to the panic selling. When speeches like that do not get condemned it grows and grows

Rob Salony

4 hrs · Orlando, FL

I remember two years ago it was everybody screaming "Jackson strong". Put the Jackson strong sign on your front lawn. We are united. Let's save this great neighborhood. Today it's let's see who can find the most convenient Hasidic real estate agent. Don't even waste your time trying to use a local agent. Fuck the neighborhood and the people that live there and I am running as fast as I can. Truly pathetic.

---

**Like   Comment**

   14       14

---

 **Alicia Oexmann** "Jackson Strong" is what started this. It wasn't about being united, it only scared people into doing something they normally would not have done which is move out. If people would have just calmed down and stopped the insanity people would not be as vicious towards each other as they are today. To be honest many times it's not the new neighbors making people leave, it's the attitudes of the current ones!
Like · Reply ·    18  · 3 hrs

TWP001598

**Rob Salony** I agree, personally I really don't care about what people are considering the new neighbors. It's just the usual hypocritical Jackson New Jersey bullshit that bothers me. The people that yell the loudest are usually the ones that run the fastest
Like · Reply · 2 · 3 hrs · Edited

**Allana Maydan** My street was dominated by 90%, But it wasnt the hasidic neighbours that made me choose to move but high taxes, a house to large for my needs any longer. My entire life and my childs as well was in that house. My life long neighbors actually ended being a bigger problem then the new ones. With insane taxes higher cost of living I chose to leave for myself and my pocket. Not because of the change in community as I had beocme dear friends with some of my sweet hasidic neighbors.
Like · Reply · 2 · 3 hrs · Edited

**Alicia Oexmann** This is exactly my point. I feel some of the animosity from current neighbors is what's making people leave. Who wants to be associated with a town full of hate posts day in and day out?!
Like · Reply · 7 · 3 hrs

**Allana Maydan** No one! Its awful. They are good people with differnt stronger beliefs. Bless them for upholding their faith!

**Fwd:**

**From :** Janice Kisty <jkisty@jacksontwpnj.net>   Fri, May 19, 2017 08:41 AM
**Subject :** Fwd:
   **To :** Michael Reina <mikereina@jacksontwpnj.net>,
   Helene Schlegel <hschlegel@jacksontwpnj.net>,
   Ken Bressi
   <councilmanbressi@jacksontwpnj.net>, Barry

Calogero <councilmancalogero@jacksontwpnj.net>, Scott Martin <councilmanmartin@jacksontwpnj.net>, Robert Nixon <councilmannixon@jacksontwpnj.net>, Ann Updegrave <annieup@jacksontwpnj.net>

**Cc :** Ann Marie Eden <clerk@jacksontwpnj.net>

I received this email this morning.

*Janice Kisty*
*Deputy Clerk/Registrar*
*Township of Jackson*
*95 W. Veterans Highway*
*Jackson, NJ  08527*
*(732) 928-1200 x 1201*
*(732) 928-4377 (fax)*

---

**From:** "hager yisroel" <hagerbeth22@gmail.com>
**To:** jkisty@jacksontwpnj.net
**Sent:** Thursday, May 18, 2017 4:33:07 PM

As a resident of this town I don't know if you are aware of the fact that we as a community don't feel at times represented by our town officials. We are a religious population who at times may be different then what you may be used to. The rhetoric and noise on social media about us and against us never stops and is very disturbing and troubling. It leads to many residents fleeing when they see a moving truck pulling onto their block and it leads to ill feelings among neighbors. The panic selling is not stopping as every day more residents are putting their home up for sale. If we truly want it to stop and for this town to come together then its time to come together and talk. Talking and realizing what a community is all about is the first step in resolving any issue.  I know that our community is more then willing to talk and listen. Will our elected officials lead the charge and come sit down with us. Will they step up to the plate at this critical point in Jackson's history and bring all community's together. I hope so and I know are community leaders are waiting for the call.

