1

1    JACKSON TOWNSHIP
     ZONING BOARD OF ADJUSTMENT
2    OCEAN COUNTY - STATE OF NEW JERSEY
     X - - - - - - - - - - - - - - - - - - - - X
3    IN THE MATTER OF:

4          OROS BAIS YAAKOV HIGH SCHOOL
     (Use Variance No. 3004 and Site Plan No. 741)
5              Block 21401, Lot 6
                38 Cross Street
6                  R-1 Zone
     X - - - - - - - - - - - - - - - - - - - - X
7

8              JACKSON MEMORIAL HIGH SCHOOL
              Jackson, New Jersey 08527
9                  June 18, 2014
                    7:00 p.m.
10

11   MEMBERS PRESENT:

12          STEPHEN CONSTANZO, Chairman
            JOHN SUTTLES
13          DR. SHELDON HOFSTEIN
            JOHN BURROWS
14          JOSEPH SCHULMAN
            KATHRYN McILHINNEY
15          CARL F. BOOK, JR

16

17   Professional Staff:

18          Sean Gertner, Esq., Attorney
            Jeffrey Purpuro, Zoning Officer
19          Evan Hill, P.E.
            Stuart Wiser, P.P.
20          Mark Kataryniak, Traffic Engineer
            Janis Kisty, Recording Secretary
21

22   _____

23              STEPHEN McCRYSTAL
            Certified Shorthand Reporter
24               P.O. Box 1431
              Jackson, NJ 08527-1431
25               (732) 367-4609

OBY09717

1    that that is the public interest at stake, and

2    start at that point, and then make the

3    analysis at lease in one prong?

4            MR. WISER:  That is a question that

5    I don't know that I can answer for each

6    individual Board member.  That may be

7    absolutely sufficient for some of you.  Again,

8    you know this town, you know the issues much

9    better than I do.  Some of you may

10   specifically be able to make that calculus;

11   some of you may not.

12            Well, that is correct in that

13   all I have before me -- and all, frankly, you

14   have before you -- is the evidence and

15   testimony that has been presented.  We all can

16   make assumptions, but my review of the record

17   is what I described earlier and leaves me with

18   the problem I described earlier.

19           THE CHAIRMAN:  Any other members

20   have questions for Stuart?

21           MR. SCHULMAN:  Mr. Chairman, I'd

22   like to make a remark that I think may help to

23   clarify in the Board members' minds the

24   question of beneficial use to the community,

25   and that is this: That this a school,

1       obviously -- I am not saying anything that

2       hasn't been stated before -- that is a private

3       school and is exclusively for the use of the

4       Orthodox community; there will be no other

5       children of other religions admitted to that

6       school without being able to pass a strict

7       religious component, as the rabbi has said

8       himself during testimony.

9                    And I want to relate something

10      that I experienced during my time living in

11      Lakewood, which was my whole life before I

12      moved to Jackson.   I attended a meeting at

13      the municipal courtroom in Lakewood during

14      which the titular head of the Orthodox

15      community in Lakewood, Rabbi Schenkolewski,

16      stated several times that "the Orthodox

17      community will never assimilate; therefore,

18      they stand alone."

19                   And in a question of inherent

20      beneficial use, it seems to me that the

21      applicant is asking us to recognize the

22      regional aspect while at the same time trying

23      to prove that it's an inherently beneficial

24      use to the whole community, while it's not for

25      the whole community, for lack of a better way

OBY09799

1                          C E R T I F I C A T E

2

3                    I, STEPHEN McCRYSTAL, a

4       Certified Shorthand Reporter and Notary Public

5       of the State of New Jersey, certify that the

6       foregoing is a true and accurate transcript of

7       the above hearing before the Jackson Township

8       Zoning Board of Adjustment.

9                        I FURTHER CERTIFY that I am

10      neither attorney nor counsel for, nor related

11      to nor employed by any of the parties to the

12      action, and further that I am not a relative

13      nor employee of any attorney nor counsel

14      employed in this case, nor am I financially

15      interested in the action.

16

17                    _____
                      STEPHEN McCRYSTAL, C.S.R.
18                    License No. X101186

19      Dated: July 7, 2014

20      My Commission Expires on May 18, 2016.

21

22

23

24

25      File Reference No.   061814SC

OBY09832