# GILMORE & MONAHAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ALLEN STREET PROFESSIONAL CENTER
TEN ALLEN STREET
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754
(732) 240-6000 | FAX (732) 244-1840

GEORGE R. GILMORE
THOMAS E. MONAHAN·
JEAN L. CIPRIANI
· Certified Civil Trial Attorney

MICHAEL J. GILMORE
JARED J. MONACO
LAUREN R. STAIGER
ROBIN LA BUE
ANDREA E. WYATT
DENIS P. KELLY
PATRICK L. CIMINO
CHRISTEN E. MCCULLOUGH
MICHAEL S. NAGURKA
CHRISTOPHER A. KHATAMI
MARGARET A. MORIARTY

Please reply to:
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754

July 22, 2016

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C., 20530

Re: **Township of Jackson, Ocean County, State of New Jersey**
**Potential Blockbusting Violation**

Dear Sir or Madam:

The undersigned represents the interests of the Township of Jackson as Municipal Attorney. Over the past year, fears of blockbusting have arisen throughout the community of Jackson Township. While the Township takes no position on who buys property within its borders, some individuals have sought to purchase all homes on entire blocks of certain neighborhoods. Furthermore, at several public meetings, many residents have indicated that these individuals have used intimidation and fear in an attempt to accomplish these illegal aims.

The residents of Jackson have been patient as the Council has explored the legal avenues to stop the allegedly illegal activities ongoing. Evidence of the potential violations can be found at the following web addresses:

1. http://vimeo.com/147244731 (Comments about Jackson around the 7 minute mark)
2. http://vimeo.com/147257375 (Comments relating to blockbusting around the 5 minute mark)

Please accept this correspondence as a request, for the U.S. Department of Justice, Civil Rights Division, to review the referenced videos and determine whether same demonstrate an intention to engage in blockbusting in the Township of Jackson and other communities referenced therein.

Document courtesy of https://jacksonleaks.com

# GILMORE & MONAHAN
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW

U.S. Department of Justice, Civil Rights Division
Page 2
July 22, 2016

        Please contact me with any questions.  Thank you.

        Respectfully submitted,

        MICHAEL S. NAGURKA
        For the Firm
        msn@gm-law.net

MSN:js

cc:    Jackson Township Council
       Mayor Reina
       Helene Schlegel, Township Administrator
       Ann Marie Eden, Township Clerk

Document courtesy of https://jacksonleaks.com