*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION ON CIVIL RIGHTS
CENTRAL REGIONAL OFFICE
P.O. BOX 089
140 EAST FRONT STREET, 6TH FLOOR
TRENTON, NJ 08625-0089

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

CHRISTOPHER S. PORRINO
*Acting Attorney General*

CRAIG SASHIHARA
*Director*

**August 4, 2016**

*Michael S. Nagurka, Esq.*
*Gilmore & Monahan*
*Counsellors At Law*
*Allen St. Professional Center*
*Ten Allen St., P.O. Box 1540*
*Toms River, NJ  08754*

*RE: Jackson Township*

*Dear Mr. Nagurka:*

*Your recent complaint at the Division on Civil Rights (DCR) has been reviewed by Management.*

*For your information, the Division is mandated to enforce the Law Against Discrimination (LAD), N.J.S.A. 10:5-1 et. seq., which prohibits discrimination in the areas of employment, housing, public accommodations, credit and contracting.   Prohibited bases of discrimination include race, creed, color, national origin, sex, ancestry, marital status, disability, sexual orientation, nationality, liability for service in the U.S. Armed Forces, age (employment, credit, and contracting only) and familial status (housing only).*

*The Division is also empowered to enforce the Family Leave Act (FLA), N.J.S.A. 34:11B-1 et. seq. The FLA provides a leave for up to 12 weeks from your place of employment to care for a newly born or adopted child; or for a parent, spouse, or child under the age of 18 with a serious health condition.*

*The LAD and FLA authorize the Director to investigate claims of discrimination under these two statutes and provide compensatory and injunctive relief where the Director finds a violation.*

*In accordance with the LAD's statute of limitations, complaints of discrimination must be filed with the Division within 180 days after the alleged act of discrimination.*

*Should you decide instead to file your complaint in N.J. Superior Court you have up to six years to do so for incidents occurring before July 27, 1993 and up to two years for incidents occurring after that date.*

*I regret to inform you that the issue(s) mentioned in your correspondence are not covered under the provisions of the LAD or FLA.*

*I am sorry DCR could not be of further assistance to you and wish you success in resolving this matter.*

Telephone: 609-292-4605
www.njcivilrights.gov
New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable

CIVIL⚖RIGHTS


Document courtesy of https://jacksonleaks.com

*Page 2*
*RE: Jackson Twp.*

*Sincerely,*

*Atley R. Tyler*
*Regional Manager*

Document courtesy of https://jacksonleaks.com