U.S. Department of Justice

Civil Rights Division

Housing and Civil Enforcement Section

SM:TH:ET:mdf
DJ210-48-0

| | |
|---|---|
| *U.S. Mail:* | *950 Pennsylvania Avenue, NW - G St.* |
| | *Washington, DC 20530* |
| *Overnight:* | *1800 G Street, NW* |
| | *Suite 7002* |
| | *Washington, DC 20006* |
| *Telephone:* | *(202) 514-4713* |
| *Facsimile:* | *(202) 514-1116* |

October 14, 2016

Michael S. Nagurka
Gilmore & Monahan
Ten Allen Street
P.O. Box 1540
Toms River NJ 08754

Dear Mr. Nagurka:

Thank you for your letter of July 22, 2016 regarding your concerns about blockbusting in the Township of Jackson, and your subsequent letter on September 13, 2016 and the enclosed map.

We have reviewed the videos for which you sent us links, the map, and have reviewed news articles about these allegations. Based on this review, we have determined that no action by the Department of Justice is necessary at this time.

If further information regarding this matter, or any other potential violation of civil rights, comes to your attention, please feel free to contact me at this address. I also may be reached via email at Eric.Treene@usdoj.gov or by phone at (202) 514-2228.

Sincerely,

Sameena Shina Majeed
Chief

By: *[signature]*

Eric W. Treene
Special Counsel for Religious Discrimination
Housing and Civil Enforcement Section