

NEW JERSEY SENATE

SAMUEL D. THOMPSON, PH.D.
SENATOR, 12TH DISTRICT
MONMOUTH, MIDDLESEX, OCEAN & BURLINGTON COUNTIES
2501 HIGHWAY 516, SUITE 101
OLD BRIDGE, NJ 08857
732-607-7580
FAX: 732-607-7879
EMAIL: SenThompson@njleg.org

MEMBER - COMMITTEES & COMMISSIONS
BUDGET & APPROPRIATIONS
EDUCATION
STATE GOVERNMENT, WAGERING, TOURISM & HISTORIC PRESERVATION
NJ COMMISSION ON CAPITAL BUDGETING & PLANNING
JOINT COMMISSION ON THE PUBLIC SCHOOLS
MANDATED HEALTH BENEFITS ADVISORY COMMISSION
STATEWIDE PUBLIC SAFETY COMMUNICATIONS COMMISSION
TASK FORCE ON HEALTH INSURANCE EXCHANGE IMPLEMENTATION
FIRE SAFETY COMMISSION
PRETRIAL SERVICES PROGRAM REVIEW COMMISSION

February 13, 2019

Jackson Township Council
Town Hall
95 W. Veterans Hwy
Jackson, NJ 08527

Dear Council President Nixon and members of the Jackson Township Council:

As you are well aware, the recent actions taken by Rise Up Ocean County in their distribution of media clips twisting the sacrosanct articulated poem by Pastor Martin Niemoller, and using unauthorized video tape recordings of orthodox Jewish elementary school children has significantly raised the level of anti-Semitic rhetoric to dangerous levels in our county vernacular.

While we all agree that there are significant challenges that evolving demographics bring to local communities, we must also agree that utilizing anti-Semitism, stereotyping and bigotry are certainly not the tools and tactics that should be used in resolving any such issues.

It is necessary for individuals such as yourself and the governing body, for the sake of working toward your goals of performing a valuable public service, to stand up publicly and state that as a society, we have a zero tolerance policy for such divisive strategic initiatives, and the specific messages used in Rise Up Ocean County's video clips have no place among the good and hardworking citizens of Ocean County at large and the Township of Jackson, specifically.

Our nation has seen the horrors of leaving such hatred unchecked in Pittsburg just a short time ago, let us work together to bring peace, harmony and mutual respect to our community and pass this resolution to demonstrate that to be our official and unequivocal intention.

I respectfully ask the council to vote favorably on this resolution.

Thank you for your consideration in advance.

Sincerely,

*Samuel D. Thompson*

Samuel D. Thompson, Ph.D.
Senator
12th Legislative District