# Former Jackson Zoning Board Member Unleashes Anti-Semitic Tirade; Calls for Senator's Suicide

By SNN - September 12, 2017



**JACKSON-** A former Jackson Zoning Board member whose most notable action during his eight year tenure in the township was voting to deny an application for an all-girl Orthodox Yeshiva on Cross Street has posted violent and anti-Semitic tirade on Facebook this week that could put that board's ruling in jeopardy.

Republish
Reprint

In the post, Burrows used September 10th's designation as "Suicide Awareness Day" to call for Lakewood Republican Senator Robert Singer to commit suicide.

"I implore senator Singer to step up and commit suicide," Burrows posted on Facebook. He is nothing but the byproduct of a human body eating matzoh and gafelta [sic] fish."

He then doubled down and called for the suicide of Ocean County Republican Chairman George Gilmore.

"After many years of watching senator Singer's proposals and interests which are solely to support and advance the Lakewood medieval cult, on the backs of the surrounding communities, it's time to come to an end," his tirade continued. "He is so obviously bought, paid for, and in the pocket of the Lakewood cult."

One other member of Jackson's zoning board who presided over the defeated Yeshiva application, Joe Schulman has been cited in a subsequent lawsuit that was filed by the school against the township that claims religious bias was in play.

"Nobody has actually proved to me that this is a school for anything" Schulman said. "The community of Jackson cannot expect the Orthodox residents of Jackson to assimilate into the Jackson community as a whole in the same way that they will not do so in Lakewood."

Burrows' comments, like Suttles' will most likely be used against Jackson Township in the yeshiva's case that claims religious bias was a determining factor in the board's decision, although other members of the board presented a clear and concise case based on fire safety, traffic safety and density concerns for their decision.

"Pay you fair share you filthy f'n cockroaches," Burrows posted as he concluded his rant. The post, made on a private "community watchdog" page was removed shortly afterwards by an unknown page moderator.

Whether or not Burrows' rant could negatively impact the zoning board's decision to reject the school remains unknown at this point. We have reached out to township Mayor Michael Reina and Council President Ken Bressi for comment on this story.

Facebook Comments

•• ooo Verizon LTE        9:32 PM         46%
Touch to return to call 13:34

< **1,055**                    ∧  ∨

incredible and violent

**John Burrows**
56 mins
This September 10 being suicide awareness day I implore senator Singer to step up and commit suicide. He is nothing but the byproduct of a human body eating matzoh and gafelta fish.
His actions as a senator are only to advance the mischievous will of the Lakewood cult.
He is deplorable and why King Gilmore allows this to happen is the problem. Perhaps both of them should commit suicide!
After many years of watching senators Singer's proposals and interests which are solely to support and advance the Lakewood medieval cult, on the backs of the surrounding communities it's time to come to an end. He is so obviously bought, paid for, and in the pocket of the Lakewood cult, I do not know why he is allowed to hold this position and should be terminated, or he should do the honorable thing and DIE!
Also Lakewood should no longer have 3.5% tax, especially if their goal is to be the 3rd largest city in nj. they are prospering way too much, another gift from that POS Singer, pay you far share you filthy f'ing cockroaches!

   

OBY12317