Zimbra                                                                 https://mail.jacksonnj.net/h/printmessage?id=74289,72384&tz=Ame...

**From :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>         Tue, Aug 01, 2017 02:04 PM
**Subject :** Monthly Report / July 2017                   📎1 attachment
**To :** Helene Schlegel
        <hschlegel@jacksontwpnj.net>
**Cc :** Michael Reina <mikereina@jacksontwpnj.net>,
        Samantha Novak <snovak@jacksontwpnj.net>

7/3…Site visit to 146 S. New Prospect. Wrote notice to 146 for changing use from residential to an assembly use w/o approvals, but will continue wit site visits to continue a record.
7/5…Morning site visit to 146 S. New Prospect
7/6…Morning site visit to 146. No answer at door. No activity noted.
7/7…Did not visit 146 today. Came in late, and had to attend to other matters.
7/10…Full staff today. Will continue with site visits to 146.
7/11..
7/12…
7/13…
7/17…
7/19…Board of Adjustment meeting. Swanborne was carried to Sept 6th. Pushkin Estates (19 residential lots) heard and carried to Sept 6th. Misc bulk variances. Meeting ended at 10:00p
7/20…Site visit to 1414 Transit (Pizzolla), as well as meeting with his neighbor (Clouse) to assess grading issues.
7/21…Meeting with reps of 146 S. New Prospect.
7/24…Dept. Head Meeting. did afternoon drive by to 146 S. New Prospect.
7/25… Morning drive by to 146 S. New Prospect.
7/26…Morning drive by to 146 S. New prospect, as well as 21 Hickory Hill. 4:00p meeting.
7/27…
7/28…
7/31…busy, steady month.

**Jeffrey Purpuro**
**Jackson Township Zoning Officer**
**95 W.Veterans Hwy. Jackson, NJ 08527**
**732.928.1200 ext. 1240**
**732.928.1397 (fax)**

📄 **2017 JULY MONTH END_201707281521.pdf**
   81 KB

OBY12971