| | |
|---|---|
| **From:** | Jackson Township Website <webmaster@jacksontwpnj.net> |
| **Sent:** | Friday, June 30, 2017 8:26 AM |
| **To:** | mikereina@jacksontwpnj.net |
| **Subject:** | Jackson Township: Prayer house |

This is an enquiry email via http://jacksontwpnj.net/ from:
Keary Smith <smithtkm@optonline.net>

This past Saturday I was driving home and I got the light at Woodlane and New Prospect red, as I sat there I witnessed many Jewish males coming out of a residential house at 146 New Prospect Rd. I used to know the family that lived in this house and it is a residential house! I do not think that the zoning at this location has changed! This is a accident waiting to happen cramming all those people into a small house . Please check into this! Thank you

OBY13034