Helene and Jeff
This was last night, I'm just curious is this house going to be allowed to continue to operate as a synagogue? This house is vacant so isn't this considered "abandoning the use of a single family house"? I'd like to know what is being done?  If nothing and we are allowing it to continue to remain as a shul, please let me know.  I'm trying to figure out what is and what isn't allowed in our town.  On top of the multiple cars there last night there were many walkers.  This isn't the first email in regards to this property and it was sold March 30th.  Since it's closing it has been USED as only a shul since it still remains vacant, only activity is on Friday & Saturday and yesterday was ridiculous.   The same people who gather there were also the ones who put up ERUV poles on the neighbors fence & trespasses to 21 Hickory Hill rd to continue to use that abandoned house as a cut through to Harmony Farms.
I would like some kind of response or update  on this house since I haven't heard back since the last group of emails I sent.
Thanks
Hope D




Sent from my iPhone


Sent from my iPhone


**IMG_5064.JPG**
800 KB

## Re: 146 N New Prospect

**From :** Helene Schlegel <hschlegel@jacksontwpnj.net>   Mon, Jul 03, 2017 10:38 AM
**Subject :** Re: 146 N New Prospect

**To :** chrishope@optonline.net

**Cc :** Jeff Purpuro <jpurpuro@jacksontwpnj.net>,
Kenneth Pieslak <kpieslak@jacksontwpnj.net>,
Rob Nixon <councilmannixon@jacksontwpnj.net>, Barry <councilmancalogero@jacksontwpnj.net>,
Bressi <councilmanbressi@jacksontwp.net>,
Diane Flynn <difly0901@yahoo.com>, Jenn (TBJ) <termite027@aol.com>, Chris Roder Kissberth <ck41272@optonline.net>, Michael Reina <mikereina@jacksontwpnj.net>

```
Please be advised that we are aware of the situation and are
handling the matter through the appropriate process and
channels.

Respectfully,

Helene Schlegel, MS, MPP, CPM
Business Administrator
Jackson Township
95 West Veterans Hwy.
Jackson, NJ 08527
732-928-1200 ext. 1210
```

```
CONFIDENTIALITY NOTICE: This electronic message contains
information from the Jackson Township Mayor's office. This email
and any files attached may contain confidential information that
is legally privileged. If you are not the intended recipient, or
a person responsible for delivering it, you are hereby notified
that any DISCLOSURE, COPYING, DISTRIBUTION or use of any
information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in
error, please forward same to sender and destroy the original
transmission and its attachments without reading or saving in
any manner.
```

```
----- Original Message -----
From: chrishope@optonline.net
To: "Helene Schlegel" <hschlegel@jacksontwpnj.net>, "Jeff
Purpuro" <jpurpuro@jacksontwpnj.net>, "Kenneth Pieslak"
<kpieslak@jacksontwpnj.net>
Cc: "Rob Nixon" <councilmannixon@jacksontwpnj.net>, "Barry"
<councilmancalogero@jacksontwpnj.net>, "Bressi"
<councilmanbressi@jacksontwp.net>, "Diane Flynn"
```

```
<difly0901@yahoo.com>, "Jenn (TBJ)" <termite027@aol.com>, "Chris
Roder Kissberth" <ck41272@optonline.net>
Sent: Monday, July 3, 2017 10:39:35 AM
Subject: 146 N New Prospect
```

Helene and Jeff
This was last night, I'm just curious is this house going to be allowed to continue to operate as a synagogue? This house is vacant so isn't this considered "abandoning the use of a single family house"? I'd like to know what is being done? If nothing and we are allowing it to continue to remain as a shul, please let me know. I'm trying to figure out what is and what isn't allowed in our town. On top of the multiple cars there last night there were many walkers. This isn't the first email in regards to this property and it was sold March 30th. Since it's closing it has been USED as only a shul since it still remains vacant, only activity is on Friday & Saturday and yesterday was ridiculous. The same people who gather there were also the ones who put up ERUV poles on the neighbors fence & trespasses to 21 Hickory Hill rd to continue to use that abandoned house as a cut through to Harmony Farms.
I would like some kind of response or update on this house since I haven't heard back since the last group of emails I sent.
Thanks
Hope D

[image/jpeg:IMG_5064.JPG]

Sent from my iPhone

Sent from my iPhone

## 9 Harvest Ct - SHUL- enclave