**ON TUESDAY, MARCH 8, 2016, AT 7:00 P.M. THE JACKSON TOWNSHIP COUNCIL HELD ITS (EXECUTIVE SESSION) MEETING IN THE MUNICIPAL BUILDING**

**ROLL CALL:**

| | |
|---|---|
| **COUNCILMAN CALOGERO** | **ATTORNEY CIPRIANI** |
| **COUNCILMAN MARTIN** | **TOWNSHIP CLERK EDEN** |
| **COUNCILWOMAN UPDEGRAVE** | |
| **COUNCIL VICE PRESIDENT BRESSI** | |
| **COUNCIL PRESIDENT NIXON** | |

**ALSO IN ATTENDANCE: BUSINESS ADMINISTRATOR SCHLEGEL**

As Clerk of this meeting, I publicly announce that in compliance with the provisions of the "Open Public Meetings Act" adequate notice of this meeting of the Jackson Township Council has been advertised in the manner prescribed by law.

---

**RESOLUTION 118R-16**
**TITLE: RESOLUTION FOR EXECUTIVE SESSION TO AUTHORIZE TOWNSHIP COUNCIL TO ENTER INTO CLOSED DISCUSSIONS CONCERNING MATTERS AS NOTED BELOW**

**MOTION TO APPROVE BY: CALOGERO**
**MOTION SECONDED BY: MARTIN**
**YES: CALOGERO, MARTIN, UPDEGRAVE, BRESSI, NIXON**

**WHEREAS,** Section 8 of the Open Public Meetings Act permits the exclusion of the public from a public meeting under certain circumstances; and

**WHEREAS,** this governing body is of the opinion that such circumstances presently exist.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, and State of New Jersey, as follows:

1. The public shall be excluded from discussion concerning the hereinafter-specified subject matter.

2. The general nature of the subject matter to be discussed is as follows:

    a) Personnel/Professionals: Amend CY 2016 Salary Ordinance (Ordinance ready).
    b) Litigation/Potential Litigation:
    c) Potential Land Sale/Land Acquisition:
    d) Contracts/Agreements:

3. It is anticipated that the subject matter discussed may be made public upon its conclusion or final disposition.

                                            **ANN MARIE EDEN, R.M.C.**
**DATED: 3-8-16**                    **TOWNSHIP CLERK**

---

**7:30 P.M. - RECONVENE PUBLIC MEETING IN THE MAIN MEETING ROOM OF THE MUNICIPAL BUILDING**

**PLEDGE OF ALLEGIANCE**

**COUNCIL PRESIDENT NIXON** – A moment of silence for our men and women serving overseas and the first responders here at home. Also, for former First Lady, Nancy Reagan and for my Father, who was admitted to the hospital today.

    **1.** That the governing body does hereby authorize the allocation of $55,492.50 to the Department of Recreation for the purchase of Great Adventure tickets.
    **2.** That a certified copy of this resolution shall be forwarded to the Chief Financial Officer, Purchasing Department, Department of Recreation and any other interested parties.

                                                      **ANN MARIE EDEN, R.M.C.**
**DATED: 3-8-16**                                              **TOWNSHIP CLERK**

**DISCUSSION AGENDA:**

    **1. COUNCIL PRESIDENT NIXON –**
        **a.** No Knock Ordinance – It is important to spread the word as a community about the No Knock List as it is extraordinarily effective. The public has shared their ideas and one of the things we are "in the works" of doing is having the No Knock List available on line. Come to Town Hall in person or register on line. We will have it in a future Township mailer and have discussed it with Administrator Schlegel and appreciate Administration making room for us in their mailer. A resident suggested an online registry making it easier to get on the list and Administration is looking into it. Hopefully, we will have some information soon. The website is managed by Administration and we have recommended that and I appreciate them taking a look into it. We are also looking into background checks as we want to make sure that someone approaching your door is making sure they prove to us that they are above approach. Attorney Cipriani stated she will look into and respond to Council. This is an area of First Amendment regulations and there is a lot of case law on this subject. Let's spread the word and get as many people signed up as possible.

**PUBLIC COMMENT, ANY TOPIC**

**KELLY KANIS – 35 VILLANOVA DRIVE –** Thank you for addressing the on-line No Knock list. Is there a time line and have you reached out to IT? Council President Nixon stated he didn't have an answer as the IT Department falls under Administration. We will find out if it's feasible and how quickly it can happen. Administrator Schlegel advised she will have a report available for Council at the next meeting. Our website is handled in-house and we are short a staff member. We just hired someone so hopefully we'll have an answer by the next meeting. This is not the first time I've been approached by the Council President and the Mayor to try to get this done. Township Clerk Eden requested she be involved in this process as my office handles the No Knock registry. I just want to make sure it works out so there are not multiple list(s). Council President Nixon stated they need to make sure it is coordinated properly; we don't want any gray areas.

**MOTION TO CLOSE PUBLIC COMMENT ON ANY TOPIC BY: MARTIN**
**MOTION SECONDED BY: CALOGERO**
**YES: CALOGERO, MARTIN, UPDEGRAVE, BRESSI, NIXON**

**MOTION TO ADJOURN BY: MARTIN**
**MOTION SECONDED BY: CALOGERO**
**YES: CALOGERO, MARTIN, UPDEGRAVE, BRESSI, NIXON**

**7:56 P.M.**
                                                     **RESPECTFULLY SUBMITTED,**

                                                     _____
                                                     **COUNCIL PRESIDENT NIXON**

                                                     _____
                                                     **ANN MARIE EDEN, R.M.C.**
                                                     **TOWNSHIP CLERK**

AME/df