**Zimbra**      clerk@jacksontwpnj.net

### Re:

**From :** mordyburnstein <mordyburnstein@gmail.com>     Mon, Jul 17, 2017 08:23 AM
**Subject :** Re:
**To :** Robert A Nixon <councilmannixon@jacksontwpnj.net>

Thank you , I will try that again.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert A Nixon <councilmannixon@jacksontwpnj.net>
Date: 7/16/17 6:32 PM (GMT-05:00)
To: mordyburnstein <mordyburnstein@gmail.com>
Subject: Re:

I would respectfully suggest you contact the Mayor and Council President. Thanks.

Rob Nixon
Councilman

----- Original Message -----
From: mordyburnstein <mordyburnstein@gmail.com>
To: Robert A Nixon <councilmannixon@jacksontwpnj.net>
Sent: Sun, 16 Jul 2017 11:44:39 -0400 (EDT)

Sent from my Verizon, Samsung Galaxy smartphone

TWP002228

As the summer weeks pass by I am constantly asked about the possibility of putting up a eruv to enable people to be outside on saturday and enjoy themselves together with their neighbors and children. I have been telling everyone to hold off and let's try to do it in a way that will not increase tension in our town at all. We have looked into many options and ideas and spoken to many experts from around the country and have been advised to go with the idea of utilizing the utility poles as much as possible. While it is not as ideal for many reasons , including the fact that it is very expensive, it makes the most sense and should not cause any residents harm whatsoever. After reaching out to the utility company's they have given us the advise and help how best to proceed. They have advised us that the first step is to acquire municipality consent to enable us to rent the right to use the poles. What is the best way for us to get that permission? It is clear to me that this is the best way to proceed in a way that will garenttee everyone can enjoy the quality of life that they deserve and no one feels threatened at all. I am asking for your help in this matter and look forward to working together.Mordy Burnstein

TWP002229

**Zimbra**  clerk@jacksontwpnj.net

**From:** mordyburnstein <mordyburnstein@gmail.com>    Thu, Jul 20, 2017 02:29 PM
**Subject:** <No Subject>
**To:** councilmanbressi@jacksontwpnj.net

Dear Council President Bressi,
I hope your enjoying your summer and staying cool. As I am sure you know I sent the administrator a official request for municipal consent for the utility company's to rent us the right to use their poles for our eruvs. We would like to use their poles the same way other company's have rented it from them in the past( for example optimum etc) and it would serve Jackson residents in a positive way. Firstly it would enable over 500 family's in Jackson to enjoy themselves on Saturdays and be able to bring their youth outdoors. It would greatly increase the quality of life for these residents without causing a harm to anyone else's quality of life. In fact these poles would not be seen at all to the average eye. In addition this would keep away more unnecessary tension. There would not be a reason for most people to be building private eruvs around their propertys. While in concept I do not see a problem with private ones, for the sake of community relationships this is the correct way to do it. I have spoken in the past to your colleagues and they seemed to be on the same page and mentioned you as the council President are the way to get this important matter taken care of. As the summer weeks pass I feel that now is the best time to move on this for the benefit of ALL Jackson residents.
Sincerely, Mordy


Sent from my Verizon, Samsung Galaxy smartphone

TWP002230