

Call Today (732) 506-2795





Post-Acute & Rehabilitation    Skilled Nursing    Memory Care    Assisted Living

For more information on Bartley Healthcare's services, please contact us. You can also schedule a tour at one or more of our facilities.

## For General Information:

**Bartley Healthcare, Inc.**

175 Bartley Road

Jackson, NJ 08527

Phone: 732-506-2795

Fax: 732-370-8872

info@bartleyhealthcare.com

**Visiting Hours: 8am-8pm**

## For Post-Acute Care and Skilled Nursing Services:

**Bartley Healthcare Nursing and Rehabilitation**

175 Bartley Road

Jackson, NJ 08527

Phone: 732-506-2795

Fax: 732-370-1874

Directions

## For Independent and Assisted Living Services:

**The Orchards at Bartley Assisted Living**

100 North County Line Road

Jackson, NJ 08527

Phone: 732-506-2893

Fax: 732-730-1738

Directions

## Skilled Nursing Memory Care Services:

**Bartley Healthcare Nursing and Rehabilitation**

175 Bartley Road

Jackson, NJ 08527

Phone: 732-506-2795

Fax: 732-370-1874

Directions

## Name *

First

Last

## Phone *

## Email *

## How did you hear about us? *

Website, newspaper, friend, doctor...

## I am interested in (check all that apply): *

- ☐ Post-Acute & Rehabilitation
- ☐ Skilled Nursing Care
- ☐ Memory Care Assisted Living
- ☐ Memory Care Skilled Nursing
- ☐ Assisted Living
- ☐ Independent Living
- ☐ Bartley at Home Services
- ☐ Being a Referral Source
- ☐ Scheduling a Tour

## My care needs are: *

- ○ Immediate

○ Medium

○ Long

**How can we help?**

Submit

