

| Home | Ways to Stay | Galleries | | Specials & Packages | Nearby Attractions |

| Amenities | | More |

# Contact us



# Let us hear from you!

Name

Email

Subject

## Contact Us

301 Brewers Bridge Road
Jackson, NJ 08527

(732) 363-4036

Message

tiptam@aol.com

www.tiptam.com

Send

Tiptam Camping Resort
301 Brewers Bridge Road
Jackson, NJ 08527
732-363-4036 | tiptam@aol.com

© 2018 TipTam Camping Resort | Website by Creative Web Services   Book Your Stay