(https://twitter.com/slcchicago)   (https://www.seniorlifestyle.com/find-community/)

 (https://www.facebook.com/pages/Senior-Lifestyle-Corporation/79174831908)

 (http://www.youtube.com/user/SeniorLifestyleCorp)

 (http://www.linkedin.com/company/senior-lifestyle-corporation)

LIFESTYLE OPTIONS (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/)

# BELLA TERRA
**732-354-1905**

RESIDENT EXPERIENCE (HTTPS://WWW.SENIORLIFESTYLE.COM/PROGRAMS/)

RESOURCES (HTTPS://WWW.SENIORLIFESTYLE.COM/RESOURCES/)

ABOUT US (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/)

CAREERS (HTTPS://WWW.SENIORLIFESTYLE.COM/CAREERS/)     BLOG (/RESOURCES/BLOG/)





WATCH VIDEO

**CONTACT US**
CLICK HERE

**WE'RE LOCATED AT**

2 Kathleen Dr.
Jackson, NJ 08527

**MAP & DIRECTIONS (HTTP://MAPS.GOOGLE.COM/MAPS?Q=2 KATHLEEN DR.JACKSON, NJ 08527)**

**APPOINTMENTS DAILY**

Call For More Information
732-354-1905



VIEW GALLERY

**PROVIDING**

- Independent Living
- Assisted Living
- Memory Care

**RATES STARTING AT**

- $2,800 - IL Studio* /month
- Call Us For More Information on Pricing!

ABOUT US

DINING

SERVICES

FLOOR PLANS

PROGRAMS

EXECUTIVE BIO

TESTIMONIALS

PHOTO GALLERY

LEARN

# BELLA TERRA MEMORY CARE

### LIVE AN INSPIRED LIFE AT BELLA TERRA

For seniors looking for a life of comfort and adventure, look no further than Bella Terra. Our recently renovated community in Jackson, New Jersey, is first-class all the way.

### KICK OFF YOUR SHOES AND STAY AWHILE

**MORE**

REQUEST INFO

**RENT**Café
**LOGIN**

LOGIN HERE (HTTPS://BELLA-TERRA-2-RENTCAFEWEBSITE.SECURECAFE.COM/RESIDENTSERVICES/BELLA-TERRA-2/USERLOGIN.ASPX)

Bella Terra is the perfect choice for residents and families who are looking for a continuum of care community, in which residents can access Jackson Independent Living, Assisted Living or Memory Care. A continuum of care setting offers residents and families the peace of mind of knowing that if one's needs change—even temporarily—there is an appropriate level of care available at Bella Terra.

### DON'T SWEAT THE SMALL STUFF

Our staff creates a carefree culture of service and attention so that residents can live life to the fullest. We understand that it's the little things that matter. We go the required level of clinical service to enable extraordinary experiences on a daily basis. Whether you are enjoying our freshly baked breads, playing cards or socializing with family and friends, you can always count on having a great time at Bella Terra.

### COME AND GO AS YOU PLEASE

Life at Bella Terra includes a rich variety of programs, events, and outings coordinated by our knowledgeable staff. We are always seeking input from residents for new ideas. Located near the Jersey shore, places of worship, hospitals, shopping, universities, and state parks, Bella Terra has no shortage of excitement within driving distance. Whatever your preference, the choice is yours, and it is our pleasure to arrange it.

### CARE THAT'S ALWAYS THERE

Our Jackson Assisted Living residents and residents' families receive valuable peace of mind knowing that a certified nurse is available 24 hours a day and a security system is in place for residents with mild dementia

### WORRY-FREE LIFESTYLE WITH JUST A SIMPLE LEASE

While some communities insist on new residents plopping down huge, non-refundable payments up-front, we like to do things a little differently. We care about not only the physical and emotional well being of our residents, but their financial health as well. That's why we offer our residents all the perks of country club living without the expensive buy-in—just a simple lease. We offer a variety of very spacious apartment styles and floor plans, which feature full kitchens with plenty of cabinets and plenty of amenities listed below.

