# Hackensack Meridian *Health* Village at Jackson

---

Health care today goes way beyond the walls of a hospital. That's why Hackensack Meridian *Health* Village at Jackson focuses on providing health care services that not only treat you when you are sick, but provide resources to stay healthy and well.

*We're conveniently located at 27 South Cooks Bridge Road, Jackson, NJ 08527*

It Takes A Village. (And We've Got One.)

Imagine, an entire village of health care services – all under one roof. Our facility and its extensive range of services were designed with you and your family in mind.

Our state-of-the-art medical facility offers both private health care services alongside services traditionally limited to locations within hospitals, including:

**More than 100 Physicians**
(in over 25 different medical specialties)
Learn More About Our Physicians:
732-897-3900

**Urgent Care Center**
(walk-in, open 7 days a week)
888-878-1503

**Fitness & Wellness Center**

(swimming pool, classes, community events)
732-928-1126

**Full-Service Pharmacy**

(specialty formulas and compounding available)
732-994-7387

**Imaging Services**

Share This Page

(walk-in X-ray, 3-D mammography, ultrasound, MRI, CT scans)

732-497-1200

**Lab Services**

(walk-in blood work/testing)

732-987-6045

**Rehabilitation**

(outpatient physical, occupational, speech therapy and audiology)

732-987-6030

**Cardiac Rehabilitation and Imaging**

732-987-6030

**Integrative Health and Medicine**

(health coaching, nutritional counseling, acupuncture, massage therapy, movement therapy)

732-994-7855

**Same-Day Surgery Center**

732-928-1099

**Center for Breastfeeding**

732-776-3329

**Classes and Events at State-of-the Art Conference Center**

1-800-555-1245

Best of all, our services are affiliated with the award-winning hospitals and care Hackensack Meridian *Health* provides!

---

CONTACT US

Share This Page