

HOME | ABOUT | RATES | FIND US

**2019 Reservations start at 10am on Thursday, February 18th.  Click here for more information.**



< >

## Welcome to Timberland Lake Campground

We're a family campground located in Jackson, NJ just four miles off of I-195.  With over 200 sites across 54 acres, we know we have the right camp site for you and your family!  Whether it's a tent, pop up, travel trailer, or RV; our friendly reservation specialists are waiting to assist you and help you find the perfect camp site.

We're the closest campground to Six Flags Great Adventure, but that's not the only fun to be had!  Every weekend throughout the season has a theme, and hourly activities that correspond with that theme.  Enjoy a daily hayride with Buddy Bear, relax in our olympic sized swimming pool or  catch fish from the shore or off a rental boat in our private five acre lake.  Challenge your family to a game of mini-golf, horseshoes or volleyball, then dance the night away at our Saturday night DJ Dance Party.

We're also close to popular area beaches and the Point Pleasant Jenkinson's and Seaside Boardwalks.  Take a day trip to NYC or Philadelphia, visit Sesame Place with the kids or have fun watching the races at New Egypt Motor Speedway.

It's always a great day at Timberland Lake Campground!






**Theme Weekends**          **Things to do**          **Map**          **Photos**

| Hourly Activities | Local Attractions | Find your perfect spot | See the fun |

## Contact Us

Address: PO Box 102
Cream Ridge NJ 08514

GPS Address: 1335 Reed Rd.
Cream Ridge NJ 08514

Email: info@timberlandlakecampground.com

Phone: (732) 928-0500

Select Language ▼

## Socialize With Us

 [Like us on Facebook](#)

 [Follow us on Twitter](#)

 [See our latest photos](#)

 [Check out our camping related pins](#)

 [View our latest videos](#)

Copyright 2014    Timberland Lake Campground Jackson NJ