☰                    INDIAN ROCK RV PARK & CAMPGROUND

(732) 928-0034

## CAMPING MADE EASY.

Quiet, comfortable RV Park Campground in Central NJ,

near Six Flags NJ, the Jersey Shore and More!

CONTACT US

ABOUT US

# INDIAN ROCK RV PARK & CAMPGROUND



## About Us

**Here at Indian Rock RV Park and Family Campground...**
We are a small family business, run and owned by the family. We've been here at our facility for almost 30 years, and we love having new campers! We have almost 30 acres of property liberally shaded with pine and oak trees.
Each campsite has water and electric, and many sites have sewer. The sites are spacious at about 35'x50'. We run activities on Saturday afternoons. During holiday periods we run some daily activities. The pool is open daily through Labor Day 11 am until 6 pm. The property has mini golf ($), playground, volleyball, basketball, horseshoes, table tennis, and more!

**Enjoy your stay here at our lovely RV Park and Campground!**



# INDIAN ROCK RV PARK & CAMPGROUND

## Making a Reservation

Please call to make a reservation at Indian Rock RV Park & Campground near Six Flags NJ Great Adventure and the Fabulous Jersey Shore.

732.928.0034

See Below to access a

"contact us" form to start the process on line.



## Our Rates

Reservations are required at Indian Rock RV Park & Campground. Located near Six Flags NJ and the fabulous Jersey Shore, there's so much to see and do!

Daily, Weekly, monthly, and seasonal rates are available. See our link to rates for more info

 

# INDIAN ROCK RV PARK & CAMPGROUND

## CONTACT US

## Book Now

Name

Email*

Please include your name, address, phone number. Arrival/departure dates, the number of adults and children, & what you are camping in.

☐ Sign up for our email list for updates, promotions, and more.

### SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## Indian Rock RV Park & Campground

920 W Veterans Hwy Jackson, NJ 08527 US

(732) 928-0034

## Hours Vary by Season, please call

Check-In: 2 pm

☰  INDIAN ROCK RV PARK & CAMPGROUND

Copyright © 2018 Indian Rock RV Park & Campground - All Rights Reserved.