# Butterfly Camping Resort

Home  Rates  Cabins  Specials  Activities  Attractions  Site Map  Guidelines  more...

## at Last A Lifetime


Get Dunked in our Dunk Tank!


Come visit our quaint store & gift shop!


Fun catchin' fish on the pond!

### 2019 Camping Season

### April 5th - October 20th

**Let the Family Fun Begin**

 

### Seasonal Camp Sites Available

The best part of camping is......
**CAMPING**
Am I right or am I right??

**"Seasonal at Butterfly is the way to go"**
OK Friday hits, your long hard week of work is finally over, you rush home, grab the family hitch up the camper and your off, towing that big camper trying not to get caught with those crazy summer drivers in that crazy rush hour traffic more like rush hourssss  but still hoping to arrive at camp at a decent hour so you're not setting up in the dark....ugh that didn't go as planned, but yea finally mad it, time to kick your feet up and relax wait.. I mean unpack and set everything up. To exhausted to enjoy Friday night, sleep in Saturday , hang out, now it's time to  kick your feet up but don't get to comfy, time to do it all over again, just in reverse, UGH pack it all back up, jump in that same crazy traffic just to get back home to
UNPACK....  EVERYTHING.....  AGAIN......
*
Make it simple, Set everything once when you arrive the 1st weekend in April, sit back, kick your feet up and relax
ALL SUMMER LONG
Come  mid October pack up necessities and leave the rest on site for storage during the off season.
*
Seasonal Camping at Butterfly is sounding pretty tempting huh?  Fun Fact: You won't have to worry about towing that extra load every time especially with the gas prices on the rise again not to mention saving on all that ware & tear on that

### Family Camping Fun

is what we are all about here at
Butterfly Camping Resort

After 23 years, the Letho family and their hard working staff are still dedicated to providing great hospitality and clean facilities to make each family camping
trip a memorable one

We are proud that our park continues to be one of the highest rated parks in New Jersey.

### Amenities

*We offer large, level, shaded sites
that each include a picnic table, fire ring, water and electric.
We also offer sewer or non sewer sites with 30 or 50 amp electric as well.

35'x75' swimming pool.
(no running & no diving).
miniature golf, an arcade, regulation size beach sand volleyball court, basketball court, tether ball, ping-pong, and of course a playground! Additionally, we have shuffleboards, horseshoe pits, a ball field for those family fun softball or kickball games.

A huge field to fly kites, play Frisbee or just grab a blanket for some star gazing at nightfall.
We are located right on the cranberry bogs, we have a great pond where the kids can go fishing!

Park facilities include 2 clean, modern restrooms with FREE hot showers. 2 Laundromats, a dump station and LP gas filling station. Last but not least, be sure to visit our quaint store and gift shop!

beautiful truck of yours .
*
Email, call, stop in to speak with one of our Camp Host.
They'll be more than happy to help and find you that nice big premium site
*

360 Butterfly Rd
Jackson NJ 08527
(732)928-2107
Butterflycamp2107@gmail.com

*

## Office Store Hours

**SPRING / FALL**
Sunday - Thursday = 10 am - 6 pm
Friday - Saturday =  10 am - 8 pm
*Extended Phone Hours Everyday until 9 pm*

**SUMMER**
Sunday - Thursday  =  9 am - 8 pm
Friday - Saturday = 9 am - 10 pm


## Pool is Open

*Memorial Day* to *Labor Day*
**10 am** till **Dark**
See Guidelines for Pool Rules


## Our Activities are Endless

Pony Rides
*
Wagon Rides
*
Movies at night
*
Bingo
*
Bike Parades
*
Pirate Treasure Hunts
*
Water Wars
*
Tournaments of all kind
*
A schedule full of planned Family Fun activities,
*

Lets not forget WiFi throughout the entire park & over 70 channels of Cable T.v. at no additional cost to you.


## Need to Reserve a Campsite??

Click file below to open a Reservation Request Form.
Once completed email it back with "Attention Melissa to  Butterflycamp2107@gmail.com

**NOTE:**
This form is strictly a Reservation Request. You will not have an actual reservation until it has been confirmed, which at that point you will receive an email with instructions how to complete your reservation.
* Reservations "are not" complete without a deposit and will only be held for 7 days.

📄 Reservation_Questionnaire_.pdf
Download File


## Discount Tickets


## 6 Flags Great Adventure

We offer Greatly Reduced Prices for:
Daily Ticket
**Daily Parking Pass**
**Season Pass**
to Hurricane Harbor  &  Theme Park / Wild Safari

Just make a quick stop in our office anytime!!!  It's just that simple!!!  No time wasted standing in those long, crazy lines at the park with everyone else.  With ticket in hand, walk right past that mess and head straight for the entry gates so you can start riding those rides, I mean that why you're there right???

* Buy a Ticket "today" and use it "any day" you choose....
* Tickets valid through Fright Fest & Holiday in the park

Arts & Crafts..... not just for kids around here anymore

## Nearby Attractions

Click above for a list of attractions we thought you might be interested in.

~~~~~~~~~~

**If Ocean Air & Salty Hair is what you're looking for,**
**The Jersey Shore** along with other **Atlantic Ocean Beaches** are just a short ride away.



Know Before You Go!!!
Got Questions????  You'll find the answers by clicking below
**RESORT POLICIES**

### 360 Butterfly Rd

### Jackson NJ  08527

### (732) 928-2107

### Butterflycamp2107@gmail.com

2019 all Rights Reserved

Butterfly Camping Resort
360 Butterfly Rd    Jackson    NJ    08527
732-928-2107
Butterflycamp2107@gmail.com