



Home    About Us    Golf    Guest Info    Membership

Metedeconk is one of the **top**



About Us        Course Tour        Sporting Clays        Cottages

# Welcome to Metedeconk.

Metedeconk National Golf Club, located in beautiful Jackson, New Jersey, was conceived and designed to be a private golf club for those who share the love of the game. A course of world-class prominence was created, while preserving the natural beauty of the rolling terrain, thick forests, quiet marshes and abundant wildlife. The Club and its prominent membership are dedicated to maintaining an environment where sportsmanship, camaraderie, and service are unmatched.

Explore our **private event space** and amenities available to our **New Jersey Club members** today!

# Learn about the Metedeconk Experience.



@golfattheconk / Sep 05, 2019 18:00

Continued progress @golfattheConk thanks to the hard working @mngcgrounds crew!

pic.twitter.com/FNf8scOgd6





Home
About Us
Golf
Guest Info
Membership
Member Login
Mobile

Metedeconk National Golf Club
50 Hannah Hill Road, Jackson, NJ 08527
(732) 928-0111

66° F
Light Rain



View Forecast »

Copyright © 2012 - Metedeconk National Golf Club - All Rights Reserved
Country Club Websites by MembersFirst  |  Terms of Use  |  Privacy