GOLF    MEMBERSHIP    OUTINGS & EVENTS    CLUB



## GOLF

> Course Tour
> Course Specs
> Clubhouse Facilities
> Pine Barrens Prestige
> Junior Program
> Our Staff
> Gallery

### CURRENT WEATHER

Jackson, NJ

66°

10:55 am EDT

Cloudy

## WHERE GOLF IS SECOND NATURE

To enjoy a round of golf at Pine Barrens Golf Club is to commune with nature. Course Designer, Eric Bergstol, made perfect use of the native sand, the indigenous plant life, and the congregations of pines. Located upon 420 acres of natural terrain, Pine Barrens Golf Club is spectacular — a world-class golf destination within the protected acreage of the New Jersey Pine Barrens. Expansive, undulating, bent grass greens average over 7,500 sq. ft. and are tailored to test the skills and abilities of even the most experienced golfer. Each hole begins from one of five sets of bent grass tee boxes, which were designed to accommodate a range of playing abilities. As such, the course ranges from 5,100 to 7,125 yards. From the moment that the first ball is struck, until the last putt drops, Pine Barrens Golf Club provides a golfing experience which is simultaneously challenging, often maddening, and unfailingly exhilarating!

VIEW THE GALLERY

GOLF    MEMBERSHIP    OUTINGS & EVENTS    CLUB

# AERIAL TOUR OF PINE BARRENS

Click on any hole in the photo below to get more information and view photos from that hole.



## COURSE SPECS

Fully-private, 18-hole, par 72 design on 420 acres.



**7,118yds**
From championship (black tees). 74.1/141 course and slope rating.

**6,781yds**
From blue tees. 72.4/137 course and slope rating



**6,324yds**
From white tees. 70.1/131 course & slope rating.



**5,757yds**
From yellow tees. 67.7/123 course & slope rating.

**5,209yds**
From red tees. 71.0/126 course & slope rating.

- Bent grass practice area with 9 target greens
- Two bent grass putting greens
- One chipping and bunker practice green
- Pine trees, scrub oaks, mountain laurel, holly trees, and choke berry trees

US Kids Yardages for the front 9:

- Yellow Markers = 1879 yards
- Green Markers = 1095 yards

VIEW THE SCORECARD

# CLUBHOUSE FACILITIES

Our club has even more to offer members! On our beautiful grounds is a clubhouse – complete with our very own Golf Pro Shop & locker rooms, a totally private restaurant — exclusive to our members, and an expansive practice facility & driving range.






LEARN MORE

# PINE BARRENS PRESTIGE

Pine Barrens is one of the most acclaimed golf clubs in southern New Jersey and has been honored with the following accolades.

GOLF        MEMBERSHIP        OUTINGS & EVENTS        CLUB

We were also graciously selected to host the following
events and tournaments in the past:

- US Open Local Qualifier (2001)
- US Kids World Championship Qualifier (2006-2009)
- NJPGA Match Play Championship (2008)
- NJ State Golf Association Mid-Amateur Qualifier (2009)
- WMGA Best Ball of 4, A-B Tournament (2009)

## GALLERY



GOLF   MEMBERSHIP   OUTINGS & EVENTS   CLUB











**PINE BARRENS**

540 S. Hope Chapel Rd.
Jackson, NJ 08527
Get Directions »

877.746.3227

**GOLF »**

Clubhouse Facilities »

Course Tour »

Course Specs »

**MEMBERSHIP »**

Club Max »

Member Guest Info »

Member Login »

©2017 Empire Golf Management | Designed by Meris, Inc.