(/outlet/jackson)

Join us for a Fall Craft Show Saturday, September 14 from 10am - 5pm! Rain or shine!

64°F OPEN 10:00AM–9:00PM (/outlet/jackson/hours)



# ABOUT JACKSON PREMIUM OUTLETS®

537 Monmouth Rd, Jackson, NJ 08527-5365

## Center Information

Jackson Premium Outlets® is conveniently located off exit 16 of Interstate 195, easily accessible from both the NJ Turnpike and Garden State Parkway and just 2 miles from Six Flags Great Adventure. Jackson Premium Outlets boosts 70 stores ranging from jewelry to women's apparel to sportswear. Find an exciting collection of outlet stores from the world's leading designers and name brands including Bath & Body Works, Coach, Disney Store Outlet, kate spade new york, Nike, Polo Ralph Lauren and Under Armour. From the entire team, we hope that you will visit us soon and discover why Jackson Premium Outlets is central New Jersey's main shopping destination.

Feedback

### FEATURED STORES

  

(/outlet/jackson/stores/polo-ralph-lauren-factory-store) (/outlet/jackson/stores/the-uniform-outlet) (/outlet/jackson/stores/nike-factory-store)

### CONTACT US

Mall Management

[(/outlet/jackson)](/outlet/jackson) CALL (732) 833-0503 (tel:+1(732) 833-0503)

Shopping Line

CALL (732) 833-0503 (tel:+1(732) 833-0503)

Outlet Security

CALL (732) 216-7400 (tel:+1(732) 216-7400)

## Directions & Transportation

| 🚗 | By Car | + |
| 🚌 | By Bus | + |
| 🚐 | By Limousine | + |

RIDE HERE WITH UBER (http://a.gotoloc.com/uber/FHMISKKDWQ)



GET DRIVING DIRECTIONS (https://www.premiumoutlets.com/outlet/jackson/directions)

## Amenities

| | | |
|---|---|---|
| $ | ATM (/outlet/jackson) | + |
| 👶 | Baby Changing Station | + |
| TRAVELEX | Foreign Currency Online Ordering with Travelex | + |
| M | Management Office | + |
| 🚐 | Parking For Military & Veterans | + |

View More Amenities +





Feedback

## Learn More

**LEASING OPPORTUNITIES (https://business.simon.com/leasing/jackson)**

**DRIVING DIRECTIONS (https://www.premiumoutlets.com/outlet/jackson/directions)**

**OUTLET MAP (http://www.premiumoutlets.com/outlet/jackson/map)**

**OUTLET JOBS (https://careers.simon.com/openjobs.aspx?keyword=&city=jackson&state=nj&display**

GROUP TOUR RESERVATIONS (http://traveltrade.simon.com)

(/outlet/jackson)

JOIN THE VIP CLUB TODAY. (https://www.premiumoutlets.com/vip/register)

(https://facebook.com/jacksonpremiumoutlets)   (https://twitter.com/JacksonPremOut)

(https://www.youtube.com/user/SimonPropertyGroup)   (https://www.simon.com/foundatsimon)

(https://instagram.com/jacksonpremiumoutlets)

(http://m.me/277595132450668?ref=5b15a954484fc70d69882530)

About Simon (https://business.simon.com/about)

See All Properties (https://www.simon.com/mall)

Travel & Tourism (https://www.simon.com/travel)

Brands (https://www.premiumoutlets.com/brands)

Feedback

#foundatsimon (https://www.simon.com/foundatsimon)

Family at Simon (https://family.simon.com)

COPYRIGHT© 1999-2019, SIMON PROPERTY GROUP, L.P. ALL RIGHTS RESERVED.

By continuing past this page and/or using this site, you agree to abide by the Terms of Use (https://www.simon.com/legal) for this site, which prohibit commercial use of any information on this site. View our Privacy Policy (https://www.simon.com/legal/privacy), Cookie Policy (https://www.simon.com/legal/cookies) & Your California Privacy Rights (https://www.simon.com/legal/california-privacy). Simon values your privacy, manage your AdChoices