| Obituaries & Tributes | 732-364-6808 Immediate Need | Prearrange Your Funeral | Contact Us | Site Search | Select Language ▼ |

# George S. Hassler Funeral Home

980 Bennetts Mills Road
PO Box 1326
Jackson Twp., NJ 08527

*Proud to be family owned and operated since 1978*

**George S. Hassler**
*Owner & Director*
NJ Lic. No. 3193

**Brian T. Hassler**
*Manager*
NJ Lic. No. 4054

| The George S. Hassler Funeral Difference | Funeral Planning | Grief & Healing | Help & Guidance | Order Flowers |

## Our Warmest Welcome

**The Hassler Family Is Dedicated To Serving Your Family With Personal, Compassionate Service That Meets Your Individual Needs In A Dignified, Warm And Caring Atmosphere.**

Since 1978, Hassler Funeral Home has been providing the families of Jackson, New Jersey, with quality and affordable funeral services. From start to finish, your family can trust that our caring and knowledgeable staff will be here to assist you every step of the way. We offer affordably priced funeral, cremation, and memorial services that are designed to meet your family's needs and budget.

Whether you are interested in burial or cremation, Hassler Funeral Home is a name that families can trust. Each year we serve hundreds of families, each of whom we dedicate the utmost attention and care. Our commitment to our families has helped to

### Book of Memories ™
The pinnacle of memorialization, any family member or friend can take advantage of this free service.

### Click Here
Offer a gift of comfort and beauty to a family suffering from loss.

## Our Services

| Current Services | Past Services |
| Veteran Memorial | Fallen Heroes |

McCloskey, Lisa K.
September 02, 2019

Wallace, Irene
September 01, 2019

Phillips, Mary
August 31, 2019

Panariello, Michael
August 29, 2019

Banach, Portia
August 28, 2019

Kelley, Kathleen
August 27, 2019

Romano, Peter
August 27, 2019

LiPuma, Peter
August 26, 2019

Enter your email to have our funeral service notifications delivered to you

## Find Our Location

George S. Hassler Funeral Home

## What's The Weather Now?



Unable to load weather for current location

980 Bennetts Mills Road
PO Box 1326
Jackson Twp., NJ 08527

Phone:732-364-6808
Fax:732-364-8592



Click Here To View Our Location Page

  

### The George S. Hassler Funeral Difference

Our Difference
Our Services
Funeral Merchandise
Obituaries
Need Assistance?

### Funeral Planning

What to Expect
Immediate Need
Plan Ahead
Need Assistance?

### Grief & Healing

Understanding Grief
The Healing Process
Need Assistance?

### Help & Guidance

The Moments Before & After Death
Preparing for the Funeral Service
Facing the Legalities
Community Links

### Flowers

Click Here

Proud to be family owned and operated since 1978
Proudly Serving the Communities of Jackson Twp., Howell Twp., Lakewood Twp., Freehold, Freehold Twp., Toms River Twp., Plumsted Twp., Manchester Twp., Lakehurst, Brick Twp., Whiting, Millstone Twp., Farmingdale, New Egypt, Cream Ridge, and the entire Ocean and Monmouth County communities

## 732-364-6808

George S. Hassler Funeral Home | 980 Bennetts Mills Road | Jackson Twp., NJ 08527 | Fax: 732-364-8592

Admin | Privacy Policy | Site Map | Webmaster | ObitTree | Powered By FrontRunner Professional