**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>Defendants. | Civ. No. 3:17-DV-03226 |

### DECLARATION OF YAACOV HANOVER

YAACOV HANOVER declares as follows, pursuant to 28 U.S.C. § 1746:

1. I live in the Raintree area of Lakewood.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. I am a member of Agudath Israel.

4. I bought my house in Lakewood approximately ten years ago. I now have 5 children and my family has grown out of our house in Lakewood.

5. I would like to move to Jackson because my parents and my brother live there, because it is beautiful and because it is more affordable than Lakewood.

6. However, I cannot move to Jackson because there is no school there that would further my religious beliefs.

7. I am also concerned about moving to Jackson because my parents have been harassed in Jackson.

8. I feel stuck. I would like to move to Jackson hassle-free, but that is impossible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2019

_____
YAACOV HANOVER