**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company, | Civ. No. 3:17-DV-03226 |
| Plaintiffs, | |
| v. | |
| TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, | |
| Defendants. | |

### DECLARATION OF YISROEL SCHENKOLEWSKI

YISROEL SCHENKOLEWSKI declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a member of Agudath Israel of America (AIA).

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. I attended a meeting on March 22, 2019 at an office in Lakewood, New Jersey. Jackson Township Mayor Michael Reina was also present at this meeting.

4. During the course of that meeting, and with respect to the issue of synagogues and shuls, Mayor Reina was asked "If these were churches would we be fighting them?" Mayor Reina responded "Absolutely not."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2019

_____
YISROEL SCHENKOLEWSKI