**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, <br><br> Defendants. | Civ. No. 3:17-DV-03226 |

## DECLARATION OF ROSS BOWEN

ROSS BOWEN declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and competent to testify in a court of law.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. I am a private investigator licensed in the State of New Jersey for over 20 years. A copy of my Curriculum Vitae is attached hereto as **Exhibit A.**

4. Attached hereto as **Exhibit B** are 42 photographs that I personally took of locations in Jackson Township, New Jersey on August 5, 2019.

5. Each of the photographs contains the location, date, time and description of items I observed as reflected in the photograph and all of which I personally denoted on each photograph.

6. Each of the photographs correctly and accurately reflects and represents the locations and items depicted therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 23, 2019

_____
ROSS BOWEN