**ROSS BOWEN**
**LICENSED PRIVATE INVESTIGATOR**
**N.J. LICENSE #9285**
**143 WHITE HORSE AVENUE**
**TRENTON, NEW JERSEY 08610**

---

**EMPLOYMENT HISTORY:**   N.J. Department of Law and Public Safety
New Jersey State Police
West Trenton, New Jersey 08628
25 Years of Service
1973 to 1998

Bowen Investigative Services, LLC
Trenton, New Jersey
1998 to Present

---

### Bowen Investigative Services LLC

**Owner-Operator, Bowen Investigative Services, 20 Years**
- Conduct civil, criminal defense and asset search investigations
- Conduct undercover investigations
- Obtain written statements - Interview witnesses
- Utilize electronic surveillance equipment
- Conduct electronic sweeps for monitoring devices
- Interact with clients, legal counsel and law enforcement agencies

### New Jersey State Police

**Unit Supervisor/Assistant Unit Supervisor Positions, Intelligence Bureau, 5 Years**
- Supervised enlisted and civilian personnel
- Managed field Unit criminal investigations
- Responsible for field Unit administrative functions
- Interacted with international, federal and state law enforcement agencies
- Managed input and dissemination of intelligence information
- Enhanced operational effectiveness

# Ross Bowen - Private Investigator
## Curriculum Vitae

**Detective, Intelligence Bureau, 11 Years**
- Investigated organized criminal activities
- Worked in undercover and covert investigative capacities
- Developed confidential sources of information
- Interacted with federal, state and county law enforcement agencies
- Protected State's witnesses

**Trooper (Northern, Central New Jersey - New Jersey Turnpike), 9 Years**
- Responded to emergency situations
- Conducted criminal investigations
- Enforcement of criminal and motor vehicle laws
- Performed general police functions
- Served on the Governor's Protection Unit

**EDUCATION**
College of New Jersey, Bachelor of Science Degree, Criminal Justice

**SPECIALIZED TRAINING**
Accident Investigation and Crash Injury Management Course, Breathalyzer Operator Course, Criminal Investigations Course, Financial Investigations Course, Interview and Interrogation Course, Juvenile Justice Course, Narcotics Investigations Course, Organized Criminal Groups Course, Organized Crime Investigators Course, Racketeering Seminar, Sex Crimes Investigation and Analysis Course and Supervisor Mid-Level Management Course. Organized Crime Analysis Seminar, provided by Anacapa Sciences of Santa Barbara, California

**AWARDS and COMMENDATIONS**
- New Jersey State Police Distinguished Service Award
- Somerset County 200 Club Award
- Commendations from the Superintendent of State Police
- Numerous letters of appreciation

**MILITARY SERVICE**
- United States Navy Seabees
- Awarded National Defense Service Medal
- Awarded Viet Nam Campaign Service Medal
- Awarded Viet Nam Service Medal with Fleet Marine Force Combat Operations Insignia