**EXHIBIT 1**

LOCATION   :   Jackson, N.J. 08527
DATE           :   August 5, 2019
TIME           :   11:14 AM
PHOTO OF  :   Portable Basketball System



EXHIBIT 2

| | |
|---|---|
| LOCATION : | 1 Idaho Avenue, Jackson, N.J. 08527 |
| DATE : | August 5, 2019 |
| TIME : | 11:19 AM |
| PHOTO OF : | Portable Basketball System |



**EXHIBIT 3**

LOCATION : 57 Citadel Avenue, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 11:24 AM
PHOTO OF : Portable Basketball System





**EXHIBIT 4**

| | | |
|---|---|---|
| LOCATION | : | Emory Court & Bryant Ave. Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 11:30 AM |
| PHOTO OF | : | Boy Scout Signs (2) by Edge of the Roadway |

Case 3:17-cv-03226-MAS-DEA   Document 55-100   Filed 09/06/19   Page 5 of 41 PageID: 1487

EXHIBIT 5

LOCATION : Bryant Ave, Jackson, N.J.
DATE : August 5, 2019
TIME : 11:32 AM
PHOTO OF : American Flag & Ribbon on
Pole #JC2415JK



**EXHIBIT 6**

LOCATION  :  Bryant Ave, Jackson,  N.J.
DATE      :  August 5, 2019
TIME      :  11:32 AM
PHOTO OF  :  American Flag on Pole
             #JC3745JK



**EXHIBIT 7**

LOCATION  :  Bryant Ave, Jackson,  N.J.
DATE      :  August 5, 2019
TIME      :  11:32 AM
PHOTO OF  :  American Flag/Sign on Pole
             #JC4442JK





**EXHIBIT 8**

LOCATION : Monroe & Stephanie
            Avenues Jackson, N.J.
DATE      : August 5, 2019
TIME      : 11:43 AM
PHOTO OF  : Portable Basketball System



EXHIBIT 9

LOCATION  :  Monroe Avenue, Jackson, N.J. 08527
DATE         :  August 5, 2019
TIME         :  11:55 AM
PHOTO OF  :  Portable Basketball System



EXHIBIT 10

| | | |
|---|---|---|
| LOCATION | : | Keith Court, Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 11:55 AM |
| PHOTO OF | : | Portable Basketball System |



LOCATION : Claridge Drive, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 11:58 AM
PHOTO OF : For Sale Sign WWW.ForceNJ



**EXHIBIT 12**

| | | |
|---|---|---|
| LOCATION | : | Buxton Drive, Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 12:01 PM |
| PHOTO OF | : | Portable Basketball System |

**EXHIBIT 13**

LOCATION : Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 12:06 PM
PHOTO OF : Portable Basketball System



EXHIBIT 14

LOCATION : Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 12:08 PM
PHOTO OF : For Sale Sign on Lawn





LOCATION  :  Jackson, N.J. 08527
DATE         :  August 5, 2019
TIME         :  12:10 PM
PHOTO OF  :  Portable Basketball System

EXHIBIT 16

LOCATION  :  Jackson, N.J. 08527
DATE      :  August 5, 2019
TIME      :  12:12 PM
PHOTO OF  :  Portable Basketball System





EXHIBIT 1

LOCATION   :   Hickory Hill Road, Jackson, N.J. 08527
DATE       :   August 5, 2019
TIME       :   12:14 PM
PHOTO OF   :   Portable Basketball System



**EXHIBIT 18**

LOCATION   :   Wood Lane Ave., Jackson, N.J. 08527

DATE   :   August 5, 2019

TIME   :   12:20 PM

PHOTO OF   :   Mosquito Authority Sign by Roadway

EXHIBIT 19

| | | |
|---|---|---|
| LOCATION | : | Forest Drive, Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 12:23 PM |
| PHOTO OF | : | Portable Basketball System |





**EXHIBIT 20**

LOCATION : North Carolina Drive,
Jackson, N.J. 08527

DATE : August 5, 2019

TIME : 12:25 PM

PHOTO OF : Portable Basketball System



EXHIBIT 41

LOCATION  :  Connecticut Concourse East,
                      Jackson, N.J. 08527
DATE        :  August 5, 2019
TIME        :  12:28 PM
PHOTO OF  :  Portable Basketball System



**EXHIBIT 22**

LOCATION : Connecticut Concourse East, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 12:29 PM
PHOTO OF : Portable Basketball System

**EXHIBIT 23**

LOCATION   :   Pennsylvania Avenue,
                         Jackson, N.J. 08527
DATE         :   August 5, 2019
TIME         :   12:31 PM
PHOTO OF   :   Portable Basketball System



EXHIBIT 24

LOCATION  :  Jackson, N.J. 08527
DATE       :  August 5, 2019
TIME       :  12:32 PM
PHOTO OF   :  Portable Basketball System





EXHIBIT 26

LOCATION  :  Clifford Court, Jackson, N.J.
                     08527
DATE          :  August 5, 2019
TIME          :  12:36 PM
PHOTO OF  :  Portable Basketball System

EXHIBIT 27

LOCATION : Cedar Wood Lane, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 12:37 PM
PHOTO OF : Century 21 For Sale Sign



**EXHIBIT 28**

LOCATION : Susan Drive, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 12:41 PM
PHOTO OF : Rutgers Scarlet Knights Sign



EXHIBIT 29

| | | |
|---|---|---|
| LOCATION | : | Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 12:47 PM |
| PHOTO OF | : | Portable Basketball System |





EXHIBIT 30

| LOCATION | : | Andover Road, Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 12:48 PM |
| PHOTO OF | : | Portable Basketball System |



EXHIBIT 31

| LOCATION | : | Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 12:49 PM |
| PHOTO OF | : | Portable Basketball System |



LOCATION : Neal & Andover Streets,
            Jackson, N.J. 08527
DATE      : August 5, 2019
TIME      : 1:00 PM
PHOTO OF  : Debris in Roadway



EXHIBIT 33

LOCATION : South New Prospect Road, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 1:05 PM
PHOTO OF : Scout Me In Sign



EXHIBIT 34

| | | |
|---|---|---|
| LOCATION | : | Villanova Street, Jackson, N.J. 08527 |
| DATE | : | August 5, 2019 |
| TIME | : | 1:06 PM |
| PHOTO OF | : | Portable Basketball System |

**EXHIBIT 35**

LOCATION : Princeton Drive, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 1:09 PM
PHOTO OF : Portable Basketball System





LOCATION : Princeton Drive, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 1:10 PM
PHOTO OF : Portable Basketball System



EXHIBIT 37

LOCATION  :  Jackson, N.J. 08527
DATE      :  August 5, 2019
TIME      :  1:15 PM
PHOTO OF  :  Portable Basketball System



LOCATION : Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 1:24 PM
PHOTO OF : V & G Hardscope Unlimited Sign

# EXHIBIT 39

LOCATION  :  Jackson, N.J. 08527
DATE      :  August 5, 2019
TIME      :  1:28 PM
PHOTO OF  :  Portable Basketball System





EXHIBIT 40

LOCATION : Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 1:29 PM
PHOTO OF : For Sale by Owner Sign



EXHIBIT 11
LOCATION  :  Jackson, N.J. 08527
DATE      :  August 5, 2019
TIME      :  1:30 PM
PHOTO OF  :  For Sale by Owner Sign

**EXHIBIT 42**

LOCATION : California Drive, Jackson, N.J. 08527
DATE : August 5, 2019
TIME : 1:45 PM
PHOTO OF : Portable Basketball System

