**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>Defendants. | Civ. No. 3:17-CV-03226 |

### DECLARATION OF ADAM PFEFFER

ADAM PFEFFER declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law of the State of New Jersey.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. I am the managing member of WR Property LLC, a New Jersey domestic limited liability company.

4. On November 3, 2014, WR Property LLC acquired land in the Township of Jackson and identified on the tax map of the Township of Jackson as Block 21401, Lot 15. The property is zoned R-3 and consists of 4.93-acres. A true and correct copy of the Deed is attached hereto as **Exhibit A.**

5. The property was acquired at a substantial cost for the purpose of developing or marketing it for development of an Orthodox Jewish religious school. I, as the managing member of WR Property LLC, am aware of substantial interest by several entities interested in locating to Jackson Township and constructing an Orthodox Jewish religious school there.

6. WR Property LLC is now unable to develop the Property as an Orthodox Jewish religious school and has lost opportunities to develop its Property for such purpose as a direct result of the adoption of Township Ordinances No. 03-17 and 04-17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2019

_____
ADAM PFEFFER, Managing Member