# Deed

Record & Return to:
MADISON TITLE AGENCY, LLC
1125 OCEAN AVENUE
LAKEWOOD, NJ 08701

This Deed is made on November 3, 2014, delivered November __20__, 2014.

**BETWEEN    DENNIS DE BONIS, A MARRIED MAN**

whose post office address is **1406 Kalae Drive, Forked River, NJ 08731**

referred to as the **Grantor**,

**AND    WR PROPERTY LLC**

whose post office address is **2105 West County Line Road, Suite 3, Jackson, NJ 08527**

referred to as the **Grantee**.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of

**THREE HUNDRED FIFTY THOUSAND AND 00/100 ----($350,000.00) –DOLLARS-----------**

The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-1.1)  Municipality of **Township of Jackson**
Block No. **21401**    Lot No. **15**    Account No.
[ ] No property tax identification number is available on the date of this Deed. (Check box if applicable.)

**Property.** The property consists of the land and all the buildings and structures on the land in the **Township** of **Jackson**, County of **Ocean** and State of **New Jersey**. The legal description is:

__XXX__ LEGAL DESCRIPTION ATTACHED

BEING the same premises conveyed to Grantor, Dennis DeBonis, by the following Deeds:

Deed to Dolores M. Caruso (n/k/a Dolores M. Caruso-De Bonis) and Dennis De Bonis, joint tenants with right of survivorship by Deed dated January 30, 1998 from Novia Mechik, widow, a/k/a Novia Laube and Carmen Laube, unmarried as joint tenants, recorded in the Ocean County Clerk's Office on February 9, 1998 in Deed Book 5548, Page 0189 and by

Deed from Dolores M. Caruso-De Bonis, a married woman to Dennis De Bonis, a married man, dated November 3, 2014, recorded in the Ocean County Clerk's Office on November 7, 2014 in OR Book 15934, Page 1679.

The street address of the Property is: **vacant land located on White Rd., Jackson Twp., NJ.**

Prepared by: RONALD L. BENNARDO, ESQ

# Old Republic National Title Insurance Company

Commitment Number: MTANJ-099189

**TITLE INSURANCE COMMITMENT
SCHEDULE A
LEGAL DESCRIPTION**

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Township of Jackson, County of Ocean, State of New Jersey.

BEING known and designated as Lot 9.03 in Block 58.01 as shown on the map entitled "Proposed Subdivision Tax Lot 9.01 Block 58, Jackson Township, Ocean County; New Jersey" filed in the Ocean County Clerk's Office on 10/16/86 as Map Number H-1752.

BEGINNING at a point in the northwesterly line of White Road said point being located at the intersection of same and the southwesterly property line of Lot 8.08; thence

1. Along the northwesterly line of White Road, South 46 degrees 41 minutes 00 seconds West 172.82 feet to a point for a corner to Lot 9.01; thence

2. Along the northeasterly property line of Lot 9.01, North 43 degrees 19 minutes 00 seconds West 478.20 feet to a corner of said Lot 9.01; thence

3. Along the northwesterly property line of Lot 9.01, South 46 degrees 41 minutes 00 seconds West 320.00 feet to a point in the northeasterly property line of Lot 10.03; thence

4. Along the northeasterly property line of Lot 10.03 and 10.04 and 10.05, North 43 degrees 19 minutes 00 seconds West 326.27 feet to a point for a corner to Lot 7; thence

5. Along the southwesterly property line of Lot 7, North 59 degrees 58 minutes 00 seconds East 506.37 feet to a point for a corner of Lot 8.01; thence

6. Along the southwesterly property line of Lot 8.01 and 8.08, South 43 degrees 19 minutes 00 seconds East 688.11 feet to the point and place of BEGINNING.

NOTE: Being Lot(s) 15, Block 21401, Tax Map of the Township of Jackson, County of Ocean.

NOTE: Lot and Block shown for informational purposes only.

**Madison Title Agency, LLC
1125 Ocean Avenue, Lakewood, NJ 08701
Telephone: 732-905-9400  Fax: 732-905-9420**

ALTA Commitment Form-2006 Schedule A
(Created 09/29/2014 05:37AM)

099189

Book15948/Page1772

GIT/REP-3
(5-12)



# State of New Jersey
## Seller's Residency Certification/Exemption
(C.55, P.L. 2004)

(Please Print or Type)

**SELLER(S) INFORMATION** (see Instructions, page 2):
Name(s) **DENNIS DE BONIS, A MARRIED MAN**
Current Resident Address **1406 Kalae Drive**
City, Town, Post Office **Forked River**   State **NJ**   Zip Code **08731**

**PROPERTY INFORMATION** (Brief Property Description):
Block(s) **21401**   Lot(s) **15**   Qualifier _____
Street Address **Vacant land located on White Rd.**
City, Town, Post Office **Jackson**   State **NJ**   Zip Code **08527**
Seller's Percentage of Ownership **100%**   Consideration **$350,000.00**   Closing Date _____

**SELLER'S ASSURANCES** (Check the Appropriate Box) (Boxes 2 through 10 apply to Residents and Non-residents):

1. [X] I am a resident taxpayer (individual, estate or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.
2. [ ] The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.
3. [ ] I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A. 54A:1-1 et seq.
6. [ ] The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.
7. [ ] The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION.) If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).
   [ ] No non-like kind property received.
8. [ ] Transfer by an executor or administrator of a decedent to a devisee or heir to affect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.
9. [ ] The property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed being recorded is a deed dated prior to the effective date of P.L. 2004, c. 55 (August 1, 2004), and was previously unrecorded.

**SELLER(S) DECLARATION:**
The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

**11-03-2014**   Date



Signature   (Seller) Please indicate if Power of Attorney or Attorney in Fact
**DENNIS DE BONIS**

_____   Date   Signature   (Seller) Please indicate if Power of Attorney or Attorney in Fact

1647 – Seller's Residency Certification/Exemption
GIT/REP-3
Rev. 5/12   P2/14

Powered by HOTDOCS

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

Book15948/Page1773

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed by:

Maria Freeman
*(Notary as Witness)*

_____(Seal)
DENNIS DE BONIS

## ACKNOWLEDGMENT

STATE OF FLORIDA      )
                      ) ss.:
COUNTY OF Volusia     )

**I CERTIFY that on** November 3 **, 2014, DENNIS DE BONIS, A MARRIED MAN,** personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and
(c) made this Deed for **$350,000.00** as the full and actual consideration paid or to be paid for the transfer of title (Such consideration is defined in N.J.S.A. 46:15-5.)

RECORD AND RETURN TO:
Adam D. Pfeffer, Esq.
Levin, Shea & Pfeffer, P.A.
2105 West County Line Road
Jackson, NJ 08527

_____
*(Notary Public w stamp/seal affixed)*

MARIA FREEMAN
Commission # FF 129005
Expires Sept...

\\BENNARDO-SERVER\Data\00 My Files\7583 Debonis to BSD Equities\103Deed DeBonis toBSD.wpd