**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>Defendants. | Civ. No. 3:17-CV-03226 |

### DECLARATION OF MORDECHAI BURNSTEIN

MORDECHAI BURNSTEIN declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a member of Agudath Israel of America (AIA) and I have been a resident of Jackson Township, New Jersey for four years.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. Attached as **Exhibit A** is a true and correct copy of two Facebook comments by Joseph Schulman, Bates stamped OBY 12241.

4. Attached as **Exhibit B** is a true and correct copy of a comment made by John Burrows on Facebook, Bates stamped OBY13197.

5. Attached as **Exhibit C** is a true and correct copy of a comment made by John Burrows on Facebook, Bates stamped OBY12076.

6. Attached as **Exhibit D** is a true and correct copy of a comment made by John Burrows on Facebook, Bates stamped OBY12257.

7. Attached as **Exhibit E** is a true and correct copy of a Facebook post by Jackson Community Watchdog News dated October 27, 2015 discussing a meeting with Mayor Michael Reina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2019

MORDECHAI BURNSTEIN