James Clark I'd like to put you on notice you can raise my tax dollars to fight these criminals they think they have more money than us so they can intimidate us with lawsuits

Like · Reply · 👍 24 · 17 hrs

 **Devin Murasky** Yessssssss

Like · Reply · 17 hrs

 **Joseph K. Schulman** They DO have more money than you or me or all of us put together and they have a long term plan and an abundance of patience.

Like · Reply · 👍 1 · 1 hr

 **Jack Adams** Joseph K. Schulman Yes they do. Large amounts of cash! Kars for Kids.Com. They even have a sellers account at the Auction to turn these Kars for Kids units into CASH!

Like · Reply · 45 mins

 **Joseph K. Schulman** Jack Adams you and I both know that over time, homes will be purchased legally and paid for handsomely by the people who want to live here. Over time, enabled by group unity, they will form a bloc vote that will elect whomever they choose. At first, they will support traditional JAckson residents for public office both on the school board and on town council. But deals will be made and promises extracted. Over time, they will become dominant. How much time depends on how long the current majority of JAckson residents/voters can continue to win at the polls. It's a numbers game and only a matter of when, not if. Complicating this will be the secret deals they will make with "pliable" candidates looking for support and willing to follow orders for their own benefit. Some of this is likely already happening, IMO. Also IMO, once the new dominant voting bloc is in control, these new ill-conceived ordinances will be eliminated. There is a better way to keep JAckson rural and diverse.

Like · Reply · 👍 1 · 32 mins

 **Joseph K. Schulman** Saw that all muni offices are closed today and meeting for tonight has been moved to Thursday night.

Like · Reply · 👍 1 · 31 mins

 **Jack Adams** Joseph K. Schulman I agree 100%

Like · Reply · 20 mins