See More

Outgoing Jackson Zoning Board Member Endorses Walker as Replacement

by Phil Stilton JACKSON-Longtime Jackson Republican Club member and eight year member of the zoning board in Jackson Township John Burrows had some…

WWW.SHORENEWSNETWORK.COM

3 Likes3 Comments

**Like**Show more reactions

**Comment**

33

**Comments**

**John Burrows** Jackson is not prepared for the tsunami of orthodoxy that is mounting at the border. I beg you all to CONFRONT OR ACCOST the council members and demand that they appoint Rae Ann Walker to the zoning board she is strong enough and smart and will quell and regulate the tide before it envelopes Jackson. If they don't, VOTE THEM OUT!!!! This is no joke I am unleashed and can speak my mind. The Gilmore machine is busy patting themselves on the back from their overwhelming Republican win in Lakewood, there is sure to be a pay back and that will be an appointment or head nod to someone in Jackson that will only destroy what we know as Jackson and make it an extension of Lakewood. I can not emphasis how important this is GET INVOLVED.

**Like**Show more reactions

· Reply · December 3, 2016 at 1:07am

**John Burrows** shared his photo to the group: Jackson NJ Watchdog Group.

March 4 ·