**Like**

**Comment**

22

**Comments**

**Richard Egan** Machine gun Ma

Like

· Reply ·

1

· January 28 at 8:03pm

**John Burrows** ask him what to do about the scourge of the cockroaches from the east

Like

· Reply · January 29 at 2:47am

**Hope A FD** When is the next meet the mayor?

Like

· Reply · February 13 at 6:28pm

**Richard Egan** Feb 27th

Like

· Reply ·

2

· February 14 at 8:51am