



**Jenna GIrza**
April 19 at 1:57pm ·
Asbury Park Press
·

Houses of worship coming to a neighborhood near you! So your neighbor can now hold prayer services with up to 35 people and strangers coming in and out whenever they want and in addition they will no longer have to pay taxes once the house is deemed a HOW! Why is it that only those NOT paying taxes are being represented by our government yet those paying taxes are losing all their rights? EVERY SINGLE TOWN this group sets it sights on winds up getting sued and then settles having to pay all the legal fees. They are allowed to discriminate, segregate with government funded schools and busing and housing and destroy towns all in the name of religion. Any 99.9 percent of residents aren't saying a damn thing about it. Don't say I didn't warn you.



About this article

### Chabad Jewish Center can stay in house; judge says Toms River broke law

Toms River must pay $122,500 in legal fees and damages to Rabbi Moshe Gourarie.
APP.COM

1

OBY12256



**Sharon Okie** I would move before you can't. My cousin lived in Middletown, NY when the Hasidic community took over everyone's property value dropped. They couldnt even sell their homes.

1

LikeShow more reactions
· Reply · 1w



**Jenna Glrza** Move where? They are taking over the whole state. All these affordable housing developments are being marketed specifically to them They own most of commercial property in Ocean County. Middlesex is next thanks to enclave in Cliffwood Beach. Jersey City is already taken over. Hoboken is almost gone. They have been playing monopoly in NJ for decades now. You have no idea how much they already own.

3

LikeShow more reactions
· Reply · 1w



**Gary Kobstad** Jenna Glrza its Definitely scary these people are fucking crazy
LikeShow more reactions
· Reply · 1w



**James Clark** I've been telling people for 20 years falling on deaf ears nobody ever thinks it's going to happen until it happens to them and then they just cut and run and take their dirty cash it's so sad it breaks my heart

4

LikeShow more reactions
· Reply · 1w



**John Burrows** Its a good thing they don't teach history other than their own. They keep pushing and pushing and then they say your anti Semitic, well none of my Jewish friends act like them. They are on target for a repeat of the 1930s.

2

LikeShow more reactions
· Reply · 1w



Mindy Murray Moich replied · 1 Reply



**James Clark** That's taking it a little too far buddy
LikeShow more reactions
· Reply · 1w

OBY12257



**Mindy Murray Moich** I'm sure not claiming to be the sharpest tool in the shed, so don't misunderstand people. **Jenna Glrza**, people want to stay ignorant. Rose colored glasses until its to late.
Even the Orthodox and the organized crime Vaad. They put rules in and the floc...See More

Like Show more reactions
· Reply · 1w



**Jenna Glrza** If anyone doesn't think there is a concerted effort going on watch this video. Start at about 6 mins. Anything within the hour and a half "circle radius" of Manhattan is a target. https://vimeo.com/147244731

OBY12258