Email or Phone | Password
Sign Up | Log In
Forgot account?

**Jackson Community Watchdog News**
October 27, 2015 ·

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

A great report from a resident who went the the Meet the Mayor meeting last night with Mayor Mike Reina and we thought we'd share.

From Rae Ann Walker…..

"Meet the Mayor was a success. The signs will be Great Success to let everyone know Don't Sell Jackson Strong! The mayor said the key to keeping Jackson the way we all know and love it is Tell your neighbors DONT SELL. STAY STRONG!

There was lengthy discussion on the topic and how we can ensure our zoning laws are enforced. Report EVERYTHING YOU SEE not in compliance. The mayor and township will do everything they can to enforce our zoning and I informed the mayor he's motivated the residents to stand strong together and not allow our town to change its character.

Any one who wants Jackson Strong signs let me know! We as a town can unite."

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017



18 Likes  8 Comments  1 Share

To see more from Jackson Community Watchdog News on Facebook, log in or create an account.

Log In
or
Sign Up