**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*

9433 Common Brook Road, Suite 208
Owings Mills, MD 21117

Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>Defendants. | Civ. No. 3:17-CV-03226 |

## ORDER ENJOINING DEFENDANTS

This matter having been opened to the Court by the filing of a Motion for a Preliminary Injunction and supporting papers by the Plaintiffs in this matter, and the Court having considered the same and for other good cause shown,

It is **HEREBY ORDERED** that**:**

1. Defendants, TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, are hereby enjoined from enforcement and application of Ordinances 03-17, 04-17 and 20-17.

2. Defendants, TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, are hereby enjoined from monitoring, surveilling, targeting, harassing and interfering with the constitutionally protected right of the Orthodox Jewish residents of the Township of Jackson to the free exercise of religious beliefs within the privacy of their own homes for the gathering of people for religious services.

_____
Michael A. Shipp, United States District Judge