41034.00107-HBM
Error! Unknown document property name.Error! Unknown document property name.Error! Unknown document property name.
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq.
Pauline F. Tutelo, Esq.
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎973-618-4100    🖷973-618-0685
✉ hbmankoff@mdwcg.com
✉ pftutelo@mdwcg.com
ATTORNEYS FOR DEFENDANT – Township of Jackson, New Jersey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

** <u>ELECTRONICALLY FILED</u> **

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY<br><br>Defendant | CASE NO.: 3:17-cv-03226-MAS-DEA<br><br>Civil Action<br><br>**DECLARATION OF HOWARD B. MANKOFF, ESQ** |

I, HOWARD B. MANKOFF, ESQ., of full age, under penalty of perjury, declares as follows:

1. I am shareholder at Marshall Dennehey Warner Coleman & Goggin in this litigation. As such, I am fully familiar with the facts herein.

2. I submit this declaration in support of defendants opposition to Plaintiffs' Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65.

3. Attached hereto as **Exhibit A**, is plaintiffs' Second Amended Complaint.

4. Attached hereto as **Exhibit B**, is the Judge Marlene Lynch Ford's October 19, 2015 Summary of Decision in the <u>Oros Bais Yaakov High School v. The Zoning Board of Adjustment the Township of Jackson</u> at Docket Number OCN-L-2981-14.

5. Attached hereto as **Exhibit C** is the Superior Court of New Jersey's March 20, 2019 Decision in <u>State v. WSNP, LLC</u>, New Jersey Superior Court No. 19-09 (March 20, 2019).

6. Attached hereto as **Exhibit D** is this Court's July 19, 2019 Scheduling Order.

## DECLARATION

I hereby declare under penalty of perjury that the foregoing statements are true and correct pursuant to 28 <u>U.S.C</u>. §1746.

By: /s/ Howard B. Mankoff
HOWARD B. MANKOFF, ESQ.

Dated: September 23, 2019