41034.00107-HBM
Error! Unknown document property name.Error! Unknown document property name.Error! Unknown document property name.
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq.
Pauline F. Tutelo, Esq.
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎973-618-4100     📠973-618-0685
✉ hbmankoff@mdwcg.com
✉ pftutelo@mdwcg.com
ATTORNEYS FOR DEFENDANT – Township of Jackson, New Jersey, Michael Reina, Robert Nixon, Helene Schlegel, Jeffrey Purporo and William Campbell

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**** <u>ELECTRONICALLY FILED</u> ****

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY<br><br>Defendant | CASE NO.: 3:17-cv-03226-MAS-DEA<br><br><br>Civil Action<br><br><br><br>**AMENDED DECLARATION OF HOWARD B. MANKOFF, ESQ** |

I, HOWARD B. MANKOFF, ESQ., of full age, under penalty of perjury, declares as follows:

1. I am shareholder at Marshall Dennehey Warner Coleman & Goggin in this litigation. As such, I am fully familiar with the facts herein.

2. I submit this declaration in support of defendants opposition to Plaintiffs'

Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65.

3. Attached hereto as **Exhibit A**, is plaintiffs' Second Amended Complaint.

4. Attached hereto as **Exhibit B**, is the Judge Marlene Lynch Ford's October 19, 2015 Summary of Decision in the <u>Oros Bais Yaakov High School v. The Zoning Board of Adjustment the Township of Jackson</u> at Docket Number OCN-L-2981-14.

5. Attached hereto as **Exhibit C** is the Superior Court of New Jersey's March 20, 2019 Decision in <u>State v. WSNP, LLC</u>, New Jersey Superior Court No. 19-09 (March 20, 2019).

6. Attached hereto as **Exhibit D** is this Court's July 19, 2019 Scheduling Order.

7. Attached hereto as **Exhibit E** is a true and correct copy of unpublished opinion <u>Al Falah Ctr. v. Twp. of Bridgewater</u>, 2013 U.S. Dist. LEXIS 190076 (D.N.J. September 30, 2013).

8. Attached hereto as **Exhibit F** is a true and correct copy of unpublished opinion <u>Barros v. Wetzel</u>, 2017 U.S. Dist. LEXIS 30498 (M.D. Pa. March 2, 2017).

9. Attached hereto as **Exhibit G** is a true and correct copy of unpublished opinion <u>First Korean Church of N.Y., Inc. v. Cheltenham Twp. Zoning Hearing Bd. & Cheltenham Twp</u>. 2012 U.S. Dist. LEXIS 25968 (E.D. Pa. February 29, 2012).

10. Attached hereto as **Exhibit H** is a true and correct copy of unpublished opinion <u>Messner v. Bunner</u>, 2009 U.S. Dist. LEXIS 42387

11. Attached hereto as **Exhibit I** is a true and correct copy of unpublished opinion

<u>Mount Holly Citizens In Action, Inc. v. Twp. of Mt. Holly</u>, 2013 U.S. Dist. LEXIS 88239 (D.N.J. June 24, 2013).

12. Attached hereto as **Exhibit J** is a true and correct copy of unpublished opinion <u>Vasquez v. Brown</u>, 2008 U.S. Dist. LEXIS 87993 (D.N.J. October 30, 2008).

## **DECLARATION**

I hereby declare under penalty of perjury that the foregoing statements are true and correct pursuant to 28 <u>U.S.C</u>. §1746.

By: */s/ Howard B. Mankoff*
HOWARD B. MANKOFF, ESQ.

Dated: September 24, 2019