**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100   Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4118
Email:  hbmankoff@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

September 24, 2019

**ELECTRONICALLY FILED**

Clerk of Court
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

  RE: Agudath Israel of America v. Township of Jackson, New Jersey
    Docket No.:    3:17-cv-03226-MAS-DEA
    Our File No.: 41034.00107

Dear Sir/Madam:

 It has come to our attention that our Declaration, submitted with our Opposition to Plaintiffs' Preliminary Injunction Motion, inadvertently omitted copies of unpublished opinions cited therein.  Attached is an Amended Declaration rectifying this inadvertent omission.

 Our apologies for any inconvenience.

       Very truly yours,

       */s/ Howard B. Mankoff*

       Howard B. Mankoff

HBM:lt

Encl.

cc: All Counsel of Record – (w/encl.) Via ECF
LEGAL/125094986.v1