**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Roman P. Storzer, *admitted pro hac vice*
Robert L. Greene, *admitted pro hac vice*
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996
*Counsel for Plaintiffs*

**WILENTZ, GOLDMAN & SPITZER, P.A.**
Donna M. Jennings (DJ7790)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>Defendants. | Civ. No. 3:17-CV-03226 |

### DECLARATION OF DONNA M. JENNINGS

Donna M. Jennings declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a shareholder at Wilentz, Goldman & Spitzer, P.A., attorneys for the Plaintiff, WR Property LLC, and make this declaration in that capacity.

2. I respectfully submit this Declaration in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiff's Motion to Enjoin the Defendant Township.

1

3. A true and correct copy of an Order entered by the court on May 30, 2017 in *Oros Bais Yaakov High School v. Township of Jackson*, et al. ("*Oros*"), is attached hereto as **Exhibit A**.

4. A true and correct copy of Sheldon Hofstein's resignation letter, Bates-stamped OBY 12624, and Article appearing on Shore News Network on August 24, 2019 Bates-stamped OBY 12456-60 are attached hereto as **Exhibit B**.

5. A true and correct copy of an email from a Jackson Township resident to Jackson Township Council members dated July 22, 2017 and Bates-stamped TWP 002372 is attached hereto as **Exhibit C**.

6. A true and correct copy of an email from a Jackson Township resident to Jackson Township Council members dated September 11, 2017 and Bates-stamped OBY 13358 is attached hereto as **Exhibit D**.

7. The Defendant, Township of Jackson, served initial discovery requests upon the Plaintiffs on or about October 23, 2017. Defendants have not served any supplemental discovery requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2019.

/s/ Donna M. Jennings
Donna M. Jennings (DJ7790)
**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
*Co-Counsel for Plaintiff WR Property LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2019, the foregoing document was electronically filed via the Court's ECF system with notices to the following:

>Howard B. Mankoff, Esquire
>Marshall Dennehey Warner Coleman & Goggin
>425 Eagle Rock Avenue, Suite 302
>Roseland, New Jersey 07068
>(973) 618-4118
>hmankoff@mdwcg.com

>Pauline F. Tutelo, Esquire
>Marshall Dennehey Warner Coleman & Goggin
>425 Eagle Rock Avenue, Suite 302
>Roseland, New Jersey 07068
>(973)618-4100
>pftutelo@mdwcg.com

>/s/ Sieglinde K. Rath
>Sieglinde K. Rath
>**STORZER & ASSOCIATES, P.C.**
>9433 Common Brook Road, Suite 208
>Owings Mills, MD 21117