To Council President Robert Nixon.     August 26, 2019

I am hereby tendering my resignation from the Jackson Zoning Board of Adjustment effective immediately.

It is my pleasure to thank the Board's professionals, Sean Gertner, Ernie Peters, Evan Hill and Frank Miskovich, for their excellent advice and guidance.

To all the women and men I have served with the last 11 years, it was an honor to work with you. I wish the best to the present Board members. as they continue to represent our great Township.

Respectfully

Sheldon J. Hofstein

cc. Janice Kisty
    Sean Gertner

*[Stamp: 2019 AUG 26 P 12:30 TOWNSHIP OF JACKSON MUNICIPAL CLERK'S OFFICE]*

...m the Office of the Township Clerk

| Mayor_____ | CFO_____ |
|---|---|
| Township Council  X5 | Tax Assessor_____ |
| Administrator_____ | Tax Collector_____ |
| Attorney/Law_____ | Rec. & Sr. Services_____ |
| Engineer_____ | Community Dev._____ |
| Public Safety/Police_____ | Other_____ |
| Public Works_____ | JK 8/26/19 |





JERSEY SHORE NEWS    EVENTS    SPORTS    POLICE BLOTTER    POLITICS    HEAD

COMMUNITY

# More Jackson Land Use Board Members Resign After Attending Controversial Meeting

 By Phil Stilton

Posted on August 24, 2019



FOLLOW US ON FACEBOOK




LATEST NEWS


NEW JERSEY
How Dan Rodrick Can Still Become "Mayor" of Toms River in November


JACKSON NEWS
Dirt Mafia Wars: Glory Faction Whacks Three of Mayor Mike Reina's Top Captains


BRICK NEWS
Ocean County GOP Scrambling for Cash, Respect as Critical Elections Near


FEATURED STORY
Mass Shooting: At Least Three Shot in South Toms River


COMMUNITY
Freeholders Approve $1

SHARE    TWEET    SHARE    EMAIL

JACKSON-Jackson Township's planning and zoning boards which have been plagued by resignations and terminations over the past few years are now involved in another controversy. Three appointed members of those boards and a sitting school board member are now under fire for their attendance at a meeting by a group named CUPON (Citizens United to Protect Our Neighborhoods).

Jackson planning board member Richard Egan and zoning board member Joseph Sullivan submitted their resignations to the township today. A third member at the meeting, zoning board member Sheldon Hoffstein has yet to tender his resignation. Another public official, school board member Gus Acevedo attended the meeting that discussed how to curb the rapid growth of the town's growing Orthodox Jewish community.

OBY12456

Today, Mayor Michael Reina confirmed the resignations.

While their presence at the meeting was not illegal by any means and may not even cross ethical lines, their presence and comments made could jeopardize present and future rulings by the boards they serve on and put the township into further legal complications in its court battle against Orthodox Jewish developers and Agudath Israel of America.

Sullivan, who also serves on the executive board of the Jackson Republican Club lashed out this week against Jackson Republican committee chairwoman Clara Glory. Sullivan came under fire by Republican Club leaders and fired off a retaliation message on his Facebook page after being asked to resign from the board.

"Clara Glory and her family have run the Republican party into the ground in Jackson," Sullivan said. "They stab people in the back, secure jobs for their family members and let their personal vendettas and hatreds take out innocent bystanders."

Sullivan said that members of the club wanted him to resign earlier in the week over his attendance at the meeting.

"They are mad because I won't go quietly and let myself be sacrificed on their altar of greed," Sullivan said.

Then on Friday, after audio excerpts from the CUPON meeting were released on the Orthodox Jewish news website, the Lakewood Scoop, Sullivan voluntarily tendered his resignation   An attendee of that meeting had audio recorded the entire meeting, much of which was previewed by Shore News Network on Thursday to ensure its validity.

After hearing the audio, we reached out to New Jersey Assemblyman Gregory P, McGuckin over the past two days, the planning board attorney and alerted McGuckin to the presence of an audio recording.  McGuckin did not answer any texts or phone calls regarding the incident.

