Zimbra    https://mail.jacksonnj.net/h/printmessage?id=2ffcb394-c6d8-43e7-ab...

**ERUV religious boundary wires in Harmony Farms**

**From :** chrishope@optonline.net    Sat, Jul 22, 2017 06:53 AM
**Subject :** ERUV religious boundary wires in Harmony Farms
**To :** Mayor Mike Reina <mikereina@jacksontwpnj.net>, hschlegel@jacksontwpnj.net
**Cc :** Rob Nixon <councilmannixon@jacksontwpnj.net>, Barry <councilmancalogero@jacksontwpnj.net>, Kenneth Pieslak <kpieslak@jacksontwpnj.net>, Jeff Purpuro <jpurpuro@jacksontwpnj.net>, Jenn (TBJ) <termite027@aol.com>, Bressi <councilmanbressi@jacksontwp.net>

Did you know that Harmony Farms had their annual HOA meeting and they were ambushed with a presentation- on how the Orthodox would like to construct an ERUV religious boundary throughout the entire neighborhood. They had a Company spokesperson who installs the poles & wires there to explain it all from Bergen County. PowerPoint slide show and all. It's insane! Just an example "two 18 ft poles on the entrance way". Can you imagine driving past Harmony farms with poles & wires labeling it as Orthodox owned & run? What is going to be done, they are 10 steps ahead of us. California Ave wires are still up on the ROW.

Shuls are popping up at every turn- the Orthodox from Harmony farms said they already receive permission to use JCPL utility poles - in our entire town?? I'm assuming you are aware of this? I thought Jean was drafting a letter to our utility pole owners- requesting no permission be given??
It seems people are more concerned about "the other side" getting upset about their basketball nets having to be moved!! But "this side" has religious wires and Shuls!
 I thought it was One town not Two separate sides!

http://mahwah.dailyvoice.com/news/jewish-enclosure-sparks-controversy-in-mahwah/717148/

Sent from my iPhone

On Jul 21, 2017, at 5:05 PM, chrishope@optonline.net wrote:

> FYI-
> Look like It can be enforced.