**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4118
Email:  hbmankoff@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

December 9, 2019

**ELECTRONICALLY FILED**

Magistrate Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

    RE:    Agudath Israel of America v. Township of Jackson, New Jersey
            Docket No.:    3:17-cv-03226-MAS-DEA
            Our File No.:  41034.00107

Dear Judge Arpert:

    I write to provide defendants' status report.  I first note that we expect to provide interrogatory answers within two weeks.  The sheer volume of the discovery responses has simply been overwhelming the Town's limited resources.  As to the document production, we expect to complete the document production within the next ten days.  I note this will be several hundred thousand pages of documents.  I also wish to advise the Court that the defendant hired a vendor, at a very significant expense, to assist in the production of these documents.

    While I regret the delay, the plaintiffs have propounded hundreds of interrogatories and document demands and the defendants are doing their best to provide responses.

                Respectfully,

                */s/ Howard B. Mankoff*

                Howard B. Mankoff

HBM:lt
cc:    All Counsel of Record – Via ECF

LEGAL/126668310.v1