

**METHFESSEL & WERBEL**
— A Professional Corporation —

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>

Of Counsel
MARC DEMBLING*+
ED THORNTON>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+

Counsel
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
SHAJI M. EAPEN+
JAMES FOXEN^
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL.*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
BRENT R. POHLMAN+
AMANDA J. SAWYER^
JARED S. SCHURE>
SHIFRA TARICA+

Associates
EDWARD D. DEMBLING>
NATALIE DONIS+
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL>
NABILA SAEED^
SARAH E. SHEPP+
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

\* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar

**Please reply to New Jersey**

February 10, 2021

VIA ELECTRONIC FILING
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

RE: **AGUDATH ISRAEL OF AMERICA VS. TOWNSHIP OF JACKSON, ET AL.**
    Our File No.   : 89600 BRP
    Docket No.    : 3:17-CV-03226 MAS-DEA

Dear Judge Shipp:

This office represents the Defendants in the instant matter. At 11:09 am today, February 10, 2021, less than 24 hours before oral argument before Your Honor, Plaintiffs filed supplemental briefing which they desire the Court to consider in adjudicating this motion for emergent relief. The Defendants request that if the Court is inclined to consider the Plaintiffs' supplemental briefing that oral argument be adjourned for a limited period of time so that the Defendants could respond to same. Furthermore, it would also give the Parties, and Plaintiffs in particular, the opportunity to address the fact that Ordinance 04-17 was repealed by Jackson Township on March 26, 2020. (Exhibit A, pg. 3 to Pohlman Declaration). This would seem highly relevant to the matter at hand since that is one of the ordinances Plaintiffs are challenging.

                                       Respectfully submitted,
                                       **METHFESSEL & WERBEL, ESQS.**

                                       Brent R. Pohlman
                                       pohlman@methwerb.com
                                       Ext. 182

BRP:alw

Methfessel & Werbel, Esqs.
Our File No. 89600 BRP
Page 2

cc: VIA EMAIL: storzer@storzerlaw.com
Roman P. Storzer, Esq.
Storzer & Associates, P.C.
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036

VIA EMAIL: rath@storzerlaw.com
Sieglinde K. Rath, Esq.
Storzer & Associates, P.C.
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036

VIA EMAIL: djennings@wilentz.com
Donna M. Jennings, Esq.
Wilentz, Goldman & Spitzer, PA
90 Woodbridge Center Drive
Woodbridge, NJ  07095

VIA EMAIL: mcguckinesq@aol.com
Gregory McGuckin, Esq.
Dasti, Murphy, McGuckin, Ulaky, Koutsouris
& Connors
506 Hooper Avenue
Toms River, NJ 08753

VIA EMAIL: sgertner@gertneresq.com
Sean D. Gertner, Esq.
Gertner & Gertner, LLC
740 Bennetts Mills Road
PO Box 1149
Jackson, NJ 08527