Brent R. Pohlman - ID #046612005
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
pohlman@methwerb.com
Attorneys for Township of Jackson, Michael Reina, Robert Nixon, Helene Schlegel, Jeffrey Purpuro, William Campbell, and Kenneth Pieslak
Our File No.  89600 BRP

| AGUDATH ISRAEL OF AMERICA, A NEW YORK NON-PROFIT CORPORATION, AND WJR PROPERTY LLC, A NEW JERSEY LIMITED LIABILITY COMPANY<br><br>       Plaintiffs,<br><br>V.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, AND KENNETH PIESLAK<br><br>       Defendant. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION:UNITED STATES DISTRICT - TRENTON<br>CIVIL ACTION NO. 3:17-CV-03226 MAS-DEA<br><br>Civil Action<br><br>**CERTIFICATION** |
|---|---|

I, Brent R. Pohlman , of full age, duly certify and says:

    1.  I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for Township of Jackson, Michael Reina, Robert Nixon, Helene Schlegel, Jeffrey Purpuro, William Campbell, and Kenneth Pieslak, and in such capacity I am fully familiar with the facts of the within matter.

    2.    The attachment annexed to this Defendant's letter brief are true, accurate, and authentic.

    3.    Attached as **Exhibit A** is a true and accurate copy of the meeting minutes from the Jackson Township Executive Meeting dated May 26, 2020.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment by law.

                                        _____
                                          Brent R. Pohlman

DATED: 2/10/2021