

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>

Of Counsel
MARC DEMBLING*+
ED THORNTON>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+

Counsel
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
SHAJI M. EAPEN+
JAMES FOXEN^
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
BRENT R. POHLMAN+
AMANDA J. SAWYER^
JARED S. SCHURE>
SHIFRA TARICA+

Associates
EDWARD D. DEMBLING>
NATALIE DONIS+
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL>
NABILA SAEED^
SARAH E. SHEPP+
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar

**Please reply to New Jersey**

February 11, 2021

VIA ELECTRONIC FILING
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

RE: **AGUDATH ISRAEL OF AMERICA VS. TOWNSHIP OF JACKSON, ET AL.**
    Our File No.    : 89600 BRP
    Docket No.      : 3:17-CV-03226 MAS-DEA

Dear Judge Shipp:

Following up on Your Honor's Order of February 10, 2021. (ECF Document 109). The parties will submit initial additional briefing on the issues identified in the correspondence of February 10, 2021 on Friday February 19, 2021. The parties will then submit reply briefing as to those issues on Friday February 26, 2021. The Parties are available for oral argument on the following days, March 4, 2021 after 1 pm, all day on March 5, 2021, all day on March 10, 2021 and March 11, 2021 after 1 pm.

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 89600 BRP
Page 2

Thank you for Your Honor's courtesies in allowing the Parties to brief these issues which have arisen since the filing of the initial moving and responsive papers.

                                    Respectfully submitted,

                                    **METHFESSEL & WERBEL, ESQS.**

                                    Brent R. Pohlman
                                    pohlman@methwerb.com
                                    Ext. 182

BRP:alw

cc: VIA EMAIL: storzer@storzerlaw.com
    Roman P. Storzer, Esq.
    Storzer & Associates, P.C.
    1025 Connecticut Avenue
    Suite One Thousand
    Washington, D.C. 20036

    VIA EMAIL: rath@storzerlaw.com
    Sieglinde K. Rath, Esq.
    Storzer & Associates, P.C.
    1025 Connecticut Avenue
    Suite One Thousand
    Washington, D.C. 20036

    VIA EMAIL: djennings@wilentz.com
    Donna M. Jennings, Esq.
    Wilentz, Goldman & Spitzer, PA
    90 Woodbridge Center Drive
    Woodbridge, NJ  07095

    VIA EMAIL: mcguckinesq@aol.com
    Gregory McGuckin, Esq.
    Dasti, Murphy, McGuckin, Ulaky, Koutsouris & Connors
    506 Hooper Avenue
    Toms River, NJ 08753

Methfessel & Werbel, Esqs.
Our File No. 89600 BRP
Page 3

      <u>VIA EMAIL: sgertner@gertneresq.com</u>
      Sean D. Gertner, Esq.
      Gertner & Gertner, LLC
      740 Bennetts Mills Road
      PO Box 1149
      Jackson, NJ 08527