<u>**ORDINANCE NO. 05-20**</u>

**AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE THEREBY REPEALING ORDINANCE 03-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON**

**NOW, THEREFORE, BE IT ORDAINED**, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

**SECTION I. Purpose.** Pursuant to Ordinance No. 03-17, the Township of Jackson amended certain provisions of the Township's Land Use and Development Regulations. It is the purpose of this Ordinance to repeal Ordinance No. 03-17 in its entirety. It is the further purpose of this Ordinance to reestablish the uses which existed in the zones in question prior to the adoption of Ordinance No. 03-17.

**SECTION II.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244-6 to delete all definitions or references to "dormitory".

**SECTION III.** The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244 entitled "Land Use and Development Regulations", and specifically Chapter 244-46 entitled "R2, R3 and R5 Residential Zones" to include in Subsection A thereof the following permitted principal uses of building and structures:

(6) Federal, State, County and other public buildings and grounds, including public schools, parks, playgrounds, or other public recreational uses and areas.

(7) Private or parochial schools not operated for profit; except however, public and private colleges or universities shall not be permitted.

**SECTION IV.** Chapter 244-48 entitled "R20, R15 and R9 Residential Zones" shall be amended to include therein as permitted principal uses of buildings and structures in Subsection A to reinstate Subsection 5 as follows:

(5) Federal, State, County and other public buildings and grounds, including public schools, parks, playgrounds, or other public recreational uses and areas; excluding however, workshops, warehouses, garages and storage yards.

(6) Private or parochial schools not operated for profit; however, public and private colleges or universities shall not be permitted.

**DASTI, MURPHY McGUCKIN, ULAKY, KOUTSOURIS & CONNORS**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J.08731

1

**SECTION V.**   The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244 entitled "Land Use and Development Regulations" so as to amend Chapter 244-50 entitled "MF Multi-Family Zone" so as to include in Subsection A thereof the following permitted principal uses of buildings and structures as follows:

(6)   Federal, State, County and other public buildings and grounds, including public schools, parks, playgrounds, or other public recreational uses and areas; excluding however, workshops, warehouses, garages and storage yards.

(7)   Private or parochial schools not operated for profit; except however, public and private colleges or universities which shall not be permitted.

**SECTION VI.**   The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244-176.2 be and hereby is repealed.

**SECTION VII.**   Ordinances or parts of Ordinances inconsistent herewith are hereby repealed.

**SECTION VIII.**      If any section, subsection, sentence, clause, phrase or portion of this Ordinance is for any reason held to be invalid or unconstitutional by a Court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

**SECTION IX.**      This Ordinance shall take effect after second reading and publication as required by law.

DATE: _____        _____

MAYOR MICHAEL REINA

### <u>NOTICE</u>

**NOTICE IS HEREBY GIVEN** that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **12th  day of May, 2020**, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the **26th day of May, 2020** at 6:00 p.m., at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard.  Should the building be closed to the public, then public comment will be available through Zoom Webinar on May 26, 2020.

_____

Janice Kisty, RMC
Jackson Township Clerk

**DASTI, MURPHY
McGUCKIN, ULAKY,
KOUTSOURIS & CONNORS**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J.08731

Z:\CLIENT MATTERS - GL\Jackson Twp. Attorney\GL-29116 GENERAL MATTERS - TOWNSHIP CLERK\2020 ORDINANCES\Ordinance Amending Ch 244 Land Use Development & Regulations.docx