## ORDINANCE NO. 06-20

AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE SO AS TO REPEAL ORDINANCE 04-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON

**NOW, THEREFORE, BE IT ORDAINED**, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

**SECTION 1.** Ordinance 04-17 be and hereby is repealed.

**SECTION 2.** All Ordinances or parts of Ordinances inconsistent herewith are hereby repealed.

**SECTION 3.** If any section, subsection, sentence, clause, phrase or portion of this Ordinance is for any reason held to be invalid or unconstitutional by a Court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

**SECTION 4.** This Ordinance shall take effect after second reading and publication as required by law.

DATE: 5.29.2020

MAYOR MICHAEL REINA

### NOTICE

NOTICE IS HEREBY GIVEN that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **12th day of May, 2020**, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the **26th day of May, 2020**, at 6:00 p.m., at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard. Should the building be closed to the public, then public comment will be available through Zoom Webinar on May 26, 2020.

Janice Kisty, RMC
Jackson Township Clerk

DASTI, MURPHY
McGUCKIN, ULAKY,
KOUTSOURIS & CONNORS

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J. 08731

Z:\CLIENT MATTERS - GL\Jackson Twp. Attorney\GL-29116 GENERAL MATTERS - TOWNSHIP CLERK\2020 ORDINANCES\Ordinance Repealing Ordinance 04-17.docx

## AFFIDAVIT OF PUBLICATION

STATE OF NEW JERSEY )
                    ) SS
COUNTY OF OCEAN     )

I, Janice Kisty, Township Clerk of the Township of Jackson, County of Ocean, State of New Jersey, certify that the attached legal notice is a true copy of such notice which was published in the Asbury Park Press, a newspaper of general circulation in the County of Ocean, on _____MAY 29 2020_____.

Certified this 29th day of MAY, 2020.

_____
JANICE KISTY, TOWNSHIP CLERK
JACKSON TOWNSHIP

LEGAL/PUBLIC NOTICE
TOWNSHIP OF JACKSON
NOTICE OF PASSAGE AND APPROVAL
ORDINANCE NO. 06-20
Please take notice that on Tuesday, May 26, 2020, the Jackson Township Council enacted Ordinance No. 06-20 entitled: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY REPEALING ORDINANCE 04-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON
Janice Kisty, RMC