**ON TUESDAY, MAY 26, 2020, AT 5:00 P.M. THE JACKSON TOWNSHIP COUNCIL HELD ITS (EXECUTIVE SESSION) MEETING IN THE MUNICIPAL BUILDING**

**ROLL CALL:**

| | |
|---|---|
| **COUNCILMAN BRESSI (via teleconference)** | **ATTORNEY MCGUCKIN** |
| **COUNCILMAN FLEMMING** | **TOWNSHIP CLERK KISTY** |
| **COUNCILMAN KERN** | |
| **COUNCIL VICE PRESIDENT SAUICKIE** | |

**ALSO IN ATTENDANCE: BUSINESS ADMINISTRATOR TERENCE WALL**

As Clerk of this meeting, I publicly announce that in compliance with the provisions of the "Open Public Meetings Act" adequate notice of this meeting of the Jackson Township Council has been advertised in the manner prescribed by law.

---

**RESOLUTION 212R-20**
**TITLE: RESOLUTION FOR EXECUTIVE SESSION TO AUTHORIZE TOWNSHIP COUNCIL TO ENTER INTO CLOSED DISCUSSIONS CONCERNING MATTERS AS NOTED BELOW**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: KERN**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**WHEREAS,** Section 8 of the Open Public Meetings Act permits the exclusion of the public from a public meeting under certain circumstances; and

**WHEREAS,** this governing body is of the opinion that such circumstances presently exist.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, and State of New Jersey, as follows:

1.  The public shall be excluded from discussion concerning the hereinafter-specified subject matter.

2.  The general nature of the subject matter to be discussed is as follows:

    a) Attorney/Client Privilege: Council Vacancy
    b) Litigation/Potential Litigation: Update on lawsuits
    c) Potential Land Sale/Land Acquisition:
    d) Contracts/Agreements:

3.  It is anticipated that the subject matter discussed may be made public upon its conclusion or final disposition.

_____
**JANICE KISTY, R.M.C.**

**DATED: 5-26-20**                          **TOWNSHIP CLERK**

---

**6:00 P.M. - CONVENE PUBLIC MEETING IN THE MAIN MEETING ROOM OF THE MUNICIPAL BUILDING VIA ZOOM**

**PLEDGE OF ALLEGIANCE**

**COUNCIL VICE PRESIDENT SAUICKIE-** this weekend we celebrated Memorial Day and it's a day of remembrance for those who gave the ultimate sacrifice. Take a moment to reflect on those individuals.

**ROLL CALL:**

**COUNCILMAN BRESSI (via teleconference)**    **ATTORNEY MCGUCKIN**
**COUNCILMAN FLEMMING**                         **TOWNSHIP CLERK KISTY**
**COUNCILMAN KERN**
**COUNCIL VICE PRESIDENT SAUICKIE**

**ALSO IN ATTENDANCE: BUSINESS ADMINISTRATOR TERENCE WALL**

As Clerk of this meeting, I publicly announce that in compliance with the provisions of the "Open Public Meetings Act" adequate notice of this meeting of the Jackson Township Council has been advertised in the manner prescribed by law.

**COUNCIL VICE PRESIDENT SAUICKIE** –thanked residents for joining via Zoom tonight. He stated there was a concern in regards to the capacity of participants for this meeting. Hopes there is sufficient capacity as per the licensing capacity for everyone to attend this meeting. On Wednesday a press release was made announcing the Department Of Justice was suing Jackson Township. The announcement was a surprise to the Governing body of Jackson, as it was full of factual inaccuracies. It was a surprise as the Attorney's representing Jackson Township have been in contact with the Department of Justice and requested an opportunity to respond to those inaccuracies before any suits could be filed. The Department Of Justice agreed in having a dialogue but last week they changed their minds by filing suit without giving Jackson an opportunity to respond. In respect, to the factual inaccuracies of the Department Of Justice press release and subsequent complaint supplied by the Department Of Justice by the township. At the last meeting Attorney McGuckin stated in the record "in the history of Jackson Township there never has been an application for a "dormitory" therefore there have been no approvals or denials. No parties have been impacted by ordinances regarding "dormitories" in Jackson Township. Anyone wishing to apply for a "dormitory" in Jackson Township has had the ability to go before the Township Land Use Board for a review. They have the ability to do so now and have previously. The 2017 ordinance is redundant legislation and the town is taking the necessary steps to tidy up redundant legislation. It is not due to the Department Of Justice complaint brought forward. The Department Of Justice press release and complaint negatively brands Jackson Township without allowing the township to represent itself. The heart of the complaint "Land Use laws" protect against overdevelopment, protect the environment, and guide how a municipality should develop in the future. Jackson far exceeds its peers especially in a State that fails so miserably. Whether you measure a municipality fiscally, by its school, by its crime rate, by its parks, by its environment or by its traffic, Jackson consistently outperforms in each category. While Jackson enjoys Standard and Poor's second highest bond rating of AA+ which is higher than any of its bordering towns, the State of NJ has a BBB- rating which the second lowest rating fiscally. In 2019 State of New Jersey lost the highest tax revenue in business and residential revenue as residents are leaving the State. Jackson has attracted new business and potential corporate ratables. This revenue provides Jackson residents a break on property taxes. In regards to crime and safety Jackson Police Department is "second to none". In 2017 New Jersey 101.5 conducted a survey within the largest towns in New Jersey. Jackson Township was ranked number 2 as the safest town in New Jersey. In 2019 FBI conducted a survey where Jackson Township ranked 165th among the towns with the least hate crimes reported. He stated Jackson Township is reaching 60,000 residents and one hate crime was reported and the Jackson Police Department solved the crime. The offenders were brought to justice. The Department Of Justice complaint accuses Jackson of religious discrimination and violation of religious Land Use laws. Jackson has many different religions practicing within its borders and 10% of the population are Orthodox Jewish families residing in Jackson. There has been one application for a religious institution and it was approved. The religious application that was denied was due to improper land use and was upheld in New Jersey Superior Court. Jackson passed a resolution to allow for eruv's on utility poles and that is in practice today. The Mayor in the last couple years named several residents including Orthodox Jews as Chaplains. This Council is elected by the residents of Jackson to serve the best interest of all of our residents. Today we will move forward with Ordinance 06-20 to rescind 2017dormitory ordinance. The 2017 ordinance is redundant and before this dormitory applications would have to be heard before a Land Use Board for review and approval. Once approved it will

need still need to be reviewed and approved by the Land Use Board. Ordinance 05-20 will be tabled until June 23, 2020. It may be revisited on June 23, 2020. However from now to that scheduled meeting our Attorney will meet with the Department of Justice to clear out errors and statements in the documents. Hopes the Department of Justice will meet with our Attorney, realize the inaccuracies in the documents and move to publicly correct them. This governing body has inherited this situation and Jackson Township is inviting community to all. Our town has been attacked for years by outside entities and has never been able to tell our side of the story. We have been targeted negatively. If amicable discussions aren't made with the Department of Justice, Jackson will fight these allegations in court. All Jackson residents can practice their own faith, our sports teams have won State Championships, and Little League Baseball teams recently went to the World Series. Cheerleaders won the National Championships. All of our children should feel that they live in a great town and the Council will ensure this occurs.

**COUNCILMAN BRESSI –** waived comments.

**COUNCILMAN FLEMMING-** acknowledged all the hard work conducted by our township professionals and there is a lot of work to be continued. We have made strides in the direction that we are trying to go.

