**ON TUESDAY, JUNE 23, 2020, AT 7:00 P.M. THE JACKSON TOWNSHIP COUNCIL HELD ITS (EXECUTIVE SESSION) MEETING IN THE MUNICIPAL BUILDING**

**ROLL CALL:**

| | |
|---|---|
| **COUNCILMAN BRESSI** | **ATTORNEY MCGUCKIN** |
| **COUNCILMAN CHISHOLM** | **TOWNSHIP CLERK KISTY** |
| **COUNCILMAN FLEMMING** | |
| **COUNCIL VICE PRESIDENT KERN** | |
| **COUNCIL PRESIDENT SAUICKIE** | |

**ALSO IN ATTENDANCE: BUSINESS ADMINISTRATOR TERENCE WALL**

As Clerk of this meeting, I publicly announce that in compliance with the provisions of the "Open Public Meetings Act" adequate notice of this meeting of the Jackson Township Council has been advertised in the manner prescribed by law.

**RESOLUTION 232R-20**
**TITLE: RESOLUTION FOR EXECUTIVE SESSION TO AUTHORIZE TOWNSHIP COUNCIL TO ENTER INTO CLOSED DISCUSSIONS CONCERNING MATTERS AS NOTED BELOW**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE,**

**WHEREAS,** Section 8 of the Open Public Meetings Act permits the exclusion of the public from a public meeting under certain circumstances; and

**WHEREAS,** this governing body is of the opinion that such circumstances presently exist.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, and State of New Jersey, as follows:

1. The public shall be excluded from discussion concerning the hereinafter-specified subject matter.

2. The general nature of the subject matter to be discussed is as follows:

    a) Personnel/Professionals:
    b) Litigation/Potential Litigation: Update on lawsuits
    c) Potential Land Sale/Land Acquisition:  220 Faraday LLC
    d) Contracts/Agreements:

3. It is anticipated that the subject matter discussed may be made public upon its conclusion or final disposition.

                        _____
                        **JANICE KISTY, R.M.C.**
**DATED: 6-23-20**           **TOWNSHIP CLERK**

**7:30 P.M. - CONVENE PUBLIC MEETING IN THE MAIN MEETING ROOM OF THE MUNICIPAL BUILDING**

**PLEDGE OF ALLEGIANCE**

**COUNCIL PRESIDENT SAUICKIE –**As the COVID restrictions ease please keep in mind the essential workers, and medical staff who worked throughout this pandemic. Many of these individuals became sick and some even died due to coronavirus. Please keep in

mind our First Responders, Police Department and our Armed Forces who keep us safe here and overseas.

**ROLL CALL:**

| | |
|---|---|
| **COUNCILMAN BRESSI** | **ATTORNEY MCGUCKIN** |
| **COUNCILMAN CHISHOLM** | **TOWNSHIP CLERK KISTY** |
| **COUNCILMAN FLEMMING** | |
| **COUNCIL VICE PRESIDENT KERN** | |
| **COUNCIL PRESIDENT SAUICKIE** | |

**ALSO IN ATTENDANCE: BUSINESS ADMINISTRATOR TERENCE WALL**

As Clerk of this meeting, I publicly announce that in compliance with the provisions of the "Open Public Meetings Act" adequate notice of this meeting of the Jackson Township Council has been advertised in the manner prescribed by law.

**COUNCILMAN BRESSI** – waived comments.

**COUNCILMAN CHISHOLM-** is excited to be attending his first council meeting and looks forward to working with Council. He is glad to have residents appear in person and have an audience.

**COUNCILMAN FLEMMING-** he is glad to resume in person council meetings. He stated that there was a peaceful protest held at Johnson's Park. He did not participate in the peaceful protest but is friendly with people who were in attendance. It was a peaceful protest however a sign on display shown on social media stated "Not every cop is a racist, but all Jackson cops are". This display bothered me as I have been involved in Emergency Services for 44 years and have been in many different scenes with our Police officers. These men and women have witnessed different scenes, some funny as other were more serious. Jackson Police Officers are professional, courteous, kind understanding and most of all heroic. I have never seen it matter what the person being assisted looks like. Some people encounter a Police Officer when they are having a bad day. Sometimes that Officer has met the worst day of their life. Even through these situations, our Police Officers go above and beyond. I have experienced Police Officers work through emergency situations and also involved in charitable events. I personally know every Police Officer in this town and most are acquaintances, as others I can fortunately call friends. He is proud that they are protecting our community and has gratitude for an impossible job well done. He supports the Jackson Police Department and the tasks they conduct while on duty.

**COUNCIL VICE PRESIDENT KERN–** thanked residents joining the council meeting and the residents who are still joining via the internet.

**COUNCIL PRESIDENT SAUICKIE-** thanked residents for their patience during coronavirus. It is great to resume our normal council meeting and this is the best way to be transparent with our residents. Wished a Happy Father's Day to all the residents of Jackson. Congratulated all Jackson High School graduates and saw the virtual graduations which were well conducted. He stated the Middle School and Elementary Schools also conducted virtual graduations and they were well conducted. He stated last week a rare occurrence took place in our town. Our town had a homicide which is unfortunate and in a town like ours we don't see this very often. Complimented Councilman Flemming's comments. Our Police Department in conjunction with the Ocean County Prosecutor's office were able to make an arrest within 24 hours. Our condolences to the family who lost a 23 year old and a resident of Jackson. The person who was arrested was a nonresident of Jackson. Our Police force is "second to none" and worked diligently to make an arrest within 24 hours. Hopefully this situation does not occur for a very long time. Due to our Police Department our town continues to be consistently rated one of the safest towns in the State. About a month ago we spoke in regards to tabling Ordinance 05-20 which rescinds a school ordinance from 2017. During the comments, I mentioned that we would allow our Attorney time to work with the Department of Justice with factual inaccuracies

within the complaint. We recently received a response from the Department of Justice. We will provide our Attorneys additional time to have these conversations with the Department of Justice. It will not be included in our agenda tonight as we previously mentioned about a month ago. We will not table it indefinitely, but we need additional time for our Attorneys to have conversations in order to find a solution.

**APPROVE EXECUTIVE SESSION MEETING MINUTES:  JUNE 9, 2020**

**MOTION TO APPROVE BY: KERN**
**SECONDED BY: BRESSI**
**YES: BRESSI, FLEMMING, KERN, SAUICKIE**
**ABSTAIN: CHISHOLM**

**ORDINANCES, SECOND READING:**

**ORDINANCE: 08-20**
**TITLE: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 331 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON ENTITLED REGISTRATION OF PROPERTY**

**PUBLIC HEARING OPENED:**
**NO ONE CAME FORWARD.**

**MOTION TO CLOSE PUBLIC HEARING ON ORDINANCE 08-20 BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**MOTION TO APPROVE ORDINANCE 08-20 ON SECOND READING, ADVERTISE THE NOTICE OF PASSAGE AND APPROVAL IN AN APPROVED NEWSPAPER AS REQUIRED BY LAW BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**ORDINANCE 08-20**

　　　　**NOW, THEREFORE, BE IT ORDAINED**, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

　　　　　　**SECTION 1.** Section 331-11, entitled "Fees", shall now read as follows: "The initial registration fee for each vacant property shall be $500.00.  The renewal fee for each vacant property shall be $1,000.00."

