# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,

                    Plaintiffs,

v.

TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPORO, WILLIAM CAMPBELL, and KENNETH PIESLAK,

                    Defendants.

Civil No. 3:17-cv-03226

## DECLARATION OF SIEGLINDE K. RATH

Sieglinde K. Rath declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an Associate with the firm of Storzer & Associates, P.C., attorneys for the Plaintiffs, Agudath Israel of America and WR Property LLC, and make this declaration in that capacity.

2. I respectfully submit this Declaration in support of the Supplemental Brief being filed contemporaneously with same.

3. Attached hereto as **Exhibit A** is true and correct copy of Ordinance 05-20 introduced by the Township of Jackson at its meeting of May 12, 2020.

1

4. Attached hereto as **Exhibit B** is a true and correct copy of Ordinance 06-20 introduced by the Township of Jackson at its meeting of May 12, 2020 and adopted by the Township on May 26, 2020.

5. Attached hereto as **Exhibit C** is a true and correct copy of the minutes from the Township of Jackson meeting conducted on May 12, 2020 as they appear on the Jackson Township, New Jersey website.

6. Attached hereto as **Exhibit D** is a true and correct copy of the minutes from the Township of Jackson meeting conducted on May 26, 2020 as they appear on the Jackson Township, New Jersey website.

7. Attached hereto as **Exhibit E** is a true and correct copy of the minutes from the Township of Jackson meeting conducted on June 23, 2020 as they appear on the Jackson Township, New Jersey website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2021

**STORZER & ASSOCIATES, P.C.**

/s/ Sieglinde K. Rath
Sieglinde K. Rath (048131991)
9433 Common Brook Road
Suite 208
Owings Mills, MD 21117
*Attorneys for Plaintiffs*