# EXHIBIT A

## ORDINANCE NO. 06-20

AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE SO AS TO REPEAL ORDINANCE 04-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON

**NOW, THEREFORE, BE IT ORDAINED**, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

**SECTION 1.** Ordinance 04-17 be and hereby is repealed.

**SECTION 2.** All Ordinances or parts of Ordinances inconsistent herewith are hereby repealed.

**SECTION 3.** If any section, subsection, sentence, clause, phrase or portion of this Ordinance is for any reason held to be invalid or unconstitutional by a Court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.

**SECTION 4.** This Ordinance shall take effect after second reading and publication as required by law.

DATE: 5.29.2020

MAYOR MICHAEL REINA

### NOTICE

NOTICE IS HEREBY GIVEN that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the **12th day of May, 2020**, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the **26th day of May, 2020**, at 6:00 p.m., at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard. Should the building be closed to the public, then public comment will be available through Zoom Webinar on May 26, 2020.

Janice Kisty, RMC
Jackson Township Clerk

DASTI, MURPHY
McGUCKIN, ULAKY,
KOUTSOURIS & CONNORS

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J.08731

Z:\CLIENT MATTERS - GL\Jackson Twp. Attorney\GL-29116 GENERAL MATTERS - TOWNSHIP CLERK\2020 ORDINANCES\Ordinance Repealing Ordinance 04-17.docx

1

Case 3:17-cv-03226-MAS-DEA   Document 114-2   Filed 03/05/21   Page 3 of 6 PageID: 2580



PHILIP D. MURPHY
*Governor*
SHEILA Y. OLIVER
*Lt. Governor*

### State of New Jersey
THE PINELANDS COMMISSION
PO Box 359
NEW LISBON, NJ 08064
(609) 894-7300
www.nj.gov/pinelands

General Information: Info@pinelands.nj.gov
Application Specific Information: AppInfo@pinelands.nj.gov

RICHARD PRICKETT
*Chairman*
NANCY WITTENBERG
*Executive Director*

May 29, 2020

Janice Kisty, RMC
Municipal Clerk
Jackson Township
95 W. Veterans Highway
Jackson, NJ 08527

Dear Ms. Kisty:

Thank you for providing the Pinelands Commission with certified copies of Ordinances 02-20 and 06-20. Under the regulations that we administer (N.J.A.C. 7:50-3.45), the Executive Director is required to determine whether these ordinances relate to any of the standards of the Pinelands Comprehensive Management Plan (CMP). If so, Commission review of Ordinances 02-20 and 06-20 must be completed before they may take effect.

Ordinance 02-20 establishes a new zoning district, the HCMU Highway Commercial Mixed Use Zone, which will include those areas generally located on the south side of County Route 537 between the I-95 corridor and Hurricane Harbor Water Park. This area is located outside the Pinelands Area.

Ordinance 06-20 repeals Ordinance 04-17, which established a definition for "Dormitory" and Section 244-176.2, Prohibited Uses, which prohibited dormitories in all districts as well as all uses not expressly permitted in any given district. By letter dated March 28, 2017, the Commission notified the Township that Ordinance 04-17 raised no substantial issues with CMP standards and required no further Commission review.

As such, Ordinances 02-20 and 06-20 raise no issues with respect to CMP standards and require no further Commission review.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Susan R. Grogan, P.P., AICP
Director of Planning

BP/SRG/CJA
c:   Honorable Michael Reina, Mayor (via email)

The Pinelands -- Our Country's First National Reserve
New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper

1 of 2                                                                                                          6/1/2020, 9:12 AM

2

Ernie Peters, Township Planner (via email)
Denise Buono, Planning Board Secretary (via email)

# AFFIDAVIT OF PUBLICATION

STATE OF NEW JERSEY )
                    ) SS
COUNTY OF OCEAN     )

I, Janice Kisty, Township Clerk of the Township of Jackson, County of Ocean, State of New Jersey, certify that the attached legal notice is a true copy of such notice which was published in the Asbury Park Press, a newspaper of general circulation in the County of Ocean, on ____MAY 15, 2020____.

Certified this 18th day of ____MAY____, 20 20.

_____
JANICE KISTY, TOWNSHIP CLERK
JACKSON TOWNSHIP

---

**TOWNSHIP OF JACKSON**
**ORDINANCE NO. 06-20**

AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE SO AS TO REPEAL ORDINANCE 04-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON

NOW, THEREFORE, BE IT ORDAINED, by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

SECTION 1. Ordinance 04-17 be and hereby is repealed.
SECTION 2. All Ordinances or parts of Ordinances inconsistent herewith are hereby repealed.
SECTION 3. If any section, subsection, sentence, clause, phrase or portion of this Ordinance is for any reason held to be invalid or unconstitutional by a Court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holding shall not affect the validity of the remaining portions hereof.
SECTION 4. This Ordinance shall take effect after second reading and publication as required by law.
DATE: _____
MAYOR MICHAEL REINA

**NOTICE**

NOTICE IS HEREBY GIVEN that the foregoing Ordinance was introduced and passed by the Township Council on first reading at a meeting of the Township Council of the Township of Jackson held on the 12th day of May, 2020, and will be considered for second reading and final passage at a regular meeting of the Township Council to be held on the 26th day of May, 2020, at 6:00 p.m., at the Township Municipal Building, located at 95 West Veterans Highway, Jackson, New Jersey, at which time and place any persons desiring to be heard upon the same will be given the opportunity to be so heard. Should the building be closed to the public, then public comment will be available through Zoom Webinar on May 26, 2020.

Janice Kisty, RMC
Jackson Township Clerk
($39.60)
0004191910-01

# AFFIDAVIT OF PUBLICATION

STATE OF NEW JERSEY )
                    ) SS
COUNTY OF OCEAN     )

I, Janice Kisty, Township Clerk of the Township of Jackson, County of Ocean, State of New Jersey, certify that the attached legal notice is a true copy of such notice which was published in the Asbury Park Press, a newspaper of general circulation in the County of Ocean, on _____ MAY 29 2020 _____.

Certified this 29th day of MAY, 2020.

_____
JANICE KISTY, TOWNSHIP CLERK
JACKSON TOWNSHIP

LEGAL/PUBLIC NOTICE
TOWNSHIP OF JACKSON
NOTICE OF PASSAGE AND APPROVAL
ORDINANCE NO. 06-20
Please take notice that on Tuesday, May 26, 2020, the Jackson Township Council enacted Ordinance No. 06-20 entitled: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY REPEALING ORDINANCE 04-17 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON
Janice Kisty, RMC