IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,

    Plaintiffs,

v.

TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPORO, WILLIAM CAMPBELL, and KENNETH PIESLAK,
    Defendants.

Civil No. 3:17-cv-03226

## DECLARATION OF SIEGLINDE K. RATH

Sieglinde K. Rath declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an Associate with the firm of Storzer & Associates, P.C., attorneys for the Plaintiffs, Agudath Israel of America and WR Property LLC, and make this declaration in that capacity.

2. I respectfully submit this Declaration in support of the Supplemental Brief being filed contemporaneously with same.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Notices of Publication for Ordinances 03-17 and 04-17 dated March 24, 2017 with respect to adoptions of said Ordinances by the Township of Jackson on March 16, 2017.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Publication for Ordinance 20-17 dated September 21, 2017 with respect to adoption of said Ordinance by the Township of Jackson on September 12, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2021

                                    **STORZER & ASSOCIATES, P.C.**

                                    /s/ Sieglinde K. Rath
Sieglinde K. Rath (048131991)
9433 Common Brook Road
Suite 208
Owings Mills, MD 21117
*Attorneys for Plaintiffs*