## Asbury Park Press, Neptune

Publication Name:
**Asbury Park Press, Neptune**

Publication URL:

Publication City and State:
**Neptune, NJ**

Publication County:
**Monmouth**

---

Notice Popular Keyword Category:

Notice Keywords:
**Ordinance 03-17**

Notice Authentication Number:
**202103111539401518148
1659455628**

Notice URL:

Back

Notice Publish Date:
Friday, March 24, 2017

**Notice Content**

TOWNSHIP OF JACKSON LEGAL/PUBLIC NOTICE NOTICE OF PASSAGE AND APPROVAL ORDINANCE NO. 03-17 Please take notice that on Thursday, March 16, 2017 the Township Council of the Township of Jackson enacted Ordinance No. 03-17 entitled "AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS" (DORMITORIES & SCHOOLS VARIOUS ZONES) Ann Marie Eden, RMC Township Clerk ($14.85)

Back

## Asbury Park Press, Neptune

Publication Name:
**Asbury Park Press, Neptune**

Publication URL:

Publication City and State:
**Neptune, NJ**

Publication County:
**Monmouth**

---

Notice Popular Keyword Category:

Notice Keywords:
**Ordinance 04-17**

Notice Authentication Number:
**202103111542372022898
1659455628**

Notice URL:

Back

Notice Publish Date:
Friday, March 24, 2017

**Notice Content**

TOWNSHIP OF JACKSON LEGAL/PUBLIC NOTICE NOTICE OF PASSAGE AND APPROVAL ORDINANCE NO. 04-17 Please take notice that on Thursday, March 16, 2017 the Township Council of the Township of Jackson enacted Ordinance No. 04-17 entitled "AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY, AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS" (DORMITORIES PROHIBITED USES) Ann Marie Eden, RMC Township Clerk ($14.30)

Back