**Asbury Park Press, Neptune**

Publication Name:
**Asbury Park Press, Neptune**

Publication URL:

Publication City and State:
**Neptune, NJ**

Publication County:
**Monmouth**

Notice Popular Keyword Category:

Notice Keywords:
**Ordinance 20-17**

Notice Authentication Number:
**202103111552216473184
1659455628**

Notice URL:

Back

Notice Publish Date:
Thursday, September 21, 2017

**Notice Content**

TOWNSHIP OF JACKSON LEGAL/PUBLIC NOTICE TOWNSHIP OF JACKSON NOTICE OF PASSAGE AND APPROVAL ORDINANCE NO. 20-17 Please take notice that on Tuesday, September 12, 2017, the Township Council of the Township of Jackson enacted Ordinance No. 20-17 entitled: AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 372 OF THE TOWNSHIP CODE ENTITLED "STREETS AND SIDEWALKS", SECTION 8 ENTITLED "OBSTRUCTION OF STREETS RESTRICTED" Ann Marie Eden, RMC Township Clerk ($13.75)

Back