| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, et al. : | : UNITED STATES DISTRICT COURT |
| Plaintiffs, : | DISTRICT OF NEW JERSEY |
| v. : | Civil Action No. 17-3226 (MAS) |
| TOWNSHIP OF JACKSON, et al., : | |
| Defendants. : | |
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 20-6109 (MAS) |
| TOWNSHIP OF JACKSON, et al., : | **ORDER** |
| Defendant. : | |

**THIS MATTER** having come before the Court during a telephone status conference with counsel on March 18, 2021; and good cause appearing for the entry of this Order:

**IT IS** on this   18th   day of  March, 2021

**ORDERED THAT:**

1. Defendants must submit their response to the USA's proposed Consent Order to Plaintiffs **by March 26, 2021.**

2. Defendants must serve their answers to all outstanding Interrogatories and respond to all outstanding deficiency letters **by April 2, 2021.**

3. Defendants must serve responses to all outstanding Requests for Production **by April 2, 2021.**

4. Counsel are directed to meet and confer concerning the parties' production of ESI and related issues **by April 9, 2021.**

5. Defendants' actual production of documents must be completed **by April 16, 2021.**

6. **Failure to comply with the terms of this Order may result in the imposition of sanctions against the delinquent party(ies).**

7. The Court will conduct a status/scheduling conference by telephone **on April 21, 2021 at 11:00 am.**   Ms. Jennings' office is directed to initiate the call to (609) 989-2144.

s/ Douglas E. Arpert
**DOUGLAS E. ARPERT, U.S.M.J**
