**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| WR PROPERTY LLC, et al., |
| Plaintiffs, |
| v. |
| TOWNSHIP OF JACKSON, et al., |
| Defendants. |

Civil Action No. 17-3226 (MAS) (DEA)

**ORDER**

This matter comes before the Court upon Plaintiffs WR Property LLC and Agudath Israel of America's (collectively, "Plaintiffs") Motion for Preliminary Injunction. (ECF No. 55.) Defendants Township of Jackson, Mayor Michael Reina, former Council President Robert Nixon, Township Administrator Helene Schlegel, Zoning Enforcement Officer Jeffrey Purpuro, Code Enforcement Officer William Campbell, and Code Compliance Supervisor Kenneth Pieslak (collectively, "Defendants") opposed (ECF No. 58), and Plaintiffs replied (ECF No. 60). The parties also submitted supplemental material in support of their arguments. (ECF Nos. 74, 82, 83, 107, 112, 114, 116, 117.) The Court has carefully considered the parties' submissions and heard oral argument on March 30, 2021. For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 5th day of May, 2021 **ORDERED** that:

1. Plaintiffs' Motion for Preliminary Injunction (ECF No. 55) is **GRANTED.**

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**