| | |
|---|---|
| **STORZER & ASSOCIATES, P.C.**<br>Sieglinde K. Rath (#048131991)<br>Roman P. Storzer, *admitted pro hac vice*<br>9433 Common Brook Road, Suite 208<br>Owings Mills, Maryland 21117<br>*Counsel for Plaintiffs* | **WILENTZ, GOLDMAN & SPITZER, P.A.**<br>Donna M. Jennings (017281995)<br>90 Woodbridge Center Drive<br>Woodbridge, New Jersey 07095<br>Bar Number:<br>*Co-Counsel for Plaintiff WR Property LLC* |

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,<br><br>　　　　　　　　Defendants. | Civ. No. 3:17-cv-03226<br><br>**CONSENT ORDER EXTENDING TIME WITHIN WHICH PLAINTIFFS MAY FILE A MOTION FOR ATTORNEYS' FEES PURSUANT TO FED.R.CIV.P 54, L.CIV.R. 54.2(c) AND FED. R.CIV.P. 6(b)(1)(a)** |

　　　　This matter having been opened to the Court by the parties and with the consent of counsel for the Plaintiffs, Agudath Israel of America and WR Property LLC, and counsel for the Defendants, Township of Jackson, New Jersey, Michael Reina, Robert Nixon, Helene Schlegel, Jeffrey Purpuro, William Campbell, and Kenneth Pieslak, that Plaintiffs shall be granted an extension of time within which to file their Motion for Attorneys' Fees associated with the Court's Order granting the Plaintiffs' Preliminary Injunction (ECF Nos. 122, 123) pursuant to Fed.R.Civ.P 6(b)(1)(A), Fed.R.Civ.P. 54 and L.Civ.R. 54.2; and

**IT APPEARING** that, according to the timeframe set by L.Civ.R. 54.2(a), the current deadline for filing said motion for attorneys' fees in this action is June 4, 2021; and it further

**APPEARING** that, pursuant to Fed.R.Civ.P. 6(b)(1)(A) and L.Civ.R. 54.2, the Court may extend the time for filing, with or without motion or notice, if the court acts, or if the request is made, before the original time expires; and it further

**APPEARING** that Plaintiffs' request for an extension was made before the original time expired;

**IT IS** on this 4th day of June, 2021,

**ORDERED** that Plaintiffs shall file their Motion for Attorneys Fees associated with the Court's Order granting the Plaintiffs' Preliminary Injunction (ECF Nos. 122, 123) within 30 days of the entry of an Order resolving this action or within 30 days of such time that the temporary relief granted in the Preliminary Injunction Order is made permanent.

Date: _____

_____
Michael Shipp, U.S.D.J.

The parties do hereby consent to the form and substance of the within Order

**WILENTZ, GOLDMAN & SPITZER, P.A.**

/s/ Donna M. Jennings
Donna M. Jennings (017281995)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095

*Counsel for Plaintiff, WR Property LLC*

**STORZER & ASSOCIATES, P.C.**

/s/Sieglinde K. Rath
Sieglinde K. Rath (#048131991)
Roman P. Storzer, admitted pro hac vice
9433 Common Brook Road, Suite 108
Owings Mills, Maryland 21117

*Counsel for Plaintiffs*

**Mandelbaum Salsburg P.C.**

/**s**/Brent R. Pohlman
Brent R. Pohlman (#046612005)
3 Becker Farm Road, Suite 105
Roseland, NJ 07068

*Counsel for Defendants*