

**Brent R. Pohlman, Esq.**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
bpohlman@mblawfirm.com
T: 973-342-7997
F: 973-325-7467

February 17 2022

<u>Via eCourts</u>
Magistrate Judge Douglas E. Arpert
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

     Re: **Agudath Israel of America et al v. Township of Jackson, et al.**
       **(Settlement Negotiations Only Pursuant to Rule 408)**
       <u>**Docket No.: 3:17-CV-03226**</u>

Dear Magistrate Judge Arpert:

  As Your Honor is aware, this office represents Defendants in the above referenced matter. The Township Defendants and the United States currently have a call scheduled with Your Honor tomorrow, Thursday, February 17, 2022, at 3:00 p.m. Unfortunately, Mr. McGuckin is not available tomorrow. With the consent of the United States I am requested that to the extent Your Honor can accommodate moving the conference, the Parties are requesting that the conference be moved to Friday, February 18, 2022 between 9:30 a.m. - 11:30 a.m.

        Respectfully submitted,

        <u>*/s/Brent R. Pohlman, Esq.*</u>
         BRENT R. POHLMAN, ESQ.