# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

ROMAN P. STORZER

SIEGLINDE K. RATH*
BLAIR LAZARUS STORZER**
ROBIN N. PICK***
JONATHAN S. GROSS****
JEFF A. ALDERETTE*****

  * Admitted in Maryland & N.J.
 ** Admitted in D.C., Maryland & Illinois
*** Admitted in California & Maryland
**** Admitted in Maryland
***** Admitted in Virginia

OF COUNSEL
ROBERT L. GREENE†
JOHN G. STEPANOVICH††

† Admitted in N.Y.
†† Admitted in Virginia, N.Y. & Ohio (inactive)
††† Admitted in N.J., N.Y. and Penn.

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036
(202) 857-9766
FACSIMILE: (202) 315-3996

WWW.STORZERLAW.COM

BALTIMORE OFFICE:

9433 COMMON BROOK ROAD
SUITE 208
OWINGS MILLS, MD 21117

(410) 559-6325
FACSIMILE: (202) 315-3996

May 4, 2022

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

    Re:   *Agudath Israel of America, et al. v. Township of Jackson, New Jersey, et al.*
            Case No. 3-17-cv-03226

Your Honor:

    This firm is counsel for Plaintiffs in this matter. We are respectfully requesting a Status Conference with your Honor.

Respectfully Submitted,

*Sieglinde K. Rath*

Sieglinde K. Rath

cc: Counsel of record via ECF