# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

WWW.STORZERLAW.COM
INFO@STORZERLAW.COM

| | |
|---|---|
| 1025 CONNECTICUT AVENUE, NORTHWEST<br>SUITE ONE THOUSAND<br>WASHINGTON, D.C. 20036<br>(202) 857-9766<br>FACSIMILE: (202) 315-3996 | BALTIMORE OFFICE<br>9433 COMMON BROOK ROAD<br>SUITE 208<br>OWINGS MILLS, MD 21117<br>(410) 559-6325 |

January 19, 2023

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

    Re:    *Agudath Israel of America, et al. v. Township of Jackson, New Jersey, et al.*
             Case No. 3-17-cv-03226

Your Honor:

    The undersigned represents the Plaintiffs in the above referenced matter. A Status Conference is presently scheduled before your Honor on January 24, 2023 at 3:30 p.m. With the consent of the Defendants, we are respectfully requesting that this conference be adjourned. The parties are continuing discussions in furtherance of our last conference before Your Honor and anticipate meeting in the next few weeks.

    Should Your Honor have any questions, counsel is available for a phone conference on January 24 2023 at 3:30 p.m.

                                                           Respectfully Submitted,

                                                           Sieglinde K. Rath

cc: Counsel of record via ECF

