

**Brent R. Pohlman, Esq.**
**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
bpohlman@mblawfirm.com
T: 973-243-7997
F: 973-325-7467

March 13, 2023

<u>Via ECF</u>
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher 402 Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: <u>WR Property LLC, et al. v. Township of Jackson, et al.</u>
      <u>Civil Case No.: 3:17-cv-03226</u>

Dear Judge Arpert:

  Please be advised that this firm represents Defendants Township of Jackson, New Jersey, Michael Reina, Robert Nixon, Helene Schlegel, Jeffrey Purpuro, William Campbell, and Kenneth Pieslak, in connection with the above-referenced matter. The Plaintiffs, Agudath Israel of America and WR Property LLC are represented by Sieglinder K. Rath, Esq. An in-person status conference is scheduled in this matter for Tuesday, March 14, 2023, before Your Honor. I am writing to the Court in light of the inclement weather expected tomorrow. Due to my client's need to travel, I am respectfully requesting that tomorrow's conference be converted to a virtual conference or, in the alternative, be adjourned to a later date that is convenient for the Court. I have consulted with Plaintiff's counsel, and they would like to keep the matter on the schedule. In addition to the weather issues, my clients received the Plaintiff's most recent counter demand on Thursday March 9, 2023 and the Council meeting is not until the evening of March 14, 2023 so the Defendants will not be in a position to respond to this most recent demand until after I have had the opportunity to discuss the counter demand at that council meeting.

  I thank Your Honor and the Court for your consideration of this request.

  Thank you.

              Respectfully submitted,

              <u>/s/Brent R. Pohlman, Esq.</u>
              Brent R. Pohlman

BRP:mb