AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,

    Plaintiffs,

    v.

TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,

    Defendants.

Civ. No. 3:17-cv-03226

**CONSENT ORDER**

**THIS MATTER** having been brought before the Court on the Third Amended Complaint of Plaintiffs, Agudath Israel of America Inc. and WR Property LLC, pursuant to the provisions of the United States Constitution, the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq.*, the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, 42 U.S.C. § 1982, the New Jersey Law Against Discrimination, subsequently amended on April 22, 2019 and on August 23, 2020; and

**WHEREAS**, Defendants filed an Amended Answer on July 26, 2019; and

**WHEREAS**, Defendants deny all liability for the claims asserted by Plaintiffs; and

**WHEREAS**, the Parties have submitted a fully executed Settlement Agreement for the Court's review; and

1

**WHEREAS,** the Court has reviewed the Parties' Settlement Agreement and finds it to be fair and reasonable; and

**WHEREAS**, this Court has jurisdiction over the subject matter of this Action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 42 U.S.C. § 2000cc-2; and

**WHEREAS**, this Court has personal jurisdiction over Defendants; and

**WHEREAS**, venue is proper in this District;

IT IS on this 7th day of December, 2023, **ORDERED, ADJUDGED and DECREED** as follows:

1.     The terms of the Parties' Settlement Agreement, dated November 27, 2023 and attached to this Order, and each of those terms, are hereby incorporated into this Order and are fully enforceable as an Order of this Court.

2.     This Court shall retain jurisdiction in this case for all purposes for the term and as set forth in the Settlement Agreement.

**IT IS SO ORDERED**.

Dated: December 7, 2023

 

_____
Hon. Michael A. Shipp
United States District Judge