## SETTLEMENT AGREEMENT

This Settlement Agreement (the "Settlement Agreement"), dated as of ___November 27___, 2023 (the "Effective Date") memorializes an agreement to settle litigation by and between Agudath Israel of America Inc. with a business address at 42 Broadway, New York, New York 10004, and WR Property LLC located at Block 21401, Lot 15 on White Road (collectively "Plaintiffs") and the Township of Jackson, New Jersey ("Township"), a municipal corporation located in the State of New Jersey, having offices at 95 West Veterans Highway, Jackson, New Jersey, Michael Reina, Jeffrey Purpuro and William Campbell ("Individual Defendants"). Plaintiffs and Defendants are referred to herein collectively as the "Parties."

### RECITALS

**WHEREAS**, on May 8, 2017, the Plaintiffs filed a complaint against Defendants in the United States District Court for the District of New Jersey (the "Court") captioned *WR Property LLC et al. v. Township of Jackson, et al.*, Civil Action No.3:17-cv-03226-MAS-DEA (the "Action"); subsequently amended on November 15, 2017, April 22, 2019 and on August 23, 2020; and

**WHEREAS**, in the Action, Plaintiffs asserted claims against Defendants for violations of the Free Exercise, Freedom of Association and Establishment Clauses of the First Amendment of the United States Constitution; the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution; 42 U.S.C. § 1982; Nondiscrimination, Equal Terms and Exclusions and Limits provisions of the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq.*, Religious Discrimination and Racial Discrimination of the Fair Housing Act; 42 U.S.C. §§ 3604 and 3617 ("FHA"); Property Rights of Citizens 42 U.S.C. § 1982;

New Jersey Law Against Discrimination § 10:5-1 *et seq.*; and an Action in lieu of prerogative writ under New Jersey state law challenging the adoption and enforcement of certain ordinances and actions by the Defendants; and

**WHEREAS**, Defendants filed an Answer to Plaintiffs' Complaint on June 12, 2017, and an Amended Answer on July 26, 2019 and;

**WHEREAS**, on September 6, 2019, Plaintiffs filed a Motion for Preliminary Injunction, and on May 5, 2021 the Court entered an Order preliminarily enjoining the Defendants from enforcing Ordinances 03-17 and 20-17; and

**WHEREAS**, Defendants deny all liability for the claims asserted by Plaintiffs; and

**WHEREAS**, the Parties have determined to resolve all aspects of this litigation and agree that all claims should be resolved amicably and without protracted, expensive and unnecessary litigation; and

**WHEREAS**, each of the Parties have authority to legally bind and enter into legal agreements on behalf of their respective agencies and to require their respective agencies to adhere to the provisions of this Settlement Agreement as specified herein;

**WHEREAS**, the Parties agree to the terms of and entry of this Settlement Agreement, as indicated by their signatures below,

**NOW, WHEREFORE**, in consideration of the foregoing premises and the releases, terms of settlement, and covenants contained in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, hereby agree as follows:

**TERMS OF AGREEMENT**

1. **<u>Settlement Payment</u>**.

   a. The Defendants will pay Plaintiffs a total of Two Million and Two Hundred Thousand Dollars ($2,200,000.00) ("Settlement Payment"), inclusive of attorney's fees and costs. Plaintiffs agree that Plaintiffs will not seek any additional monetary compensation, including any other payment from the Defendants. A wire transfer or certified check shall be made payable to "Storzer and Associates, P.C. – Attorney Trust Account" in the amount of Two Million and Two Hundred Thousand Dollars ($2,200,000.00).

   b. If the Township fails to approve this Settlement Agreement and adopt a Resolution as discussed below, the Settlement Agreement is void, no Settlement Payment will be made and the Parties will return to litigation. In that event, neither the proposed settlement nor any of the negotiations leading to the proposed settlement shall be deemed admissible against either Plaintiffs or Defendants, and Plaintiffs shall have the right to pursue the Action in the United States District Court for the District of New Jersey subject to all of the defenses possessed by Defendants. If the Defendants approve the Settlement Agreement and adopt the Resolution discussed below in paragraph 4, Defendants will issue the Settlement Payment to Plaintiffs within thirty (30) days of such approval and adoption. Plaintiffs will release the Defendants as set forth in Paragraph 8 herein. Notwithstanding anything in this Paragraph 1 or any other provision of this Agreement, however, any releases provided pursuant to the terms of this Agreement will be void and unenforceable in all respects if the Township fails to

adopt the Resolution discussed below in paragraph 4 and the Parties shall return to litigation as noted above.

2. **Adoption of Ordinances.**

   a. Within sixty (60) days of execution of this Settlement Agreement by all parties, the Township shall adopt Ordinances amending the Township's Code as set forth in **Schedule A**, in accordance with the controlling laws and regulations.

   b. Within sixty (60) days of execution of this Settlement Agreement by all parties, the Township shall adopt an Ordinance amending the Township Code to rezone the property designated as Block 21401, Lot 15 on the Township of Jackson tax map from the Rural Residential (R-3) zoning district to the Neighborhood Commercial ("NC") zoning district. This covenant to rezone this property shall run with the land and the Parties to this Settlement Agreement. All permitted uses, including principal, accessory and conditional, and bulk standards, listed in the Ordinance set forth in Schedule A for the NC zoning district shall remain permitted and not be regulated in a more stringent or restrictive manner after the date of this Settlement Agreement. This shall not preclude the Township from amending the Township Code to add additional permitted uses, including principal, accessory and conditional to the NC zoning district. The intent of this provision is to restrict the Township from amending the Township Code to eliminate any uses, including principal, accessory and conditional, and bulk standards, listed in the Ordinance set forth in Schedule A for the NC zoning district.

3. **Other Township Action.** The Township agrees that it shall take no action to enforce Ordinance No. 20-17 with respect to eruvim and Paragraph 3 of Township Resolution No.

368R-17 shall continue in full force and effect and in no event, shall the Township take any action to prohibit the placement of eruvim/lechis on poles erected by utilities that have the lawful right to maintain the poles within the public right-of-way in the Township provided the utility company consents to such placement.

4. **Township Approval.**  This Settlement Agreement is subject to the review and approval of the Township Council.  It shall be presented at the Council meeting of the Township scheduled for October 31, 2023, at which time the Township Council shall vote to accept this Settlement Agreement and adopt a Resolution regarding the same.

5. **Legal Challenges to This Agreement.**  In the event of any direct or collateral legal challenges to, appeals from, or other litigation arising from this Settlement Agreement or related Consent Order filed by third parties in any forum, Defendants shall oppose any such legal challenges or appeals, and defend this Settlement Agreement. Plaintiffs, in the event they have not been named a party to any such litigation and upon written notice from the Defendants, shall intervene in any such proceeding. Defendants shall join Plaintiffs in seeking to have any such legal challenges or appeals heard in federal court before Judge Michael A. Shipp (or the District Judge then assigned to this Action). Defendants shall support any application by Plaintiffs to intervene in any such direct or collateral legal challenge or appeal, or any other litigation arising from this Settlement Agreement. Each party shall bear its own fees and costs associated with any direct or collateral legal challenge or appeal, or any other litigation arising from this Settlement Agreement or the related Consent Order, except for an action to enforce the Settlement Agreement and/or Consent Order.

6. **Enforcement By Judicial Order, Jurisdiction Retained, and Removal**. The Parties agree to jointly request, through the proposed order set forth at **Schedule B**, that the Court so-order this Settlement Agreement and retain jurisdiction over this matter for a period of four (4) years following execution of this Settlement Agreement by all parties. The Court's retention of jurisdiction over this matter encompasses all matters relating to this Agreement, any disputes arising thereunder or in relation thereto arising by and between the Parties to this litigation, the adoption of the Ordinances and any legal appeals or challenges referenced in Paragraph 5. Accordingly, any Complaint in Lieu of Prerogative Writs or other Complaint or pleadings filed in any Division or Venue of the Superior Court of New Jersey shall be promptly removed by Defendants to the United States District Court for the District of New Jersey and marked as a related matter to this Action. All Parties consent to such removal and all further proceedings on any such pleadings shall be in the United States District Court for the District of New Jersey. At the expiration of the four (4) year period of retention of jurisdiction, the Parties will jointly seek dismissal of the lawsuit according to Paragraph 9 of this Settlement Agreement.

7. **Effective Date**. The Effective Date of this Settlement Agreement will be the day on which duly-authorized representatives of all Plaintiffs and all Defendants have executed the applicable signature pages to this Settlement Agreement.

8. **Release of Claims**. Upon the receipt by Plaintiffs of the Settlement Payment referenced in Paragraph 1, the following Release shall be effective. However, if for any reason the Settlement Payment referenced in Paragraph 1 is not issued, this Mutual Release shall be void and of no effect.

  *Release*:

Plaintiffs, their trustees, officers, officials, volunteers, agents, members, employees, vendors, assigns, successors in interest, insurers, indemnitors, and attorneys and all persons acting by or through the Plaintiffs ("Releasors") hereby release, acquit and forever discharge the Defendants, their respective trustees, officers, officials, volunteers, agents, members, employees, vendors, volunteers, appointees, assigns, successors in interest, insurers, indemnitors political subdivisions, and attorneys from any and all claims, liabilities, demands, causes of action, costs, expenses, attorney's fees, damages, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, judgments, executions, demands, and obligations in law or equity, whether known or unknown, which they ever had, now have, or hereafter can, shall, or may have, from the beginning of time through the Effective Date of this Settlement Agreement related to or arising from the claims and allegations set forth in this Lawsuit.

9. **Dismissal of the Action**. Within five (5) business days after the expiration of the Court's retention of jurisdiction for a period of four (4) years as provided for in Paragraph 6, the Defendants shall file the Joint Stipulation of Dismissal, attached as **Schedule C** to this Agreement, dismissing with prejudice all of the claims in the Action.  However, any disputes then pending for resolution before the Court shall be resolved prior to any dismissal.  Contemporaneous with the execution of this Settlement Agreement, Plaintiffs will deliver to Defendants a signed copy of the Stipulation of Dismissal, which shall be

held in escrow by Defendants' counsel and not released or used for any purpose until as provided in this Settlement Agreement.

10. **Claims Not Assigned**.  Each of the Parties acknowledge, represents, and warrants that they have not assigned, sold, or transferred any part of any of the claims or other matters that are being released herein by them.

11. **Independent Judgment and No Other Promises.**  The Parties, and each of them, represent and warrant that: (a) other than as specifically set forth in this Settlement Agreement, this Settlement Agreement is executed without any reliance upon any statement, representation, promise, inducement, understanding, or agreement by or on behalf of any Party or by or on behalf of any employee, representative, agent, or attorney employed by any Party; and (b) no promise, inducement, understanding, or agreement not expressed herein has been made to any Party.

12. **Authority to Enter into Settlement Agreement.** Each Party to this Settlement Agreement represents and warrants that it, he, or she is duly authorized to enter into this Settlement Agreement and the signatory below executing this Settlement Agreement on each such Party's behalf, has the authority to sign on behalf of such person or entity.  In the event that any judicial, legislative, or other federal, state, or municipal entity of competent jurisdiction finds or holds that any Defendants entered into this Settlement Agreement without proper authority, capacity, or subject to any disqualifying conflicts of interest, Defendants will take all necessary steps to cure such defect and ratify the execution of this Settlement Agreement and all actions taken pursuant to it on behalf of all Defendants.

13. **Settlement Agreement Jointly Prepared**.  This Settlement Agreement, including any uncertainty or ambiguity herein, shall not be construed against any one Party, but shall be construed as if all the Parties jointly prepared this Settlement Agreement.

14. **Separate and Divisible Terms**. The terms and provisions of this Settlement Agreement are intended to be separate and divisible provisions and if, for any reason, any one or more of them is held to be invalid or unenforceable, neither the validity nor the enforceability of any other provision of this Settlement Agreement shall thereby be affected.  If, for any reason, any court of competent jurisdiction shall find any provisions of this Settlement Agreement to be unlawful, the Parties agree that the restrictions and prohibitions contained herein shall be effective to the fullest extent allowed by law.

15. **Entire Agreement and Modifications**. This Agreement contains the entirety of the Parties' agreement on the terms addressed herein.  Modifications of this Settlement Agreement must be in writing and will be effective upon the written consent of all the Parties or counsel acting on their behalf.  No oral modification of any term of this Settlement Agreement shall be effective for any purpose.