---

**From :** hager yisroel <hagerbeth22@gmail.com>        Thu, May 18, 2017 04:33 PM
**Subject :** <No Subject>
**To :** councilmanbressi@jacksontwpnj.net

As a resident of this town I don't know if you are aware of the fact that we as a community don't feel at times represented by our town officials. We are a religious population who at times may be different

then what you may be used to. The rhetoric and noise on social media about us and against us never stops and is very disturbing and troubling. It leads to many residents fleeing when they see a moving truck pulling onto their block and it leads to ill feelings among neighbors. The panic selling is not stopping as every day more residents are putting their home up for sale. If we truly want it to stop and for this town to come together then its time to come together and talk. Talking and realizing what a community is all about is the first step in resolving any issue. I know that our community is more then willing to talk and listen. Will our elected officials lead the charge and come sit down with us. Will they step up to the plate at this critical point in Jackson's history and bring all community's together. I hope so and I know are community leaders are waiting for the call.

---

**From :** chaim leiner <chaimleiner1986@gmail.com>        Mon, May 15, 2017 01:44 PM
**Subject :** <No Subject>
**To :** annieup@jacksontwpnj.net,
councilmanbressi@jacksontwpnj.net,
councilmancalogero@jacksontwpnj.net,
councilmamnixon@jacksontwpnj.net,
hschlegel@jacksontwpnj.net,
clerk@jacksontwpnj.net,
mikereina@jacksontwpnj.net

Why would we want drugs and crime in our areas? Why would we not want our children to be able to safely play outside? Why would we want the police to constantly be needed to come arrest people? Do you really think we moved here as part of a plan and plot? Do you think over 500 family's would call Jackson there home and want crime to be rampant? I am asking the council to lead the community in dialogue and building bridges. Next time a speaker gets up as last week lets tell him or her NO THE NEW RESIDENTS ARE NOT INVESTORS AND PART OF A PLAN. We can not let such rumors stand as they only cause more panic selling and no community harmoney.
C. Leiner

---

## Panic Peddling

---

**From :** Cheri Lopes <clopes3@optonline.net>        Mon, Oct 24, 2016 06:52 PM
**Subject :** Panic Peddling                            📎 1 attachment
**To :** Robert A Nixon
<councilmannixon@jacksontwpnj.net>,

TWP001601

      councilmanbressi@jacksontwpnj.net,
      councilmancalogero@jacksontwpnj.net,
      councilmanmartin@jacksontwpnj.net,
      administrator@jacksontwpnj.net

Hello Council,

I am writing to you in regards to the ongoing blockbusting/panic peddling that continues to go on in my neighborhood of Flair. We have our home on the no knock list, however we still receive phone calls and junk mail from realtors but this last letter I find quite disturbing to say the least and I would like to share it with you.
This is what is called panic peddling and it is being perpetrated in my neighborhood and probably others. The real estate agents are encouraging residents to sell now since the change is "happening rapidly" and "If want to sell, now is the time!" we are now being told!

Tell me what we are supposed to do now these people are creating this panic peddling situation. It's obvious by this list that this is blockbusting and it cannot be any more clear. I saw ads advertised this past summer stating that Flair is a "New Area" and "up and coming" ...I think this neighborhood was "New" and "Up and Coming" back in 1972.

Please tell me what can be done in this situation because it is way out of hand. I would appreciate any suggestions you could could give me.

What else is disturbing, is that we have the same several realtors renewing their canvassing permits for the same targeted areas, over and over again and sometimes with multiple people working for the same agency. This has been going on for over a year, probably more if you consider the Kensington neighborhood. How is this not harassment and what can be done about this? Let's face it, it's not like the Girl Scouts selling cookies and people are saying, hey I ran out of thin mints, and wondering when they will be back to sell more. Most people only sell their home very few times if any in a lifetime.
As a citizen of Jackson,  please advise as to what can be done or what can our town council and Mayor do to halt what is going on.

Regards,
Cheryl Lopes


**image1.JPG**
470 KB

## Re: Concern

|  |  |
|---|---|
| **From :** Optimum <kamkanis@optonline.net> | Fri, Jul 29, 2016 08:40 AM |
| **Subject :** Re: Concern | |
| **To :** Michael Reina <mikereina@jacksontwpnj.net>, Barry Calogero <councilmancalogero@jacksontwpnj.net>, Robert A Nixon <councilmannixon@jacksontwpnj.net>, councilmanmartin@jacksontwpnj.net, councilmanbressi@jacksontwpnj.net, annieup@jacksontwpnj.net, administrator@jacksontwpnj.net | |

Hello.