Explore nearby cities like Lakewood Township (https://www.seniorlifestyle.com/property/lakewood-township/#about).

Please select here to read our HIPAA Notice of Privacy Practices (https://www.seniorlifestyle.com/wp-content/uploads/2013/07/Bella-Terra-HIPAA-Notice-of-Privacy-Form.pdf)

FIND YOUR COMMUNITY (HTTPS://WWW.SENIORLIFESTYLE.COM/FIND-COMMUNITY/#CITY-STATE)

SEARCH BY STATE (HTTPS://WWW.SENIORLIFESTYLE.COM/SEARCH-BY-STATE/)

**LIFESTYLE OPTIONS (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/)**

INDEPENDENT LIVING (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/INDEPENDENT-LIVING/)

LIFESTYLE OPTIONS (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/)

MEMORY CARE (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/MEMORY-CARE-FOR-SENIORS/)

SKILLED NURSING & REHAB (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/SKILLED-NURSING-AND-REHAB/)

AFFORDABLE SENIOR APARTMENTS (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/AFFORDABLE-SENIOR-HOUSING/)

SHORT TERM STAYS (HTTPS://WWW.SENIORLIFESTYLE.COM/SENIOR-LIVING-AND-CARE-OPTIONS/SHORT-TERM-STAYS-FOR-SENIORS/)

LIFE-ENRICHMENT PROGRAMS (HTTPS://WWW.SENIORLIFESTYLE.COM/PROGRAMS/LIFE-ENRICHMENT-PROGRAMS/)

FINE DINING (HTTPS://WWW.SENIORLIFESTYLE.COM/PROGRAMS/DINING-FOR-WELLNESS/)

AWARD WINNING PROGRAMS (HTTPS://WWW.SENIORLIFESTYLE.COM/PROGRAMS/AWARD-WINNING-PROGRAMS/)

**RESOURCES (HTTPS://WWW.SENIORLIFESTYLE.COM/RESOURCES/)**

BLOG (HTTPS://WWW.SENIORLIFESTYLE.COM/RESOURCES/BLOG/)

FINANCIAL PLANNING (HTTPS://WWW.SENIORLIFESTYLE.COM/RESOURCES/FINANCIAL-PLANNING/)

STAFF LEADERSHIP (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/STAFF-AND-LEADERSHIP/)

OUR MISSION AND VALUES (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/MISSION-VALUES/)

HEART OF CARING - 2014 (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/HEART-CARING-2014/)

HEART OF CARING - 2015 (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/HEART-CARING/)

HEART OF CARING - 2016 (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/HEART-CARING-2016/)

SERVICE CULTURE (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/SERVICE-CULTURE/)

PRESS (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/PRESS/)

CONTACT (HTTPS://WWW.SENIORLIFESTYLE.COM/ABOUT/CONTACT-SENIOR-LIFESTYLE/)

NOTICE OF PRIVACY PRACTICES (HTTPS://WWW.SENIORLIFESTYLE.COM/WP-CONTENT/UPLOADS/2013/12/HIPAA-NOTICE-OF-PRIVACY-FORM-SENIOR-LIFESTYLE.PDF)

**BLOG (HTTPS://WWW.SENIORLIFESTYLE.COM/RESOURCES/BLOG/)**

**SITEMAP (HTTPS://WWW.SENIORLIFESTYLE.COM/SITEMAP/)**

(HTTPS://TWITTER.COM/SLCCHICAGO)

(HTTPS://WWW.FACEBOOK.COM/PAGES/SENIOR-LIFESTYLE-CORPORATION/79174831908)

(HTTP://WWW.YOUTUBE.COM/USER/SENIORLIFE)

(HTTP://WWW.LINKEDIN.COM/COMPANY/SENIOR-LIFESTYLE-CORPORATION)

(HTTPS://WWW.SENIORLIFESTYLE.COM)