At that meeting, while checking in, the three Jackson board members admitted they should not be at the meeting and requested to not sign in.

"We're not supposed to be here," Sheldon Hoffstein is heard saying. "Nobody saw us."

"We didn't sign in, we're neutral like invisible," Egan said.

"We weren't here," Sullivan said.

Shortly before resigning from the board after the audio was published by the Lakewood Scoop, Sullivan retracted his comments about MUA Chairwoman Clara Glory and the Republican Club.

"It was once said to me that politics is a dirty business. I don't want to help to keep it a dirty business. It was wrong of me to attack Clara Glory and her family. I wish to apologize to her and Pat Wood and the rest of their family," Sullivan said, "I am sorry. One man caused an issue that le[a]d us to all of this. He knows who he is and that man is responsible alone. I am responsible for what I posted, and I apologize to anyone hurt by it."

Sullivan did not say who he was referring to.

On Thursday, Glory's MUA board approved a resolution allowing for the construction of water and sewer lines along the length of South Hope Chapel Road to facilitate the

**TRENDING NEWS**


HEADLINE NEWS
Odd Clinton Painting Found at the Home of Dead Pedophile Jeffrey Epstein


MONMOUTH COUNTY NEWS
WARNING: Manasquan Reservoir Dangerous to Humans, Pets after Harmful Algae Bloom Grows


COMMUNITY
Freeholders Approve $1 Million Open Space Purchase for Property Assessed at $480,000


FEATURED STORY
Mass Shooting: At Least Three Shot in South Toms River


COMMUNITY
More Jackson Land Use Board Members Resign After Attending Controversial Meeting

construction of the Jackson Pines residential development.

Jackson Township has yet to release an official statement on the matter.

**Related News:** The resignations continue a long history of troubles for Jackson's planning and zoning boards.

Photo by **The Lakewood Scoop**

The following are comments people have made about this post on Facebook. Shore News Network does not own these comments, nor does it have control over the moderation of these comments. Please report offensive and harmful comments directly to Facebook using the report comments feature in the comment dropdown box.

RELATED ITEMS: **FEATURED**

SHARE    TWEET    SHARE    EMAIL

## RECOMMENDED FOR YOU



How Dan Rodrick Can Still Become "Mayor" of Toms River in November



Dirt Mafia Wars: Glory Faction Whacks Three of Mayor Mike Reina's Top Captains



Ocean County GOP Scrambling for Cash, Respect as Critical Elections Near





OBY12459



**LATEST NEWS**

How Dan Rodrick Can Still Become "Mayor" of Toms River in November

Dirt Mafia Wars: Glory Faction Whacks Three of Mayor Mike Reina's Top Captains

Ocean County GOP Scrambling for Cash, Respect as Critical Elections Near

Mass Shooting: At Least Three Shot in South Toms River

Freeholders Approve $1 Million Open Space Purchase for Property Assessed at $480,000

**POPULAR TAGS**

FEATURED SPORTS SHORE CONFERENCE SHORE NJ OCEAN MONMOUTH SOFTBALL BASEBALL BASKETBALL FOOTBALL NEW JERSEY POLICE BLOTTER JACKSON BOOKS READING TRENDING JERSEY SHORE BUSINESS GUN VIOLENCE TOMS RIVER OCEAN COUNTY FEATUED PHIL MURPHY ANGELINA FUNDRAISER KICKBOXING ELKS MASTRONARDY POLICE

Copyright © 2018 Shore News Network, Stilton Company.

ABOUT SHORE NEWS NETWORK – YOUR NEWS   AUTHORS LIST
DONATION CONFIRMATION   DONATION FAILED   DONATION HISTORY
FTC AFFILIATE DISCLOSURE   HOME   LATEST NEWS   PRIVACY POLICY
REPORT A NEWS STORY!   SHORE NEWS NETWORK BUSINESS PROFILE SUBMISSION
TURN YOUR REAL ESTATE LISTING INTO A STORY