**COUNCILMAN KERN-** following the celebration of Memorial Day we need to reflect and thank the families of those who made the ultimate sacrifice so we can enjoy our freedoms of the United States. He stated he has received feedback on the Zoom meetings being inconvenient and non- effective in communicating resident's comments. He proposes to include two more Council meetings into the schedule for July 28 and August 25. The extra Council meetings will be included in a resolution and approved by Council. Bond Ordinance 07-20, is extraordinary and complimented Administration, Business Administration, and CFO for working to increase our bond rating of AA+ and by lowering the costs of improvements. They found $80,000 in unused funds to reduce our total amount of the bond and costs to the township. This will help by improving our township and to continue our "quality of life". The improvements include road drainage, safety in our town, purchase new township vehicles, recreational improvements, and record retention.

**APPROVE EXECUTIVE SESSION MEETING MINUTES: MAY 12, 2020**

**MOTION TO APPROVE BY: KERN
SECONDED BY: FLEMMING
YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**ORDINANCES, SECOND READING:**

**ORDINANCE 05-20 WAS TABLED TO JUNE 23, 2020.**

**ORDINANCE: 06-20
TITLE: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE SO AS TO REPEAL ORDINANCE 04-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON**

**PUBLIC HEARING OPENED:**

**ELENOR HANNUM- 7 EVERGREEN COURT-** asked for Ordinance 06-20 to be explained and asked what is being repealed.

**COUNCIL VICE PRESIDENT SAUICKIE-** Ordinance 06-20 is repealing an ordinance that was conducted in 2017, which restricted "dormitories" in the town. In the masterplan,

the ordinance is redundant. Ordinance 06-20 will rescind that Ordinance and restore the Ordinance to what it was prior to 2017.

**ATTORNEY MCGUCKIN**- Ordinance 04-17 prohibited dormitories and it rescinds that. Dormitories are not a "permitted use" even after this adoption.

**MICHELE WHARY- 751 HYSON ROAD-** asked where she can obtained more information on Ordinance 06-20. She stated she needs conduct research on the township website to inform herself of the matters taking place.

**TOWNSHIP CLERK KISTY-** stated the information is available on our township website. Asked Ms. Whary to contact her office to answer any questions and provide guidance on navigating the township website.

**COUNCIL VICE PRESIDENT SAUICKIE-** this Ordinance is being rescinded as it is redundant in our legislation which went into effect on 2017. There was sufficient legislation in 2017 and restores the books prior to 2017.

**COUNCILMAN BRESSI-** stated by taking this as the first step and having further discussions with the Department of Justice and trusting all their further views and following their requirements, he voted yes.

**MOTION TO CLOSE PUBLIC HEARING ON ORDINANCE 06-20 BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**MOTION TO APPROVE ORDINANCE 06-20 ON SECOND READING,**
**ADVERTISE THE NOTICE OF PASSAGE AND APPROVAL IN AN APPROVED**
**NEWSPAPER AS REQUIRED BY LAW BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

### ORDINANCE <u>06-20</u>

**NOW, THEREFORE, BE IT ORDAINED**, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

> **SECTION 1.**  Ordinance 04-17 be and hereby is repealed.

> **SECTION 2.**  All Ordinances or parts of Ordinances inconsistent herewith are hereby repealed.

> **SECTION 3.**  If any section, subsection, sentence, clause, phrase or portion of this Ordinance is for any reason held to be invalid or unconstitutional by a Court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

> **SECTION 4.**  This Ordinance shall take effect after second reading and publication as required by law.

DATE: _____          _____
                                                                        MAYOR MICHAEL REINA

### <u>NOTICE</u>

NOTICE IS HEREBY GIVEN that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **12th day of May, 2020**, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the **26th day of May , 2020**, at 6:00 p.m., at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any

persons desiring to be heard upon the same will be given the opportunity to be so heard. Should the building be closed to the public, then public comment will be available through Zoom Webinar on May 26, 2020.

_____
Janice Kisty, RMC
Jackson Township Clerk

**ORDINANCES, FIRST READING:**

**ORDINANCE:07 -20**
**TITLE: BOND ORDINANCE PROVIDING FOR VARIOUS CAPITAL IMPROVEMENTS AND THE ACQUISITION OF VARIOUS CAPITAL EQUIPMENT, APPROPRIATING $2,672,607.86 THEREFOR AND AUTHORIZING THE ISSUANCE OF $2,462,566.00 BONDS AND NOTES TO FINANCE A PORTION OF THE COSTS THEREOF, AND REAPPROPRIATING $80,432.86 IN EXCESS BOND PROCEEDS NOT NEEDED FOR THEIR ORIGINAL PURPOSES IN ORDER TO FINANCE A PORTION OF THE COST OF SAID IMPROVEMENTS, AUTHORIZED IN AND BY THE TOWNSHIP OF JACKSON, IN THE COUNTY OF OCEAN, NEW JERSEY**

**MOTION TO APPROVE ORDINANCE 07-20 ON FIRST READING, ADVERTISE THE APPROVAL AND NOTICE OF SECOND READING AND PUBLIC HEARING TO BE HELD ON JUNE 26, 2020 BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**ORDINANCE 07-20**
   **WHEREAS,** the Township of Jackson, in the County of Ocean, New Jersey (the "Township") finally adopted Bond Ordinance No. 09-07 on March 27, 2007, Bond Ordinance No. 19-09 on August 25, 2009, Bond Ordinance No. 03-12 on February 14, 2012, Bond Ordinance No. 18-13 on September 10, 2013, Bond Ordinance No. 20-14 on November 25, 2014, Bond Ordinance No. 21-15 on September 8, 2015, and Bond Ordinance No. 18-18 on September 11, 2018 (collectively, the "Ordinances"); and

   **WHEREAS,** following the effective dates of the Ordinances, the Township issued bonds to fully fund same and to finance the improvements or purposes authorized therein; and

   **WHEREAS,** the Township has determined that the improvements set forth in the Ordinances have either been completed in full or discontinued as a result of events occurring subsequent to the adoption of the Ordinances, as applicable; and

   **WHEREAS,** there currently remains on deposit in the Township capital accounts excess bond proceeds in the amount of $80,432.86, which excess bond proceeds are allocable to such project improvements in the Ordinances (the "Excess Proceeds"), but no longer necessary to complete such improvements or purposes authorized therein; and

   **WHEREAS,** in accordance with its statutory powers set forth in Section 39 of the Local Bond Law, N.J.S.A. 40A:2-1 et seq. (the "Local Bond Law"), the Township Council has determined that it is in the best interest of the Township to reappropriate the Excess Proceeds to finance improvements for which bonds may be issued, thereby, decreasing the amount of additional Township debt to finance such current capital needs; and

   **WHEREAS,** the Township Council now desires to reappropriate the Excess Proceeds to undertake the cost of various capital improvements and the acquisition of various capital equipment for the Township; and

**WHEREAS**, the Township Council also seeks to appropriate additional monies and authorize the issuance of additional bonds or notes to finance the remainder of the cost of various capital improvements and equipment acquisitions for the Township.