　　　　　　**SECTION 2.**  All Ordinances or parts of Ordinances inconsistent herewith are hereby repealed.

　　　　　　**SECTION 3.**  If any section, subsection, sentence, clause, phrase or portion of this Ordinance is for any reason held to be invalid or unconstitutional by a Court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

　　　　　　**SECTION 4.**  This Ordinance shall take effect after second reading and publication as required by law.
DATE: _____          _____
                                                                                    MAYOR MICHAEL REINA

**NOTICE**

**NOTICE IS HEREBY GIVEN** that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **9th** day of **June, 2020**, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the **23rd day of June, 2020**, at 6:00 p.m. or soon thereafter as this matter can be reached, at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard, whether in person or via Zoom meeting as appropriate.

_____
Janice Kisty, RMC
Jackson Township Clerk

**ORDINANCES, FIRST READING:**

**ORDINANCE: 09 -20**
**TITLE: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING CHAPTER 304 "PARKS AND RECREATION FACILITIES" SO AS TO CREATE A PARK SPONSORSHIP AND COMMEMORATIVE BENCH PROGRAM**

**MOTION TO APPROVE ORDINANCE 09-20 ON FIRST READING, ADVERTISE THE APPROVAL AND NOTICE OF SECOND READING AND PUBLIC HEARING TO BE HELD ON JULY 14, 2020 BY: KERN**
**MOTION SECONDED BY: CHISHOLM**
**YES: CHISHOLM, FLEMMING KERN, SAUICKIE**
**ABSTAIN: BRESSI**

## ORDINANCE 09-20

**NOW, THEREFORE, BE IT ORDAINED**, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

**WHEREAS**, the Township of Jackson has a wide variety of athletic fields, parks, courts, playgrounds and other recreational facilities utilized by local residents;
**WHEREAS**, the Township desires to amend the current Township Code to include an opportunity for local businesses and residents to sponsor specific park facilities, playing fields, and benches;

**WHEREAS,** Article VII of the Code of the Township of Jackson, entitled "Parks and Playgrounds Fund" is amended to include new Section 304-50.  Article VII is hereby amended and supplemented as to include the following:

**SECTION 1**.  §304-50 Sponsorships and Commemorative Benches
The Township of Jackson has created a program for residents and businesses to donate funds that will be set aside to improve specific, existing, non-leased, Township-owned playing fields, courts, playgrounds and parks.  The sponsorship program will allow residents or businesses to sponsor an entire park or section thereof, as well as benches.

Park Sponsorship: A park sponsorship is defined as a yearly donation for an entire Township park, or section thereof.  Such sponsorships may be for playground areas, dog parks, snack stands, pavilions, walking trails, sports fields and courts, or any other similar recreation facility, selected by the resident or business and approved at the sole discretion of the Department of Administration or its designee.

Bench Sponsorship: a bench sponsorship shall be defined as a bench and a commemorative plaque affixed to such bench, which plaque shall be inscribed with the name(s) of the sponsor(s) and/or wording selected by the sponsor(s) and approved by the

Department of Administration or its designee.  <u>The bench shall be selected and approved at the sole discretion of the Township.</u>

Fees

A.  The fee to sponsor an entire park for the first time and have a large sign at the main entrance for two (2) years shall be five thousand dollars ($5,000).  Parks may be sponsored by up to two (2) sponsors per year.  Each sponsor is responsible for the full annual fee. Prior to the end of the first full calendar year and every year thereafter, the sponsor shall pay a fee for the subsequent year, due by December 31st of the year preceding the sponsorship. The fee for each subsequent year after the first year of sponsorship shall be two thousand, five hundred dollars ($2,500).

B.  The fee to sponsor a specific dog park or playground park for the first time and have a sign placed at the entrance of the park for two (2) years shall be two thousand, five hundred dollars ($2,500).  Specific dog parks or playground parks may be sponsored by up to two (2) sponsors per year.  Each sponsor is responsible for the full annual fee.  Prior to the end of the first full calendar year and every year thereafter, the sponsor shall pay a fee for the subsequent year, due by December 31st of each year.  The fee for each subsequent year shall be one thousand, two hundred and fifty dollars ($1,250).

C.  The fee to sponsor a specific sports field, sports court and trail and have signage at the entrance for two (2) years shall be one thousand, five hundred dollars ($1,500).  Specific sports fields, sports courts, or trails may be sponsored by up to two sponsors each year.  Each sponsor is responsible for the full annual fee.  Prior to the end of the first full calendar year and every year thereafter, the sponsor shall pay a fee for the subsequent year, due by December 31st of each year.  The fee for each subsequent year shall be seven hundred and fifty dollars ($750).

D.  If a sponsor fails to pay the fee for the subsequent year by December 31st of the preceding year, the sponsored park or section thereof shall be available to other sponsors for the calendar year beginning after December 31st.

E. The fee to dedicate each new Commemorative Bench shall be one thousand, one hundred dollars ($1,100), plus the cost of the bench.  Benches may be co-donated by up to two applicants, whereby each applicant will pay half of the fee, meaning that each co-applicant shall pay five hundred dollars ($550), plus the cost of the bench.

F.  All fees shall be paid to the Jackson Township Parks and Playgrounds Fund, as established in § 304-46.

G.   Rules and Regulations
   a. Any Township resident or business wishing to sponsor a park or dedicate a commemorative bench shall make an application to the Township of Jackson.  A completed application shall be reviewed by the Department of Administration, or its designee.  The opportunity to sponsor a park or have a Commemorative Bench dedicated shall be extended to all persons, on a first come, first served basis and shall be further limited to availability of space for such bench as may be determined from time to time by the Department of Recreation.

   b. Completed applications and all fees must be submitted to the Township of Jackson and will be reviewed on a first come, first served basis.  All benches will be dedicated with a plaque and installed within ninety (90) days after acceptance and approval of the application, and the Township's receipt of the Commemorative Bench from the supplier, weather permitting.

   c.  Sponsorships shall run from January 1st through December 31st.

   d. Commemorative Benches shall remain the property of the Township of Jackson.

e. Commemorative Benches shall be of a size, style and material as solely determined by the Township of Jackson.  Wording on the plaques, as requested by the applicant(s) must be approved by the Department of Administration, or its designee.

f.  The Township of Jackson shall not be responsible for the replacement of benches or plaques that have been damaged or destroyed due to vandalism or natural occurrences such as fire or hurricane.  Applicant may request the replacement of a damaged or destroyed Commemorative Bench and/or the plaque affixed thereto, at the applicant's own cost and expense.  No repairs or replacement shall be installed with the express written approval of the Department of Administration, or its designee.

g. Plaques affixed to Commemorative Benches shall be of a size and style as approved by the Department of Administration or its designee.  Plaque inscriptions shall be approved at the sole discretion of the Department of Administration, or its designee.

**SECTION 2**.  All ordinances or parts of ordinances inconsistent herewith are hereby repealed.

**SECTION 3**.  if any section, subsection, clause, phrase or portion of this ordinance is for any reason held to be invalid or unconstitutional  by a court of competent jurisdiction, such portion shall be deemed  a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions thereof.

**SECTION 4**.  This ordinance shall take effect after second reading and publication as required by law.

DATE: _____          _____
                                                                        MAYOR MICHAEL REINA

## NOTICE

**NOTICE IS HEREBY GIVEN** that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **23rd  day of June, 2020**, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the **14th   day of July, 2020**, at 7:30 p.m. or soon thereafter as this matter can be reached, at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard.