16. **No Waiver and Cure Period**.  No waiver of any provision herein shall be binding unless in writing and signed by the person or entity against whom the waiver is asserted. No waiver of any breach of any term or provision of this Settlement Agreement shall be construed to be, nor shall it be, a waiver of any other breach of this Settlement Agreement.

17. **Notice and Submissions**. Any notice required under or regarding this Settlement Agreement shall be sent by overnight delivery or courier service, as well as email. Notices to Plaintiffs shall be sent to the following physical and email addresses:

Roman P. Storzer, Esq.
Sieglinde K. Rath, Esq.

Storzer & Associates, P.C.
9433 Common Brook Road
Suite 208
Owings Mills, Maryland 21117
storzer@storzerlaw.com
rath@storzerlaw.com

Donna M. Jennings, Esq.
Wilentz, Goldman, & Spitzer, PA
90 Woodbridge Center Drive
Suite 900
Woodbridge, New Jersey 07095
djennings@wilentz.com

Notices to Defendants shall be sent to the following physical and email addresses:

Brent R. Pohlman, Esq.
Mandelbaum Barrett P.C.
3 Becker Farm Road
Roseland, NJ 07068
bpohlman@mblawfirm.com

18. **Governing Law and Forum**. This Settlement Agreement shall be deemed to have been executed and delivered within the State of New Jersey, and the Parties' rights and obligations hereunder shall be construed and enforced in accordance with, and governed by, the laws of the State of New Jersey without regard to rules regarding choice of laws, except to the extent that federal law applies to questions regarding the Court's continuing jurisdiction in this matter or special federal common law preempts any application of state law with respect to interpretation or application of this Settlement Agreement.  The United States District Court for the District of New Jersey shall retain jurisdiction to enforce the terms of this Agreement as per Paragraph 6 herein and the Parties consent to removal of all claims arising hereunder as per Paragraphs 5 and 6 of this Settlement Agreement. Notwithstanding anything to the contrary in this Settlement Agreement, federal law,

including but not limited to the FHA and RLUIPA claims, governs all substantive claims giving rise to the Action and this Settlement Agreement.

19. **Execution in Counterparts.** This Settlement Agreement may be executed in one or more counterparts. The signature pages of the various counterparts may be collected with one copy of the balance of this Settlement Agreement, which, together with collected and signed signature pages, shall constitute a true and correct copy of this Settlement Agreement. Photocopies or electronic scans of this Settlement Agreement (including signature pages) may be used in place of originals for any and all purposes.

**ALL OF THE ABOVE IS AGREED AND ACCEPTED** and is effective as of the Effective Date.

**WR Property LLC**

By: Adam Pfeffer, Managing Member of WR Property LLC

Dated: 11/15/23

**Agudath Israel of America Inc.**

By: Avi Schnall, Director of the New Jersey office of Agudath Israel of America Inc.

Dated: 11/14/23

**Township of Jackson**

By:  Stephen M. Chisholm, Jr., Township of Jackson Council President

Dated: _____11-21-23_____

**Michael Reina**

By:    Michael Reina, in his individual and official capacity as the Mayor of the Township of Jackson

Dated: _____11-17-2023_____

**Jeffrey Purpuro**

By:    Jeffrey Purporo, in his individual and official capacity as Zoning Enforcement Officer of the Township of Jackson

Dated: 11/27/2023

**William Campbell**

By:    William Campbell, in his individual and official capacity as Code Enforcement Officer of the Township of Jackson

Dated: _____11/22/23_____

**SCHEDULE A**

**ORDINANCE NO. XX-23**

**AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS" FOR PINELANDS AREAS OF THE TOWNSHIP"**

**NOW, THEREFORE, BE IT ORDAINED,** by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

SECTION 1. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-87 entitled "PV Pinelands Village Zone" as follows:

A.  The following uses shall be permitted in the PV Pinelands Village Zone:

    (1) No change.
    (2) No change.
    (3) No change.
    (4) No change.
    (5) No change.
    (6) No change.
    (7) No change.
    (8) Schools, primary and secondary, and higher learning institutions pursuant to Section E below.

B.  The following accessory uses shall be permitted:

    (1) Agricultural commercial establishments, provided that the products sold were grown by the owner on the premises.
    (2) Accessory dwellings designed for the permanent housing of domestic or farm employees, provided that the total number of dwelling units on the lot shall not exceed one for each 100,000 square feet of lot area and that each such accessory dwelling unit shall contain not less than 600 square feet of gross floor area.
    (3) Signs, subject to the provisions of § 244-79L.
    (4) Private garage space for the storage of motor vehicles.
    (5) Other customary accessory uses and buildings, provided that such uses are incidental to the principal use and do not include any activity commonly conducted as a business. Any such building or use shall be located on the same lot as the principal building.
    (6) Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section E(1)-(4); (6) below.
    (7) Religious bathing facilities pursuant to Section F below.

C.  No change
D.  The following conditional uses shall be permitted:

(1) Resource extraction uses under § 244-79F.

(2) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

E. Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

(1) General requirements.

(a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.

(b) Primary and Secondary Schools and Higher Learning Institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area shall be the same as required in the district in which the school or Higher learning institution is to be located.

(b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.

(c) The following yard setbacks shall apply to both primary and accessory buildings, on interior lots:

[1] Front, side, and rear yard setbacks shall comply with §244-87.C.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.

(4) Schools, Higher Learning Institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or

unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

    (a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

    (b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

    (c) No parking area shall be allowed within any required buffer.

    (d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

    (a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

        [1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

        [2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

        [3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

        [4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

    (b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

        [1] For schools with up to 10 classrooms, at least two such spaces shall be provided.

        [2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

F. Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) <u>Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.</u>

SECTION 2. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-90 entitled "RG-2 Regional Growth Zone" as follows:

A.  The following uses shall be permitted in the RG-2 Zone:

(1) ~~Same as permitted in the PV Pinelands Village Zone.~~ <u>Agriculture.</u>
(2) Detached single family dwellings.
(3) Churches and similar places of worship, parish houses and convents, subject to the conditions specified in § 244-115.
(4) Municipal parks, playgrounds and other municipal buildings and uses deemed appropriate and necessary by the Township Committee.
(5) Other public buildings of a governmental or cultural nature.
(6) Clubhouse or community recreation buildings associated with an age-restricted development consisting of at least 100 residential units.
(7) <u>Schools, primary and secondary, and Higher Learning Institutions pursuant to Section E below.</u>
(8) <u>Houses of worship pursuant to Section F below.</u>

B.  The following accessory uses shall be permitted in the RG-2 Zone.

(1) Same as permitted in the PV Pinelands Village Zone.
(2) <u>Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section E(1)-(4); (6) below.</u>
(3) <u>Religious bathing facilities pursuant to Section F below.</u>

C.  Conditional uses.

(1) No change.
(2) No change.
(3) <u>Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.</u>

D.  No change
E.  Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

(1) <u>General requirements.</u>

(a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.

(b) Primary and Secondary Schools, and Higher Learning Institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area, lot width, lot frontage requirements shall be the same as required in the district in which the school or Higher learning institution is to be located.

(b) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-90.C.

(c) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.

(4) Schools, Higher Learning Institutions and accessory uses shall be subject to the principal use height limitation in each underlying zoning district.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

(c) No parking area shall be allowed within any required buffer.

(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.

[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

F. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.

(2) The required minimum lot area shall be the same as required in §244-90.C.

(3) The maximum building height of any principal structure shall be 35'.

(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 250'

(b) Minimum Lot Depth: 400'

(c) Minimum Front Yard: 60'

(d) Minimum Side Yard (each): 20'

(e) Minimum Rear Yard: 50'

(f) Maximum building coverage: 20% of the gross lot area or the maximum permitted in the zone, whichever is greater

(g) Maximum lot coverage: 70% of the gross lot area

(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.

(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.

(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.

(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 250 feet.

(b) The required minimum lot frontage shall be 400 feet.

(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.

(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.

(e) The maximum permitted building coverage shall be 25%.

(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.

[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

(6) Bulk standards and design criteria for religious bathing facilities:

(a) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(b) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 3. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-91 entitled "RG-3 Regional Growth Zone" as follows:

A. The following uses shall be permitted in the RG-3 Zone:

(1) ~~Same as permitted in the PV Pinelands Village Zone.~~ Agriculture.
(2) Detached single family dwellings.
(3) Churches and similar places of worship, parish houses and convents, subject to the conditions specified in § 244-115.
(4) Municipal parks, playgrounds and other municipal buildings and uses deemed appropriate and necessary by the Township Committee.
(5) Other public buildings of a governmental or cultural nature.
(6) Clubhouse or community recreation buildings associated with an age-restricted development consisting of at least 100 residential units.
(7) Schools, primary and secondary, and Higher Learning Institutions pursuant to Section E below.
(8) Houses of worship pursuant to Section F below.

B. The following accessory uses shall be permitted in the RG-3 zone:

(1) Same as permitted in the PV Pinelands Village Zone.
(2) Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section E(1)-(4); (6) below.

(3) Religious bathing facilities pursuant to Section F below..

C. Conditional uses.

(1) No change.
(2) No change.
(3) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be

conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

D.  No change
E.  Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

    (1) General requirements.

    (a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.
        (b) Primary and Secondary Schools, and Higher Learning Institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

    (2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

        (a) The minimum lot area shall be the same as required in the district in which the school or Higher learning institution is to be located.
        (b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.
        (c) The following yard setbacks shall apply to both primary and accessory buildings:

            [1] Front, side, and rear yard setbacks shall comply with §244-91.C.

        (d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

    (3) The maximum building coverage shall be 40%.
    (4) Schools, Higher Learning Institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
    (5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.
    (6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.
(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
(c) No parking area shall be allowed within any required buffer.
(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.
[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

F. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.
(2) The required minimum lot area shall be the same as required in §244-91.C.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 250'

(b) Minimum Lot Depth: 400'
(c) Minimum Front Yard: 60'
(d) Minimum Side Yard (each): 20'
(e) Minimum Rear Yard: 50'
(f) Maximum building coverage: 20% of the gross lot area or the maximum permitted in the zone, whichever is greater
(g) Maximum lot coverage: 70% of the gross lot area
(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 250 feet.
(b) The required minimum lot frontage shall be 400 feet.
(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.
(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.
(e) The maximum permitted building coverage shall be 25%.
(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.
(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory

features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

(6) Bulk standards and design criteria for religious bathing facilities:

(a) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(b) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 4. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-88 entitled "RD-1 Regional Growth Zone" as follows:

A. The following uses and accessory uses shall be permitted in the RD-1 Rural Development Zone:

(1) ~~Same as permitted in the PV Pinelands Village Zone pursuant to §244-87.A and B Same as permitted in the PV Pinelands Village Zone.~~ Agriculture.

(2) Detached single family dwellings.

(3) Houses of worship pursuant to Section E below.

(4) Municipal parks, playgrounds and other municipal buildings and uses deemed appropriate and necessary by the Township Committee.

(5) Other public buildings of a governmental or cultural nature.

(6) Clubhouse or community recreation buildings associated with an age-restricted development consisting of at least 100 residential units.

(7) Schools, primary and secondary schools pursuant to Section D below.

(8) Public service infrastructure, except that centralized wastewater treatment and collection facilities shall be permitted to service the RD-1 Zone only in accordance with §244-79.G(4)(b).

(9) Religious bathing facilities accessory to a school or house of worship pursuant to Section F below.

(10) Dormitories, student residences, and faculty residences as an accessory use, affiliated with a secondary school pursuant to Section D(1)-(4); (6) below.

B. No change

C. Conditional uses are as follows:

(1) Resource extraction in accordance with § 244-79F.

(2) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools they serve.

D. Bulk standards and design criteria for primary and secondary schools, and dormitories, student residences and faculty residences.

(1) General requirements.

(a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.

(b) Primary and Secondary Schools shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area shall be the same as required in the district in which the school is to be located.

(b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school is to be located.

(c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-88.B.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.
(4) Schools and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.
(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
(c) No parking area shall be allowed within any required buffer.
(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas on site shall accommodate at least two buses.
[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

E. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.

(2) The required minimum lot area shall be the same as required in §244-91.C.

(3) The maximum building height of any principal structure shall be 35'.

(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 200'

(b) Minimum Lot Depth: 400'

(c) Minimum Front Yard: 60'

(d) Minimum Side Yard (each): 20'

(e) Minimum Rear Yard: 50'

(f) Maximum building coverage: 20% of the gross lot area or the maximum permitted in the zone, whichever is greater.

(g) Maximum lot coverage: 70% of the gross lot area

(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.

(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.

(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.

(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.

(b) The required minimum lot frontage shall be 200 feet.