Thank you for sending out the no knock in the tax bill! Thanks, Rob Nixon, for making that happen! I've heard that it's been successful. Imagine if they were mailed out in the beginning-of-the-year recycling mailings as discussed with Mayor Reina. So many neighborhoods could have been saved!

I am hearing -hopefully- rumors that just the videos were sent to DOJ and not the other documentation of sales, permits issued, resident complaints, etc.

Please advise. The videos and the documentation together create a complete picture of the blockbusting happening in Jackson, so one would assume that the whole package was forwarded and not just a link to the on-line video.

Thanks for the clarification.
-Kelly Kanis

Sent from my iPhone

On Jul 19, 2016, at 7:59 AM, Optimum <kamkanis@optonline.net> wrote:

Good morning!

Not even a year after I sent the email below and the landscape of Jackson has changed dramatically. "Another block"? Now it's neighborhoods that are "turning" (to quote the Rabbi in the video who instructs his following to become pioneers in Jackson) so quickly.

On December 30, 2015 a group of residents held a meeting with Mayor Reina to discuss our concerns because we were worried about what was happening to our town. Our concerns were dismissed as the normal buying/selling of houses in neighborhoods.

In emails and at meetings, we were told to promote the No Knock! That's the best defense! Residents need to sign up! Report offenders! A cease and desist won't work as we'll have lawsuits! So we believed you.

False promises of no knock mailings were given, so a few residents went door to door to get people to sign up. An online registration did occur, but it was not promoted via an email blast or robo call.

The Mayor Mobile took a tour of the area, but we have yet to been briefed about that. What was discussed? What were the solutions that you all came up with?

What's next for our town before LLCs snatch up all the properties? What's next before our whole town "turns"? What's next for those of us who do not have higher political aspirations and still care about Jackson? What's next for residents who don't have to rely on campaign donations and bloc voting? What's next for residents who have called Jackson home for years- many for their whole lives?

Thanks for your time. I know most of you truly care for Jackson and share many of the same feelings. It is sad and frustrating to see this happening. Something has to be done.

Thank you for you time and energy with all of this.

Sincerely,
Kelly Kanis

TWP001604

Sent from my iPhone

Begin forwarded message:

> **From:** Optimum <kamkanis@optonline.net>
> **Date:** December 12, 2015 at 4:37:52 PM EST
> **To:** Michael Reina <mikereina@jacksontwpnj.net>
> **Subject: Concern**
>
> Dear Mayor Reina and Town Council Members,
>
> Another block in Jackson is under attack! Yes- attack!
>
> Galassi Court, Linda Drive, to name a few, and now Meadow Run Court is the next victim of block busting. The aggressive realtors are not leaving the residents alone, whether it's knocking on doors, approaching people in the street, creeping slowly past their houses in vehicles, or mailing postcards. This panic peddling needs to stop!
>
> This IS panic peddling. This IS blockbusting. This IS against the law. Don't turn the other cheek when theses streets have been specifically targeted for their location- close to the Lakewood border and close to the new "open to everyone, all inclusive" SAMs road development (ha!).
> I am definitely seeing an ugly trend here.
>
> So while the residents DO have a choice to NOT sell, I can't say I blame them when the panic peddling starts and the illegal aggressive sales tactics tell them that their neighborhood WILL change drastically and to get out while they can.
>
> Residents have been concerned and reached out to the town council in the recent past for help with this, but unfortunately they weren't taken seriously (Galassi Court!?) and now look: almost all of the houses have changed owners.
>
> What will it take, Mayor Reina, for Jackson leaders to acknowledge that this is, indeed, panic peddling and blockbusting?

TWP001605

What will it take, Mayor Reina, for the leaders to help put a stop to this? What will it take, Mayor Reina, for the elected officials to stand up for its residents and keep Jackson from drastically changing?

This is not a normal ebb and flow of neighborhoods. This is drastic turnover at an alarming rate, and done by illegal means.