**NOW, THEREFORE, BE IT ORDAINED** by the TOWNSHIP COUNCIL OF THE TOWNSHIP OF JACKSON, IN THE COUNTY OF OCEAN, STATE OF NEW JERSEY (not less than two-thirds of all members thereof affirmatively concurring), AS FOLLOWS:

Section 1.     The following amounts of Excess Proceeds of the Ordinances are no longer necessary for the improvements or purposes for which they were appropriated, authorized and issued:

| Ordinance Number | Excess Proceeds |
|---|---|
| 09-07 | $ 34,286.51 |
| 19-09 | $ 410.83 |
| 03-12 | $ 3,227.86 |
| 18-13 | $ 26.15 |
| 20-14 | $ 124.66 |
| 21-15 | $ 42,346.97 |
| 18-18 | $ 9.88 |

Section 2.     The total amount of $80,432.86 Excess Proceeds is hereby reappropriated pursuant to N.J.S.A. 40A:2-39, N.J.S.A. 40:49-1 et seq. and this bond ordinance, and shall be used to finance the undertaking of the Township of various general capital improvements or purposes for which funds may be appropriated and bonds may be issued. Said general improvements are set forth herein in Section 5(a)(iii).

Section 3.     The improvements described in Section 5(a) of this bond ordinance are hereby authorized as general improvements to be undertaken in and by the Township. For the improvements or purposes described in Section 5(a), there is hereby appropriated the sum of $2,672,607.86, said sum being inclusive of all appropriations heretofore made therefor, including the sum of $80,432.86 Excess Proceeds and the sum of $129,609.00 as the down payment for said purposes as required by the Local Bond Law, N.J.S.A. 40A:2-1 et seq. The down payment is now available by virtue of provision for down payment or for capital improvement purposes in the Capital Improvement Fund of one or more previously adopted budgets.

Section 4.     In order to finance the costs of said improvements or purposes not provided for by the application of the down payment, negotiable bonds are hereby authorized to be issued in the principal amount not to exceed $2,462,566.00, pursuant to the Local Bond Law. In anticipation of the issuance of said bonds and to temporarily finance said improvements or purposes, negotiable bond anticipation notes are hereby authorized to be issued pursuant to and within the limitations prescribed by the Local Bond Law.

Section 5.     (a) The improvements hereby authorized and the purposes for which the obligations are to be issued consist of:

i)     various road/drainage/sidewalk improvements, with a total appropriation and estimated cost of $1,764,000.00, an estimated maximum amount of bonds or notes therefor of $1,675,800.00, and an average period of usefulness of twenty (20) years;

ii)     the purchase and outfitting of new police vehicles, with a total appropriation and estimated cost of $263,750.00, estimated amount of

bonds and notes therefor of $250,562.50, and an average period of usefulness of five (5) years;

iii)    the purchase and outfitting of new vehicles for various Township departments, with a total appropriation and estimated cost of $207,032.86 including $80,432.86 of the Excess Proceeds, estimated amount of bonds and notes therefor of $120,270.00, and an average period of usefulness of five (5) years;

iv)    various recreational improvements, including, but not limited to, turf repair, with a total appropriation and estimated cost of $211,000.00, estimated maximum amount of bonds or notes therefor of $200,450.00, and an average period of usefulness of fifteen (15) years;

v)    records retention, with a total appropriation and estimated cost of $79,125.00, estimated maximum amount of bonds or notes therefor of $75,168.50, and an average period of usefulness of five (5) years; and

vi)    the acquisition of various public works vehicles and equipment, including, but not limited to, a pickup truck with snow plow and trailer tow package, and garbage truck upgrade, with a total appropriation and estimated cost of $147,700.00, estimated maximum amount of bonds or notes therefor of $140,315.00, and an average period of usefulness of five (5) years,

together with all purposes necessary, incidental or appurtenant thereto, all as shown on and in accordance with contracts, plans, specifications or requisitions therefor on file with or through the Township Clerk, as finally approved by the governing body of the Township.

(b)  The estimated maximum amount of bonds or notes to be issued for the improvements or purposes described in Section 5(a) hereof is $2,462,566.00, as stated in Section 2 hereof.

(c)  The estimated cost of the improvements or purposes described in Section 5(a) hereof is $2,672,607.86, which is equal to the amount of the appropriation herein made therefor.  The excess of the appropriation of $2,672,607.86 over the estimated maximum amount of bonds or notes to be issued therefor being the sum of $80,432.86 Excess Proceeds and the sum of $129,609.00 as the down payment.

Section 6.       All bond anticipation notes issued hereunder shall mature at such times as may be determined by the chief financial officer of the Township, provided that no note shall mature later than one (1) year from its date.  All notes issued hereunder may be renewed from time to time subject to the provisions of N.J.S.A. 40A:2-8.  The notes shall bear interest at such rate or rates and be in such form as may be determined by the chief financial officer, who shall determine all matters in connection with notes issued pursuant to this ordinance, and the chief financial officer's signature upon the notes shall be conclusive evidence as to all such determinations.  The chief financial officer is hereby authorized to sell part or all of the notes from time to time at public or private sale and to deliver them to the purchasers thereof upon receipt of payment of the purchase price plus accrued interest from their dates to the date of delivery thereof.  The chief financial officer is directed to report in writing to the governing body at the meeting next succeeding the date when any sale or delivery of such notes occurs, such report shall include the amount, the description, the interest rate and the maturity schedule of the notes sold, the price obtained and the name of the purchaser.

Section 7.       The following additional matters are hereby determined, declared, recited and stated:

(a)  The improvements or purposes described in Section 5(a) of this bond ordinance are not a current expense and are improvements or purposes that the Township may lawfully undertake as general improvements, and no part of the cost thereof has been or shall be specially assessed on property specially benefited thereby.

(b)  The average period of usefulness of the improvements or purposes, within the limitations of the Local Bond Law and taking into consideration the amount of the obligations authorized for said purposes, according to the reasonable life thereof computed from the date of the bonds authorized by this bond ordinance, is 16.02 years.

(c)  The Supplemental Debt Statement required by the Local Bond Law has been duly prepared and filed in the office of the Township Clerk, and a complete executed duplicate thereof has been filed in the office of the Director of the Division of Local Government Services in the Department of Community Affairs of the State of New Jersey.  Such Statement shows that the gross debt of the Township as defined in the Local Bond Law is increased by the authorization of the bonds and notes provided in this bond ordinance by $2,462,566.00 and the obligations authorized herein will be within all debt limitations prescribed by that Law.

(d)  An aggregate amount not exceeding $337,175.00 for interest on said obligations, costs of issuing said obligations, engineering costs, legal fees and other items of expense listed in and permitted under N.J.S.A. 40A:2-20 is included as part of the cost of said improvements and is included in the estimated cost indicated herein for said improvements.

(e)      To the extent that moneys of the Township are used to finance, on an interim basis, costs of said improvements or purposes, the Township reasonably expects such costs to be paid or reimbursed with the proceeds of obligations issued pursuant hereto.  This ordinance shall constitute a declaration of official intent for the purposes and within the meaning of Section 1.150-2(e) of the United States Treasury Regulations.

Section 8.      The capital budget of the Township is hereby amended to conform with the provisions of this ordinance to the extent of any inconsistency herewith.  The resolution in the form promulgated by the Local Finance Board showing full detail of the amended capital budget and capital program as approved by the Director of the Division of Local Government Services is on file with the Township Clerk and is available there for public inspection.

Section 9.      Any grant or similar moneys from time to time received by the Township for the improvements or purposes described in Section 5(a) hereof, shall be applied either to direct payment of the cost of the improvements within the appropriation herein authorized or to payment of the obligations issued pursuant to this ordinance.  The amount of obligations authorized but not issued hereunder shall be reduced to the extent that such funds are received and so used.