_____
Janice Kisty, RMC
Jackson Township Clerk

**PUBLIC COMMENT OPENED, RESOLUTIONS ONLY**

**NO ONE CAME FORWARD.**

**MOTION TO CLOSE PUBLIC COMMENT, RESOLUTIONS ONLY BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**RESOLUTION 233R-20**
**TITLE: APPOINT MEMBERS TO THE JACKSON TOWNSHIP ZONING**
**BOARD OF ADJUSTMENT**

**COUNCILMAN BRESSI MADE A MOTION TO REAPPOINT MEMBERS CARL BOOK, PETER MAHER, JAMES HURLEY, AND ALTERNATE #2, NINO BORELLI**

**MOTION TO APPROVE BY: BRESSI**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**COUNCIL PRESIDENT SAUICKIE-** thanked all individuals who volunteer their services for the betterment of our town.

**WHEREAS**, vacancies will exist on the Zoning Board of Adjustment; and

**WHEREAS**, the Township Council is authorized, pursuant to Chapter 3, Section 146 of the Administrative Code of the Township of Jackson, to appoint members to the Zoning Board of Adjustment for terms set forth in said code and pursuant to N.J.S.A. 40:55D-23.3 and 40:55D-23.4; and

**WHEREAS**, it is the desire of the Township Council to fill said vacancies.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean and State of New Jersey as follows:

**1.** The following individuals are hereby appointed to the Jackson Township Zoning Board of Adjustment as follows:

Carl Book
Peter Maher
Nino Borrelli
James Hurley

**2.** Appointees shall perform such duties and responsibilities as set forth by State Statute and the Municipal Code of the Township of Jackson.

**3.** Appointees shall serve without compensation.

A certified copy of this resolution shall be forwarded to the Jackson

_____
**JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                    **TOWNSHIP CLERK**

**RESOLUTION 234R-20**
**TITLE: RESOLUTION TO ADOPT HOUSING REHABILITATION GUIDELINES FOR THE JACKSON TOWNSHIP HOUSING REHABILITATION PROGRAM FOR LOCAL AFFORDABLE HOUSING PURPOSES**

**MOTION TO APPROVE BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**WHEREAS,** the New Jersey Department of Community Affairs (DCA) and the New Jersey Council on Affordable Housing (COAH),  in the past, set a threshold for participating municipalities throughout the State of New Jersey to provide an established number of affordable housing units and/or affordable housing opportunity by various means, and;

**WHEREAS**, the Township of Jackson through Prior Round Affordable Housing obligations Jackson was ordered to provide 1,247 units from the period of 1987 to 1999 and from 2000 to the present term, and;

**WHEREAS**, the Jackson Township Planning Board adopted the latest Housing Element and Fair Share Plan "Compliance Plan" on June 19, 2017 and endorsed by the Jackson Township Council on June 27, 2017, and;

**WHEREAS**, one of the mechanisms of compliance with the Plan is the implementation and operation of a local housing rehabilitation program, hence the Jackson Township Housing Rehabilitation Program was created to mitigate health and safety issues and ensure basic building code compliance of all income-eligible housing units completed through the program inclusive of mobile home rehabilitation; and,

**WHEREAS,** the overall guide tool for the operation of the housing rehabilitation program is the "Jackson Township Housing Rehabilitation Guidelines" (herein attached) which was prepared by Rehabco Inc. the affordable housing "Administrative Agent" (AA) for the overall township affordable housing program and the administrator of the local housing rehabilitation program; and,

**WHEREAS**, for program parity, it is necessary to formally adopt the Jackson Township Housing Rehabilitation Program Guidelines for the operation of said program; and,

**NOW, THEREFORE, BE IT RESOLVED** that the enclosed Jackson Township Housing Rehabilitation Program Guidelines dated August 21, 2019 be formally adopted by the Jackson Township Council on this date.

_____
**JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                    **TOWNSHIP CLERK**

---

**RESOLUTION 235R-20**
**TITLE: AUTHORIZE AN AMENDMENT TO THE TOWNSHIP'S AGREEMENT WITH REHABCO, INC., AS THE TOWNSHIP'S ADMINISTRATOR OF ITS HOUSING REHABILITATION PROGRAM & AUTHORIZING THE UTILIZATION OF $60,000.00 FROM THE TOWNSHIP'S AFFORDABLE HOUSING TRUST FUND TO ALLOW FOR AN ADDITIONAL TWENTY (20) REHABILITATION UNITS AT $3,000.00 PER UNIT**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: BRESSI**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**WHEREAS**, the Township of Jackson has previously appointed Rehabco, Inc., as the Housing Rehabilitation Administrator/Coordinator for the Township of Jackson; and

**WHEREAS**, the Township has previously authorized a contract with Rehabco, Inc., to administer said Rehabilitation Program; and

**WHEREAS**, in accordance with that program, the Township has previously designated the sum of $138,000.00 to be used for this purpose from the Township's Affordable Housing Trust Fund to permit forty-six (46) units at $3,000.00 per unit; and

**WHEREAS**, the Township now seeks to authorize an additional twenty (20) units to be so rehabilitated; and

**WHEREAS**, the cost of same would equate to $3,000.00 per unit; and

**NOW, THEREFORE, BE IT RESOLVED**, by the Mayor and Township Council of the Township of Jackson, County of Ocean and State of New Jersey, that the Township hereby authorizes an amendment to its' previously executed contract with Rehabco, Inc., to administer the Rehabilitation Program for an additional twenty (20) units at $3,000.00 per unit, and that $60,000.00 be appropriated from the Township's Affordable Housing Trust Fund for this purpose; and

**BE IT FURTHER RESOLVED**, that a copy of this Resolution be forwarded to the following:

a) Janice Kisty, Township Clerk/Registrar;

b) Terence Wall, Township Administrator;

c) Ervin Oross, Jr., Rehabco, Inc.;

d) Sharon Pinkava, CFO;

e) Gregory P. McGuckin, Esquire, Township Attorney

f) Mike Edwards, Esq., Affordable Housing Attorney

 

                                           _____

**DATED:  6-23-20**                                         **JANICE KISTY, R.M.C.**
                                           **TOWNSHIP CLERK**

========================================================

**BILLS AND CLAIMS:**

**MOTION TO APPROVE BILLS AND CLAIMS BY: BRESSI**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**
**ABSTAIN: CHISHOLM (TM01, TM 02, BRI 18, WES 11), KERN (SUR 09)**
**CHECK#                 VENDOR                                    AMOUNT**