(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.

(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.

(e) The maximum permitted building coverage shall be 25%.

(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each

foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

F. Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 5. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-97 entitled "PM-1 Pinelands Manufacturing Zone" as follows:

A. The following uses shall be permitted in the PM-1 Pinelands Manufacturing Zone:

(1) No change.
(2) No change.
(3) No change.

(4)  No change.
(5)  No change.
(6)  No change.
(7)  No change.
(8)  No change.
(9)  No change.
(10) No change.
(11) No change.
(12) No change.
(13) No change.
(14) Schools, primary and secondary, and higher learning institutions pursuant to Section G below.

B.  The following accessory uses shall be permitted in the PM-1 Pinelands Manufacturing Zone:
(1)  Private garage space necessary to store or repair any vehicles associated with a permitted principal use on the premises.
(2)  Dwelling units in conjunction with any industrial use, solely for the housing of caretakers, guards or other custodial employees.
(3)  Off-street parking space for employees and/or visitors, subject to the provisions of § 244-197 of this chapter.
(4)  Signs, subject to the provisions of § 244-79L.
(5)  Banks, post offices, restaurants and office buildings, which uses shall be permitted accessory uses only in instances where the primary use is as set forth in § 244-97A above.
(6)  Accessory uses customarily associated with the industrial, research or office uses permitted in § 244-97A above, such as employee cafeterias and employee recreational facilities.
(7)  Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section G(1)-(4); (6) below.
(8)  Religious bathing facilities pursuant to Section H below.

C.  No change.
D.  Conditional uses shall be as follows:

(1)  Hotel or motel (§ 244-124).
(2)  Resource extraction in accordance with § 244-79F.
(3)  Public utilities (§ 244-128).
(4)  Recycling activity center (§ 244-130).
(5)  Truck terminals (§ 244-131).
(6)  Veterinary clinics, hospitals or animal care facilities (§ 244-132).
(7)  Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

E.  No change.

F.  No change.
G.  Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

(1) General requirements.

(a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.
(b) Primary and Secondary Schools, and Higher Learning Institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area shall be the same as required in the district in which the school or Higher learning institution is to be located.
(b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.
(c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-97.C.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.
(4) Schools, Higher Learning Institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.
(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.
(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
(c) No parking area shall be allowed within any required buffer.
(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.
[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools  with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

H. Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.
(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

ORDINANCE NO. XX-23

**AN ORDINANCE OF THE TOWNSHIP OF JACKSON, COUNTY OF OCEAN, STATE OF NEW JERSEY AMENDING AND SUPPLEMENTING CHAPTER 244 OF THE TOWNSHIP CODE OF THE TOWNSHIP OF JACKSON, ENTITLED "LAND USE AND DEVELOPMENT REGULATIONS"**

**NOW, THEREFORE, BE IT ORDAINED,** by the governing body of the Township of Jackson, County of Ocean, State of New Jersey, as follows:

SECTION 1. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-6 entitled "Definitions" so as to remove the following:

~~DORMITORY~~
~~Any building, or portion thereof, designed or converted to contain living quarters which are provided as residences or for overnight sleeping for individuals or groups, operated as an accessory use to a school, college, university, boarding school, convent, monastery, nonprofit educational institution, religious order, or other.~~

SECTION 2. The Township Code of the Township of Jackson is hereby amended and supplemented to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-6 entitled "Definitions" so as to add and arrange alphabetically the following:

**ASSEMBLY AREA**
Any portion of a building, that is primarily used or intended to be used for gathering. This area expressly excludes halls, mechanical areas, stairwells, bathrooms, or other type of clearly incidental uses.

**DORMITORY**
A building or portion thereof, designed or converted to contain sleeping quarters for individuals that are not members of the same family group, under joint occupancy and single management, operated in association with a secondary school, college, university, educational facility, religious facility, or other educational use. Single-family, two-family and/or multifamily dwelling units shall not be considered a dormitory.

**FACULTY RESIDENCE**
A dwelling unit for the exclusive use of the faculty or administrative personnel of a School or Higher Learning Institution designed to be occupied by one or more persons functioning as a household. Faculty residences may include individual kitchen facilities and/or private bathroom facilities. Occupancy of a faculty residence may include the faculty member's immediate family (spouse and children). Faculty residences may be configured as multi-family buildings, townhomes, duplexes or single-family homes.

**HIGHER LEARNING INSTITUTION**

Any post-secondary school or program including, but not limited to, a university, college, junior college, similar educational organization or institution for post-high school training and education, including, but not limited to, secretarial, business, trade, technical, professional and religious education.

**PARSONAGE**
A house or dwelling unit provided by a religious use as a residence for its clergy. Residency in a parsonage shall be limited to the group of religious officials (such as priests, ministers, and rabbis) specially prepared and authorized to lead religious services, their immediate family (parents, spouse, and children) and housekeeping staff, if any.

**RELIGIOUS BATH FACILITY**
A ritual bathing facility used for the purpose of ritual immersion in any religious ceremony. May be an accessory use to a house of worship, religious facility, community center or primary, secondary or higher education facility.

**SCHOOL, PRIMARY**
Any institution, public (including public charter schools), private, or otherwise, that provides education (grades K-8) or its equivalent generally limited to a student population aged +/- 4-13 years.

**SCHOOL, SECONDARY**
Any institution, public (including public charter schools), private, or otherwise, that provides education (grades 9-12) or its equivalent generally limited to a student population aged +/- 14-19 years.

**SOCIAL (BANQUET) HALL**
A function hall is a special purpose room, or a building, used for hosting events related and ancillary to the practice of religion.

**STUDENT RESIDENCE**
A dwelling unit for the exclusive use of the student body enrolled at a Higher Learning Institution designed to be occupied by one or more persons functioning as a household. Student residences may include individual kitchen facilities and/or private bathroom facilities. Occupancy of a student residence may include the student's immediate family (spouse and children). Student residences may be configured as multi-family buildings, townhomes, duplexes or single-family homes.


SECTION 3. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-46 entitled "R-2, R-3, R-5 Residential Zones" as follows:

A.  Permitted principal uses of buildings and structures as follows:

(7) (Reserved) Schools, primary and secondary pursuant to Section F below.
(8) Houses of worship pursuant to Section G below.

B. Permitted accessory uses of buildings and structures are as follows:

(1) Dog pens, provided that they are located behind the rear building line and not in the required side or rear yard setback for the respective zone.
(2) Farm buildings for the storage of farm animals, farm products or farm equipment or for the processing of farm products, and which are located on the same premises as the principal use or building.
(3) Farm markets for the sale of produce and farm products grown or raised on the premises.
(4) Fences and walls, subject to the provisions of § 244-190.
(5) Nurseries and greenhouses.
(6) Off-street parking and private garages.
(7) Private residential swimming pools, subject to the provisions of § 244-216.
(8) Satellite dish antennas, subject to the provisions of § 244-165.
(9) Sheds (garden, storage or tool).
(10) Signs, subject to the provisions of § 244-207.
(11) Other customary accessory uses, buildings and structures, which are clearly incidental to the principal use and building.
(12) Family day-care home.
(13) Religious bathing facilities pursuant to Section H below.

C. No change
D. No change
E. No change
F. Bulk standards and design criteria for primary and secondary schools:

(1) General requirements.

(a) Primary and Secondary Schools shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.
(b) Religious Bath Facilities are considered a permitted accessory use of an educational facility.

(1) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area shall be the same as required in the district in which the school is to be located.
(b) Lot width and frontage requirements shall comply with §244-46.D.
(c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-46.D.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(2) The maximum building coverage shall be 40%.

(3) Schools and accessory uses shall be subject to the height limitation in the underlying zoning district.

(4) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(5) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted. No parking area shall be allowed within any required buffer.

(c) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(6) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.

[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

G.  Places of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.
(2) The maximum building height of any principal structure shall be 35'.
(3) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 150' or the requirement of the zone, whichever is greater.
(b) Minimum Lot Depth: 200' or the requirement of the zone, whichever is greater.
(c) Minimum Front Yard: 60'
(d) Minimum Side Yard (each): 20'
(e) Minimum Rear Yard: 50'
(f) Maximum building coverage: 20% of the gross lot area or the maximum permitted in the zone, whichever is greater.
(g) Maximum lot coverage: 70% of the gross lot area
(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(4) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.
(b) The required minimum lot frontage shall be 200 feet.
(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.
(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.
(e) The maximum permitted building coverage shall be 25%.
(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be

otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

H.  Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) Religious bathing facilities serving as accessory use shall not have any additional parking requirement beyond the principal use.


SECTION 4. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to add §244-46.1 entitled "R-3 and R-5 Overlay Zone" as follows:

A.  Permitted principal uses of buildings and structures as follows:

(1) Primary, secondary, and higher learning institutions pursuant to Section D below.

B.  Permitted accessory uses of buildings and structures as follows:

(1) Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section D(1)-(4); (6) below.

(2) Religious Bath Facilities are considered a permitted accessory use of an educational facility pursuant to Section 244-46.H.

(3) Other customary accessory uses, buildings and structures, which are clearly incidental to the principal use and building.

C.  Conditional uses, subject to the provisions of Article VIII of this chapter, are as follows:

(1) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

(2)

D.  Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

(1) General requirements.

   (a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.

   (b) Higher learning institutions shall only be permitted on parcels with frontage on at least one of the following roadways:

      [1] Bennett's Mills Road (from West Veterans Highway to Aldrich Road)
      [2] Cedar Swamp Road (entire length)
      [3] Farmingdale Road (between Pfister and Howell Township border)
      [4] Frank Applegate Road (between Bennetts Mills Road and Jackson Mills Road)
      [5] Thompson Bridge Road (entire length)
      [6] Harmony Road (between County Line Road and Hyson Road)
      [7] Jackson Mill Road (between Freehold Township and East Commodore Boulevard)

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

   (a) The minimum lot area shall be the same as required in the underlying district in which the use is to be located.
   (b) Lot width and frontage requirements shall comply with §244-46.D.
   (c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-46.D.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.

(4) Schools, Higher learning institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

(c) No parking area shall be allowed within any required buffer.

(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

SECTION 5. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-47 entitled "R-1 Residential Zone" as follows:

A.  Permitted principal uses of buildings and structures as follows:

(1) Community residences for the developmentally disabled.
(2) Community shelters for victims of domestic violence.
(3) Detached single-family dwelling units.
(4) Houses of worship pursuant to Section E below.

B.  Permitted accessory uses of buildings and structures are as follows:

(1) Dog pens, provided that they are located behind the rear building line and not in the required side or rear yard setback.
(2) Fences and walls, subject to the provisions of § 244-190.
(3) Off-street parking and private garages.
(4) Private residential swimming pools, subject to the provisions of § 244-216.
(5) Satellite dish antennas, subject to the provisions of § 244-165.
(6) Sheds (garden, storage or tool).
(7) Signs, subject to the provisions of § 244-207.
(8) Other customary accessory uses, buildings and structures which are clearly incidental to the principal use and building.
(9) Family day-care home.
(10) Religious bathing facilities pursuant to Section F below.

C. No change
D. No change
E. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.
(2) The required minimum area of the lot or tract is one (1) acre.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 150'
(b) Minimum Lot Depth: 200'
(c) Minimum Front Yard: 60'
(d) Minimum Side Yard (each): 20'

(e) Minimum Rear Yard: 50'
(f) Maximum building coverage: 15%
(g) Maximum lot coverage: 70% of the gross lot area
(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.
(b) The required minimum lot frontage shall be 200 feet.
(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.
(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.
(e) The maximum permitted building coverage shall be 25%.
(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.
(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

F. Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 6. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations", so as to amend §244-48 entitled "R-20, R-15, R-9 Residential Zones" as follows:

A. Permitted principal uses of buildings and structures as follows:

(1) No change.
(2) No change.
(3) No change.
(4) No change.
(5) No change.
(6) (Reserved) Schools, primary and secondary pursuant to Section E below.
(7) Houses of worship pursuant to Section F below.

B. Permitted accessory uses of buildings and structures as follows:

(1) Dog pens, provided that they are located in the rear yard area and not in the required side yard setback for the respective zone.
(2) Fences and walls, subject to the provisions of § 244-190.
(3) Off-street parking and private garages.
(4) Private residential swimming pools, subject to the provisions of § 244-216.
(5) Satellite dish antennas, subject to the provisions of § 244-165.
(6) Shed (garden, storage or tool).

(7) Signs, subject to the provisions of § 244-207.
(8) Other customary accessory uses, buildings and structures, which are clearly incidental to the principal use and building.
(9) Religious bathing facilities pursuant to Section G below.