Can't we all just get along? Of course, when neighborhoods change naturally and when residents don't feel forced out of their homes! New neighbors are always welcomed! The latest figures of house sales in certain targeted areas certainly don't support a blending of people, it indicates an attack to takeover from one group.

Thanks for your time. I know you and Town Council truly have the best interest at heart for Jackson and will closely look into the legality of this.

Sincerely,
Kelly Kanis


Sent from my iPhone

---

## Fwd: Concern

**From :** Optimum <kamkanis@optonline.net>         Tue, Jul 19, 2016 07:59 AM
**Subject :** Fwd: Concern
**To :** Michael Reina <mikereina@jacksontwpnj.net>,
Barry Calogero <councilmancalogero@jacksontwpnj.net>,
Robert A Nixon <councilmannixon@jacksontwpnj.net>,
councilmanmartin@jacksontwpnj.net,
councilmanbressi@jacksontwpnj.net,
annieup@jacksontwpnj.net,

TWP001606

administrator@jacksontwpnj.net

Good morning!

Not even a year after I sent the email below and the landscape of Jackson has changed dramatically. "Another block"? Now it's neighborhoods that are "turning" (to quote the Rabbi in the video who instructs his following to become pioneers in Jackson) so quickly.

On December 30, 2015 a group of residents held a meeting with Mayor Reina to discuss our concerns because we were worried about what was happening to our town. Our concerns were dismissed as the normal buying/selling of houses in neighborhoods.

In emails and at meetings, we were told to promote the No Knock! That's the best defense! Residents need to sign up! Report offenders! A cease and desist won't work as we'll have lawsuits! So we believed you.

False promises of no knock mailings were given, so a few residents went door to door to get people to sign up. An online registration did occur, but it was not promoted via an email blast or robo call.

The Mayor Mobile took a tour of the area, but we have yet to been briefed about that. What was discussed? What were the solutions that you all came up with?

What's next for our town before LLCs snatch up all the properties? What's next before our whole town "turns"? What's next for those of us who do not have higher political aspirations and still care about Jackson? What's next for residents who don't have to rely on campaign donations and bloc voting? What's next for residents who have called Jackson home for years- many for their whole lives?

Thanks for your time. I know most of you truly care for Jackson and share many of the same feelings. It is sad and frustrating to see this happening. Something has to be done.

Thank you for you time and energy with all of this.

Sincerely,
Kelly Kanis


Sent from my iPhone

Begin forwarded message:

**From:** Optimum <kamkanis@optonline.net>
**Date:** December 12, 2015 at 4:37:52 PM EST
**To:** Michael Reina <mikereina@jacksontwpnj.net>
**Subject: Concern**

Dear Mayor Reina and Town Council Members,

Another block in Jackson is under attack! Yes- attack!

Galassi Court, Linda Drive, to name a few, and now Meadow Run Court is the next victim of block busting. The aggressive realtors are not leaving the residents alone, whether it's knocking on doors, approaching people in the street, creeping slowly past their houses in vehicles, or mailing postcards. This panic peddling needs to stop!

This IS panic peddling. This IS blockbusting. This IS against the law. Don't turn the other cheek when theses streets have been specifically targeted for their location- close to the Lakewood border and close to the new "open to everyone, all inclusive" SAMs road development (ha!). I am definitely seeing an ugly trend here.

So while the residents DO have a choice to NOT sell, I can't say I blame them when the panic peddling starts and the illegal aggressive sales tactics tell them that their neighborhood WILL change drastically and to get out while they can.

Residents have been concerned and reached out to the town council in the recent past for help with this, but unfortunately they weren't taken seriously (Galassi Court!?) and now look: almost all of the houses have changed owners.

What will it take, Mayor Reina, for Jackson leaders to acknowledge that this is, indeed, panic peddling and blockbusting?
What will it take, Mayor Reina, for the leaders to help put a stop to this?
What will it take, Mayor Reina, for the elected officials to stand up for its residents and keep Jackson from drastically changing?

This is not a normal ebb and flow of neighborhoods. This is drastic turnover at an alarming rate, and done by illegal means.

Can't we all just get along? Of course, when neighborhoods change naturally and when residents don't feel forced out of their homes! New neighbors are always welcomed! The latest figures of house sales in certain targeted areas certainly don't support a blending of people, it indicates an attack to takeover from one group.