Section 10.      The full faith and credit of the Township are hereby pledged to the punctual payment of the principal of and the interest on the obligations authorized by this bond ordinance.  The obligations shall be direct, unlimited obligations of the Township, and, unless paid from other sources, the Township shall be obligated to levy ad valorem taxes upon all the taxable property within the Township for the payment of the obligations and the interest thereon without limitation as to rate or amount.

Section 11.      The Township covenants to maintain the exclusion from gross income under section 103(a) of the Code, of the interest on all bond proceeds reappropriated by this bond ordinance.

Section 12.      This bond ordinance shall take effect twenty (20) days after the first publication thereof after final adoption, as provided by the Local Bond Law.

Date: _____

_____
MAYOR MICHAEL REINA

**NOTICE**

**NOTICE IS HEREBY GIVEN** that the foregoing ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **26th day of May, 2020**, and will be considered for

second reading and final passage at a regular meeting of the Township Council to be held on the **9th  day of June, 2020** at 6:00 p.m. or soon thereafter as this matter can be reached at the Township Municipal Building located on 95 West Veterans Highway in Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard.

_____
Janice Kisty, RMC
Township Clerk

**PUBLIC COMMENT OPENED, RESOLUTIONS ONLY**

**NO ONE CAME FORWARD.**

**MOTION TO CLOSE PUBLIC COMMENT, RESOLUTIONS ONLY BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**RESOLUTION 213R-20**
**TITLE: RESOLUTION OF THE TOWNSHIP OF JACKSON, OCEAN COUNTY, NEW JERSEY AUTHORIZING RELEASE OF THE PERFORMANCE BOND POSTED BY STAFFORD CONTRACTING, LLC (OAKS AT JACKSON, a/k/a/The Ponds at Jackson 21), BLOCK 4101, LOT 20.01 (FREEHOLD ROAD)**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

 **WHEREAS**, Stafford Contracting, LLC has requested the release of the Performance Bond for Oaks at Jackson, a/k/a The Ponds at Jackson 21) Block 4101, Lot 20.01, Jackson Township; and

 **WHEREAS,** the Performance Guarantee consists of $135,303.48 in the form of a Performance Bond  #SNN4006411 issued by Nationwide Mutual Insurance Company and a Cash Bond in the amount of $15,033.72; and

 **WHEREAS**, Julio Vega Jr. of T&M Associates, Township Engineer, has reviewed and approved the release of said Performance Bond in letter report dated May 11, 2020 which letter report is made a part hereof; and

 **WHEREAS**, the Township Council of the Township of Jackson has considered the application and the report of the Engineer;

 **NOW, THEREFORE, BE IT RESOLVED**, by the Township Council of the Township of Jackson, County of Ocean and State of New Jersey, that the Performance Bond # SNN4006411 in the amount of $135,303.48 issued by Nationwide Mutual Insurance Company and a Cash Bond in the amount of $15,033.72, heretofore posted with the Township may and hereby is released on the condition that the applicant:

 1. Post a Maintenance Bond with the Township in the amount of $22,550.58 subject to the review and approval of the Township Attorney.  Said Maintenance Bond shall run for a period of two (2) years.

 2. This resolution of release is further contingent upon the applicant/developer reimbursing the Township for the cost of any and all outstanding construction inspection fees and the cost of any and all other charges as per Township ordinance for the release of said Maintenance Guarantees.

Copies of this resolution to Administration, Finance, Applicant/Developer and Township Engineer.  The Mayor and Township Clerk are authorized to sign or issue any appropriate documentation to give effect to the within resolution.


_____
**JANICE KISTY, R.M.C.**
**DATED: 5-26-20**                                 **TOWNSHIP CLERK**

**RESOLUTION 214R-20**
**TITLE: AUTHORIZE CAPITAL BUDGET AMENDMENT OF THE JACKSON TOWNSHIP MUNICIPAL CAPITAL BUDGET FOR CY 2020**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**WHEREAS**, the local capital budget for the year 2020 was adopted on the 28 day of April, 2020, and;

**WHEREAS**, it is desired to amend said adopted capital budget.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, State of New Jersey that the attached amendment to the adopted capital budget be made.

**BE IT FURTHER RESOLVED** that three certified copies of this resolution be filed forthwith to the Director, Division of Local Government Services

**Township of Jackson**                                              214R-20

**Capital Budget Request - 2020 - Amended**                         05/26/2020

| PROJECT TITLE | 2020 Bond Ordinance |
|---|---|
| ENGINEERING Road/Drainage Improvements/Sidewalks-TBD | 1,470,000.00 |
| POLICE Purchase & Outfit New Vehicles | 250,000.00 |
| Purchase & Outfit New Vehicles-Various Departments | 120,000.00 |
| RECREATION Improvements (including Turf repair) | 200,000.00 |
| ALL DEPARTMENTS-Record Retention | 75,000.00 |
| DPW Pickup Truck with Snow Plow & Trailer Tow package | 80,000.00 |
| DPW Garbage Truck Upgrade | 20,000.00 |
| DPW Misc Vehicles & Equipment | 40,000.00 |
| Section 2/20 Costs (20% Roads, 5.5% All Else) | 337,175.00 |
| **GRAND TOTAL - ALL PROJECTS** | 2,592,175.00 |

_____

**JANICE KISTY, R.M.C.**

**DATED: 5-26-20**                              **TOWNSHIP CLERK**

**RESOLUTION 215R-20**
**TITLE: RESOLUTION AUTHORIZING THE AWARD OF A CONTRACT FOR EXTRAORDINARY MEDICAL EQUIPMENT DUE TO THE COVID-19 PANDEMIC TO ROYAL HOLDINGS TECHNOLOGIES CORP D/B/A X.LABS IN THE AMOUNT OF $19,808.12**

**COUNCIL VICE PRESIDENT SAUICKIE-** complimented the Administration Department for obtaining the agreement in a quick time frame. This is tied to COVID-19 and additional equipment and technology will help reopen town hall.

**BUSINESS ADMINISTRATOR WALL-** we are seeking to obtain a 75% reimbursement from FEMA and will seek to obtain the balance from the County of Ocean.

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: KERN**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

WHEREAS, as a result of the COVID-19 Pandemic, the Township Council of the Township of Jackson finds it necessary to purchase thermal imaging equipment for fever screenings in order to ensure the safety of residents and employees working at municipal buildings and limit the spread of the Coronavirus; and

WHEREAS,in accordance with the provisions of N.J.S.A. 40A:11-6, a municipality is authorized to enter into a contract without public advertising for bids and bidding therefor when an emergency affecting the public health, safety or welfare requires the immediate delivery of goods or the performance of services; and

WHEREAS, if the material sought to be purchased is less than the bid threshold, the Township is required to obtain quotes from at least two vendors; and

WHEREAS, the Township cannot obtain two quotes in this instance, however due to the emergency set forth herein, the Township wishes to authorize a contract for the purchase of thermal imaging equipment; and

WHEREAS, Royal Holdings Technologies Corp d/b/a X.Labs has advised it will provide the extraordinary medical equipment for a total of $19,808.12, as per their invoice number 1031 dated May 21, 2020; and

WHEREAS, the Township Council wishes to authorize the purchase of extraordinary medical equipment due to the COVID-19 Pandemic from Royal Holdings Technologies Corp d/b/a X.Labs in the amount of $19,808.12; and

NOW, THEREFORE, BE IT RESOLVED, by the Township Council of the Township of Jackson, County of Ocean and State of New Jersey, as follows:

1. The Council hereby authorizes its officials to execute any and all documents necessary to implement this Resolution; and

2. A copy of this Resolution be forwarded to the following:

a) Royal Holdings Technologies Corp d/b/a X.Labs;

b) All Council Members;

c) Terence Wall, Township Administrator;

d) Honorable Michael Reina, Mayor;

e) Janice Kisty, Township Clerk.