Firefox                                                                                                    about:blank

```
June 24, 2020                              TOWNSHIP OF JACKSON                              Page No: 1
08:36 AM                               Check Register By Check Date


Range of Checking Accts: First      to Last         Range of Check Dates: 06/23/20 to 06/23/20
             Report Type: All Checks              Report Format: Super Condensed  Check Type: Computer: Y  Manual: Y  Dir Deposit: Y


Check # Check Date Vendor                              Amount Paid    Reconciled/Void Ref Num


AFF HS REHAB PR  AFFORDABLE HOUSING REHAB PROG
  1111  06/23/20  CHE21   CHESTERFIELD ELECTRIC/HVAC LLC      9,414.00                      7099
  1112  06/23/20  REH04   REHABCO,INC.                       10,500.00                      7099

Checking Account Totals          Paid      Void     Amount Paid      Amount Void
                     Checks:       2         0       19,914.00          0.00
              Direct Deposit:      0         0           0.00          0.00
                      Total:       2         0       19,914.00          0.00


CAPITAL
 61893  06/23/20  ACC09   ACCUSCAN                           13,977.10                      7095
 61894  06/23/20  BEN34   BEN SHAFFER RECREATION INC        107,000.00                      7095
 61895  06/23/20  GAR36   GARY KUBIAK & SON ELECTRIC INC      7,520.00                      7095
 61896  06/23/20  HOL19   HOLMAN FRENIA ALLISON, PC           5,000.00                      7095
 61897  06/23/20  MOT03   MOTOROLA                            3,686.00                      7095
 61898  06/23/20  TM01    T & M ASSOCIATES, INC.             46,822.03                      7095
 61899  06/23/20  WIN06   WINNER FORD                       178,472.00                      7095

Checking Account Totals          Paid      Void     Amount Paid      Amount Void
                     Checks:       7         0      362,477.13          0.00
              Direct Deposit:      0         0           0.00          0.00
                      Total:       7         0      362,477.13          0.00


CREDIT CARD
  1098  06/23/20  COM41   COMMUNITY PASS                        77.64                      7101

Checking Account Totals          Paid      Void     Amount Paid      Amount Void
                     Checks:       1         0          77.64          0.00
              Direct Deposit:      0         0           0.00          0.00
                      Total:       1         0          77.64          0.00


CURRENT
102765  06/23/20  JAC15   JACKSON TOWNSHIP P/R ACCOUNT      817,502.28                      7092
102766  06/23/20  ACT09   ACTION UNIFORM CO LLC               2,963.00                      7092
102767  06/23/20  ALL11   ALLSHORE TOWING SERVICE INC.          150.00                      7092
102768  06/23/20  ALL54   ALL FUR PAWS ANIMAL HOSPITAL           98.13                      7092
102769  06/23/20  AME59   AMERICAN TOWER CORPORATION          6,335.77                      7092
102770  06/23/20  APR02   APRUZZESE, McDERMOTT,              25,159.45                      7092
102771  06/23/20  ASB01   ASBURY PARK PRESS, INC.               247.50                      7092
102772  06/23/20  ASS05   ASSOCIATION OF NJ RECYCLERS            175.00                      7092
102773  06/23/20  BEN34   BEN SHAFFER RECREATION INC         57,874.76                      7092
102774  06/23/20  BOA02   BOARD OF FIRE COMMISSIONERS       451,349.78                      7092
102775  06/23/20  BOA03   BOARD OF FIRE COMMISSIONERS       725,138.10                      7092
102776  06/23/20  BOA04   BOARD OF FIRE COMMISSIONERS       393,355.58                      7092
102777  06/23/20  BRI18   VAN WICKLE AUTO SUPPLY                  0.00   06/23/20 VOID         0
102778  06/23/20  BRI18   VAN WICKLE AUTO SUPPLY              1,468.06                      7092
102779  06/23/20  CAB03   CABLEVISION CORP.                     334.44                      7092
102780  06/23/20  CAN13   CANON SOLUTIONS AMERICA,INC.         153.65                      7092
102781  06/23/20  CEN22   CENTRAL JERSEY WASTE AND           49,501.42                      7092
102782  06/23/20  CLA05   CLAYTON SAND COMPANY                  484.68                      7092
102783  06/23/20  CHE01   CONSULTING & MUNICIPAL ENG LLP      2,323.00                      7092
```

Firefox                                                                              about:blank

```
June 24, 2020                              TOWNSHIP OF JACKSON                          Page No: 2
08:36 AM                                Check Register By Check Date

Check # Check Date Vendor                              Amount Paid    Reconciled/Void Ref Num

CURRENT                                    Continued
102784  06/23/20  COM19  COMPLETE SECURITY SYSTEMS INC        309.00                    7092
102785  06/23/20  COR52  CORELOGIC REAL ESTATE TAX SRVC    41,361.77                    7092
102786  06/23/20  COS01  COSTCO WHOLESALE 229                  54.41                    7092
102787  06/23/20  EDW04  EDWARDS TIRE COMPANY,INC.            718.70                    7092
102788  06/23/20  ENT06  ENTERPRISE RENT A CAR              3,287.90                    7092
102789  06/23/20  EYE01  EYEMED VISION CARE/FAA INC.          533.25                    7092
102790  06/23/20  FAS02  FASTENAL COMPANY                      61.49                    7092
102791  06/23/20  FC01   F & C AUTOMOTIVE SUPPLY, INC.        417.56                    7092
102792  06/23/20  FIR47  FIRST COMMERCE BANK                  826.55                    7092
102793  06/23/20  FRE04  FREEHOLD FORD                        283.22                    7092
102794  06/23/20  GER17  GERTNER & GERTNER LLC              7,951.46                    7092
102795  06/23/20  GOO01  GOOD FRIEND ELECT SUPPLIES INC        61.68                    7092
102796  06/23/20  HEC01  HECHT TRAILERS, LLC                  364.10                    7092
102797  06/23/20  HOL19  HOLMAN FRENIA ALLISON, PC          3,750.00                    7092
102798  06/23/20  HUN03  HUNTER JERSEY PETERBILT               81.46                    7092
102799  06/23/20  INT36  INTERGLOBE COMMUNICATIONS,INC        471.07                    7092
102800  06/23/20  JAC12  JACKSON TWP. BOARD OF ED.         7,983,873.00                 7092
102801  06/23/20  JAM12  JAMMER DOORS INC.                  3,100.00                    7092
102802  06/23/20  JCP01  JERSEY CENTRAL POWER & LIGHT          72.55                    7092
102803  06/23/20  JRM01  JR MANAGEMENT GROUP, INC.         1,605.44                    7092
102804  06/23/20  LAR02  LARSON FORD, INC.                     38.52                    7092
102805  06/23/20  LAW22  LAW OFFICES OF                    28,383.69                    7092
102806  06/23/20  LIF03  LIFESAVERS INC                    1,624.10                    7092
102807  06/23/20  LOW01  LOWE'S COMPANIES,INC.                278.82                    7092
102808  06/23/20  MAR54  MARSHALL & SWIFT/BOECKH, LLC      1,399.95                    7092
102809  06/23/20  MOG01  EDWARD L MOGILA                      360.00                    7092
102810  06/23/20  MOT10  MOTOROLA                         30,456.88                    7092
102811  06/23/20  NJL01  NJLM                                230.00                    7092
102812  06/23/20  OCE05  OCEAN CTY RECYCLING CTR, INC.        337.40                    7092
102813  06/23/20  OCE47  OCEAN COUNTY EQUIPMENT,INC.          396.83                    7092
102814  06/23/20  OWE01  OWEN LITTLE & ASSOC., INC.         4,690.00                    7092
102815  06/23/20  PET29  PETROLEUM TRADERS CORPORATION     10,998.63                    7092
102816  06/23/20  QUA15  QUALITY AUTO GLASS INC               884.58                    7092
102817  06/23/20  REM01  REMINGTON,VERNICK & VENA ENG.      1,790.00                    7092
102818  06/23/20  SOU21  SOUTH JERSEY ENERGY COMPANY            0.00    06/23/20 VOID       0
102819  06/23/20  SOU21  SOUTH JERSEY ENERGY COMPANY        2,976.57                    7092
102820  06/23/20  SPR07  SPRAGUE RESOURCES LP              3,809.05                    7092
102821  06/23/20  STA87  ROBERT STAUFFER-PETTY CASH DPW       156.48                    7092
102822  06/23/20  SUR08  SURF TERMITE & PEST CONTROL          330.00                    7092
102823  06/23/20  TAR09  DAVID & JANICE TARR                  226.00                    7092
102824  06/23/20  TM01   T & M ASSOCIATES, INC.           29,584.97                    7092
102825  06/23/20  UNI19  UNION ALARMTRONIC, LLC               360.00                    7092
102826  06/23/20  USP01  U.S.POSTAL SVC(NEOPOST POC)      10,000.00                    7092
102827  06/23/20  VER04  VERIZON                              70.04                    7092
102828  06/23/20  VER08  VERIZON WIRELESS                       0.00    06/23/20 VOID       0
102829  06/23/20  VER08  VERIZON WIRELESS                  4,111.18                    7092
102830  06/23/20  WAS01  WASTE MANAGEMENT OF N.J. INC.        444.76                    7092
102831  06/23/20  WAT03  WATCHUNG SPRING WATER                 45.92                    7092
102832  06/23/20  WES11  WESTLAKE MASTER ASSOCIATION        3,909.42                    7092
102833  06/23/20  WIN11  KELLY WINTHROP, LLC                  70.00                    7092
```