C. No change
D. No change
E. Bulk standards and design criteria for primary and secondary schools.

(1) General requirements.

(a) Primary and Secondary Schools shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.
(b) Religious Bath Facilities are considered a permitted accessory use of an educational facility.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) Lot area.

[1] Primary school.

[a] For primary schools with up to 30 students, the lot area shall, at a minimum, be triple the minimum lot area requirement of the R-9 district[1] and double the minimum lot area requirement in the R-15 and R-20 zoning districts.
[b] For primary schools with 31 to 150 students, the lot area shall, at a minimum, be quadruple the minimum lot area requirement of the R-9 district and triple the minimum lot area requirement in the R-15 and R-20 zoning districts.
[c] For primary schools with more than 150 students, the lot area shall, at a minimum, be a minimum of two acres in the R-9, R-15, and R-20 zoning districts.

[2] Secondary school.

[a] For secondary schools with up to 30 students, the lot area shall be a minimum of two acres.
[b] For secondary schools with 31 to 150 students, the lot area shall be a minimum of 3 acres.
[c] For secondary schools with more than 150 students, the lot area shall be a minimum of 4 acres.

---

[1] Lot area multipliers for the R-9, R-15, and R-20 shall apply to the lot areas as indicated in Schedule A §244-48D Schedule of Bulk Regulations and not the R-1 requirements as indicated in the note below the table.

    (b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school is to be located.

    (c) The following yard setbacks shall apply to both primary and accessory buildings:

        [1] Front, side, and rear yard setbacks shall comply with §244-48.D.

    (d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.

(4) Schools and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

    (a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

    (b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

    (c) No parking area shall be allowed within any required buffer.

    (d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

    (a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

        [1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

        [2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

        [3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

        [4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

F. Places of worship shall adhere to the following standards:

(1) Places of worship in the R-9 and R-15 zoning districts:

(a) Houses of worship must have the primary frontage on a local road or a road of a higher order, as defined by the Residential Site Improvement Standards.
(b) Houses of worship must meet one of the following requirements:

[1] Situated on a corner lot meting the minimum area of the zoning district or 20,000 square feet, whichever is greater.
[2] Situated on an interior lot with a lot area greater than one acre.

(c) The required minimum area of the lot or tract is the minimum lot area for the zoning district or 20,000 square feet, whichever is greater.
(d) The maximum building height of any principal structure shall not exceed 35'.
(e) Bulk Standards:

[1] Minimum Lot Width: 80'
[2] Minimum Lot Depth: 120'
[3] Minimum Front Yard: 30'
[4] Minimum Side Yard (each): 10'
[5] Maximum building coverage: 35% of the gross lot area
[6] Maximum lot coverage: 70% of the gross lot area

(f) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
(g) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residential use or zone shall be ten (10) feet.
(h) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
(i) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5'shall be provided along all parking, circulation drives and structures adjacent to a residential use or zone.

(j) Bulk standards and design criteria for religious bathing facilities:

[1] Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

[2] Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

(2) Places of worship in the R-20 zoning district:

(a) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.

(b) The required minimum lot area shall be 1 acre.

(c) The maximum building height of any principal structure shall be 35'.

(d) Bulk Standards for houses of worship on lots between one and two acres:

[1] Minimum Lot Width: 150'
[2] Minimum Lot Depth: 200'
[3] Minimum Front Yard: 60'
[4] Minimum Side Yard (each): 20'
[5] Minimum Rear Yard: 50'
[6] Maximum building coverage: 30%
[7] Maximum lot coverage: 70% of the gross lot area
[8] Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
[9] The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
[10] Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
[11] Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
[12] A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(e) Bulk Standards for houses of worship on lots two acres or greater:

[1] The required minimum lot width shall be 200 feet.
[2] The required minimum lot frontage shall be 200 feet.
[3] No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.

[4] No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.

[5] The maximum permitted building coverage shall be 25%.

[6] The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

[7] The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

[8] Buffer requirements.

   [a] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

      i.   From a nonresidential use or district: 25 feet.
      ii.  From a residential use or district: 50 feet.

   [b] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

   [c] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

G. Bulk standards and design criteria for religious bathing facilities:

   (1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

   (2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 7. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-49 entitled "R-30 Residential Zone" as follows:

A.  Permitted principal uses of buildings and structures as follows:

(1) Community residences for the developmentally disabled.
(2) Community shelters for victims of domestic violence.
(3) Detached single-family dwelling units.
(4) Houses of worship pursuant to Section E below.

B.  Permitted accessory uses of buildings and structures are as follows:

(1) Dog pens, provided that they are located behind the rear building line and not in the required side or rear yard setback.
(2) Fences and walls, subject to the provisions of § 244-190.
(3) Off-street parking, subject to the provisions of § 244-197.
(4) Private residential swimming pools, subject to the provisions of § 244-216.
(5) Satellite dish antennas, subject to the provisions of § 244-165.
(6) Sheds (garden, storage or tool).
(7) Other customary accessory uses, buildings and structures which are clearly incidental to the principal use and building.
(8) Family day-care home.
(9) Religious bathing facilities pursuant to Section F below.

C. No change
D. No change
E. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.
(2) The required minimum area of the lot or tract is one (1) acre.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 150'
(b) Minimum Lot Depth: 200'
(c) Minimum Front Yard: 60'
(d) Minimum Side Yard (each): 20'
(e) Minimum Rear Yard: 50'
(f) Maximum building coverage: 30%
(g) Maximum lot coverage: 70% of the gross lot area
(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.

(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.

(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.

(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.

(b) The required minimum lot frontage shall be 200 feet.

(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.

(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.

(e) The maximum permitted building coverage shall be 25%.

(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[a] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[b] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict

the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[c]   Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

F.   Bulk standards and design criteria for religious bathing facilities:

(1)   Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.
(2)   Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 8. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-50 entitled "MF Multifamily Zone" as follows:

A.   Permitted principal uses of buildings and structures are as follows:

(1)   No change.
(2)   No change.
(3)   No change.
(4)   No change.
(5)   No change.
(6)   No change.
(7)   Schools, primary and secondary pursuant to Section W below.
(8)   Houses of worship pursuant to section X below.

B.   Permitted accessory uses of buildings and structures are as follows:

(1)   Fences and walls, subject to the provisions of § 244-190.
(2)   Off-street parking, subject to the provisions of this section and §§ 244-197 and 244-198.
(3)   [Amended 6-8-1998 by Ord. No. 15-98]
(4)   Pump houses, which are directly used for the maintenance and operation of a swimming pool serving a multifamily development.
(5)   Satellite dish antennas, subject to the provisions of § 244-165.
(6)   Sheds strictly for the storage of materials and equipment which are directly used for the maintenance of the buildings and grounds of a multifamily development. Private residential sheds shall not be permitted.
(7)   Signs, subject to the provisions of § 244-207.
(8)   Swimming pools for residents of the multifamily development and their guests, subject to the provisions of § 244-216. Private residential swimming pools shall not be permitted.
(9)   Other customary accessory uses and buildings, which are clearly incidental to the principal use and buildings.

(10) Religious bathing facilities pursuant to Section Y below.

C.   through V. No change

W. Bulk standards and design criteria for primary and secondary schools.

(1) General requirements.

    (a) Primary and Secondary Schools shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

    (b) Religious Bath Facilities are considered a permitted accessory use of an educational facility.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

    (a) The minimum lot area shall be the same as required in the district in which the school is to be located.

    (b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school is to be located.

    (c) The following yard setbacks shall apply to both primary and accessory buildings:

      [1] Front, side, and rear yard setbacks shall comply with §244-50.D.

    (d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 70%.

(4) Schools and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

    (a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

    (b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

    (c) No parking area shall be allowed within any required buffer.

    (d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

    (7)    Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.
[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

X. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.
(2) The required minimum area of the lot or tract is one (1) acre.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 200'
(b) Minimum Lot Depth: 200'
(c) Minimum Front Yard: 60'
(d) Minimum Side Yard (each): 20'
(e) Minimum Rear Yard: 50'
(f) Maximum building coverage: 20% of the gross lot area or the maximum permitted in the zone, whichever is greater.
(g) Maximum lot coverage: 70% of the gross lot area
(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely

grouped cluster of plantings that shall be maintained at a height of no less than 20"
and no greater 30". In no event shall screening interfere with sight triangles.

(i) The applicant shall submit a list of proposed activities and anticipated participants,
a timetable reflecting the hours in which each building will be used and any other
pertinent uses and activities intended to take place on the site.

(j) Parking area, circulation drive and/or accessory structure setback to any side or rear
property line adjacent to a residentially zoned property shall be ten (10) feet.

(k) Parking area and circulation drive setback to any side or rear property line adjacent
to commercially or industrially zoned properties shall be three (3) feet.

(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum
width of 5' shall be provided along all parking, circulation drives and structures
adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.

(b) The required minimum lot frontage shall be 200 feet.

(c) No principal building shall be located closer than 100 feet to any public street right-
of-way and no closer than 50 feet to any rear or side property line.

(d) No accessory building or structure shall be permitted in any front yard, nor shall
any accessory building or structure be located closer than 30 feet to any rear or side
property line.

(e) The maximum permitted building coverage shall be 25%.

(f) The height of structures to be constructed may exceed the maximum height
requirements of § 244-156 of this chapter; provided, however, that the front, rear
and side yard requirements set forth above shall be increased by two feet for each
foot by which the height of the structure exceeds the maximum height which would
be otherwise permitted by this chapter, and further provided that in no case shall
any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants,
a timetable reflecting the hours in which each building will be used and any other
pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length
of side and rear property lines, except where access drives or other accessory
features must, of necessity, traverse this reserved strip. The minimum landscape
buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable
plantings for beautification and screening. Natural vegetation should be
retained to the maximum degree possible. On those sites where no existing
vegetation is present or existing vegetation is inadequate to provide screening,

the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

Y.  Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.
(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 9. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-54 entitled "PMURD Planned Mixed Unit Residential Development Zone" as follows:

A.  Permitted principal uses of buildings and structures are as follows:
(1)  No change
(2)  No change
(3)  No change
(4)  No change
(5)  No change
(6)  No change
(7)  No change
(8)  No change
(9)  No change
(10) No change
(11) No change
(12) No change
(13) No change
(14) No change
(15) No change
(16) Schools, primary and secondary pursuant to Section AA below.
(17) Houses of worship pursuant to Section BB below.

B.  Permitted accessory uses of buildings and structures are as follows:

(1) Dog pens, provided that they are located behind the rear building line and not in the required side or rear yard. Dog pens shall only be permitted on lots containing a detached single-family dwelling unit.

(2) Fences and walls, subject to the provisions of § 244-190.

(3) Gatehouse.

(4) Off-street parking and private garages, subject to the provisions of §§ 244-197 and 244-198.

(5) Private residential swimming pools, subject to the provisions of § 244-216. Private residential swimming pools shall only be permitted on lots with detached single-family dwellings.

(6) Satellite dish antennas, subject to the provisions of § 244-165.

(7) Shed (garden, storage and tool): A maximum of one shed shall be permitted per residential lot.

(8) Signs, subject to the provisions of § 244-207.

(9) Other customary accessory uses, buildings and structures which are clearly incidental to the principal use and building.

(10) Accessory uses, buildings or structures necessary for the administration and/or maintenance of the infrastructure, streets, off-street parking facilities, drainage facilities, recreational facilities, open space areas and other facilities and areas which become the maintenance responsibility of the residents of the Planned Mixed Unit Residential Development (PMURD).

(11) Dormitories, student residences, and faculty residences affiliated with a secondary school pursuant to Section AA(1)-(4); (6) below

(12) Religious bathing facilities pursuant to Section CC below.

C. Conditional uses, subject to the provisions of Article VIII of this chapter, are as follows:

(1) Child-care centers, nursery schools and day-care centers (§244-114).

(2) Churches and places of worship (§244-115).

(3) Hospitals, philanthropic or eleemosynary uses (§244-123).

(4) Public utilities (§244-128).

(5) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools they serve.

D. No change

E. No change

F. No change

G. No change

H. No change

I. No change

J. No change

K. No change

L. No change

M. No change
N. No change
O. No change
P. No change
Q. No change
R. No change
S. No change
T. No change
U. No change
V. No change
W. No change
X. No change
Y. No change
Z. No change
AA. Bulk standards and design criteria for primary and secondary schools.

    (1) General requirements.

        (a) On an annual basis where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.