Thanks for your time. I know you and Town Council truly have the best interest at heart for Jackson and will closely look into the legality of this.

Sincerely,
Kelly Kanis


Sent from my iPhone

---

### The majority of Jackson, NJ, taxpayers DO NOT WANT to see it become another Lakewood!

**From :** Rosario <rosariorn29@yahoo.com>  Wed, Feb 24, 2016 07:44 PM

**Subject :** The majority of Jackson, NJ, taxpayers DO NOT WANT to see it become another Lakewood!

**To :** Annie Updegrave <annieup@jacksontwpnj.net>, Kenneth Bressi <councilmanbressi@jacksontwpnj.net>, Barry Calogero <councilmancalogero@jacksontwpnj.net>, Scott Martin <councilmanmartin@jacksontwpnj.net>, Mike Reina <mikereina@jacksontwpnj.net>, Robert Nixon <councilmannixon@jacksontwpnj.net>, administrator@jacksontwpnj.net

**Reply To :** Rosario <rosariorn29@yahoo.com>

Dear Madam and Sirs,

TWP001609

Toms River has just passed the cease and desist order. They have done this to protect the quality of life of the residents of Toms River. They do have a provision in there for those who don't want to participate, as opposed to Mr. Nixon's comments that it could be a "thorny legal situation" to pass it ( <u>Knock-Knock: where can solicitors go in Jackson</u> ).

Jackson residents are going through the exact same harassment and blockbusting. We need to follow Toms River's lead and let the people of our town know that they are important and that the council **does care** about our town and the quality of life of our residents. Please take a stand and show that you support the residents of our town.

The no-knock ordinance while great is not enough for this sort of aggressive takeover. We also need to place a stop or at least a limit per real estate development of the flourishing conversion of newly purchased Jackson homes to 'houses of worship". These are disruptive to a residential zone, and another way to expand the circle. Just yesterday another citizen was featured in a video played frequently on Channel 12 News (<u>Shore residents notice influx of unsolicited real estate inquiries</u>), and there was **another** front page APP article on the Jackson area problems. She detailed how an Orthodox real estate agent persisted seeking a listing, and telling her how they "owned Lakewood". There have been many other incidents reported of agents saying or doing similar or variations of this type harassment to other property owners, i.e., have waited the return of residents from work at the end of their driveways, etc. I also too endured very bad experiences in the past as when they own and then rent to pay the mortgage -- another tactic. These landlords rent to questionable characters that don't care any about the rental (maybe the Gov. is paying for it?) and are disrespectful to us property owners. In my case, even the police and the legal system had to get involved, having to take them to court, being thrown out of the high school, and ultimately being evicted. The interior of the property was destroyed in vengeance. As you know, renting is a delay tactic until they have enough houses grouped together. All the Brookwoods are especially in the precarious path of the Orthodox expansion -- especially 1 & 2 are being inundated and people are panic selling.

In the last several months the selling activity seems to have reached a **fever pitch**. I see many other houses being rented that look just as equally bad now. Just a few months ago, two houses across from me are now rented, and another further down by Imperial realty. One has apparently several laborers living there

TWP001610

and has about four work vehicles now, but other times more. Though they haven't been a problem as of yet, when initially there they were parking an older SUV on the lawn -- I had to have the zoning officer contact them. He probably had to explain this is not something residents are allowed to do in a residential property, and still they have other smaller equipment in the front and back of the house. I don't have to tell you that these issues can have an effect in reducing property values. I am afraid to keep upgrading my property.

My question is do you really want to see Jackson gobbled up by a Lakewood-like situation/deficits and or see it trashed?

Please I ask you to take immediate action that will make a substantial difference for this town that I love, that I have raised a family in that I have been here for 45.2 years, and **do not wish to be forced out of.** I would like to continue my retirement here. There are other long-term retired residents also living on this same street. Thank you for your help in this very important matter.

Sincerely,

Rosario Herrero



### Fwd: Re: Updated Ordinance

**From :** Barry Calogero &lt;councilmancalogero@jacksontwpnj.net&gt;

Mon, Aug 03, 2015 02:30 PM

📎 1 attachment