_____
**JANICE KISTY, R.M.C.**
**DATED: 5-26-20**                                **TOWNSHIP CLERK**

**BILLS AND CLAIMS:**

**MOTION TO APPROVE BILLS AND CLAIMS BY: FLEMMING**
**MOTION SECONDED BY: KERN**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**
**ABSTAIN: KERN (SUR 09)**
**CHECK#            VENDOR                                      AMOUNT**

Firefox                                                                                          about:blank

May 27, 2020                              TOWNSHIP OF JACKSON                              Page No: 1
08:39 AM                                Check Register By Check Date

| Range of Checking Accts: First | to Last | Range of Check Dates: 05/26/20 to 05/26/20 |
| Report Type: All Checks | | Report Format: Super Condensed  Check Type: Computer: Y  Manual: Y  Dir Deposit: Y |

| Check # Check Date Vendor | | Amount Paid | Reconciled/Void Ref Num |
|---|---|---|---|

AFF HS REHAB PR  AFFORDABLE HOUSING REHAB PROG

| | | Amount Paid | | Ref Num |
|---|---|---|---|---|
| 1109 05/26/20  PED03 | PEDERSEN CONSTRUCTION | 10,000.00 | | 7070 |
| 1110 05/26/20  REH04 | REHABCO,INC. | 1,500.00 | | 7070 |

Checking Account Totals

| | Paid | Void | Amount Paid | Amount Void |
|---|---|---|---|---|
| Checks: | 2 | 0 | 11,500.00 | 0.00 |
| Direct Deposit: | 0 | 0 | 0.00 | 0.00 |
| Total: | 2 | 0 | 11,500.00 | 0.00 |

CAPITAL

| 61891 05/26/20  MEC02 | MECO,INC. | 832,883.55 | 7067 |
|---|---|---|---|

Checking Account Totals

| | Paid | Void | Amount Paid | Amount Void |
|---|---|---|---|---|
| Checks: | 1 | 0 | 832,883.55 | 0.00 |
| Direct Deposit: | 0 | 0 | 0.00 | 0.00 |
| Total: | 1 | 0 | 832,883.55 | 0.00 |

CURRENT

| 102662 05/26/20  JAC15 | JACKSON TOWNSHIP P/R ACCOUNT | 803,400.17 | | 7065 |
|---|---|---|---|---|
| 102663 05/26/20  ALL54 | ALL FUR PAWS ANIMAL HOSPITAL | 205.16 | | 7065 |
| 102664 05/26/20  ARR01 | ARROW LOCKSMITH & SECURITY INC | 140.00 | | 7065 |
| 102665 05/26/20  ASB01 | ASBURY PARK PRESS, INC. | 42.75 | | 7065 |
| 102666 05/26/20  ATL31 | ATLAS ELEVATOR INC. | 600.00 | | 7065 |
| 102667 05/26/20  BRI18 | VAN WICKLE AUTO SUPPLY | 467.15 | | 7065 |
| 102668 05/26/20  CAN13 | CANON SOLUTIONS AMERICA,INC. | 153.65 | | 7065 |
| 102669 05/26/20  CAR02 | CARLSON'S AUTOMOTIVE BODY SHOP | 444.50 | | 7065 |
| 102670 05/26/20  CED01 | CEDE & COMPANY | 633,812.50 | | 7065 |
| 102671 05/26/20  CHE03 | CHERRY VALLEY TRACTOR SALES | 600.60 | | 7065 |
| 102672 05/26/20  CON51 | CONSTELLATION NEW ENERGY INC | 6,586.57 | | 7065 |
| 102673 05/26/20  CRA05 | PETRO CHOICE | 2,631.40 | | 7065 |
| 102674 05/26/20  DAV16 | CHRISTIAN DAVID | 159.83 | | 7065 |
| 102675 05/26/20  DEL01 | DELTA DENTAL PLAN OF N.J. INC. | 18,846.19 | | 7065 |
| 102676 05/26/20  DEL06 | DELL MARKETING L.P. | 1,265.69 | | 7065 |
| 102677 05/26/20  ENT06 | ENTERPRISE RENT A CAR | 1,358.00 | | 7065 |
| 102678 05/26/20  EYE01 | EYEMED VISION CARE/FAA INC. | 533.25 | | 7065 |
| 102679 05/26/20  GAN01 | GANN LAW BOOKS INC. | 410.00 | | 7065 |
| 102680 05/26/20  GAR28 | GARDEN STATE MUNICIPAL JIF | 11,632.50 | | 7065 |
| 102681 05/26/20  GER17 | GERTNER & GERTNER LLC | 150.00 | | 7065 |
| 102682 05/26/20  HUN03 | HUNTER JERSEY PETERBILT | 1,499.97 | | 7065 |
| 102683 05/26/20  IND01 | INDUSTRIAL WELDING SUPPLY INC. | 250.35 | | 7065 |
| 102684 05/26/20  INT21 | INTERNATIONAL CODE COUNCIL | 784.68 | | 7065 |
| 102685 05/26/20  JAC12 | JACKSON TWP. BOARD OF ED. | 7,847,148.00 | | 7065 |
| 102686 05/26/20  JAC56 | JACKSON TWP MUNICIPAL COURT | 245.00 | | 7065 |
| 102687 05/26/20  JCP01 | JERSEY CENTRAL POWER & LIGHT | 0.00 | 05/26/20 VOID | 0 |
| 102688 05/26/20  JCP01 | JERSEY CENTRAL POWER & LIGHT | 23,547.52 | | 7065 |
| 102689 05/26/20  JOH03 | JOHNSON & TOWERS INC. | 120.84 | | 7065 |
| 102690 05/26/20  KIS04 | VASHTI KISHORE | 129.78 | | 7065 |
| 102691 05/26/20  MER10 | MERIDIAN OCCUPATIONAL HEALTH | 220.00 | | 7065 |
| 102692 05/26/20  MOG01 | EDWARD L MOGILA | 360.00 | | 7065 |
| 102693 05/26/20  MUL16 | MULTI TEMP MECHANICAL, INC. | 1,965.92 | | 7065 |
| 102694 05/26/20  OCE05 | OCEAN CTY RECYCLING CTR, INC. | 696.75 | | 7065 |