Firefox                                                                                      about:blank

```
June 24, 2020                              TOWNSHIP OF JACKSON                                    Page No: 3
08:36 AM                                 Check Register By Check Date


    Check # Check Date Vendor                                    Amount Paid    Reconciled/Void Ref Num


CURRENT
Checking Account Totals                        Continued
                          Paid      Void       Amount Paid      Amount Void
              Checks:      66         3        10,721,763.00          0.00
      Direct Deposit:       0         0                 0.00          0.00
               Total:      66         3        10,721,763.00          0.00


DEV FEES-COAH     DEV FEES - COAH (NEW)
    365  06/23/20  JDM01   JDM PLANNING ASSOC., LLC              3,655.00                    7100
    366  06/23/20  OCE15   OCEAN COUNTY CLERK                       48.00    06/23/20 VOID   7100 (Reason: Correction to PO)
    367  06/23/20  REH04   REHABCO,INC.                          1,454.91                    7100

Checking Account Totals   Paid      Void       Amount Paid      Amount Void
              Checks:       2         1         5,109.91            48.00
      Direct Deposit:       0         0              0.00            0.00
               Total:       2         1         5,109.91            48.00


DEVELOPERS-OF     DEVELOPERS-OCEAN FIRST
  66690  06/23/20  JAC15   JACKSON TOWNSHIP P/R ACCOUNT         12,540.00                    7093
  66691  06/23/20  CME01   CONSULTING & MUNICIPAL ENG LLP           0.00    06/23/20 VOID       0
  66692  06/23/20  CME01   CONSULTING & MUNICIPAL ENG LLP       1,330.00                    7093
  66693  06/23/20  DAS01   DASTI,MURPHY,MCGUCKIN PC               150.00                    7093
  66694  06/23/20  GER17   GERTNER & GERTNER LLC                8,250.43                    7093
  66695  06/23/20  JAC08   JACKSON TOWNSHIP CURRENT FUND        4,110.00                    7093
  66696  06/23/20  OWE01   OWEN LITTLE & ASSOC., INC.            560.00                    7093
  66697  06/23/20  REM01   REMINGTON,VERNICK & VENA ENG.            0.00    06/23/20 VOID       0
  66698  06/23/20  REM01   REMINGTON,VERNICK & VENA ENG.       3,195.00                    7093
  66699  06/23/20  TM02    T & M ASSOCIATES                        0.00    06/23/20 VOID       0
  66700  06/23/20  TM02    T & M ASSOCIATES                    9,733.00                    7093

Checking Account Totals   Paid      Void       Amount Paid      Amount Void
              Checks:       8         3        39,868.43            0.00
      Direct Deposit:       0         0             0.00            0.00
               Total:       8         3        39,868.43            0.00


DOG               DOG ACCOUNT - NEW
    883  06/23/20  JAC15   JACKSON TOWNSHIP P/R ACCOUNT         1,260.09                    7094
    884  06/23/20  NJS04   N.J.STATE DEPT. OF HEALTH             143.40                    7094

Checking Account Totals   Paid      Void       Amount Paid      Amount Void
              Checks:       2         0         1,403.49            0.00
      Direct Deposit:       0         0             0.00            0.00
               Total:       2         0         1,403.49            0.00


GENERAL TRUST
  62217  06/23/20  JAC15   JACKSON TOWNSHIP P/R ACCOUNT         7,522.75                    7096
  62218  06/23/20  ATL29   ATLANTIC TACTICAL OF NJ, INC.       1,244.27                    7096
  62219  06/23/20  ELI10   ELITE VEHICHLE SOLUTIONS            1,125.00                    7096
  62220  06/23/20  FER16   CARLOS FERREIRA, ESQ.                800.00                    7096
  62221  06/23/20  FOT01   FOTRONIC CORPORATION               1,019.94                    7096
  62222  06/23/20  STA87   ROBERT STAUFFER-PETTY CASH DPW         24.00                    7096
  62223  06/23/20  SYN05   SYNCHRONY BANK/AMAZON                433.86                    7096
  62224  06/23/20  XLA01   X LABS                            19,808.12                    7096
```

Firefox                                                                                                        about:blank

```
June 24, 2020                                    TOWNSHIP OF JACKSON                            Page No: 4
08:36 AM                                       Check Register By Check Date


 Check # Check Date Vendor                                        Amount Paid    Reconciled/Void Ref Num

GENERAL TRUST
Checking Account Totals            Paid       Void        Amount Paid       Amount Void
                       Checks:        8          0          31,977.94              0.00
              Direct Deposit:        0          0               0.00              0.00
                        Total:        8          0          31,977.94              0.00


HANDICAPPED
   2455  06/23/20  JAN09    MARIANNE JANICKI                        20.00                    7098
   2456  06/23/20  LUS03    CHERYL LUSICK                           40.00                    7098
   2457  06/23/20  ORI01    ORIENTAL TRADING COMPANY, INC.         279.88                    7098

Checking Account Totals            Paid       Void        Amount Paid       Amount Void
                       Checks:        3          0             339.88              0.00
              Direct Deposit:        0          0               0.00              0.00
                        Total:        3          0             339.88              0.00

PARKS  REC
  67127  06/23/20  JAC15    JACKSON TOWNSHIP P/R ACCOUNT        1,118.89                    7097
  67128  06/23/20  ACE11    ADAM ACEVEDO                          630.00                    7097
  67129  06/23/20  AFA01    DENISE AFANADOR                     1,045.00                    7097
  67130  06/23/20  ALL70    ALLSTATE COSTIGIOLA FINANCIAL         200.00                    7097
  67131  06/23/20  BLI02    JASON & MELISSA BLIND               2,692.00                    7097
  67132  06/23/20  BOY26    NICOLE BOYKO                        1,118.00                    7097
  67133  06/23/20  BRO25    CRAIG BROWNFIELD                      855.00                    7097
  67134  06/23/20  COS01    COSTCO WHOLESALE 229                   54.41                    7097
  67135  06/23/20  DAV29    DEBRA DAVIS                           851.00                    7097
  67136  06/23/20  DOE02    DAWN DOERR                            809.00                    7097
  67137  06/23/20  ELM02    MICHAEL ELMES                        155.00                    7097
  67138  06/23/20  GER20    MARLA GERTNER                         23.00                    7097
  67139  06/23/20  HAN14    MARYJEAN HANCOCK                    2,359.00                    7097
  67140  06/23/20  HER18    LILIAN HERNANDEZ                      668.00                    7097
  67141  06/23/20  KEN11    AUSTIN KENNY                        1,331.00                    7097
  67142  06/23/20  LEE18    ADRIENE LEE                          230.00                    7097
  67143  06/23/20  LIL03    MEGHAN LILLIS                         630.00                    7097
  67144  06/23/20  MER23    LISA MERCER                        1,150.00                    7097
  67145  06/23/20  RIV15    JOSE RIVERA                        1,837.00                    7097
  67146  06/23/20  ROS33    JESSICA ROSSI                        205.00                    7097
  67147  06/23/20  SPA14    JOHN SPALTHOFF                     1,039.00                    7097
  67148  06/23/20  YOU19    PANAGIOTA YOUSEF                     942.00                    7097

Checking Account Totals            Paid       Void        Amount Paid       Amount Void
                       Checks:       22          0          19,942.30              0.00
              Direct Deposit:        0          0               0.00              0.00
                        Total:       22          0          19,942.30              0.00


Report Totals                      Paid       Void        Amount Paid       Amount Void
                       Checks:      121          7       11,202,873.72             48.00
              Direct Deposit:        0          0               0.00              0.00
                        Total:      121          7       11,202,873.72             48.00
```