        (b) Primary and Secondary Schools a shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

    (2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

        (a) The minimum lot area shall be the same as required in the district in which the use is to be located.

        (b) Lot width and frontage requirements shall be the same as the underlying zoning district where the use is to be located.

        (c) The following yard setbacks shall apply to both primary and accessory buildings:

          [1] Front, side, and rear yard setbacks shall comply with §244-54.D.

        (d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

    (3) The maximum building coverage shall be 40%.
    (4) Schools, and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
    (5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking,

standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

  (a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.
  (b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
  (c) No parking area shall be allowed within any required buffer.
  (d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

  (a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

    [1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.
    [2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
    [3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
    [4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

  (b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

    [1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
    [2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

BB. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards.
(2) The required minimum area of the lot or tract is one (1) acre.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

   (a) Minimum Lot Width: 150'
   (b) Minimum Lot Depth: 200'
   (c) Minimum Front Yard: 60'
   (d) Minimum Side Yard (each): 20'
   (e) Minimum Rear Yard: 50'
   (f) Maximum building coverage: 20%
   (g) Maximum lot coverage: 70% of the gross lot area
   (h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
   (i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
   (j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
   (k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
   (l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

   (a) The required minimum lot width shall be 200 feet.
   (b) The required minimum lot frontage shall be 200 feet.
   (c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.
   (d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.
   (e) The maximum permitted building coverage shall be 25%.
   (f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

CC. Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 10. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-56 entitled "NC Neighborhood Commercial Zone" as follows:

A. Permitted principal uses of buildings and structures as follows:

(1) No change.
(2) No change.
(3) No change.
(4) No change.

(5)   No change.
(6)   No change.
(7)   No change.
(8)   No change.
(9)   No change.
(10) No change.
(11) No change.
(12) No change.
(13) No change.
(14) No change.
(15) No change.
(16) No change.
(17) No change.
(18) No change.
(19) No change.
(20) No change.
(21) No change.
(22) No change.
(23) No change.
(24) No change.
(25) No change.
(26) No change.
(27) No change.
(28) No change.
(29) No change.
(30) No change.
(31) No change.
(32) No change.
(33) No change.
(34) No change.
(35) No change.
(36) No change.
(37) No change.
(38) No change.
(39) No change.
(40) No change.
(41) <u>Schools, primary and secondary, and Higher learning institutions pursuant to Section E below.</u>
(42) <u>Houses of worship pursuant to Section F below.</u>
(43) <u>Religious bath houses pursuant to Section G below.</u>

B.  Permitted accessory uses of building and structures are as follows:

(1) Fences and walls, subject to the provisions of § 244-190.
(2) Off-street loading, subject to the provisions of § 244-196.
(3) Off-street parking, subject to the provisions of § 244-197.

(4) Satellite dish antennas, subject to provisions of § 244-165.

(5) Signs, subject to the provisions of § 244-207.

(6) Other customary accessory uses, buildings and structures which are clearly incidental to the principal use(s) and building(s).

(7) <u>Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section E(1)-(4); (6) below..</u>

(8) <u>Religious bathing facilities pursuant to Section H below.</u>

C. Conditional Uses, subject to the provisions of Article VII of this chapter, are as follows:

(1) Child-care centers, nursery schools and day-care centers (§244-114).

(2) Churches and places of worship (§ 244-115).

(3) Public utilities (§ 244-128).

(4) Single-family residences lawfully existing as of September 1, 2002, subject to the bulk requirements of the prior zoning district.

(5) Automobile service station (gas station or motor vehicle service station) (§ 244-111), situated on properties with a minimum lot size of three acres located at a signalized intersection on a state or county road, with 300 feet of frontage.

(6) <u>Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.</u>

D. No change.

E. Bulk standards and design criteria for primary and secondary schools, and Higher learning institutions and dormitories, student residences and faculty residences.

(1) <u>General requirements.</u>

   (a) <u>On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.</u>

   (b) <u>Primary and secondary schools and higher learning institutions shall only be permitted on properties meeting the following requirements:</u>

      [1] <u>In the area north of W. County Line Rd and east of Bennetts Mills Road to the Township boundary.</u>

      [2] <u>Along Aldrich Road.</u>

      [3] <u>In the area south of E. Veterans Hwy. and New Egypt Road to the Township boundary.</u>

      [4] <u>Along Cross St.</u>

      [5] <u>With direct frontage on Leesville Road.</u>

(c) Primary and Secondary Schools and higher learning institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) Lot area.

[1] Primary school.

[a] For primary schools with up to 30 students, the lot area shall, at a minimum, be the same as required in the NC zoning district.
[b] For primary schools with 31 to 150 students, the lot area shall, at a minimum, be triple the minimum lot area requirement in the NC zoning district.
[c] For primary schools with more than 150 students, the lot area shall, at a minimum, be a minimum of two acres in the NC zoning district.

[2] Secondary school.

[a] For secondary schools with up to 30 pupils, the lot area shall be a minimum of two acres.
[b] For secondary schools with 31 to 150 pupils, the lot area shall be a minimum of three acres.
[c] For secondary schools with more than 150 pupils, the lot area shall be a minimum of four acres.

[3] Higher learning institutions.

[a] Higher learning institutions shall have a minimum lot area of 2 acres.

[4] Any school or Higher learning institution with an accessory dormitory located on site shall be required to have a minimum lot area of 3 acres.

(b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.
(c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-56.D.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.

(4) Schools, Higher learning institutions and accessory uses shall be subject to the height limitation for the principal use in the underlying zoning district, except that for properties over 10 acres, the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

(c) No parking area shall be allowed within any required buffer.

(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 10 classrooms, loading/unloading areas shall accommodate at least two buses.

[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.

[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

F. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards. A house of worship is permitted on a local street.
(2) The required minimum area of the lot or tract is one (1) acre.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

   (a) Minimum Lot Width: 150'
   (b) Minimum Lot Depth: 200'
   (c) Minimum Front Yard: 60'
   (d) Minimum Side Yard (each): 20'
   (e) Minimum Rear Yard: 50'
   (f) Maximum building coverage: 25%
   (g) Maximum lot coverage: 70% of the gross lot area
   (h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
   (i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
   (j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
   (k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
   (l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

   (a) The required minimum lot width shall be 200 feet.
   (b) The required minimum lot frontage shall be 200 feet.
   (c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.
   (d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.
   (e) The maximum permitted building coverage shall be 25%.

(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

G. Bulk standards and design criteria for religious bathing facilities:

(1) For a freestanding religious bathing facility as a principal use on a lot, the required minimum area of the lot or tract is the minimum lot area for the zoning district or 20,000 square feet, whichever is greater.

(2) Religious bathing facilities shall not be subject to the floor area or changing room limitation.

(3) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

(4) Bulk standards for a religious bathing facility as a freestanding principal use shall be as follows:

(a) Maximum building coverage: 25% of the gross lot area or the maximum allowed in the zone, whichever is greater.
(b) Maximum lot coverage: 70% of the gross lot area.
(c) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
(d) Parking area, circulation drive and /or accessory structure setback to any side or rear property line shall be ten (10) feet.
(e) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
(f) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 10' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses. The landscaping shall consist of a staggered row of Juniper (Juniperus), Arborvitae (Thuja), and/or Eastern redcedar (Juniperus virginiana) (or other non-invasive species of plantings substantially similar in size and character) spaced no greater than 5' on center.
(g) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

H.  Bulk standards and design criteria for religious bathing facilities as an accessory use:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.
(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.


SECTION 11. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-57 entitled "HC Highway Commercial Zone" as follows:

A.  Permitted principal uses of buildings and structures as follows:

(1)   All principal uses permitted in the NC Neighborhood Commercial Zone.
(2)   Antique shop.
(3)   Appliance store.
(4)   Art/graphic/photo supply store.
(5)   Artist/photo studio.
(6)   Bakery.
(7)   Bank and financial institution.
(8)   Barbershop or beauty/hair salon.
(9)   Bookstore.
(10)  Business office.

(11)  Candy store.
(12)  Clothing/dry goods store.
(13)  Convenience store.
(14)  Delicatessen.
(15)  Dry cleaners.
(16)  Municipal parks, playgrounds and other such municipal buildings and uses as are deemed appropriate and necessary by the Township Committee.
(17)  Federal, state, county and other public buildings and grounds, including public schools, parks, playgrounds or other public recreational uses or areas.
(18)  Florist shop.
(19)  Gift shop.
(20)  Hardware, paint or wallpaper store.
(21)  Household supply store.
(22)  Ice cream store.
(23)  Jewelry store.
(24)  Liquor store.
(25)  Luncheonette.
(26)  Pharmacy.
(27)  Professional office.
(28)  Repair/service shop for household or personal goods.
(29)  Restaurants; however drive-through restaurants and drive-in restaurants are not permitted.
(30)  Self-service laundry.
(31)  Shoe repair shop.
(32)  Stationery, tobacco, newspaper or periodical store.
(33)  Tailor/dressmaking shop.
(34)  Variety/notion store.
(35)  Combination of two or more of the above permitted uses in one principal building.
(36)  Other uses similar to those listed above.
(37)  Raising of horses and other livestock.
(38)  Essential services.
(39)  Art gallery.
(40)  Library.
(41)  Museum.
(42)  Art, dance, gymnastics, music or other similar instructional school.
(43)  Auto parts store; excluding, however, auto repair shop and installation services.
(44)  Bar/cocktail lounge/nightclub.
(45)  Bicycle rental, repair or sales establishment.
(46)  Bowling alley.
(47)  Building materials retail sales establishment; excluding, however, lumberyards or other similar uses requiring outdoor storage.
(48)  Commercial office.
(49)  Commercial retail use.
(50)  Contractor's office, showroom, garage, warehouse and shop; provided, however, that all materials and equipment are stored within a completely enclosed building.
(51)  Department store.

(52) Municipal parks, playgrounds and other municipal buildings and uses as are deemed appropriate and necessary by the Township Committee.
(53) Federal, state, county and other public buildings and grounds; excluding, however, public schools, parks, playgrounds or other public recreational uses or areas.
(54) Funeral home.
(55) Furniture store.
(56) Garden center.
(57) Indoor commercial health/recreational facility.
(58) Nurseries and greenhouses.
(59) Personal or professional service establishment.
(60) Pet shop; excluding, however, the boarding or treatment of animals.
(61) Printing, lithography, publishing or photocopying establishment.
(62) Restaurant with or without a liquor license, including drive-through and fast-food restaurants where space permits safe traffic movement. Drive-in restaurants are not permitted.
(63) Shopping centers.
(64) Shops of artisans, carpenters, craftsmen, electricians, painters, plumbers, printers or other similar trade.
(65) Sign shop.
(66) Supermarket.
(67) Theater (indoor only).
(68) Vocation/trade school, operated for profit.
(69) Combinations of two or more of the above permitted uses in one principal building.
(70) Other uses similar to those listed above.
(71) Raising of horses and other livestock.
(72) Essential services.
(73) Mini warehousing and self-storage.
(74) Bank and financial institution.
(75) Houses of worship pursuant to Section E below.
(76) Religious bathing facilities pursuant to Section F below.

B. Permitted accessory uses of buildings and structures are as follows:

a. Bulk storage, subject to the provisions of § 244-152.
b. Fences and walls, subject to the provisions of § 244-190.
c. Off-street loading, subject to the provisions of § 244-196.
d. Off-street parking, subject to the provisions of § 244-197.
e. Satellite dish antennas, subject to the provisions of § 244-165.
f. Signs, subject to the provisions of § 244-207.
g. Other customary accessory uses, buildings and structures which are clearly incidental to the principal use(s) and building(s).
h. Hospitals and philanthropic eleemosynary uses (§ 244-123).
i. Religious bathing facilities pursuant to Section G below.

C. No change
D. No change

E. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards. A house of worship is permitted on a local street.
(2) The required minimum area of the lot or tract is one (1) acre.
(3) The maximum building height of any principal structure shall be 35'.
(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 175'
(b) Minimum Lot Depth: 200'
(c) Minimum Front Yard: 60'
(d) Minimum Side Yard (each): 20'
(e) Minimum Rear Yard: 50'mum building coverage: 30%
(f) Maximum lot coverage: 70% of the gross lot area
(g) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
(h) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.
(i) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.
(j) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
(k) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.
(b) The required minimum lot frontage shall be 200 feet.
(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.
(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.
(e) The maximum permitted building coverage shall be 25%.
(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers, existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

F. Bulk standards and design criteria for religious bathing facilities:

(1) For a freestanding religious bathing facility as a principal use on a lot, the required minimum area of the lot or tract is the minimum lot area for the zoning district or 40,000 square feet, whichever is greater.