Firefox      about:blank

| Check # | Check Date | Vendor | | Amount Paid | Reconciled/Void Ref Num |
|---------|-----------|--------|--|-------------|-------------------------|
| CURRENT | | | Continued | | |
| 102695 | 05/26/20 | OFF06 | OFFICE NEEDS | 551.05 | 7065 |
| 102696 | 05/26/20 | OWE01 | OWEN LITTLE & ASSOC., INC. | 1,330.00 | 7065 |
| 102697 | 05/26/20 | POT05 | SANITARY SOLUTIONS INC. | 857.00 | 7065 |
| 102698 | 05/26/20 | PRI30 | PRIMEPOINT | 532.00 | 7065 |
| 102699 | 05/26/20 | RJW01 | R.J. WALSH ASSOCIATES,INC. | 468.00 | 7065 |
| 102700 | 05/26/20 | SJS01 | SJSHORE MARKETING, LLC | 1,140.00 | 7065 |
| 102701 | 05/26/20 | SOU21 | SOUTH JERSEY ENERGY COMPANY | 0.00 | 05/26/20 VOID   0 |
| 102702 | 05/26/20 | SOU21 | SOUTH JERSEY ENERGY COMPANY | 849.02 | 7065 |
| 102703 | 05/26/20 | SPE15 | ROBERT SPELLMON | 42.00 | 7065 |
| 102704 | 05/26/20 | STA01 | NJSHBP | 374,526.45 | 7065 |
| 102705 | 05/26/20 | VER08 | VERIZON WIRELESS | 266.11 | 7065 |
| 102706 | 05/26/20 | WAS01 | WASTE MANAGEMENT OF N.J. INC. | 444.76 | 7065 |
| 102707 | 05/26/20 | WAT03 | WATCHUNG SPRING WATER | 30.95 | 7065 |
| 102708 | 05/26/20 | WIN11 | KELLY WINTHROP, LLC | 245.00 | 7065 |

| Checking Account Totals | | Paid | Void | Amount Paid | Amount Void |
|-------------------------|--|------|------|-------------|-------------|
| | Checks: | 45 | 2 | 9,741,691.06 | 0.00 |
| | Direct Deposit: | 0 | 0 | 0.00 | 0.00 |
| | Total: | 45 | 2 | 9,741,691.06 | 0.00 |

DEV FEES-COAH    DEV FEES - COAH (NEW)

| Check # | Check Date | Vendor | | Amount Paid | Ref Num |
|---------|-----------|--------|--|-------------|---------|
| 360 | 05/26/20 | JAC08 | JACKSON TOWNSHIP CURRENT FUND | 4,339.00 | 7073 |
| 361 | 05/26/20 | JDM01 | JDM PLANNING ASSOC., LLC | 595.00 | 7073 |
| 362 | 05/26/20 | SUR09 | SURENIAN, EDWARDS & NOLAN LLC | 8,868.79 | 7073 |

| Checking Account Totals | | Paid | Void | Amount Paid | Amount Void |
|-------------------------|--|------|------|-------------|-------------|
| | Checks: | 3 | 0 | 13,802.79 | 0.00 |
| | Direct Deposit: | 0 | 0 | 0.00 | 0.00 |
| | Total: | 3 | 0 | 13,802.79 | 0.00 |

DEVELOPERS-OF    DEVELOPERS-OCEAN FIRST

| Check # | Check Date | Vendor | | Amount Paid | Ref Num |
|---------|-----------|--------|--|-------------|---------|
| 66667 | 05/26/20 | JAC15 | JACKSON TOWNSHIP P/R ACCOUNT | 8,310.00 | 7066 |
| 66668 | 05/26/20 | COO10 | COOKS BRIDGE PLAZA LLC | 17,226.08 | 7066 |
| 66669 | 05/26/20 | EDH01 | EDH ENGINEERING SERVICES, LLC | 2,625.00 | 7066 |
| 66670 | 05/26/20 | EXP04 | EXPRESS SYSTEMS | 38,891.56 | 7066 |
| 66671 | 05/26/20 | GER17 | GERTNER & GERTNER LLC | 1,001.29 | 7066 |
| 66672 | 05/26/20 | REM01 | REMINGTON,VERNICK & VENA ENG. | 1,118.00 | 7066 |
| 66673 | 05/26/20 | RIT03 | RITE AID OF NJ, INC. | 2,881.14 | 7066 |
| 66674 | 05/26/20 | TM02 | T & M ASSOCIATES | 6,775.50 | 7066 |

| Checking Account Totals | | Paid | Void | Amount Paid | Amount Void |
|-------------------------|--|------|------|-------------|-------------|
| | Checks: | 8 | 0 | 78,828.57 | 0.00 |
| | Direct Deposit: | 0 | 0 | 0.00 | 0.00 |
| | Total: | 8 | 0 | 78,828.57 | 0.00 |

DOG    DOG ACCOUNT - NEW

| Check # | Check Date | Vendor | | Amount Paid | Ref Num |
|---------|-----------|--------|--|-------------|---------|
| 880 | 05/26/20 | JAC15 | JACKSON TOWNSHIP P/R ACCOUNT | 1,260.09 | 7069 |
| 881 | 05/26/20 | NJS04 | N.J.STATE DEPT. OF HEALTH | 238.80 | 7069 |

Firefox                                                                                    about:blank

```
May 27, 2020                              TOWNSHIP OF JACKSON                        Page No: 3
08:39 AM                              Check Register By Check Date


   Check # Check Date Vendor                          Amount Paid    Reconciled/Void Ref Num

DOG              DOG ACCOUNT - NEW              Continued
Checking Account Totals        Paid      Void       Amount Paid      Amount Void
                   Checks:       2         0          1,498.89           0.00
             Direct Deposit:     0         0             0.00            0.00
                    Total:       2         0          1,498.89           0.00


GENERAL  TRUST
   62202  05/26/20  JAC15    JACKSON TOWNSHIP P/R ACCOUNT       35,784.96            7072
   62203  05/26/20  CRO17    CROSS COUNTRY                       2,397.60            7072
   62204  05/26/20  JAC08    JACKSON TOWNSHIP CURRENT FUND         161.28            7072
   62205  05/26/20  WEG01    WE GOTCHA COVERED INC                 420.00            7072

Checking Account Totals        Paid      Void       Amount Paid      Amount Void
                   Checks:       4         0         38,763.84           0.00
             Direct Deposit:     0         0             0.00            0.00
                    Total:       4         0         38,763.84           0.00

OPEN SPACE
    9210  05/26/20  CED01    CEDE & COMPANY                     36,975.00            7071

Checking Account Totals        Paid      Void       Amount Paid      Amount Void
                   Checks:       1         0         36,975.00           0.00
             Direct Deposit:     0         0             0.00            0.00
                    Total:       1         0         36,975.00           0.00

PARKS  REC
   67105  05/26/20  JAC15    JACKSON TOWNSHIP P/R ACCOUNT        1,170.29            7068
   67106  05/26/20  BAL12    DENISE BALO                            80.00            7068
   67107  05/26/20  BAR73    JASON BARNES                           80.00            7068
   67108  05/26/20  CAP15    CAPTUREPOINT                        4,075.00            7068
   67109  05/26/20  CAR66    LINDSAY CARROLL                       155.00            7068
   67110  05/26/20  CEG01    PATRICIA CEGLIE                        80.00            7068
   67111  05/26/20  FIS10    ERIN FISCHER                           80.00            7068
   67112  05/26/20  GAL24    TANYA GALLIPOLI                        80.00            7068
   67113  05/26/20  LOP10    RANDI LOPEZ                            80.00            7068
   67114  05/26/20  ORT04    NICOLE ORTIZ                           80.00            7068
   67115  05/26/20  OWE03    BIANCA OWEN                          1,872.00            7068
   67116  05/26/20  REE12    JAMES REED                          1,721.00            7068
   67117  05/26/20  SIG12    ANNA SIGNORILE                         80.00            7068
   67118  05/26/20  VAZ02    HELEN VAZQUEZ                         155.00            7068
   67119  05/26/20  VES03    NATALIE VESCI                          80.00            7068

Checking Account Totals        Paid      Void       Amount Paid      Amount Void
                   Checks:      15         0          9,868.29           0.00
             Direct Deposit:     0         0             0.00            0.00
                    Total:      15         0          9,868.29           0.00

Report Totals                  Paid      Void       Amount Paid      Amount Void
                   Checks:      81         2      10,765,811.99           0.00
             Direct Deposit:     0         0             0.00            0.00
                    Total:      81         2      10,765,811.99           0.00
```