Jackson Township Council Meeting of June 23, 2020                Page 14 of 22

Firefox                                                                                about:blank

June 24, 2020                          TOWNSHIP OF JACKSON                        Page No: 5
08:36 AM                            Check Register By Check Date

| Totals by Year-Fund<br>Fund Description | Fund | Budget Total | Revenue Total | G/L Total | Total |
|---|---|---|---|---|---|
| | 0-01 | 10,636,236.16 | 0.00 | 0.00 | 10,636,236.16 |
| | 0-17 | 143.40 | 0.00 | 0.00 | 143.40 |
| Year Total: | | 10,636,379.56 | 0.00 | 0.00 | 10,636,379.56 |
| | 9-01 | 74,919.90 | 0.00 | 0.00 | 74,919.90 |
| | C-04 | 362,477.13 | 0.00 | 0.00 | 362,477.13 |
| | G-02 | 10,684.58 | 0.00 | 0.00 | 10,684.58 |
| | T-12 | 31,977.94 | 0.00 | 0.00 | 31,977.94 |
| | T-13 | 19,942.30 | 0.00 | 0.00 | 19,942.30 |
| | T-14 | 339.88 | 0.00 | 0.00 | 339.88 |
| | T-17 | 1,260.09 | 0.00 | 0.00 | 1,260.09 |
| | T-20 | 25,023.91 | 0.00 | 0.00 | 25,023.91 |
| Year Total: | | 78,544.12 | 0.00 | 0.00 | 78,544.12 |
| Total Of All Funds: | | 11,163,005.29 | 0.00 | 0.00 | 11,163,005.29 |

Firefox                                                                                      about:blank

June 24, 2020                              TOWNSHIP OF JACKSON                           Page No: 6
08:36 AM                                 Check Register By Check Date

| Project Description | Project No. | Project Total |
|---|---|---|
| PARAMOUNT HOMES/MEGANS RUN | P31387 | 5,867.50 |
| OFFICE,SHOWROOM/JACKSON PROP | P31825 | 929.50 |
| COMMERCIAL OFF/WAREHOUSE BERK | P31937 | 165.00 |
| TREE INSPECTION/BARON BUILDERS | P31985 | 133.00 |
| DEMOLISH 2 HOUSES/WHITESVILLE | P32039 | 133.00 |
| 1100 RESIDENT UNITS/EL @ JKSN | P32148 | 7,004.28 |
| 6 LOT RES SBDV/CTY LINE CONSTR | P32172 | 1,215.00 |
| P/F MAJ S/P 227-1/220 FARADAY | P32181 | 1,756.15 |
| OPEN SPACE CONSERVAT/CTY OF OC | P32195 | 1,062.25 |
| MIN SBDV/MACEDONIA BAPTIST CHU | P32201 | 399.00 |
| 720006S093 CLEARING | TWP00002 | 150.00 |
| SIXFLAGS O/E | TWPOE11 | 420.00 |
| VERIZON~ | TWPOE114 | 2,520.00 |
| WALTER EARLE | TWPOE12 | 600.00 |
| HACKENSACK MERIDIAN HEALTH | TWPOE158 | 4,320.00 |
| ASPLUNDH TREE | TWPOE256 | 4,680.00 |
| CABLEVISION & (SUBCONTRACTORS) | TWPOE51 | 1,590.00 |
| 60 ACRES | TWPOE65 | 1,020.00 |
| JACKMUNICIPAL UTILITY AUTHORITY | TWPOE68 | 1,500.00 |
| JT SUBDIVISION ACCT | TWPSD001 | 2,583.75 |
| WIRELESS TELE FAC/PYRAMID NET | Z32056 | 330.00 |
| ADVENTURE CROSSING/CARDINALE | Z32114 | 133.00 |
| WAREHOUS/SCHWARZMAN EXPORT IMP | Z32137 | 532.00 |
| RETAIL COMMERC USE/GREEN APPLE | Z32213 | 825.00 |
|  | Total Of All Projects: | 39,868.43 |

**CONSENT AGENDA, ONE VOTE FOR ALL OF THE FOLLOWING RESOLUTIONS:**

**RESOLUTION 236R-20**
**TITLE: APPROVE JACKSON TOWNSHIP COUNCIL MEETING MINUTES OF JUNE 9, 2020**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: CHISHOLM**

**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**WHEREAS,** official Minutes of Jackson Township Council meetings have been prepared; and

**WHEREAS,** the Township Clerk has reviewed these Minutes and has submitted them to the Town Council for their approval.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, that;

1. The following Minutes are hereby approved by the Jackson Township Council:

    JUNE 9, 2020

2. Copies of this resolution to any interested parties.

_____

**JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                          **TOWNSHIP CLERK**

---

**RESOLUTION 237R-20**
**TITLE: AUTHORIZE TAX OVERPAYMENT REFUNDS**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: CHISHOLM**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**WHEREAS,** it has been determined by the Township Tax Collector that the taxpayers as indicated on the attached Schedule "A" are entitled to overpayment refunds, and;

**WHEREAS**, it is the desire of the Township Council to have these overpayments returned to the respective taxpayers;

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, State of New Jersey, that:

1. The Tax Collector is hereby authorized to make overpayment refunds in the amount shown and to the taxpayers, as appears on Schedule "A" which made apart hereof.