(2) Religious bathing facilities shall not be subject to the floor area or changing room limitation.

(3) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

(4) Bulk standards for a religious bathing facility as a freestanding principal use shall be as follows:

[1] Maximum building coverage: 30%
[2] Maximum lot coverage: 70% of the gross lot area.
[3] Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.

[4] Parking area, circulation drive and /or accessory structure setback to any side or rear property line shall be ten (10) feet.

[5] Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.

[6] A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 10' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses. The landscaping shall consist of a staggered row of Juniper (Juniperus), Arborvitae (Thuja), and/or Eastern redcedar (Juniperus virginiana) (or other non-invasive species of plantings substantially similar in size and character) spaced no greater than 5' on center.

[7] Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

G. Bulk standards and design criteria for religious bathing facilities as an accessory use:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 12. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-57.2 entitled "HCMU Highway Commercial Mixed-Use Zone" as follows:

A. Permitted principal uses of buildings and structures as follows:

(1) ~~All principal uses permitted in the NC Neighborhood commercial Zone.~~ Antique shop.
(2) ~~All principal uses permitted in the HC Highway commercial Zone.~~ Appliance store.
(3) Art/graphic/photo supply store.
(4) Artist/photo studio.
(5) Bakery.
(6) Bank and financial institution.
(7) Barbershop or beauty/hair salon.
(8) Bookstore.
(9) Business office.
(10) Candy store.
(11) Clothing/dry goods store.
(12) Convenience store.
(13) Delicatessen.
(14) Dry cleaners.
(15) Municipal parks, playgrounds and other such municipal buildings and uses as are deemed appropriate and necessary by the Township Committee.

(16) Federal, state, county and other public buildings and grounds, including public schools, parks, playgrounds or other public recreational uses or areas.

(17) Florist shop.

(18) Gift shop.

(19) Hardware, paint or wallpaper store.

(20) Household supply store.

(21) Ice cream store.

(22) Jewelry store.

(23) Liquor store.

(24) Luncheonette.

(25) Pharmacy.

(26) Professional office.

(27) Repair/service shop for household or personal goods.

(28) Restaurants; however drive through restaurants and drive in restaurants are not permitted.

(29) Self-service laundry.

(30) Shoe repair shop.

(31) Stationary, tobacco, newspaper, or periodical store.

(32) Tailor/dressmaking shop.

(33) Variety/notion store.

(34) Combination of two or more of the above permitted uses in one principal building.

(35) Other similar uses to those listed above.

(36) Raising of horse and other livestock.

(37) Essential services.

(38) Art gallery.

(39) Library.

(40) Museum.

(41) Art, dance, gymnastics, music or other similar instructional school.

(42) Auto parts store; excluding, however, auto repair shop and installation services.

(43) Bar/cocktail lounge/nightclub.

(44) Bicycle rental, repair or sales establishment.

(45) Bowling alley.

(46) Building materials retail sales establishment; excluding, however, lumberyards or other similar uses requiring outdoor storage.

(47) Commercial office.

(48) Commercial retail use.

(49) Contractor's office, showroom, garage, warehouse and shop; provided, however, that all materials and equipment are stored within a completely enclosed building.

(50) Department store.

(51) Municipal parks, playgrounds and other municipal buildings and uses as are deemed appropriate and necessary by the Township Committee.

(52) Federal, state, county and other public buildings and grounds; excluding, however, public schools, parks, playgrounds or other public recreational uses or areas.

(53) Funeral home.

(54) Furniture store.

(55) Garden center.

(56) Indoor commercial health/recreational facility.

(57) Nurseries and greenhouses.
(58) Personal or professional service establishment.
(59) Pet shop; excluding, however, the boarding or treatment of animals.
(60) Printing, lithography, publishing or photocopying establishment.
(61) Restaurant with or without a liquor license, including drive-through and fast-food restaurants where space permits safe traffic movement. Drive-in restaurants are not permitted.
(62) Shopping centers.
(63) Shops of artisans, carpenters, craftsmen, electricians, painters, plumbers, printers or other similar trade.
(64) Sign shop.
(65) Supermarket.
(66) Theater (indoor only).
(67) Vocation/trade school, operated for profit.
(68) Essential services
(69) Mini warehousing and self-storage.
(70) Bank and financial institution.
(71) Hospitals, medical research, surgery center and philanthropic eleemosynary uses.
(72) Convention or conference center.
(73) Exhibition Hall.
(74) Convenience store with gasoline filling stations.
(75) Stadiums.
(76) Banquet facility.
(77) Distribution center, fulfillment center and warehouse, inclusive of assembly and finishing of materials or products.
(78) Open air theater
(79) Multifamily residential dwelling units.
(80) Combinations of two or more of the above permitted uses in one principal building.
(81) Other similar uses to those listed above.
(82) <u>Schools, primary and secondary pursuant to Section G below.</u>

B.  Permitted accessory uses of buildings and structures are as follows:
   a.  All accessory uses of buildings and structures permitted in the HC Highway Commercial Zone.
   b.  <u>Religious bathing facilities pursuant to Section H below.</u>

C.  No change.
D.  No change.
E.  No change.
F.  No change.
G.  Bulk standards and design criteria for primary and secondary schools.

   (1) <u>General requirements.</u>

(a) Primary and Secondary Schools shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(b) Religious Bath Facilities are considered a permitted accessory use of an educational facility.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area shall be the same as required in the district in which the school is to be located.

(b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school is to be located.

(c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-48.D.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.

(4) Schools and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.

(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.

(c) No parking area shall be allowed within any required buffer.

(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.

[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.

[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

H. Bulk standards and design criteria for religious bathing facilities:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.

(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 13. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-62 entitled "LM Commercial Office/Light Industrial Zone" as follows:

A. Permitted principal uses of buildings and structures are as follows:
(1) No change.
(2) No change.
(3) No change.
(4) No change.
(5) No change.
(6) No change.
(7) No change.
(8) No change.
(9) No change.
(10) No change.
(11) No change.
(12) No change.
(13) No change.

(14) No change.
(15) No change.
(16) No change.
(17) No change.
(18) No change.
(19) No change.
(20) No change.
(21) No change.
(22) No change.
(23) No change.
(24) No change.
(25) No change.
(26) No change.
(27) No change.
(28) Schools, primary and secondary, and higher learning institutions on properties located north of Route 195 pursuant to Section F below.

B.  Permitted accessory uses of buildings and structures are as follows:

(1)  Bulk storage, subject to the provisions of § 244-152.
(2)  One dwelling unit in conjunction with any permitted use in the LM Zone used exclusively for the housing of caretakers, guards or other custodial employees.
(3)  Fences and walls, subject to the provisions of § 244-190.
(4)  Nurseries and greenhouses.
(5)  Off-street loading, subject to the provisions of § 244-196.
(6)  Off-street parking, subject to the provisions of § 244-197.
(7)  Private garage space necessary to store or repair any vehicle associated with a permitted principal use on the premises.
(8)  Restaurant, cafeteria or luncheonette for the exclusive use of employees, permitted only as an accessory use and within the same principal building as a permitted use.
(9)  Satellite dish antenna, subject to the provisions of § 244-165.
(10) Signs, subject to the provisions of § 244-207.
(11) Other customary accessory uses, buildings or structures, which are clearly incidental to the principal use(s) and building(s).
(12) Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section F(1)-(4); (6) below.
(13) Religious bathing facilities pursuant to Section G below.

C.  Conditional uses, subject to the provisions of Article VIII of this chapter, are as follows:

(1) Automobile repair shop (motor vehicle repair garage) (§ 244-109).
(2) Automobile service station (gas station or motor vehicle service station) (§ 244-111).
(3) Hotel or motel (§ 244-124).
(4) Public utilities (§ 244-128).
(5) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be

conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

D. No change.
E. No change.
F. Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

(1) General requirements.

    (a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.

    (b) Primary and Secondary Schools, and Higher Learning Institutions shall be permitted on properties located north of Route 195.

    (c) Primary and Secondary Schools, and Higher Learning Institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

    (a) The minimum lot area shall be the same as required in the district in which the school or Higher learning institution is to be located.

    (b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.

    (c) The following yard setbacks shall apply to both primary and accessory buildings:

        [1] Front, side, and rear yard setbacks shall comply with §244-62.D.

    (d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.
(4) Schools and, Higher Learning Institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or

unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.

(6) Location of parking areas and access driveways.

  (a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.
  (b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
  (c) No parking area shall be allowed within any required buffer.
  (d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

  (a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

    [1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.
    [2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
    [3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
    [4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

  (b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

    [1] For schools with up to 10 classrooms, at least two such spaces shall be provided.
    [2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

G. Bulk standards and design criteria for religious bathing facilities:

  (1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.
  (2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 14. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-63 entitled "I Industrial Zone" as follows:

A. Permitted principal uses of buildings and structures are as follows:
   (1) No change.
   (2) No change.
   (3) No change.
   (4) No change.
   (5) No change.
   (6) No change.
   (7) No change.
   (8) No change.
   (9) No change.
   (10) No change.
   (11) No change.
   (12) No change.
   (13) No change.
   (14) No change.
   (15) No change.
   (16) No change.
   (17) No change.
   (18) No change.
   (19) No change.
   (20) Schools, primary and secondary, and higher learning institutions pursuant to Section F below

B. Permitted accessory uses of buildings and structures are as follows:

   (1) All accessory uses, buildings and structures permitted in the LM Commercial Office/Light Industrial Zone.
   (2) Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section F(1)-(4); (6) below.

C. Conditional uses, subject to the provisions of Article VIII of this chapter, are as follows:

   (1) Automobile repair shop (motor vehicle repair garage) (§ 244-109).
   (2) Automobile service station (gas station or motor vehicle service station) (§ 244-111).
   (3) Public utilities (§ 244-128).
   (4) Recycling activity centers (§ 244-130).
   (5) Truck terminals (§ 244-131).
   (6) Adult entertainment uses, subject to § 244-177.
   (7) Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty

residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

D.  No change.
E.  No change.
F.  Bulk standards and design criteria for primary and secondary schools, Higher learning institutions and dormitories, student residences and faculty residences.

(1)  General requirements.

(a)  On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.
(b)  Primary and Secondary Schools, and Higher Learning Institutions shall only be located on a roadway that meets the same requirements of a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2)  The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a)  The minimum lot area shall be the same as required in the district in which the school or Higher learning institution is to be located.
(b)  Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.
(c)  The following yard setbacks shall apply to both primary and accessory buildings:

[1]  Front, side, and rear yard setbacks shall comply with §244-63.D.

(d)  Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3)  The maximum building coverage shall be 40%.
(4)  Schools, Higher Learning Institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
(5)  A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.
(6)  Location of parking areas and access driveways.

(a)  Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.

(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
(c) No parking area shall be allowed within any required buffer.
(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.
[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.
[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for each additional 4 classrooms.
[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In the event that there will be on site bus storage and parking, in addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools  with up to 10 classrooms, at least two such spaces shall be provided.
[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

SECTION 15. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-55 entitled "LC Limited Commercial Zone" as follows:

A. Permitted principal uses of buildings and structures are as follows:

(1) No change.
(2) No change.
(3) No change.
(4) No change.
(5) No change.
(6) No change.

(7) No change.
(8) No change.
(9) No change.
(10) Schools, primary and secondary, and higher learning institutions pursuant to Section E below.
(11) Houses of worship pursuant to Section F below.
(12) Religious bath houses pursuant to Section G below.

B. Permitted accessory uses of buildings and structures are as follows:

(1) Fences and walls, subject to the provisions of § 244-190.
(2) Off-street loading, subject to the provisions of § 244-196.
(3) Off-street parking, subject to the provisions of § 244-197.
(4) Satellite dish antennas, subject to the provisions of § 244-165.
(5) Signs, subject to the provisions of § 244-207.
(6) Other customary accessory uses, buildings and structures which are clearly incidental to the principal use(s) and building(s).
(7) Dormitories, student residences, and faculty residences affiliated with a secondary school or higher learning institution pursuant to Section E(1)-(4); (6) below.
(8)  Religious bathing facilities pursuant to Section H below.

C. Conditional uses, subject to the provisions of Article VIII of this chapter, are as follows.
(1) Public utilities subject to the provisions of § 244-128.
(2)  Dormitories, student residences, and faculty residences, provided that the primary institution to which it is associated is located on an adjacent lot. Approval shall be conditioned on the identification of their affiliation with a secondary school or higher learning institution on an adjacent lot. Dormitories, student residences and faculty residences shall be subject to the same standards as the secondary schools and higher learning institutions they serve.