Firefox                                                                                                     about:blank

| May 27, 2020 08:39 AM | | TOWNSHIP OF JACKSON Check Register By Check Date | | | Page No: 4 |
|---|---|---|---|---|---|

| Totals by Year-Fund Fund Description | Fund | Budget Total | Revenue Total | G/L Total | Total |
|---|---|---|---|---|---|
| | 0-01 | 9,739,946.53 | 0.00 | 0.00 | 9,739,946.53 |
| | 0-17 | 238.80 | 0.00 | 0.00 | 238.80 |
| | 0-20 | 0.00 | 4,339.00 | 0.00 | 4,339.00 |
| Year Total: | | 9,740,185.33 | 4,339.00 | 0.00 | 9,744,524.33 |
| | 9-01 | 912.50 | 0.00 | 0.00 | 912.50 |
| | C-04 | 832,883.55 | 0.00 | 0.00 | 832,883.55 |
| | G-02 | 832.03 | 0.00 | 0.00 | 832.03 |
| | T-12 | 38,763.84 | 0.00 | 0.00 | 38,763.84 |
| | T-13 | 9,868.29 | 0.00 | 0.00 | 9,868.29 |
| | T-17 | 1,260.09 | 0.00 | 0.00 | 1,260.09 |
| | T-19 | 36,975.00 | 0.00 | 0.00 | 36,975.00 |
| | T-20 | 20,963.79 | 0.00 | 0.00 | 20,963.79 |
| Year Total: | | 107,831.01 | 0.00 | 0.00 | 107,831.01 |
| Total Of All Funds: | | 10,682,644.42 | 4,339.00 | 0.00 | 10,686,983.42 |

Firefox                                                                                                        about:blank

| | | |
|---|---|---|
| May 27, 2020<br>08:39 AM | TOWNSHIP OF JACKSON<br>Check Register By Check Date | Page No: 5 |

| Project Description | Project No. | Project Total |
|---|---|---|
| PERFORMANCE BOND/EXPRESS SYSTE | 1512-2528 | 38,891.56 |
| 7760145671-COOKS BRIDGE PLAZA | P31349 | 17,226.08 |
| PARAMOUNT ROYAL GROVE/MEGAN'S | P31387 | 1,379.00 |
| RITE AID OF NEW JERSEY | P31749 | 2,881.14 |
| MAJ SBDV/10 LOTS/GRANTOWN ACR | P32186 | 2,400.00 |
| ROYAL GROV SEC II/JRJ PROPERTI | P32211 | 5,396.50 |
| 7200065093 CLEARING | TWP00002 | 150.00 |
| VERIZON- | TWPOE114 | 1,170.00 |
| JCP&L PLANNED | TWPOE132 | 540.00 |
| HACKENSACK MERIDIAN HEALTH | TWPOE158 | 4,800.00 |
| ASPLUNDH TREE | TWPOE256 | 840.00 |
| 60 ACRES | TWPOE65 | 960.00 |
| SANTANDER BANK SIGN/S-BNK JKSN | Z32192 | 1,631.79 |
| VETERINARY HOSPITAL/KKV INVEST | Z32193 | 150.00 |
| ASPHALT CONTRACTOR/LACZYNSKI | Z32204 | 412.50 |
| Total Of All Projects: | | 78,828.57 |

**CONSENT AGENDA, ONE VOTE FOR ALL OF THE FOLLOWING RESOLUTIONS:**

**RESOLUTION 216R-20**
**TITLE: APPROVE JACKSON TOWNSHIP COUNCIL SPECIAL MEETING MINUTES OF MAY 5, 2020**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

     **WHEREAS,** official Minutes of Jackson Township Council meetings have been prepared; and

**WHEREAS,** the Township Clerk has reviewed these Minutes and has submitted them to the Town Council for their approval.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, that;

1. The following Minutes are hereby approved by the Jackson Township Council:

    MAY 5, 2020

2. Copies of this resolution to any interested parties.

_____
**JANICE KISTY, R.M.C.**
**DATED: 05-26-20**              **TOWNSHIP CLERK**

---

**RESOLUTION 217R-20**
**TITLE: AUTHORIZE TAX OVERPAYMENT REFUNDS**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**WHEREAS,** it has been determined by the Township Tax Collector that the taxpayers as indicated on the attached Schedule "A" are entitled to overpayment refunds, and;

**WHEREAS,** it is the desire of the Township Council to have these overpayments returned to the respective taxpayers;

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, State of New Jersey, that:

1. The Tax Collector is hereby authorized to make overpayment refunds in the amount shown and to the taxpayers, as appears on Schedule "A" which made apart hereof.

2. Copies of this Resolution to the Tax Collector.

**TOWNSHIP OF JACKSON**

**OVERPAYMENT REFUNDS**
**RESOLUTION 217R-20**
**MAY 26, 2020**

| BLOCK | LOT | NAME | YEAR-QTR | AMOUNT |
|-------|-----|------|----------|--------|
| 999 | 999 | Jackson Twp Municipal Court | 2020/1st | $ 35.00 |
| | | | 2020/2nd | $175.00 |
| | | | 2020/3rd | $ 35.00 |
| | | | Total: | $245.00 |

_____
**JANICE KISTY, R.M.C.**
**DATED: 5-26-20**              **TOWNSHIP CLERK**

**RESOLUTION 218R-20**
**TITLE: APPROVE CHIEF FINANCIAL OFFICER'S REPORT FOR MONTH OF APRIL 2020**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

      **WHEREAS**, the Chief Financial Officer has submitted the April 2020 monthly report; and

      **WHEREAS**, the Township Clerk has submitted the report to the Township Council for their approval.

      **NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, State of New Jersey as follows:

1. The Chief Financial Officer's monthly report for April 2020 is hereby approved.

2. Copies of this Resolution to Administrator, Township Attorney, and any other interested parties.

                                     _____
                                     **JANICE KISTY, R.M.C.**
**DATED: 5-26-20**                    **TOWNSHIP CLERK**

---

**RESOLUTION 219R-20**
**TITLE: AUTHORIZE SUBMISSION AND ACCEPTANCE OF FY 2020 BULLETPROOF VEST PARTNERSHIP FUND GRANT THROUGH THE U.S. DEPARTMENT OF JUSTICE**

**MOTION TO APPROVE BY:KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

      **WHEREAS,** the Township of Jackson wishes to submit a grant application to the U.S. Department of Justice for the FY 2020 Bulletproof Vest Partnership Fund Grant; and

      **WHEREAS**, the amount of said funding will be determined at a later date by the U.S. Department of Justice and upon said grant award determination, the Township of Jackson will apply for a 2020 Budget Amendment to the Division of Local Government Services in accordance with N.J.S.A. 40A:4-87; and

      **WHEREAS**, it is necessary for the Township Council to adopt a resolution authorizing the submission and acceptance of this grant application.

      **NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, State of New Jersey, that the submission and acceptance of the above Bulletproof Vest Partnership Fund Grant application for FY 2020 is hereby authorized.