2. Copies of this Resolution to the Tax Collector.

**TOWNSHIP OF JACKSON**

**OVERPAYMENT REFUNDS**
**RESOLUTION 237R-20**
**JUNE 23, 2020**

| BLOCK | LOT | NAME | YEAR-QTR | AMOUNT |
|-------|-----|------|----------|--------|
| 999 | 999 | Tarr, David & Janice | 2020/2nd | $  226.00 |
| 5810 | 8 | JR Management Group Inc. | 2020/2nd | $1,605.44 |
| 22009 | 3 | First Commerce Bank | 2020/2nd | $ 826.55 |
| 2602 | 21 | Corelogic Real Estate Tax Services | 2020/2nd | $2,278.47 |
| 3701 | 27 | Corelogic Real Estate Tax Services | 2020/2nd | $2,917.32 |
| 4002 | 3 | Corelogic Real Estate Tax Services | 2020/2nd | $3,022.88 |

| 4714 | 7.258 | Corelogic Real Estate Tax Services | 2020/2nd | $1,734.95 |
|---|---|---|---|---|
| 5204 | 19 | Corelogic Real Estate Tax Services | 2020/2nd | $2,715.23 |
| 5803 | 4 | Corelogic Real Estate Tax Services | 2020/2nd | $1,348.76 |
| 6702 | 3 | Corelogic Real Estate Tax Services | 2020/2nd | $2,167.52 |
| 7201 | 24 | Corelogic Real Estate Tax Services | 2020/2nd | $1,491.91 |
| 7802 | 9 | Corelogic Real Estate Tax Services | 2020/2nd | $1,925.66 |
| 7901 | 6.15 | Corelogic Real Estate Tax Services | 2020/2nd | $1,238.32 |
| 8801 | 8 | Corelogic Real Estate Tax Services | 2020/2nd | $2,253.74 |
| 10001 | 40 | Corelogic Real Estate Tax Services | 2020/2nd | $2,669.36 |
| 13002 | 13 | Corelogic Real Estate Tax Services | 2020/2nd | $1,688.11 |
| 13101 | 17 | Corelogic Real Estate Tax Services | 2020/2nd | $1,573.35 |
| 14801 | 4 | Corelogic Real Estate Tax Services | 2020/2nd | $1,540.65 |
| 18602 | 20.04 | Corelogic Real Estate Tax Services | 2020/2nd | $2,786.48 |
| 19001 | 4.01 | Corelogic Real Estate Tax Services | 2020/2nd | $2,408.28 |
| 19908 | 54 | Corelogic Real Estate Tax Services | 2020/2nd | $2,183.56 |
| 21702 | 31 | Corelogic Real Estate Tax Services | 2020/2nd | $2,501.00 |
| 21801 | 3 | Corelogic Real Estate Tax Services | 2020/2nd | $ 916.22 |
| | | | **TOTAL:** | **$44,019.76** |

_____

**JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                                      **TOWNSHIP CLERK**

---

**RESOLUTION 238R-20**
**TITLE: RESOLUTION AUTHORIZING A SHARED SERVICES AGREEMENT BETWEEN JACKSON TOWNSHIP AND THE JACKSON TOWNSHIP BOARD OF EDUCATION TO PROVIDE TWO SCHOOL RESOURCE OFFICERS (SRO'S) FOR THE JACKSON TOWNSHIP SCHOOL DISTRICT FOR THE 2020-2021 SCHOOL YEAR**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: CHISHOLM**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

       **WHEREAS**, pursuant to N.J.S.A. 40A:65-1 et seq., municipalities and local boards of education  may enter into agreements for shared services with other municipalities and local boards of education to provide or receive any services that the local unit participating in the agreement is empowered to provide or receive within its own jurisdiction; and

       **WHEREAS**, the agreement must comply with the requirements of N.J.S.A. 40A:65-5, which requires that such a contract be authorized by resolution; and

       **WHEREAS**, the Township of Jackson will furnish two fully trained School Resource Officers ("SROs") to the Jackson Township Board of Education as set forth in the Agreement attached hereto and incorporated herein as Schedule A; and

       **WHEREAS**, the Jackson Township Board of Education shall pay compensation for the SROs in the amount of $87,957.15 per SRO per school year for a

total of $175,914.30 for the ten-month school year commencing September 3, 2020 to June 18, 2021; and

      **WHEREAS**, it is the desire of the governing body to authorize the execution of a Shared Services Agreement with the Jackson Township Board of Education for the provision of two School Resource Officers for the 2020-2021 school year.

      **NOW, THEREFORE, BE IT RESOLVED** that the Mayor and Township Council of the Township of Jackson, County of Ocean, State of New Jersey as follows:

      **1.** That the governing body does hereby authorize the execution of a Shared Services Agreement with the Jackson Township Board of Education for the provision of two School Resource Officers for the 2020-2021 school year.

      **2.** That the Mayor is hereby authorized to execute and the Township Clerk to attest to, respectively, the Shared Services Agreement, and any other documents necessary to effectuate the terms of this resolution.

      **3.** That the term of the agreement shall be effective for a term effective September 3, 2020 through June 18, 2021.

      4. That a copy of the agreement referenced herein shall be kept on file and made available for public inspection at the Township Clerk's Office during normal business hours.

      **5.** That a certified copy of this resolution, together with a copy of the agreement, shall be forwarded to the  Township Administrator of the Township of Jackson, as well as the Jackson Board of Education Business Administrator.

                            _____

                            **JANICE KISTY, R.M.C.**

**DATED: 6-23-20**                  **TOWNSHIP CLERK**

---

**RESOLUTION 239R-20**
**TITLE: REQUEST APPROVAL FOR THE INSERTION OF A SPECIAL ITEM OF REVENUE AND APPROPRIATION PURSUANT TO N.J.S.A. 40A: 4-87 - FOR THE CLEAN COMMUNITIES 2020 GRANT**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: CHISHOLM**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

      **WHEREAS, N.J.S.A**. 40A: 4-87 provides that the Director of the Division of Local Government Services may approve the insertion of any special item of revenue in the budget of any local unit when such item shall have been available by any public or private funding source and the amount therefore shall not have been determined at the time of adoption; and

      **WHEREAS,** N.J.S.A. 40A: 4-87 further provides that the Director may approve the insertion of an <u>appropriation item of an amount equal</u> to any such special item of revenue making such item of revenue available for expenditure; and

      **WHEREAS,** the Township of Jackson has been provided additional funds from the State of New Jersey, Department of Environmental Protection in the amount of $107,743.09; and

      **WHEREAS,** the Mayor and Township Council of the Township of Jackson, request the Director of the Division of Local Government Services to approve the insertion of this amount as revenue with an offsetting appropriation.

**NOW, THEREFORE, BE IT RESOLVED** by the Mayor and Township Council of the <u>Township of Jackson,</u> County of Ocean, State of New Jersey, as follows:

1. That the Mayor and Township Council do hereby request an amendment to the 2020 Budget to provide the insertion of a special item of revenue in the amount of $107,743.09 by the Director of the Division of Local Government Services, which is now available as a revenue from:

   Miscellaneous Revenue: (Special Item of general revenue anticipated with prior written consent of the Director of Local Government Services)

   State of New Jersey
   Department of Environmental Protection
   Clean Communities Grant                          $107,743.09

2. That the Mayor and Township Council do hereby further request an appropriation of an equal sum under the caption of:

   General Appropriations: (operations excluded from CAP)

   State of New Jersey
   Department of Environmental Protection
   Clean Communities Grant                          $107,743.09

3. That two certified copies of the resolution shall be forwarded to the Director of the Division of Local Government Services, the Township Auditor, and the Chief Financial Officer.