D. No change.
E. Bulk standards and design criteria for primary and secondary schools, and Higher learning institutions.

(1) General requirements.

(a) On an annual basis, where a dormitory, student residence, or faculty residence exists as an accessory or conditional use to a secondary school or higher learning institution, a yearly report shall be submitted to the Township indicating that such residents are or were students, faculty, or permitted family members associated with the primary institutional use during the prior year.
(b) Dormitories, as an accessory use to a secondary school or Higher learning institution shall only be permitted in the following areas:

[1] From the eastern side of Brewers Bridge Road to the Township boundary.
[2] North of W. County Line Rd and east of Bennetts Mills Road to the Township boundary.

[3] Along Aldrich Road.

(c) Primary and Secondary Schools and Higher learning institutions shall only be located on a Principal Arterial, Minor Arterial, Major Collector, or Minor Collector roadway as indicated or defined within Map CR4 (or any updated version) of the Jackson Township Master Plan.

(2) The lot on which the use is proposed, and the building(s) erected thereon shall conform to the following minimum bulk and area standards:

(a) The minimum lot area shall be the same as required in the district in which the school or Higher learning institution is to be located.
(b) Lot width and frontage requirements shall be the same as the underlying zoning district where the proposed school or Higher learning institution is to be located.
(c) The following yard setbacks shall apply to both primary and accessory buildings:

[1] Front, side, and rear yard setbacks shall comply with §244-55.D.

(d) Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

(3) The maximum building coverage shall be 40%.
(4) Schools, Higher learning institutions and accessory uses shall be subject to the principal use height limitation in the underlying zoning district.
(5) A traffic circulation plan indicating circulation, access, parking, and loading/unloading areas is required. Additionally, this circulation plan should indicate that no parking, standing or bus queuing will occur within the right-of-way during peak loading or unloading times and that unobstructed access for fire equipment and other emergency vehicles to school buildings and/or on-site Fire Department connections will be provided.
(6) Location of parking areas and access driveways.

(a) Unless otherwise addressed below, the off-street parking requirements for non-residential development in §244-197 of this chapter shall apply.
(b) No on-street parking of passenger vehicles, school buses or vans shall be permitted.
(c) No parking area shall be allowed within any required buffer.
(d) No access driveways shall be allowed within 10 ft. of an adjacent property line. Access drives should demonstrate appropriate sight triangles.

(7) Bus loading and access for primary and secondary schools.

(a) School bus loading/unloading areas should be located on one-way driveways and separated from the main vehicular traffic flow associated with student, parent/visitor, staff and service delivery. Loading/unloading shall provide pedestrian access directly to the school without crossing any drive aisle or parking area. The following loading standards shall apply:

[1] For schools with up to 4 classrooms, loading/unloading areas shall accommodate at least two buses.

[2] For schools with 5 to 10 classrooms, loading/unloading areas shall accommodate at least four buses.

[3] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least five buses plus 1 additional loading/unloading area shall be required for every 40 additional students.

[4] Each loading area shall be a minimum length of 45 ft. per bus, with a minimum width of 12 ft.

(b) In addition to bus loading/unloading, a staging/overflow bus parking area shall be provided. Stalls shall be 15 ft. x 40 ft. and shall be located in a separate area from passenger vehicles. No loading or unloading of students is permitted from this parking area. Parking shall be provided as follows:

[1] For schools with up to 10 classrooms, at least two such spaces shall be provided.

[2] For schools with more than 10 classrooms, loading/unloading areas shall accommodate at least three buses plus 1 additional loading/unloading area shall be required for every 100 additional students.

F. Houses of worship shall adhere to the following standards:

(1) Lots shall not have their sole frontage on a residential access or residential neighborhood street or any lower order street, as defined by the Residential Site Improvement Standards. A house of worship is permitted on a local street.

(2) The required minimum area of the lot or tract is one (1) acre.

(3) The maximum building height of any principal structure shall be 35'.

(4) Bulk Standards for houses of worship on lots between one and two acres:

(a) Minimum Lot Width: 200'

(b) Minimum Lot Depth: 225'

(c) Minimum Front Yard: 60'

(d) Minimum Side Yard (each): 20'

(e) Minimum Rear Yard: 50'

(f) Maximum building coverage: 25%

(g) Maximum lot coverage: 70% of the gross lot area

(h) Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.

(i) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(j) Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to a residentially zoned property shall be ten (10) feet.

(k) Parking area and circulation drive setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.

(l) A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 5' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses.

(5) Bulk Standards for houses of worship on lots two acres or greater:

(a) The required minimum lot width shall be 200 feet.

(b) The required minimum lot frontage shall be 200 feet.

(c) No principal building shall be located closer than 100 feet to any public street right-of-way and no closer than 50 feet to any rear or side property line.

(d) No accessory building or structure shall be permitted in any front yard, nor shall any accessory building or structure be located closer than 30 feet to any rear or side property line.

(e) The maximum permitted building coverage shall be 25%.

(f) The height of structures to be constructed may exceed the maximum height requirements of § 244-156 of this chapter; provided, however, that the front, rear and side yard requirements set forth above shall be increased by two feet for each foot by which the height of the structure exceeds the maximum height which would be otherwise permitted by this chapter, and further provided that in no case shall any proposed structure exceed 50 feet in height.

(g) The applicant shall submit a list of proposed activities and anticipated participants, a timetable reflecting the hours in which each building will be used and any other pertinent uses and activities intended to take place on the site.

(h) Buffer requirements.

[1] Perimeter buffer. A landscaped buffer shall be required around the entire length of side and rear property lines, except where access drives or other accessory features must, of necessity, traverse this reserved strip. The minimum landscape buffer widths shall be as follows:

[a] From a nonresidential use or district: 25 feet.
[b] From a residential use or district: 50 feet.

[2] A required buffer shall be landscaped with trees, shrubs, and other suitable plantings for beautification and screening. Natural vegetation should be retained to the maximum degree possible. On those sites where no existing vegetation is present or existing vegetation is inadequate to provide screening, the applicant shall suitably grade and plant the required buffer area, such that this planting shall provide an adequate screen of at least six feet in height so as to continually restrict the view. A minimum on-center distance between plantings shall be such that upon maturity the buffer will create a solid screen. The buffer may be supplemented with a fence of solid material where necessary.

[3] Other site standards. The front yard, exclusive of walkways, pavilion areas, or driveways, shall be landscaped with grass, trees, shrubs, ground cover, flowers,

existing vegetation, or any suitable combination thereof. Plantings shall conform, however, to restrictions on corner lot placement, in order to protect visibility.

G.  Bulk standards and design criteria for religious bathing facilities:

(a) For a freestanding religious bathing facility as a principal use on a lot, the required minimum area of the lot or tract is 1 acre.
(b) Religious bathing facilities shall not be subject to the floor area or changing room limitation.
(c) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.
(d) Bulk standards for a religious bathing facility as a freestanding principal use shall be as follows:

[1] Maximum building coverage: 25%
[2] Maximum lot coverage: 70% of the gross lot area.
[3] Parking shall be set back at least 15 feet from any public street right-of-way and shall be screened from the adjacent right-of-way with a hedgerow or closely grouped cluster of plantings that shall be maintained at a height of no less than 20" and no greater 30". In no event shall screening interfere with sight triangles.
[4] Parking area, circulation drive and /or accessory structure setback to any side or rear property line shall be ten (10) feet.
[5] Parking area, circulation drive and/or accessory structure setback to any side or rear property line adjacent to commercially or industrially zoned properties shall be three (3) feet.
[6] A decorative, solid six (6) foot fence and/or natural vegetative buffer of a minimum width of 10' shall be provided along all parking, circulation drives and structures adjacent to residential zones or properties improved with residential uses. The landscaping shall consist of a staggered row of Juniper (Juniperus), Arborvitae (Thuja), and/or Eastern redcedar (Juniperus virginiana) (or other non-invasive species of plantings substantially similar in size and character) spaced no greater than 5' on center.
[7] Unless otherwise addressed herein, all other bulk requirements of the underlying zoning district shall apply.

F.  Bulk standards and design criteria for religious bathing facilities as an accessory use:

(1) Square Footage: Religious bathing facilities shall be limited to 2,000 gross square feet in floor area and 4 changing rooms.
(2) Religious bathing facilities serving as accessory to a House of Worship shall not have any additional parking requirement beyond that of the House of Worship itself.

SECTION 16. The Township Code of the Township of Jackson is hereby amended and supplemented so as to amend Chapter 244, entitled "Land Use and Development Regulations," so as to amend §244-197 entitled "Off-street parking: nonresidential development" as follows:

A.  No change.
B.  No change.
C.  No change.
D.  No change.
E.  No change.
F.  No change.
G.  No change.
H.  No change.
I.   No change.
J.   No change.
K.  No change.
L.  No change.
M. No change.
N. Required parking spaces.

(1) Minimum off-street parking spaces required.

| Type of Establishment | Number of Spaces |
|---|---|
| Automobile repair shop | 1 for each 400 square feet of gross floor area |
| Automobile sales establishment | 1 for each 400 square feet of gross floor area shall be provided for customer and employee parking. These areas shall be in addition to areas utilized for display and storage of vehicles. Site plans shall specify which parking spaces are designated for customers, employees, display and storage. |
| Automobile service station | 5 for each service bay, exclusive of vehicle service area. In no instance shall there be fewer than 5 off-street parking spaces. |
| Banks, savings and loan associations and similar financial institutions | 1 for each 200 square feet of gross floor area |
| Bar, cocktail lounge, nightclub, including restaurants with bars | 1 for each 50 square feet of gross floor area |
| Barber and beauty shop | 3 for each chair (if known), but not less than 1 per 200 square of gross floor area |
| Boat sales | 1 1/2 for each 1,000 square feet of land area in the site |

| Type of Establishment | Number of Spaces |
|---|---|
| Bowling alley | 5 for each alley. Other commercial uses within the same building will be computed separately in accordance with this section. |
| Business offices<br><br>[Amended 12-23-2002 by Ord. No. 50-02] | 1 for each 200 square feet of gross floor area |
| Car washes | 5 for employees, plus off-street storage (stacking) space equal to at least 5 times the number of cars that can be in the wash process at 1 time |
| Places of worship | If the place of worship contains less than 800 square feet of main sanctuary space there shall be no requirements for parking, if more than 800 square feet, then the following shall be required for main sanctuary space (main sanctuary areas shall not include secondary sanctuary space, religious bathing facility, hallways, bathrooms, kitchen, and other ancillary and/or support rooms):<br><br>800 to 1999 s.f. – 1.0 spaces for every 100 s.f.<br><br>2000 to 2999 s.f. – 1.25 spaces for every 100 s.f.<br><br>3000+ s.f. – 1.50 spaces for every 100 s.f.<br><br>If any assembly area within the building is over 800 s.f., the following shall apply (in addition to the required parking for a place of worship)<br><br>800 s.f. to 1999 s.f. – 0.75 spaces for every 100 s.f.<br><br>2000+ s.f. – 1.0 spaces for every 100 s.f.<br><br>~~1 for each 4 seats in the main congregation seating area. Where no individual seats are provided, 20 inches of bench shall be considered as 1 seat. Where seats or benches are not provided or are provided only in a portion of the main congregation seating area, there shall be 1 parking space for each 50 square feet of floor area within the main congregation seating area.~~ |
| Community center, library, museum, art gallery | 1 for each 200 square feet of gross floor area |

| Type of Establishment | Number of Spaces |
|---|---|
| Community club, private club, lodge | 1 for each 100 square feet of gross floor area |
| Convalescent home, nursing home, rest home | 1 for each 2 beds, based on its licensed bed capacity |
| Convention or conference center, meeting rooms, assembly or exhibition hall | 1 for each 50 square feet of gross floor area |
| Dwellings | 2 for each dwelling unit in single-family homes, 2-family homes, attached dwellings or multifamily dwellings |
| Dental or medical offices [Amended 12-23-2002 by Ord. No. 50-02] | 1 for each 150 square feet of gross floor area, except that if located within a building housing 3 or more separate, unassociated practitioners, the requirement shall be 1 parking space for each 200 square feet of floor area |
| Drive-in restaurant | 1 for each 35 square feet of gross floor area |
| Driving range, miniature golf | 1 for each tee or hole |
| Farmers' market | 1 for each 1,000 square feet of land area in the site |
| Furniture and appliance stores or similar types of uses requiring large amounts of storage | 1 for each 400 square feet up to 4,000 square feet, plus 1 parking space for each 800 square feet of gross floor area above 4,000 square feet |
| Government office | To be determined by the municipal agency, except that governmental offices within privately owned buildings shall provide a minimum of 1 parking space for each 150 square feet of gross floor area |
| Hardware and auto supply stores | 1 for each 400 square feet of gross floor area |