      Certified Copies of this resolution to be filed with Municipal Administrator, Police Officer Vincent Rubio, Chief of Police and any other interested parties.

                                       _____
                                     **JANICE KISTY, R.M.C.**
**DATED: 05-26-20**                  **TOWNSHIP CLERK**

---

**RESOLUTION 220R-20**
**TITLE: RESOLUTION AUTHORIZING THE EXECUTION OF A DETENTION/STORMWATER BASIN OWNERSHIP, OPERATION AND**

**MAINTENANCE AGREEMENT WITH JACKSON PROPERTIES, INC. ON BLOCK 2101, LOT 5.01 (485 HYSON ROAD)**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

      **WHEREAS**, Jackson Properties, Inc. is the developer of property located at Block 2101, Lot 5.01, comprised of a contractor shop and warehouse building on a 1.86 acre parcel; and

      **WHEREAS**, the Township Ordinance 244-209(J)(2) requires the Developer to enter into an Agreement with the Township concerning the ownership, operation, repair and maintenance of the detention pond for the development; and

      **WHEREAS**, the Ownership, Operation and Maintenance Agreement sets forth the requirement of the maintenance, in perpetuity, of the detention basin which is to be constructed upon the subject property; and

      **WHEREAS**, it is the desire of the governing body to authorize the execution of the Ownership, Operation and Maintenance Agreement with Jackson Properties, Inc. which is attached hereto and incorporated herein as Schedule A.

      **NOW, THEREFORE, BE IT RESOLVED** that the Township Council of the Township of Jackson, County of Ocean, State of New Jersey as follows:

      **1.**  That the governing body does hereby authorize the execution of the Ownership, Operation and Maintenance Agreement attached hereto as Schedule A.

      **2.**  That a certified copy of this resolution shall be forwarded to Jackson Properties, Inc., Ian Borden of PDS, and the Department of Public Works.

                              **JANICE KISTY, R.M.C.**
**DATED: 5-26-20**                      **TOWNSHIP CLERK**

---

**RESOLUTION 221R-20**
**TITLE: RESOLUTION AUTHORIZING THE EXECUTION OF A DETENTION/STORMWATER BASIN OWNERSHIP, OPERATION AND MAINTENANCE AGREEMENT WITH 340 WEST COMMODORE, LLC ON BLOCK 2501, LOT 3 (340 W. COMMODORE BLVD)**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

      **WHEREAS**, 340 West Commodore, LLC is the developer of property located at Block 2501, Lot 3, comprised of a contractor shop and warehouse building on a 21.9 acre parcel; and

      **WHEREAS**, the Township Ordinance 244-209(J)(2) requires the Developer to enter into an Agreement with the Township concerning the ownership, operation, repair and maintenance of the detention pond for the development; and

      **WHEREAS**, the Ownership, Operation and Maintenance Agreement sets forth the requirement of the maintenance, in perpetuity, of the detention basin which is to be constructed upon the subject property; and

      **WHEREAS**, it is the desire of the governing body to authorize the execution of the Ownership, Operation and Maintenance Agreement with 340 West Commodore, LLC which is attached hereto and incorporated herein as Schedule A.

**NOW, THEREFORE, BE IT RESOLVED** that the Township Council of the Township of Jackson, County of Ocean, State of New Jersey as follows:

**1.** That the governing body does hereby authorize the execution of the Ownership, Operation and Maintenance Agreement attached hereto as Schedule A.

**2.** That a certified copy of this resolution shall be forwarded to 340 West Commodore, LLC, Ian Borden of PDS, and the Department of Public Works.

_____
**JANICE KISTY, R.M.C.**
**DATED: 5-26-20**                                            **TOWNSHIP CLERK**

---

**PUBLIC COMMENT, ANY TOPIC**

**BUSINESS ADMINISTRATOR WALL COMMENTED ON MAYOR'S COMMENT-** stated the Mayor had prior commitments and was unable to attend this meeting.

**BUSINESS ADMINISTRATOR WALL -**Six Flags Great Adventure will be opening their safari and groups are increased to 25 people. We continue to advocate for the opening of small businesses and the Mayor wants to ensure that the residents are aware that he continues to fight to reopen.  On behalf of the Mayor and the Council Jackson will be having a drive- in movie. The first viewing will be held on Friday and tickets are available. There will be three films to be conducted on Friday unless it rains. There will be a rain date and the information will available on Jackson's Facebook.  Looking forward to celebrating the Graduation Class of 2020 and the Mayor wanted to send his warm wishes, especially with the changes made by the Governor in regards to graduation ceremonies. As we begin to reopen town hall, we will have thermal temperature checks and sanitize contact spots. We are ensuring social distancing protocols and employees are resuming normal hours. Thanked the staff for working hard to ensure residents receive the services they need.  We will be resuming normal hours and allowing the public access. Please view our township website for different modules available on our GovPilot program. Many services are accessible via our township website and can be completed remotely.

**COUNCIL VICE PRESIDENT SAUICKIE-** we will have the "public comment" section open. Residents have the opportunity to submit their questions or comments.

**JEFF NEMETH- 397 PERRINEVILLE ROAD-** questioned the reason for the Department of Justice suing Jackson Township and why they are targeting our town. As a resident he is upset as Jackson is being targeted on a daily basis and residents are owed an explanation of what is occurring.

**COUNCIL VICE PRESIDENT SAUICKIE-** the press release and complaint were received on Wednesday and it was surprise as our Attorney had communication with the Department Of Justice. The understanding was that the town would be working with the Department Of Justice to present our side of things. It changed as of Wednesday and the reasons are unknown. We agree that the town cannot be disbarred and we asked our Attorney to contact the Department Of Jackson to a have an amicable decision. However if it comes down to it Jackson will have its date in court.

**LISA DANSKI- 343 MURRAY DRIVE-** respectfully requests that the Mayor and Council consider a moratorium in Jackson until all approved building and pending approvals are evaluated and impact to our town is determined.

**ATTORNEY MCGUCKIN-** the township does not have the authority to implement such a moratorium. It's illegal to authorize a moratorium and it violates the law. The township would not be successful.

**ELENOR HANNUM- 7 EVERGREEN COURT-** questioned when residents join to fight the complaint submitted by the Department Of Justice. These allegation affect all of our residents.

Case 3:17-cv-03226-MAS-DEA   Document 112-4   Filed 03/05/21   Page 22 of 22 PageID: 2544

**ATTORNEY MCGUCKIN-** any residents who would like to join can do so by civil procedure. Residents must obtain their own Attorney to represent them. The township is not allowed to represent the resident's interests. He cannot provide legal advice but residents are able to join litigation by following the Federal Civil Procedure.

**JEFF NEMETH- 397 PERRINEVILLE DRIVE-** questioned if there is an estimated time frame for appointing a new Council member.

**COUNCIL VICE PRESIDENT SAUICKIE-** he stated a new Council member will be appointed on June 9, 2020 to fill the vacant position of Barry Calogero.

**MICHELE WHARY- 751 HYSON ROAD-** concurred with statements made by Lisa Danski.

**MOTION TO CLOSE PUBLIC COMMENT ON ANY TOPIC BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**MOTION TO ADJOURN BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**

**6:39 P.M.**

                             **RESPECTFULLY SUBMITTED,**

                             _____
                             **COUNCIL VICE PRESIDENT**
                                **SAUICKIE**

                             _____
                               **JANICE KISTY, R.M.C.**
                               **TOWNSHIP CLERK**

JK/xo