                                        _____
                                        **JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                      **TOWNSHIP CLERK**

---

**RESOLUTION 240R-20**
**TITLE: APPROVE CHIEF FINANCIAL OFFICER'S REPORT FOR MONTH OF MAY 2020**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: CHISHOLM**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**WHEREAS**, the Chief Financial Officer has submitted the May 2020 monthly report; and

**WHEREAS**, the Township Clerk has submitted the report to the Township Council for their approval.

**NOW, THEREFORE, BE IT RESOLVED** by the Township Council of the Township of Jackson, County of Ocean, State of New Jersey as follows:

1. The Chief Financial Officer's monthly report for May 2020 is hereby approved.

2. Copies of this Resolution to Administrator, Township Attorney, and any other interested parties.

                                        _____
                                        **JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                      **TOWNSHIP CLERK**

**RESOLUTION 241R-20**
**TITLE: RESOLUTION AMENDING OFFICIAL DEPOSITORIES AND**
**AUTHORIZED MUNICIPAL OFFICIALS TO SIGN CHECKS FOR**
**DISBURSEMENT OF FUNDS FOR CALENDAR YEAR 2020 AND TO CHANGE**
**THE SIGNER OF PRESIDENT OF THE COUNCIL FROM BARRY CALOGERO**
**TO ALEXANDER SAUICKIE III**

**MOTION TO APPROVE BY: FLEMMING**
**MOTION SECONDED BY: CHISHOLM**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

      **WHEREAS**, under the provisions of state regulations (N.J.S.A. 40A:5-1) entitled Local Fiscal Affairs Law, the Township of Jackson in accordance with N.J.S.A.40A:5-l4 hereby establishes Legal Depositories for public monies for the calendar year 2020. Further, recent amendment to N.J.S.A. 40A:5-15.1 entitled "Securities, which may be purchased by local units" provide added flexibility to secure high yield investments while safe guarding municipal assets.

0.    **NOW, THEREFORE, BE IT RESOLVED** by the Mayor and Township Council of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

      l. The following banks or institutions approved by the Department of Banking and Insurance under the Government Unit Depository Protection Act (GUDPA) or other authorized investment vehicles authorized by the State of New Jersey are hereby designated as official depositories of Township funds for the calendar year 2020:

          A.  New Jersey Cash Management
          B.  Ocean First Bank

      2.  Authorized signatories herewith described below are established by appointing Resolution and/or Salary Ordinance as approved by the Governing Body. Effective authority for authorized signatories will be established on or about January 2, 2020 , nun pro tunc.  Wire or electronic transfer of municipal funds for the purpose to meet payment obligations (Eg. investments, payroll, debt service, vendor, state & federal taxes) are hereby granted to the Chief Financial Officer or assistant subject to ratification by the Governing Body.

      3.  Disbursements from all checking accounts except as otherwise noted herein shall be signed by any two (2) of the following four (4) authorized individuals to include at minimum each check to bear one original signature.  The Mayor and President of the Council may designate a facsimile signature as subject to approval:

          Mayor, Michael Reina
          President of the Council, Alexander Sauickie III
          Municipal Administrator, Terence M. Wall
          Chief Financial Officer, Sharon Pinkava

Authorized Checking Accounts:

| | | |
|---|---|---|
| A. | Current Fund | xxxxxxx0013 |
| B. | Capital Fund | xxxxxxx0021 |
| C. | Parks & Recreation | xxxxxxx0047 |
| D. | Dog Fund | xxxxxxx0062 |
| E. | Public Assistance | xxxxxxx0070 |
| F. | Handicap Trust Fund | xxxxxxx0138 |
| G. | General Trust Fund | xxxxxxx0054 |
| H. | Payroll Account | xxxxxxx0039 |
| I. | Open Space Trust Fund | xxxxxxx0302 |
| J | Affordable Housing 3rd Round | xxxxxxx2571 |
| K. | Developers Fees-COAH Trust Fund | xxxxxxx2589 |
| L. | Builders Escrow | xxxxxxx1535 |

| M. | Capital (Investment Fund) | xxxxxxx0768 |
| N. | Current (Investment Fund) | xxxxxxx0750 |
| O. | Section 125 Trust | xxxxxxx4247 |
| P. | Credit Card Clearing Account | xxxxxxx4403 |
| Q. | Affordable Housing Rehabilitation Program | xxxxxxx4411 |

4. All disbursements from the Jackson Township "Tax Collector Trust" checking account (Account No. xxxxxxx0088) shall be made by checks signed by any one (l) of the following two (2) individuals:

   A. Tax Collector, Michael Campbell
   B. Chief Financial Officer, Sharon Pinkava

5. All disbursements from the Jackson Township Court General checking account (xxxxxxxx0161) and the Jackson Township Court Bail checking account (xxxxxxx4185) shall be made by checks signed by any two (2) of the following three (3) individuals:

   A. Municipal Court Judge, Daniel F. Sahin
   B. Municipal Court Administrator, Camille Elluzzi
   C. Deputy Municipal Court Administrator,  Amy DeJesus

6. Any disbursement checking accounts not specifically authorized by this resolution shall be considered null and void. All funds in said accounts shall be immediately transferred into the Current Fund account. Any individual attempting to establish or use an unauthorized account shall be subject to criminal prosecution as provided for by law and/or disciplinary action as provided by Administrative Code.

7. It is the policy of Jackson Township to maximize its investment earnings potential while preserving capital in secured investment programs authorized by the State of New Jersey's Fiscal Affairs Law.  The governing body of Jackson Township permits the Chief Financial Officer to:

   a) Secure State and Local approved interest bearing checking funds protected through collateralized securities authorized by the Government Unit Depository Protection Act.

   b) Promote a diverse authorized Investment program approved by the State of New Jersey as subject to market conditions through various bank and agency acquisitions to include:

   Guaranteed bonds and obligations of the United States of America
   Government Money Market Funds
   Any Federal Agency or Instrumentality authorized by Congress
   Jackson Township Board of Education Bonds or Obligations
   Obligations permitted by the Division of Investments
   Local Government Investment pools (E.g. NJ Class, NJ/ARM)
   New Jersey Cash Management Fund
   Authorized Repurchase Agreements

All municipal investments will meet rigid State and local standards to protect Jackson Township's taxpayers.  Investments will be selected based upon a criterion to include guarantee as to the preservation of the principal, liquidity and maturity management to ensure cash conversion for needed municipal expenditures.

8. Certified copy of this resolution to the CFO.

                                          _____
                                          **JANICE KISTY, R.M.C.**
**DATED: 6-23-20**                        **TOWNSHIP CLERK**

**PUBLIC COMMENT, ANY TOPIC**

**JOSEPH SULLIVAN- 31 CATHY COURT-** congratulated the council for opening the council meeting minutes to the public and is glad to see residents attended this meeting. Praised the council for the Parks and Recreation Facilities Ordinance. He stated it will be beneficial in saving tax payers money and aid children and people with their recreational needs. Council Vice President Kern has promoted things of this nature and are moving forward. Welcomed Councilman Chisholm to the council and stated he was an excellent choice. He is glad to see  Councilman Chisholm as a member of this council.

**NINO BORRELLI- 36 WINTHROP DRIVE-** concurred with the comments made by Councilman Flemming regarding our Police Force. Our nurses, healthcare workers, First Responders and Police Officers are a really" special class" of people and we owe them gratitude. Thanked council for giving him the opportunity to continue serving and volunteering in the community as a Zoning Board member. He stated the Soil and Fill Importation Ordinance will be a model for the rest of our State to follow. Thanked the council for protecting the beautiful environment that we have in Jackson.

**MOTION TO CLOSE PUBLIC COMMENT ON ANY TOPIC BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**MOTION TO ADJOURN BY: KERN**
**MOTION SECONDED BY: FLEMMING**
**YES: BRESSI, CHISHOLM, FLEMMING, KERN, SAUICKIE**

**7:48 P.M.**

                                **RESPECTFULLY SUBMITTED,**

                                _____
                                **COUNCIL PRESIDENT SAUICKIE**

                                _____
                                **JANICE KISTY, R.M.C.**
                                **TOWNSHIP CLERK**

JK/xo