| Type of Establishment | Number of Spaces |
|---|---|
| Hospital (general, mental, sanatorium) | 1 for each 2 beds based on its licensed capacity |
| Hotel, motel | 1 for each guest unit, plus 10 for each 1,000 square feet of gross floor area devoted to other commercial uses |
| Laundromat or similar coin-operated cleaning establishment | 1 for each 200 square feet of gross floor area |
| Manufacturing or industrial establishment, research or testing laboratory, bottling plant or similar uses | 1 for each 500 square feet of gross floor area |
| Mortuary, funeral home | 1 for every 100 square feet of gross floor area |
| Nursery school, child-care center, day camp or similar use | 1 for each 500 square feet of gross floor area |
| Professional office [Amended 12-23-2002 by Ord. No. 50-02] | 1 for each 200 square feet of gross floor area |
| Public and private utilities, electrical substation, gas regulator, waterworks, pumping station and similar facilities | To be determined by the municipal agency based on the specific need of the use |
| Restaurant, cafe, diner, luncheonette | 1 for each 50 square feet of gross floor area |

| Type of Establishment | Number of Spaces |
|---|---|
| Recreation facilities | Those not specifically mentioned shall be determined by the municipal agency |
| Retail stores, except otherwise specified<br><br>[Amended 12-23-2002 by Ord. No. 50-02] | 1 for each 200 square feet of gross floor area |
| Studio (art, music, dance, gymnastics and similar for the purpose of giving instruction rather than shows or exhibitions) | 1 for each 100 square feet of gross floor area |
| Schools (multiple categories below may apply) | |
| ~~Elementary~~ | ~~1 for each 8 students based on design capacity~~ |
| ~~Middle or junior high school~~ | ~~1 for each 5 students based on design capacity~~ |
| ~~High school~~ | ~~1 for each 3 students based on design capacity~~ |
| ~~College or university~~ | ~~1 for each 1 1/2 students based on design capacity~~ |
| Primary | 1 for each faculty member, staff or employee, plus 2 for each classroom, and 1 per 50 square feet of assembly area utilized for educational purposes, excluding classrooms, dining hall/area, tutoring rooms, or other interior space that has already been accounted for. |
| Secondary | 1 for each faculty member, staff or employee, plus 3 for each classroom, and 1 per 50 square feet of general assembly area utilized for educational purposes, excluding classrooms, dining hall/area, tutoring rooms, or other interior space that has already been accounted for. |
| Higher learning institution | 1 for each faculty member, staff or employee, plus 4 for each classroom, and 1 per 50 square feet of general assembly area utilized for educational purposes excluding any student dining |

| Type of Establishment | Number of Spaces |
|---|---|
| | hall/area and library areas, or other interior space that has already been accounted for. |
| Student Residence | Per R.S.I.S. requirements (See N.J.A.C. 5:21), less one space allocated to each student residing in the residence provided the Student Residence is located on the same lot as or an adjacent lot to the Higher learning institution or secondary school. |
| Mixed-Use/Shared Parking | Upon demonstration that parking requirements overlap or uses exhibit complementary parking patterns, parking requirements set forth herein may be reduced. A shared parking demand study prepared by a licensed engineer is required and should provide an analysis regarding the time of utilization and need, peak demand, mode split and any other data point considered an industry standard. |
| Dormitory | 1 space per 2 beds unless the dormitory is located on the same or adjacent lot to the Higher learning institution or secondary school in which case no parking would be required. |
| Faculty Residence | Per R.S.I.S. requirements (See N.J.A.C. 5:21), less one space allocated to each faculty member residing in the residence provided the Faculty Residence is located on the same lot as or an adjacent lot to the Higher learning institution or secondary school. |
| Overlapping types of establishments | Upon demonstration that parking requirements overlap, parking requirements may be reduced. A shared parking demand study is required and should indicate the parking overlap, provide an analysis regarding the time of utilization and need, peak demand, mode split and any other data points considered an industry standard. |
| Shopping centers | 6 for each 1,000 square feet of gross floor area for centers having less than 500,000 square feet. Shopping centers having 500,000 square feet or more shall provide parking at the rate of 5.5 spaces for each 1,000 square feet of gross floor area, except that if the use of said formula shall produce 2,500 parking spaces or more, then parking shall be provided at the rate of 5 spaces for each 1,000 square feet of gross floor area. If more than 5% of the enclosed gross floor area of any shopping center is occupied by malls, lobbies, corridors, heating plants or other space not utilized for direct commercial purposes which, in the opinion of the municipal agency, will not generate a need for parking, the municipal agency may allow the parking required to be based on the gross leasable area of the shopping center at the above rate. The "gross leasable area," for the purpose of this chapter, shall be defined as the total |

| Type of Establishment | Number of Spaces |
|---|---|
| | floor area designed for tenant occupancy and exclusive use, including basements, mezzanines and upper floors. |
| Stadium | 1 for every 2 1/2 seats, plus an area designed and designated to accommodate buses at a rate of 1 bus for every 500 seats |
| Standalone religious bathing facility | 1 space per changing room, plus 1 space per 400 square feet of associated reception or office space |
| Theater | 1 for each 35 square feet of gross floor area |
| Veterinary clinics or hospitals or animal care facilities | 1 for each 400 square feet of gross floor area |
| Warehouse, wholesale, machinery or large equipment sales | 1 for each 1,500 square feet of gross floor area, plus 1 for each vehicle used in connection with the business |

(2) Criteria for determining required parking spaces.

    (a) In computing the number of the above required parking spaces, the following rules shall govern:

        [1] Where fractional spaces result, the required number shall be construed to be the nearest whole number.

        [2] The parking space requirements for a use not specifically mentioned herein shall be the same as required for a use of similar nature as determined by the municipal agency based upon that use enumerated herein which is most similar to the proposed use. If there is no use enumerated herein having sufficient similarity to the use proposed to enable the municipal agency to establish rational parking requirements, the municipal agency may, in its discretion, direct the applicant to furnish the municipal agency with such data as may be necessary to enable the municipal agency to establish rational parking requirements.

        [3] One (1) space shall be required for each faculty member, staff or employee identified to be on site at one time under standard operating conditions for any primary or secondary school or Higher Learning Institution.

    (b) Nothing in the above requirements shall be construed to prevent the joint use of off-street parking facilities by two or more uses on the same site provided the number of spaces equals the sum of the requirements for the individual uses or, in the alternative, a shared parking study prepared by a licensed traffic engineer is provided supporting a reduction in the parking requirements due to complementary parking patterns amongst the uses. A shared parking study shall: (1) calculate the number of parking spaces that should be provided for each land use separately pursuant to the table in Section 244-

197N.(1). (2) A licensed traffic engineer shall calculate the combined hourly peak parking demand for all the uses on site following the procedures of the Urban Land Institute Shared Parking Report, ITE Shared Parking Guidelines, or other approved procedure. This analysis should be performed for both weekdays and weekends and may need to consider seasonal peak periods. (3) The shared parking analysis shall be reviewed and the methodology utilized therein shall be approved by the Township Engineer, the respective land use Board's engineer or their designee.

(c) No part of off-street parking required by a structure or use shall be included as part of an off-street parking requirement of another use.

(d) Greenbanking permitted for primary and secondary schools and Higher learning institutions.

[1] Where the applicant demonstrates that the total number of off-street parking spaces required by this section may not be immediately required for a primary or secondary school or Higher learning institution, a staged development plan will be permitted which requires that only a portion of the parking area be completed initially. The entire parking area shall be shown in the site plan, and that portion of the parking area that is not initially completed shall be identified and labeled as "greenbanked" spaces.

[2] For site plan purposes, "greenbanked" spaces shall be considered constructed when calculating impervious coverage and calculating stormwater management structures and facilities.

[3] Primary or secondary schools or Higher learning institutions with "greenbanked" spaces shall file an annual certification as provided herein no later than September 30 of each calendar year following the issuance of the Certificate of Occupancy.

[4] The Township may, upon a finding of inadequate parking, require the conversion into parking spaces (paved and in full conformance with this and other applicable sections) of any or all "greenbanked" spaces, if, in its opinion, there is a change in the number of students, faculty, staff, or other employees who drive to the school or Higher learning institution such that there is a need for an increase in the number of off-street parking spaces, or if parking use exceeds what was anticipated at the time of initial approval. The Township shall communicate said finding to the school or institution in writing. The institution may appeal that decision under N.J. Stat. Ann. § 40:55D-72 to the Township Zoning Board of Adjustment, which shall then conduct a hearing to determine whether said parking spaces should be converted.

(e) Annual Certification

1. Every primary school, secondary school, or Higher learning institution that uses "greenbanked" spaces as described above, shall, on an annual basis, complete and file a Certification Form provided by the Township with the Township containing the following information:

- Name of School or Higher learning institution

- Address of School or Higher learning institution

- Telephone number and email address of School or Higher learning institution

- Type of School or Higher learning institution, *i.e.*, primary school

- Name, telephone number, email address and position of individual completing the Certification Form.

- Number of students enrolled as of the date of Certification Form

- Number of students driving to school as of the date of Certification Form.

- Number of faculty, staff, and other employees as of the date of Certification Form.

2. The Certification Form shall be submitted to the Township between September 1st and September 30th of each year as provided herein.

3. There shall be no annual filing fee for the Certification Form.

**SCHEDULE B**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company, | |
| Plaintiffs, | Civ. No. 3:17-cv-03226 |
| v. | |
| TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK, | **CONSENT ORDER** |
| Defendants. | |

**THIS MATTER** having been brought before the Court on the Third Amended Complaint of Plaintiffs, Agudath Israel of America Inc. and WR Property LLC, pursuant to the provisions of the United States Constitution, the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq.*, the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, 42 U.S.C. § 1982, the New Jersey Law Against Discrimination, subsequently amended on April 22, 2019 and on August 23, 2020; and

**WHEREAS**, Defendants filed an Amended Answer on July 26, 2019; and

**WHEREAS**, Defendants deny all liability for the claims asserted by Plaintiffs; and

**WHEREAS**, the Parties have submitted a fully executed Settlement Agreement for the Court's review; and

**WHEREAS,** the Court has reviewed the Parties' Settlement Agreement and finds it to be fair and reasonable; and

**WHEREAS**, this Court has jurisdiction over the subject matter of this Action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 42 U.S.C. § 2000cc-2; and

**WHEREAS**, this Court has personal jurisdiction over Defendants; and

**WHEREAS**, venue is proper in this District;

IT IS on this 7th day of December, 2023, **ORDERED, ADJUDGED and DECREED** as follows:

1.    The terms of the Parties' Settlement Agreement, dated November 27, 2023 and attached to this Order, and each of those terms, are hereby incorporated into this Order and are fully enforceable as an Order of this Court.

2.    This Court shall retain jurisdiction in this case for all purposes for the term and as set forth in the Settlement Agreement.

**IT IS SO ORDERED**.

Dated: December 7, 2023

_____
Hon. Michael A. Shipp
United States District Judge

## SCHEDULE C

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AGUDATH ISRAEL OF AMERICA, a New York non-profit corporation, and WR PROPERTY LLC, a New Jersey limited liability company,

Plaintiffs,

v.

TOWNSHIP OF JACKSON, NEW JERSEY, MICHAEL REINA, ROBERT NIXON, HELENE SCHLEGEL, JEFFREY PURPURO, WILLIAM CAMPBELL, and KENNETH PIESLAK,

Defendants.

Civ. No. 3:17-cv-03226

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: _____, 2023

_____
Sieglinde K. Rath, Esq. (#048131991)
Storzer & Associates, P.C.
9433 Common Brook Road
Suite 208
Owings Mills, Maryland 21117
rath@storzerlaw.com

*Attorney for Plaintiffs*

_____
Donna M. Jennings, Esq. (#017281995)
Wilentz, Goldman, & Spitzer, PA
90 Woodbridge Center Drive
Suite 900
Woodbridge, New Jersey 07095
djennings@wilentz.com

*Attorney for Plaintiffs*

_____
Brent R. Pohlman, Esq.(#046612005)
Mandelbaum Barrett P.C.
3 Becker Farm Road
Roseland, NJ 07068
bpohlman@mblawfirm.ms

*Attorney for Defendants*